**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

RECEIVED

APR 1 5 2024

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

PLAINTIFF,
MILAN MICHAEL KOTEVSKI,

vs.

24-cv-

DEFENDANTS,
HILLARY RODHAM CLINTON; WILLIAM
JEFFERSON CLINTON;
Estate of GEORGE H.W. BUSH; GEORGE W. BUSH;
ALPHABET Inc.; META Inc.; AT&T INC.; ANGIE
ORTIZ; VERIZON Inc.; APPLE Inc.; ERIC HOLDER;
COX COMMUNICATION INC.; PETER STRZOK;
WALT DISNEY COMPANY; JAMES COMEY;
ROBERT MUELLER III; JEH JOHNSON; MARY BETH
BANKSON WILLIAMS; JOHN O. BRENNAN; JAMES
CLAPPER; GINA HASPEL; HUNTER BIDEN; JIM
BIDEN; TRACY BLANCHARD; THAO BUI; LISA
PAGE; REBECCA WETHERBEE; BEN RHODES;
WILLIAM J. CLINTON; HILLARY R. CLINTON;
TOM PEREZ; VALERIE JARRETT; SUSAN RICE;
GEORGE SOROS; TIMOTHY KEITH- LUCAS;
RUSSLYNN ALI; CATHERINE LHAMON; TERRENCE
MCAULIFFE; JOCELYN SAMUELS; OPEN SOCIETY
INSTITUTE OR OSF; CLINTON GLOBAL INITATIVE;
THE ESTATE OF ANTONIN SCALIA; THE ESTATE
OF SHINZO ABE; THE ESTATE OF JOHN PAUL
STEVENS; AMAZON WEB SERVICES INC.; SAKURA
HOUSE CO. LTD; GEORGE W. BUSH; BARACK
OBAMA; ANURIMA BHARAGAVA; ANDREW
MCCABE; MICROSOFT INC.; MICHAEL JOSEPH
MORELL; FATIMA GOSS GRAVES; MARCIA
GREENBERGER; CHERYL MILLS; NETFLIX, INC.;
NATIONAL WOMEN'S LAW CENTER; PHILIP
JIMINEZ; MARCUS KOSINS; JESSICA A. OTT; CHIEF
JUSTICE JOHN ROBERTS; LYNN DE ROTHSCHILD;
DONALD B. VERRILLI, JR.; JOYCE R. BRANDA;
VANITA GUPTA; IAN HEATH GERSHENGORN;
ELIZABETH B. PRELOGAR; BARBARA L. HERWIG
SHARON M. MCGOWAN; DANA KAERSVANG;
HOLLY A. THOMAS; UBER TECHNOLOGIES, INC.;
BARON DAVID RENE de ROTHSCHILD;
ROTHSCHILD CONTINUATION HOLDINGS;
BOEING Inc.; BHUPENDRA BHULO KANSAGRA;

CHRISTOPHER M. CHADWICK; QATAR AIRWAYS;  |
BRITISH AIRWAYS; INTERNATIONAL  |
CONSOLIDATED AIRLINES GROUP S.A.  |
UNKNOWN OFFICERS, LAWYERS, EMPLOYEES,  |
CONTRACTORS, JUDGES, AND/OR SOLDIERS IN:  |
THE DEPARTMENT OF JUSTICE,  DEPARTMENT  |
OF EDUCATION, DEPARTMENT OF HOMELAND  |
SECURITY, CENTRAL INTELLIGENCE AGENCY,  |
UNITED STATES MARSHALLS SERVICE;  |
THE OFFICE FOR THE DEPARTMENT OF JUSTICE IN|
THE NORTHERN DISTRICT OF ILLINOIS  |
FEDERAL BUREAU OF INVESTIGATION, 5 EYES,  |
DEPARTMENT OF DEFENSE, DEPARTMENT OF  |
STATE, NATIONAL SECURITY ADMINISTRATION,  |
DIRECTOR OF NATIONAL INTELLIGENCE, MI6,  |
NSO GROUP,|BUNDESNACHRICHTENDIENST,  |
公安調査庁, kōanchōsa-chō, FOREIGN INTELLIGENCE |
OF UKRAINE (SZRU), AUSTRALIAN SECRET  |
INTELLIGENCE SERVICE, SEWANEE, TN POLICE  |
DEPARTMENT, FRANKLIN COUNTY, TN SHERIFF'S |
OFFICE, FAA, LOUISIANA STATE UNIVERSITY,  |
SANTA CLARA UNIVERSITY, THE UNIVERSITY OF |
THE SOUTH, FISA COURT, ALGEMENE  |
INLICHTINGEN-EN VEILIGHEIDSDIESNT,  |
MAIN DIRECTORATE OF THE GENERAL STAFF OF |
THE RUSSIAN FEDERATION, Служба внешней  |
разведки Российской Федерации, DIRECTORATE  |
OF MILITARY INTELLIGENCE (IRELAND), UNITED |
KINGDOM'S SECRET INTELLIGENCE SERVICE, THE|
SECURITY SERVICE (MI5), THE GOVERNMENT  |
COMMUNICATIONS HEADQUARTERS (GCHQ),  |
DEFENCE INTELLIGENCE (UNITED KINGDOM),  |
MINISTRY of HOME AFFAIRS (INDIA),  |
MINISTRY of STATE SECURITY OF CHINA  |
国家安全部; Intelligence Bureau (IB) (आसूचना ब्यूरो) |
(āsūcanā byūro)(under Ministry of Home Affairs (INDIA));|
Research and Analysis Wing (abbreviated: R&AW)  |
(INDIA). THE GOVERNMENT OF JAPAN;  |
THE GOVERNMENT OF THE UNITED KINGDOM;  |
THE COMMONWEALTH OF AUSTRALIA;  |
The REPUBLIC OF INDIA; STATE OF QATAR;  |
VLADIMIR PUTIN; GRU of RUSSIA, CHIEF JUDGE  |
DIANE S. SYKES; JUDGE JOEL M. FLAUM; JUDGE  |
FRANK H. EASTERBROOK; JUDGE KENNETH F.  |
RIPPLE; JUDGE ILLANA D. ROVNER; JUDGE DIANE |
P. WOOD; JUDGE DAVID F. HAMILTON; JUDGE  |

MICHAEL B. BRENNAN; JUDGE MICHAEL Y.     |
SCUDDER JR.; JUDGE AMY J. St. EVE; JUDGE   |
THOMAS L. KIRSCH II; JUDGE CANDACE JACKSON |
AKIWUMI; JUDGE JOHN LEE; JUDGE DORIS PRYOR;|
JUDGE JOSHUA KOLAR; VERA POCHTAREV; JAMES|
FERGUSON "JAY" CARNEY; AMAZON Inc.;     |
MARK GIULIO; LOIS LERNER; FUMIO KISHIDA;  |
TARŌ ASŌ (麻生 太郎), YOICHI MIYAZAWA (宮沢 洋)|
AKIHIRO OTA (太田 昭宏); YOSHIHIDE SUGA;   |
YŌKO KAMIKAWA;  MITSUHIDE IWAKI (岩城 光英);|
CHRISTOPHER C. ALEXA; VERICA V. KOTEVSKI;  |
HAROLD HONGJU KOH; JC YOO; WILLIAM BARR;  |
JACOB LEW; EVAN MEDEIROS; BRAIN KRZANICH; |
JEFFREY ZIENTS; FRED HOCHBERG;         |
SHOTARO YACHI (谷内 正太郎); SHIGERU     |
KITAMURA; PENNY PRTIZKER; MICHAEL      |
FROMAN; SHAILAGH MURRAY; LISA MONACO;   |
SUZY GEORGE; BERNADETTE MEEHAN;      |
CAROLINE KENNEDY; CHRISTOPHER JOHNSTONE;|
VALERIE JARRETT; JOHN KERRY; SAMANTHA   |
POWER; SUSAN RICE; General NAKATANI;    |
JENNIFER PSAKI; BEN RHODES; DANIEL RUSSEL; |
AMY ROSENBAUM; KENICHIRO SASAE;     |
CHARLES SCHARF; VISA Inc.; KEITH UMEMOTO; |
Admiral JAMES WINNEFELD; ANTHONY FOXX;   |
BRAIN DEESE; JAMES CLAPPER; WILLIAM     |
BROWNFIELD; CAROLINE ATKINSON; DENIS    |
McDONOUGH; ROSE GOTTEMOELLER; PETER    |
JOSEPH NOOZHUMURRY VARGHESE; GEORGE   |
BRANDIS; MICHAEL KEENAN; TONY ABBOTT;   |
JULIE BISHOP; COLIN POWELL; JUSTIN COOPER;  |
TONY BLAIR; GINA HASPEL; WARWICK ALLEN;   |
AEROFLOT; AIRBUS SE; Sheikh Hamad bin Jassim bin |
Jaber bin Mohammed bin Thani Al Thani (aka: HBJ);  |
Qatar Investment Authority (hereon: QIA)      |
(QIA; Arabic: جهاز قطر للإستثمار)         |
Jassim bin Hamad bin Khalifa Al Thani;     |
The Emir of Qatar; Akbar Al Baker أكبر الباكر;   |
Estate of MUTHUVEL KARUNANIDHI;      |
former Prime Minister MANMOHAN SINGH;    |
current Prime Minister NARENDRA MODI;     |
Mahmoud Kandathil; SPICEJET;        |
ANGELA MERKEL; TJORVEN BELLMANN;    |
GUIDO WESTERWELLE; WERNER HOYER;    |
CORNELIA PIEPER; PETER AMMON; WOLF     |
RUTHART BORN; MARTIN BIESEL;       |

3

GERHARD SCHINDLER; ERNST UHRLAU;          |
NORBERT STIER; WERNER OBER;               |
ARNDT FREYTAG von LORINGHOVEN;            |
ARMIN HASENPUSCH; TONY ABBOTT;            |
GEORGE BRANDIS; MILES ARMITAGE;          |
PAUL FOLEY; WARREN ERROL TRUSS;          |
LUFTHANSA; THE PEOPLE'S REPUBLIC OF CHINA; |
Unknown Chinese Government officials; XI JINPING; |
SAMANTHA POWER.

# SECTION I(A): SUMMARY OF THE CASE:

**(1)(A):** PLAINTIFF filed his case in the Northern District of Illinois on 12/27/2023 to have a basis in obtaining jurisdiction over Qatar Airways, QIA, and other DEFENDANTS who are foreign corporations and governments. PLAINTIFF knew that he would have automatically lost his case had he filed in Washington D.C. within a millisecond of filing the case and didn't have enough contacts within the last few years to file in Texas. What has happened in the cases of *Kotevski v. Clinton*, 23-17137 N.D. Illinois and *Kotevski v. Jenkins*, 24-1085 7th Circuit Court of Appeals, and *In Re: Milan Michael Kotevski*, 24-1085 7th Circuit Court of Appeals, (hereon: the *Chicago Cases*) (Panel consisting of: JUDGE DIANE P. WOOD, JUDGE CANDACE JACKSON-AKIWUMI, JUDGE DORIS PRYOR) violates RICO 18 U.S.C. 1961, RICO in Utah via 76-10-1603, amounts to a gross miscarriage of justice and extreme constitutional deprivations under the law that cannot be remedied in Illinois and within the 7th Circuit Court of Appeals, violations of international treaties such as the Warsaw Treaty, the Geneva Convention, and the Convention on the Rights of Individuals with Disabilities. PLAINTIFF continues to have his electronics obstructed, being intentionally withheld information depriving PLAINTIFF of his ability to make choices, quite possibly been forced to marry against his religious beliefs, had war crimes committed against him, continues to be defrauded, deprived of his liberty and due process rights, and so much more. All of the decisions the Northern District Court of Illinois made as well as the 7th Circuit Court of Appeals constitutes Outrageous Government Conduct in their decisions as it pertains to PLAINTIFF; All of the decisions the Northern District Court of Illinois made under Judge Jenkins as well as the 7th Circuit Court of Appeals made constitutes an act of Obstruction of Justice under RICO  sections 891–894 (relating to extortionate credit transactions), section 1029 (relating to fraud and related activity in connection with access devices), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1351 (relating to fraud in foreign labor contracting), section 1425 (relating to the procurement of citizenship or nationalization unlawfully), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), and  sections 1581–1592 (relating to peonage, slavery, and trafficking in persons). Throughout the entire record and duration of the *Chicago Cases,* PLAINTIFF has warned the Court of on-going conspiracies, a threat on PLAINTIFF'S life, advising the Court every step of the way of the on-going harm the RICO Enterprise is engaging in which the Court completely ignored all of PLAINTIFF'S pleas as to fundamentally constitute obstruction of justice through the deprivation of Due Process and RICO violations. The *Chicago Cases* very

well continues to enable the Government of Russia and Russian assets (PLAINTIFF is not a Russian asset) to perpetuate the harm against PLAINTIFF throughout the years.

**(1)(B):** DEFENDANTS knowingly, maliciously, and willfully held Miki Kotevski (PLAINTIFF) into involuntary servitude for a minimum of $14,900,000,000 and unconstitutional political ideology, sold Miki Kotevski into involuntary servitude for $14,900,000,000 and unconstitutional political ideology, brought Miki Kotevski from overseas to be intentionally held into involuntary servitude for $14,900,000,000 and unconstitutional political ideology, kidnapped Miki Kotevski multiple times for $14,900,000,000 and unconstitutional political ideology, sexually abused Miki Kotevski in 2015 because he became a political liability because of DEFENDANTS unconstitutional political ideology and $14,900,000,000 minimum owed due to the value of his services and the resultant more than $300,000,000,000 owed to him based on RICO (PLAINTIFF doesn't want that full amount), committed acts of international and domestic terrorism against PLAINTIFF, murdered PLAINTIFF'S soul, attempted to kill Miki Kotevski in which DEFENDANTS willfully obstructed and interfered with the enforcement of the law and justice, and denied access to the Courts to prevent Miki Kotevski from redressing his claims by abusing legal and judicial process in which DEFENDANTS committed 100+ counts of RICO Racketeering and obtained more than $14,900,000,000 in profits *solely on **the condition** of holding Miki Kotevski into involuntary servitude*; Miki Kotevski has not even seen a dime of the $14,900,000,000. The core component and fundamental nature and purpose of RICO Enterprise 1 is: PLAINTIFF'S constitutional, property, legal, and liberty interests were trampled on completely and relentlessly for counterterrorism precedent by DEFENDANTS who necessarily fabricated material evidence, withheld exculpatory evidence, and perpetuated legal fraud from the beginning in establishing that legal precedent; and needing to destroy Miki Kotevski and have their counterterrorism precedent be untainted in which Miki Kotevski could never hold DEFENDANTS to account, this required DEFENDANTS to cover up the previous legal fraud and constitutional deprivations by DEFENDANTS in which PLAINTIFF'S property interests were yet again stolen and liberty yet again deprived in which DEFENDANTS necessarily had to commit more legal fraud to cover up the cover up and thus began the vicious cycle. DOJ themselves became the thing they hated and prosecuted in *United States v. Philip Morris USA, Inc.*, 449 F. Supp. 2d 1 (D.D.C. 2006).

**(2):** For 15+ years, DEFENDANTS refused to work with PLAINTIFF and escalated the situation to the point that it reached. Any of these issues or incidents could have been resolved at any time or any of the incidents had just—at a minimum--one or two people said what DEFENDANTS are doing to PLAINTIFF is wrong, had a positive motive, cared to know the context of the truth, help PLAINTIFF, not induce fraud, not omit material facts, not commit an act of legal fraud, not induce PLAINTIFF for malicious purposes, not fabricate a materially false and misleading narrative. Simply, truth, integrity, altruism, law, or principle would have been the proper intervening factors and none of which took place. PLAINTIFF knows he cannot just skid-daddle and ride off into the sunset after the lawsuit and be separate from DEFENDANTS in the future. PLAINTIFF *knows he is necessarily going to have to work with DEFENDANTS in the future*. That is what PLAINTIFF is asking for from the Court--that the DEFENDANTS actually and proactively work with PLAINTIFF in the future by directly communicating to PLAINTIFF in which truth, integrity, law, benevolent motives, and beneficial solutions are necessarily the cornerstones of the future interactions between PLAINTIFF and DEFENDANTS. For having

excluded PLAINTIFF for so long, DEFENDANTS are required to include PLAINTIFF for so long in the future. PLAINTIFF--in demonstrating his good faith to DEFENDANTS to work together in the future to better our societies whether that is in America, Britain, Japan, Qatar, India, Australia, Germany, and more--is foregoing the vast majority of what PLAINTIFF can legally demand in equitable restitution and the vast majority of the legal issues that can be necessarily ruled on in this case because some of the issues implicate national security and safety. PLAINTIFF is being extremely generous to DEFENDANTS as there are things far more important than just compensation and restitution at issue to PLAINTIFF and America. So, PLAINTIFF is doing a balanced approach—PLAINTIFF is asking the Court for PLAINTIFF'S restitution a little here and there and is asking for the Court to rule in his favor a little here and there, DEFENDANTS can have and keep the rest. PLAINTIFF understands this brings issues of national security and PLAINTIFF is intentionally, in good faith, not bringing all of the national security issues that PLAINTIFF can infer in this case to help DEFENDANTS. PLAINTIFF in demonstrating his extreme good faith is foregoing more than $40,000,000,000+, 1000+ new BOEING aircraft, 2000+ GE locomotives, and complete ownership of multiple corporations. Let PLAINTIFF repeat that again, PLAINTIFF is foregoing more than $40,000,000,000+, 1000+ new BOEING aircraft, 2000+ new GE locomotives, and complete ownership of multiple corporations in which PLAINTIFF just wants a little restitution, common understanding, making society better, and have some comedy and make light of the situation as a punitive measure for RICO Enterprise 1.

**(3):** The reason why PLAINTIFF is necessarily asking for some restitution because if DEFENDANTS couldn't understand how their actions were morally, ethically, legally, and unconstitutionally wrong and depraved, then at least DEFENDANTS can understand their actions were financially wrong to some degree and that PLAINTIFF is going to put the restitution back into helping and building the economy up further and making America better and more free. Furthermore, there has to be a ruling to the United States Government that there is a price to pay for corruption in America in which *the People* deserve better than what they have been given. PLAINTIFF is trying to teach an important point that there is a cost in doing RICO in Washington DC and that Washington DC should be more mindful of their actions in the future and for Washington D.C. to be smarter and more prudent when dealing with *the People's* finances. It is not harming the country; *it is helping the country.* Plus PLAINTIFF is legally entitled to restitution and will help PLAINTIFF heal and live a better life for himself and for disabled individuals in the future).

**(4):** If there ever was a silver lining in having been subject to an international conspiracy and RICO Enterprise undertaken by numerous foreign governments and DEFENDANTS, it is that the restitution and compensation cost required to PLAINTIFF is spread over numerous companies, numerous foreign countries, numerous individuals, and insurance policies that will necessarily be utilized to cover PLAINTIFF'S compensation and restitution in which the cost to all is little to the individual. Supplement the fact that what PLAINTIFF has asked for is not outrageous considering what PLAINTIFF could legally demand for and be required under law to be given because of RICO Enterprise 1. As the Court said about what PLAINTIFF is legally entitled to as restitution for RICO Enterprise 1 in *United States v. DeFries*, 909 F. Supp. 13 (D.D.C. 1995): "the court has no discretion to withhold forfeiture or adjust the amount; the

court's role is "merely to ascertain if the requisite nexus exists"), rev'd on other grounds, 43 F.3d 707 (D.C. Cir. 1997). The requisite nexus exists.

**(5): This case is exactly like *McIntyre v. U.S.*, 336 F. Supp. 2d 87 (D. Mass. 2004)** (hereon: *McIntyre*). PLAINTIFF will take a portion of the McIntyre decision and incorporate the facts of this case (and take out citations to clean it up in which the court can view the opinion and the citations if they so desire):

"The guarantee of substantive due process "limits what the government may do in both its legislative and its executive capacities," and the "criteria to identify what is fatally arbitrary differ depending on whether it is legislation or a specific act of a governmental officer that is at issue." Legislation infringing a litigant's fundamental rights is arbitrary in the constitutional sense unless the manner of "the infringement is narrowly tailored to serve a compelling state interest." *Id.*

"The touchstone of arbitrariness of executive conduct is of necessity different from that of legislation. Because "only the most egregious official conduct can be said to be 'arbitrary in the constitutional sense,'" "the substantive component of the Due Process Clause is violated by executive action only when it 'can properly be characterized as conscience shocking." The conscience-shocking standard provides relief where government officials have "abused their power, or employ[ed] it as an instrument of oppression," while it "preserv[es] the constitutional proportions of constitutional claims," and prevents the demotion of the Constitution "to a font of tort law." Thus, "[o]utside of a few narrow categories, like the safeguarding of prisoners who have been wholly disabled from self-protection, this means conduct that is truly outrageous, uncivilized, and intolerable." It is only where "the necessary condition of egregious behavior [is] satisfied" that there is "a possibility of recognizing a substantive due process right to be free of such executive action." *Id.*

"Admittedly, the term "conscience-shocking" is far from self-defining. The Supreme Court has observed that "the measure of what is conscience shocking is no calibrated yard stick, [although] it does poin[t] the way." There are, however, some clear markers on the measuring stick: "liability for negligently inflicted harm is categorically beneath the threshold of constitutional due process" while "conduct intended to injure in some way unjustifiable by any government interest is the sort of official action most likely to rise to the conscience-shocking level." Official acts falling somewhere between these two benchmarks "may be actionable" depending on the circumstances. *Id.*

"As alleged in the complaint the conduct of ANDREW MCCABE, JOHN O. BRENNAN, PETER STRZOK, ROBERT MUELLER, JAMES COMEY, HILLARY CLINTON, CHIEF JUSTICE JOHN ROBERTS, BILL CLINTON, BARACK OBAMA, Estate of JUSTICE ANTON SCALIA, JUSTICE SAMUEL ALITO, and JEH JOHNSON in relation to the murder of PLAINTIFF is conscience-shocking because it was conduct intended to injure PLAINTIFF in some way unjustifiable by any government interest. According to the PLAINTIFF'S allegations and reasonable inferences from those allegations, ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS purposefully revealed *JAPLAN* to HILLARY CLINTON and BILL CLINTON over the wires. At

the time of disclosure, ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS knew that, under any circumstance, revealing *JAPLAN* [w]ould result in PLAINTIFF'S death. They also fully appreciated that the danger was especially high in revealing to HILLARY CLINTON and BILL CLINTON the plan of *JAPLAN*. ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS knew that HILLARY CLINTON and BILL CLINTON had effectively executed disabled individuals for political purposes before (*See*: Ricky Ray Rector), and that BILL CLINTON and HILLARY CLINTON had [essentially] murdered other informants whose identities had been revealed to them [*See*: Clinton Body Count]. Thus, the plaintiffs have alleged that the disclosure by ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS of PLAINTIFF'S information about *JAPLAN* to HILLARY CLINTON and BILL CLINTON was not only "conduct intended to injure" PLAINTIFF, but also conduct intended to injure him *fatally*. Moreover, the conduct was "unjustifiable by any government interest." It is true that the government had a legitimate interest in [Paragraphs XX in Section XX], and, *in a most perverse sense*, the death of PLAINTIFF furthered that lawful goal. With good reason, however, neither ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS nor any of the other agents has advanced a Swiftian proposal that the government's interest in prosecuting PLAINTIFF [for their own misdeeds all the while obtaining $14,900,000,000 at the condition of PLAINTIFF's forced labor] warranted offering up PLAINTIFF as a sacrificial lamb. Indeed, it is a fundamental tenet of the Constitution that the ends of law enforcement do not justify all means used to fight crime. *See, e.g., Olmstead v. United States*, 277 U.S. 438 (1928) ("To declare that in the administration of the criminal law the end justifies the means — to declare that the government may commit crimes in order to secure the conviction of a private criminal — would bring terrible retribution.") (Brandeis, J., dissenting). Because the plaintiffs have alleged that the conduct of DEFENDANTS was "intended to injure [PLAINTIFF] in some way unjustifiable by any government interest," the plaintiffs have unquestionably pleaded conscience-shocking conduct on the part of DEFENDANTS.


**DEFENDANTS DEFINITIONS:**

**Deceased DEFENDANTS:** THE ESTATE OF ANTONIN SCALIA; THE ESTATE OF SHINZO ABE; THE ESTATE OF JOHN PAUL STEVENS; Estate of MUTHUVEL KARUNANIDHI

Tech DEFENDANTS: ALPHABET Inc.; META Inc., AT&T INC., VERIZON Inc., APPLE Inc., COX COMMUNICATION INC., MICROSOFT Inc., AMAZON WEB SERVICES INC., and/or current and former unknown officers, board members, lawyers representing any aforementioned company, employees, and subcontractors of any of the aforementioned companies that have 1)come in contact with, read about, have knowledge of, or conducted any activity that involves PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint, 2) did anything that directly relates to PLAINTIFF on behalf of the companies, 3) had any interaction with any DEFENDANT or did anything on behalf of any DEFENDANT concerning PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

Entertainment DEFENDANTS: WALT DISNEY COMPANY, NETFLIX, Inc., and/or current and former unknown officers, board members, lawyers representing any aforementioned company, employees, and subcontractors of any of the aforementioned companies that have 1)come in contact with, read about, have knowledge of, or conducted any activity that involves PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint, 2) did anything that directly relates to PLAINTIFF on behalf of the companies, 3) had any interaction with any DEFENDANT or did anything on behalf of any DEFENDANT concerning PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**BOEING (or Boeing):** Boeing Inc., CHRISTOPHER M. CHADWICK,

**Clintons**: WILLIAM J. CLINTON and HILLARY RODHAM CLINTON. Similarly: CLINTON'S Interests: refers to WILLIAM J. CLINTON, HILLARY RODHAM CLINTON, and/or CLINTON GLOBAL INITATIVE'S interests.

**Clinton friends**: any DEFENDANT who had a substantial and important reason to do any activity in furtherance of RICO Enterprise 1 because of a previous connection between that individual and the Clintons that necessarily serves as a motivating factor to take actions against PLAINTIFF--such as working for the Clintons, working in the Clinton White House, having daily interactions with the Clintons, being appointed by the Clintons, etc--that significantly impacted their life: TERRENCE MCAULIFFE, LEON PANETTA, LORETTA LYNCH, ELENA KAGAN, NEAL KATYAL, JANET N.XX, ERIC HOLDER, LOUIS FREEH? (yes and no), JOHN O. BRENNAN, CHERYL MILLS, Judge COLLEEN KOLLAR-KOTELLY, Judge MARY A. McLAUGHLIN, Judge THOMAS BANISTER RUSSELL, Judge SUSAN WEBBER WRIGHT

**Rothschild:** can sometimes include: LYNN DE ROTHSCHILD, BARON DAVID RENE de ROTHSCHILD, ROTHSCHILD CONTINUATION HOLDINGS, and or any unknown prominent ROTHSCHILD family member.

SCOTUS can include: CURRENT SUPREME COURT JUSTICES or the composition of the SCOTUS at the time of a particular incident, which would include THE ESTATE OF ANTONIN SCALIA and/or THE ESTATE OF JOHN PAUL STEVENS.

DOJ: ERIC HOLDER, JOCELYN SAMUELS, DONALD B. VERRILLI, JR, JOYCE R. BRANDA, VANITA GUPTA, IAN HEATH GERSHENGORN, ELIZABETH B. PRELOGAR, BARBARA L. HERWIG, SHARON M. MCGOWAN, DANA KAERSVANG, HOLLY A.

THOMAS, ANURIMA BHARAGAVA, SALLY YATES, TOM PEREZ, PAUL CLEMENT, LISA PAGE, NEAL KATYAL, ROD JAY ROSENSTEIN, MATTHEW G. OLSEN, GREGORY GARRE, EDWIN KNEEDLER, ELENA KAGAN, DON VERRILLI, JOHN ROTH, ALICE FISHER; BRAIN BENCZKOWSKI, MYTHILI RAMAN, BENJAMIN C. MIZER, EDWIN S. KNEEDLER, RACHEL P. KOVNER, DONALD E. KEENER, PATRICK J. GLEN, JEFFERSON BEAUREGARD SESSIONS III, ROD JAY ROSENSTEIN, and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the Department of Justice and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the Department of Justice that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint

Eileen M. Decker, Zachary Thomas Fardon, J. Walter Green, the estate of Kenneth Winston Starr, Stephanie Yonekura—key corrupt lawyer. 08/08/2014 - 06/10/2015. Central District of California. False Allegations, George S. Cardona

**FBI:** PETER STRZOK, JAMES COMEY, ROBERT MUELLER III, LISA PAGE, ANDREW MCCABE, CHRISTOPHER WRAY, JAMES ANDREW BAKER, and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the Federal Bureau of Investigation and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the Federal Bureau of Investigation that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint

**Department of State or State**: HILLARY CLINTON, JOHN KERRY, HAROLD HONGJU KOH, JOSEPH LEBARON, CAROLINE KENNEDY, SUSAN L. ZIADEH, WILLIAM FRANCIS HAGERTY IV, and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the Department of State and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the Department of State that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**White House (applicable only the specific president at the time of the incident):** During Obama White House: "BARACK OBAMA, VALERIE JARRETT, SUSAN RICE, CHERYL MILLS, BEN RHODES,…"

**DHS:** JEH JOHNSON, RAND BEERS, JULIE JOHNSON, JOHN T. MORTON, JOHN SANDWEG, SARAH SALDAÑA, THOMAS HOMAN, MICHAEL CHERTOFF, JANET NAPOLITANO, KIRSTJEN NIELSEN, ELAINE DUKE, KEVIN KEALOHA McALEENAN,

CHAD WOLF, and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the Department of Homeland Security (including ICE, CBP, and Secret Service) and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the Department of Homeland Security (including ICE, CBP, and Secret Service) that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint

**DEA:** Drug Enforcement Agency:

**DoD:** JEH JOHNSON

**FAA:** any UNKNOWN current and former OFFICERS, LAWYERS, EMPLOYEES of the Federal Aviation Administration that concerns anything in this complaint, have come in contact with, read about, have knowledge of, or conducted any activity that involves PLAINTIFF'S specific constitutional, liberty, or legal interests or anything else in this complaint OR any employees who in the course of their employment conducted anything that involved any of the flights mentioned in *Miki's Tea Party*.

**NSA:** JAMES CLAPPER, Admiral MICHAEL S. ROGERS, General KEITH B. ALEXANDER, JOHN C. "CHRIS" INGLIS, RICHARD H. LEDGETT JR and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the National Security Agency and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the National Security Agency that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**DNI:** refers to: JAMES CLAPPER, AVRIL HAINES, MICHAEL McCONNELL, DENNIS BLAIR, MICHAEL DEMPSEY, DAN COATS, JOE MAGUIRE, RIC GRENELL, JOHN RATCLIFFE, DONALD KERR, RONALD L. BURGESS JR, DAVID C. GOMPERT, STEPHANIE O'SULLIVAN, CHARLES McCULLOUGH, and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the Director of National Intelligence of State and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the Director of National Intelligence that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**INR:** refers to Department of State: Bureau of Intelligence and Research. 1) any current and former unknown officers, sub-contractors, any middlemen or actors between Department of State: Bureau of Intelligence and Research and any other applicable DEFENDANT that have

come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/ former employees of the Department of State: Bureau of Intelligence and Research that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**NGA:** National Geospatial-Intelligence Agency (NGA): LETITIA LONG, ROBERT CARDILLO, and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the National Geospatial-Intelligence Agency and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the National Geospatial-Intelligence Agency that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**FISA or FISA Court:** CHIEF JUSTICE JOHN ROBERTS, Judge JOHN DEACON BATES, Judge JAMES GRAY CARR, Judge JENNIFER B. COFFMAN, Judge MALCOLM JONES HOWARD, Judge ROSEMARY M. COLLYER, Judge RUDOLPH CONTRERAS, Judge ANNE C. CONWAY, Judge RAYMOND JOSEPH DEARIE, Estate of Judge MARTIN LEACH-CROSS FELDMAN, Judge NATHANIEL MATHESON GORTON, Judge THOMAS FRANCIS HOGAN, Judge JAMES PARKER JONES, The Estate of Judge GEORGE PHILIP KAZEN, Judge COLLEEN KOLLAR-KOTELLY, Judge MARY A. McLAUGHLIN, Judge MICHAEL WISE MOSMAN, Judge THOMAS BANISTER RUSSELL, Judge FRANK DENNIS SAYLOR IV, Judge FREDERICK JAMES SCULLIN Jr., The Estate of Judge CLYDE ROGER VINSON, Judge REGGIE BARNETT WALTON, Judge SUSAN WEBBER WRIGHT, Judge JAMES BLOCK ZAGEL, and and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the FISA Court and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the FISA Court that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**American INTEL:** FBI (with the definition incorporated above), CIA (with the definition incorporated above), NSA (with the definition incorporated above), DHS (with the definition incorporated above), NGA (with the definition incorporated above), INR (with the definition incorporated above), DNI (with the definition incorporated above), DoD (with the definition incorporated above), FISA (with the definition incorporated above), or any subcontractors of any of the aforementioned like NSO GROUP, STRATFOR, Christopher Steele

**British INTEL:** Sir IAIN ROBERT LOBBAN, ANDREW DAVID PARKER (Baron Parker of Minsmere), JOHN SAWERS, Sir ALEXANDER WILLIAM YOUNGER, JONATHAN EVANS (Baron Evans of Weardale), ALISTAIR JAMES HENDRIE BURT, THE SECURITY SERVICE (MI5), MI6, Scotland Yard, SECRET INTELLIGENCE SERVICE (UK), THE GOVERNMENT COMMUNICATIONS HEADQUARTERS (GCHQ), DEFENCE

INTELLIGENCE (UNITED KINGDOM), London Metropolitan Police Service: Counter Terrorism Command (CTC) or SO15, NSC, and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the aforementioned British government agencies and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the aforementioned British government agencies that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**BRITAIN/UK/BRITISH/BRITS**: TONY BLAIR, CHERIE BLAIR, JEREMY RICHARD BROWNE, HENRY CAMPBELL BELLINGHAM (BARON BELLINGHAM), ALISTAIR JAMES HENDRIE BURT, DAVID CAMERON, CHERIE BLAIR,

**Heathrow DEFENDANTS:** refers to the following: London-Heathrow Airport; and/or the owners of London-Heathrow Airport: Heathrow Airport Holdings; and/or during 2010 and 2011 in *Miki's Tea Party*, Ferrovial essentially owned BAA Airports Limited (BAA plc) who were the owners, operators, and managers of London-Heathrow Airport. BAA Airports Limited (BAA plc)'s CEO at the time was COLIN STEPHEN MATTHEWS; and/or any current and former unknown officers, executive leadership, government officials, sub-contractors, any middlemen or actors between BAA Airports Limited (BAA plc) and any other DEFENDANT, any employees or subcontractors of BAA Airports Limited (BAA plc), G4S, and Britain, and finally, anyone in London-Heathrow Airport who had interacted with PLAINTIFF in *Miki's Tea Party* and who had access to, performed any maintenance on, or did any actions towards any United Airlines Boeing 777 aircraft that departed from London-Heathrow Airport and flew to Dulles Airport on the day of 03/10/2011, 03/11/2011, or 10/31/2010,  that concerns anything in this complaint, have come in contact with, read about, have knowledge of, shared any of the facts that concern anything in this complaint, or conducted any activity that involves PLAINTIFF'S specific constitutional, liberty, or legal interests or anything else in this complaint.

**BRITISH AIRWAYS:**

**IAG:** INTERNATIONAL CONSOLIDATED AIRLINES GROUP S.A.

**Qatari INTEL:** Qatari State Security and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between Qatari State Security and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of Qatari State Security that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**Qatar Airways:** Akbar Al Baker أكبر الباكر;

13

**Qatar (or Qatari) DEFENDANTS**: Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani (حمد بن جاسم بن جبر آل ثاني) (also known as HBJ), Jassim bin Hamad bin Khalifa Al Thani جاسم بن حمد بن خليفة آل ثاني, EMIR XX, Akbar Al Baker أكبر الباكر;

**Indian:** Estate of MUTHUVEL KARUNANIDHI, former Prime Minister MANMOHAN SINGH, current Prime Minister NARENDRA MODI, Mahmoud Kandathil

**SpiceJET.** it could refer to: SpiceJET Airlines, BHUPENDRA BHULO KANSAGRA, AJAY SINGH, and KALANITHI MARAN.

**Indian INTEL (or Indian Intel):** Indian Central Bureau of Investigation (which has jurisdiction over international, multi-state, or multi-agency issues), the Directorate of Revenue Intelligence (which has jurisdiction over anti-smuggling issues), National Investigation Agency (NIA) राष्ट्रीय अन्वेषण अभिकरण (deals with counterterrorism), Research and Analysis Wing (abbreviated: R&AW), Intelligence Bureau (IB) (आसूचना ब्यूरो) (āsūcanā byūro)(under Ministry of Home Affairs (INDIA)), Ministry of Home Affairs (INDIA), and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the aforementioned Indian government agencies and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the aforementioned Indian government agencies that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

Japanese DEFENDANTS: refers to: THE ESTATE OF SHINZO ABE, Fumio Kishida (岸田 文雄, Itsurō Terada 寺田 逸郎, YOSHIHIDE SUGA 菅 義偉, SHOTARO YACHI (谷内 正太郎), SANAE TAKAICHI, SHIGERU KITAMURA,

Japanese INTEL (Japanese Intel): Cabinet Secretariat (内閣官房, *Naikaku-kanbō)*, Cabinet Intelligence and Research Office (内閣情報調査室, *Naikaku Jōhō Chōsashitsu)*, National Security Council (NSCJ, 国家安全保障会議, or (*Kokka anzen hoshō kaigi)*, and/or THE GOVERNMENT OF JAPAN, and/or any current and former unknown officers, prime ministers, government officials or officers, members of the Japanese supreme court, sub-contractors, any middlemen or actors between the 公安調査庁, kōanchōsa-chō, GOVERNMENT OF JAPAN, and any other applicable DEFENDANTS, and employees of 公安調査庁kōanchōsa-chō, GOVERNMENT OF JAPAN

**German:** ANGELA MERKEL, TJORVEN BELLMANN, GUIDO WESTERWELLE, WERNER HOYER, CORNELIA PIEPER, PETER AMMON, WOLF RUTHART BORN, MARTIN BIESEL,  and/or unknown current and former employees any current and former unknown officers, sub-contractors, any middlemen or actors between AUSWÄRTIGES AMT and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former

employees of the aforementioned German government agencies that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**German INTEL (or German Intel)**: GERHARD SCHINDLER, ERNST UHRLAU, NORBERT STIER, WERNER OBER, ARNDT FREYTAG von LORINGHOVEN, ARMIN HASENPUSCH, BUNDESNACHRICHTENDIENST (BND), BUNDESKRIMINALAMT (BKA), ZOLLKRIMINALAMT (ZKA), and employees of BUNDESNACHRICHTENDIENST (BND), ZOLLKRIMINALAMT (ZKA), and BUNDESKRIMINALAMT (BKA), and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the aforementioned German government agencies and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the aforementioned German government agencies that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**Aussies:** TONY ABBOTT, PETER JOSEPH NOOZHUMURRY VARGHESE, GEORGE BRANDIS, MILES ARMITAGE, PAUL FOLEY, WARREN ERROL TRUSS, Department of Foreign Affairs and Trade, Austrade,

**Aussie INTEL (or Aussie Intel):** AUSTRALIAN SECRET INTELLIEGENCE SERVICE, AUSTRALIAN SIGNALS DIRECTORATE, and THE COMMONWEALTH OF AUSTRALIA and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the aforementioned Australian government agencies and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the aforementioned Australian government agencies that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**Canadian INTEL** (or Canadian Intel):

**New Zealand INTEL** (or Canadian Intel):

**5 Eyes:** American INTEL (with the definition incorporated above), British INTEL (with the definition incorporated above), Canadian INTEL (with the definition incorporated above), Aussie INTEL (with the definition incorporated above), and New Zealand INTEL (with the definition incorporated above).

**Dutch INTEL:** ALGEMENE INLICHTINGEN-EN VEILIGHEIDSDIESNT and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the ALGEMENE INLICHTINGEN-EN VEILIGHEIDSDIESNT and any other applicable

DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of ALGEMENE INLICHTINGEN-EN VEILIGHEIDSDIESNT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**Irish INTEL (or Irish Intel):** any current and former unknown officers, executive leadership, sub-contractors, any middlemen or actors between DIRECTORATE OF MILITARY INTELLIGENCE (IRELAND), GARDA NATIONAL SURVEILLANCE UNIT (NSU), and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between aforementioned Irish government agencies and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of aforementioned Irish government agencies that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint. This primarily deals with CLOUD computing and document saving.

**Western INTEL:** American INTEL (with the definition incorporated above), British INTEL (with the definition incorporated above), Canadian INTEL (with the definition incorporated above), Aussie INTEL (with the definition incorporated above), New Zealand INTEL (with the definition incorporated above), Irish INTEL (with the definition incorporated above), German INTEL (with the definition incorporated above), Dutch INTEL (with the definition incorporated above), and Japanese INTEL (with the definition incorporated above).

**Russian INTEL:** MAIN DIRECTORATE OF THE GENERAL STAFF OF THE RUSSIAN FEDERATION, Служба внешней разведки Российской Федерации, FSB, and GRU.

**Chinese INTEL:** MINISTRY of STATE SECURITY OF CHINA国家安全部.

**Ukraine INTEL** refers to: and/or any current and former unknown officers, sub-contractors, middle men between SZRU and the United States Government and any other DEFENDANT, and employees of FOREIGN INTELLIGENCE OF UKRAINE (SZRU), and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the SZRU and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of SZRU that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**Dept of Ed.** Department of Education and/or DEFENDANTS: RUSSLYNN ALI, CATHERINE LHAMON, JOCELYN SAMUELS,

**Soros DEFENDANTS:** TOM PEREZ; GEORGE SOROS; RUSSLYNN ALI; CATHERINE LHAMON; JOCELYN SAMUELS; OPEN SOCIETY INSTITUTE OR OSF; ANURIMA

BHARAGAVA; FATIMA GOSS GRAVES; MARCIA GREENBERGER; NATIONAL WOMEN'S LAW CENTER;

**LSU Law or LSU**. Louisiana State University or LSU Paul M. Hebert Law Center (LSU Law). JESSICA A. OTT, and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the LSU and LSU Law and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of LSU and LSU Law that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**Sewanee:**[1] The University of the South and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the University of the South and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the University of the South that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**Santa Clara:** refers to Santa Clara University and/or PHILIP JIMINEZ; MARCUS KOSINS, and/or any current and former unknown officers and employees of Santa Clara University that: **1**

**SEWANEE PD:** The town of Sewanee, Tennessee's police department. Officer Rollins and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the Sewanee, TN Police Department and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of Sewanee, TN Police Department that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**Franklin County Sheriff's Office:** The Franklin County, TN Sheriff's Office, Timothy Keith-Lucas, and 1) any current and former unknown officers, sub-contractors, any middlemen or actors between Franklin County, Tennessee Sherriff's Office and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the Franklin County, Tennessee Sheriff's Office that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

---

[1] This is completely based on context and legal argument. Sewanee could refer to the university of the south, the entire campus of the University of the South, the town of Sewanee, TN, and the definition of Sewanee listed herein.

**BIVENS DEFENDANTS:** UNKNOWN OFFICERS, LAWYERS, EMPLOYEES, CONTRACTORS, JUDGES, EMPLOYEES, AND/OR SOLDIERS IN THE FOLLOWING ORGANZATIONS and/or COMPANIES/Corporations/LLCs (that are so intertwined with the United States Government that makes them an effective arm of the government):

- THE DEPARTMENT OF JUSTICE,
- DEPARTMENT OF EDUCATION,
- DEPARTMENT OF HOMELAND SECURITY,
- CENTRAL INTELLIGENCE AGENCY,
- FEDERAL BUREAU OF INVESTIGATION,
- 5 EYES,|
- DEPARTMENT OF DEFENSE,
- DEPARTMENT OF STATE,
- NATIONAL SECURITY ADMINISTRATION,
- DIRECTOR OF NATIONAL INTELLIGENCE,
- MI6,
- BUNDESNACHRICHTENDIENST,
- 公安調査庁 kōanchōsa-chō,
- FOREIGN INTELLIGENCE OF UKRAINE (SZRU),
- AUSTRALIAN SECRET INTELLIGENCE SERVICE,
- SEWANEE, TN POLICE DEPARTMENT,
- FRANKLIN COUNTY, TN SHERIFF'S OFFICE,
- FAA,
- LOUISIANA STATE UNIVERSITY,
- LSU PAUL M. HEBERT LAW CENTER,
- SANTA CLARA UNIVERSITY,
- THE UNIVERSITY OF THE SOUTH,
- FISA COURT,
- ALGEMENE INLICHTINGEN-EN VEILIGHEIDSDIESNT,
- MAIN DIRECTORATE OF THE GENERAL STAFF OF THE RUSSIAN FEDERATION, Служба внешней
- разведки Российской Федерации,
- DIRECTORATE OF MILITARY INTELLIGENCE (IRELAND),
- UNITED KINGDOM'S SECRET INTELLIGENCE SERVICE,
- THE SECURITY SERVICE (MI5),
- THE GOVERNMENT COMMUNICATIONS HEADQUARTERS (GCHQ), DEFENCE INTELLIGENCE (UNITED KINGDOM),
- MINISTRY of STATE SECURITY OF CHINA 国家安全部;
- MINISTRY of HOME AFFAIRS (INDIA),
- INTELLIGENCE BUREAU (IB) (आसूचना ब्यूरो) (āsūcanā byūro)(under Ministry of Home Affairs (INDIA));
- RESEARCH and ANALYSIS WING (abbreviated: R&AW) (INDIA).
- INDIAN CENTRAL BUREAU of INVESTIGATION.
- THE DIRECTORATE of REVENUE INTELLIGENCE (India),
- NATIONAL INVESTIGATION AGENCY (NIA) राष्ट्रीय अन्वेषण अभिकरण (India)
- Apple
- AT&T

- o Verizon
- o Cox Communications
- o Alphabet, Inc.
- o Xfinity
- o Microsoft
- o Amazon Web Services
- o Boeing
- o SpiceJET
- o Jet Airways
- o Qatar Airways
- o The United States 7th Circuit Court of Appeals.

DEFENDANTS for any and all claims contained in this complaint or any future claim that can be derived from the information provided herein, are bound together (severally & jointly) by PINKERTON liability and/or previous case law from the Nuremberg trials finding REICHSBANK, WALTHER FUNK, and HJALMAR SCHACHT, at a minimum, guilty as co-conspirators & having aided and abetted the Nazi's war crimes and/or as RICO co-conspirators & members of the Enterprise or association under 18 U.S.C. 1962(d) and/or are vicariously liable for DEFENDANTS actions and/or are principals & accessories after the fact for any instance that took place when PLAINTIFF resided in Louisiana under Louisiana Revised Statutes RS 14 §24; RS 14 §25 and/or aided and abetted a conspiracy in violation of 18 U.S.C.§241 and 18 U.S.C. §1985(2) and 18 U.S.C. §1985 (3) and/or any other reason listed herein.

DEFENDANTS are:

- An officer, official, employee, or former employee of one of DEFENDANTS' organizations in which DEFENDANTS are an organization, company, or individual that worked with or behalf of or for US Agencies/Departments, co-defendants, or any US Politician; OR

- An individual, at a minimum, that aided and abetted one of the Co-Conspirators/DEFENDANTS or were accessories after the fact; OR

- An individual not employed by a government entity; OR

- Is a company or individual so intertwined with the United States Government as to make them an arm of the United States Government through contracting or having provided either true or false information to DEFENDANTS about PLAINTIFF that facilitated the RICO Enterprise."

## Section I (B): IFP & Statement of Non-Vexatious Litigation

**(1):** PLAINTIFF is proceeding *in forma pauperis* (IFP) because PLAINTIFF IS A SLAVE TO DEFENDANTS (i.e. Russia, United States Government). PLAINTIFF has less than ten dollars to his name and has not been employed since November 2022. PLAINTIFF DEMANDS THE US MARSHALS SERVE ALL DEFENDANTS DUE TO PLAINTIFF'S POVERTY.

**(2):** This is not Vexatious Litigation and not Abuse of Process. Everyone PLAINTIFF has included cannot be dismissed and has a factual basis in the complaint due to the overarching RICO Enterprise and secretive nature of such.

# Section I(C): BASIS OF JURISDICTION and VENUE:
**A:**

- 42 U.S.C. §1983;
- 42 U.S.C. §1985;
- 42 U.S.C. §1986;
- 18 U.S.C. §1961 et al.,
- 18 U.S.C. §2340;
- 18 U.S.C. §2441;
- 20 U.S.C. §701;
- 42 U.S.C. §2000aa;
- 42 U.S.C. § 2000a;
- 42 U.S.C. §2000dd;
- TERRORISM RISK INSURANCE ACT of 2002.
- FSIA 28 U.S.C. §1605B
- 28 U.S.C. §1330
- 18 U.S.C. § 2520(a)
- 50 U.S.C. 1810
- 28 U.S.C. §1343;
- 28 U.S.C. §1367 (and Louisiana Revised Statutes)
- 42 U.S.C. §2000a-6;
- 18 U.S.C. §1964;
- RFRA/42 U.S.C. §2000bb
- 18 U.S.C §2333
- 28 U.S.C. §1605(a)(7)
- 28 U.S.C. §1330
- 50 U.S.C. §1810
- 29 U.S.C. §790 (Section 504)

B: Venue is proper under 18 U.S.C. §1965

**Section I(E): Legal House Keeping Part I.**

**(1):** This is a once in a lifetime lawsuit, the very nature of which has never been tried in the Court of law because the factual basis of which has never remotely occurred in the entire history of United States Jurisprudence.  PLAINTIFF promises you that was the understatement of the century and the your entire time on the bench.

**(2):** PLAINTIFF graduated from LSU Law in August 2017 and has a Juris Doctorate Degree. PLAINTIFF worked as a paralegal in parts of his life even after being tortured, subject to war crimes, and the victim of the RICO Enterprise at issue by DEFENDANTS. PLAINTIFF is going

up against literally hundreds of billions of assets and lawyers. PLAINTIFF just wants a chance at what is fair in life.

**(3)(a):** PLAINTIFF understands the issues of Shotgun Pleading in which "The Federal Rules of Civil Procedure require a complaint to include "a short and plain statement of the claim showing that the pleader is entitled to relief " under Fed. R. Civ. P. 8(a)(2) and that "[a] party must state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances" under Fed. R. Civ. P. 10(b)." PLAINTIFF was left with no other choice and he is praying that the Section entitled: Non Shotgun Pleading will suffice in which PLAINTIFF then included the shotgun pleading section. PLAINTIFF is at complete mercy of the Court's discretion. Here are the reasons why PLAINTIFF had to include the shotgun pleading section:

1.  There has never been a case to the United States Government like PLAINTIFF'S that they absolutely need and want to have the case dismissed with prejudice not because the case is vexatious nor that PLAINTIFF'S case doesn't have merit, *but precisely because PLAINTIFF'S case has such an extreme and extraordinary legal significance and legal merit* that will fundamentally shape the way with the United States Government interacts with *the People* in the future in which PLAINTIFF'S case necessarily requires the United States Government to actually take heed of *the People's* constitutional interests in making decisions in which more than $14,900,000,000 and the new dreams of a former Special Education student is at stake, years of jurisprudence (some cases necessarily decided upon legal fraud in some instances that are constitutionally compromised) is at stake, and the prevention of knowing what the United States Government did to their own citizens, especially to vulnerable autistic adults like PLAINTIFF. US Government has an absolute reason why they would want to kill PLAINTIFF.

2.  No attorney wanted to assist PLAINTIFF because of what happened because they knew the risk of the harm that would probably befall upon their families if they did. PLAINTIFF had nowhere to go and no one to help him in this endeavor. PLAINTIFF has no money, no resources, and this case reaches the upper echelons of the elite in Washington D.C. DEFENDANTS are basing their hopes to dismiss the lawsuit on some technicality in the Federal Rules of Civil Procedure; and even then, as PLAINTIFF alleges beyond a preponderance of the evidence level that is aghast and shocking in nature, the Supreme Court had assisted the RICO Enterprise in their endeavor to deny PLAINTIFF'S ability to access the Court.

3.  What has occurred from at least 2007 is DEFENDANTS' extraordinary bad faith that shocks the conscience the likes of which the Court has never seen and will never see again. Fraudulent concealment is an understatement. DEFENDANTS' malicious, wanton, and intentional deprivation of PLAINTIFF'S ability to access the Courts and DEFENDANTS intentional, wanton, malicious, and willful failure to provide documents when legally requested by PLAINTIFF that would have allowed PLAINTIFF to ascertain which individual actors within the respective organizations committed the harms against PLAINTIFF in which DEFENDANTS intentionally did so to prevent PLAINTIFF from being able to bring a claim against them in Court and within the statute of limitations for certain claims. Had DEFENDANTS allowed PLAINTIFF to access the papers he is legally entitled to, it would have effectively allowed PLAINTIFF to provide a short claim

identifying the individual actors and acts in the case and PLAINTIFF was vigilant in regard to the case. Furthermore, even when PLAINTIFF sought records that only involved one of the DEFENDANT and PLAINTIFF as to limit the scope of the FOIA, DEFENDANTS have intentionally prevented giving PLAINTIFF that information to prevent PLAINTIFF from seeking redress. SCOTUS aided and abetted this endeavor. It is not that DEFENDANTS don't know why PLAINTIFF is pursuing the claim; they are fully aware of the horrendous acts and the basis of this lawsuit in which relief can be sought. DEFENDANTS are hoping for some deus ex machina rule of procedure to prevent PLAINTIFF from pursuing his claim. PLAINTIFF filed at least 10+ complaints within respective DEFENDANTS organizations, called them personally numerous times, EVEN VISITED certain DEFENDANTS IN PERSON in 2020 to resolve the issues and have them give PLAINTIFF the information in which the DOJ, CIA, FBI, STATE, and the FISA Court all turned PLAINTIFF away. Leadership in all of those institutions were necessarily aware of the claims PLAINTIFF would bring because of what they did. PLAINTIFF has done everything in his poverty-stricken power and tortured mind to have some justice and pursue some claims.

4.   Unfortunately, PLAINTIFF'S complaint is similar to a case of *res ipsa loquitor* (a thing that speaks for itself) in which it is inferable based on the facts of what the case is based on that logically and reasonably were most likely to be the legal causes of what happened; but as to what certain actors did what at a certain time, PLAINTIFF did all he could in determining names. However, because DEFENDANTS, as explained above, continuously denied PLAINTIFF information as to ascertain who the actors were that perpetuated RICO Enterprise 1 and RICO Enterprise 2 against PLAINTIFF because certain DEFENDANTS are in bad faith with PLAINTIFF. **Yes, there are two separate legal RICO Enterprises in this complaint that spans over 15+ years in length.** Based on the astronomical number of facts to establish a form of a res ipsa loquitor argument and made legal arguments made in the dark that are contained in this complaint that span over 500 pages, PLAINTIFF has to do a shotgun approach. PLAINTIFF has to resort to the definitions he made to include it or lose it with the most plausible and most legally credible allegations of the actions that were committed within the super secretive decision-making apparatuses in respective DEFENDANTS' organizations that are made in the dark to the public that caused PLAINTIFF'S extreme injuries to form a substantial basis on which this complaint rests. So yes, when it comes to the secrecy of certain organizations in which PLAINTIFF is completely blinded in the dark (in which they have night vision) and those organizations are the cause of the extreme harm that they caused PLAINTIFF, PLAINTIFF must necessarily do a shotgun approach because that is the only way to sustain the complaint.

5.   Finally, PLAINTIFF doesn't have the resources (let alone any actual money in his name right now) to sustain years upon years of *delays* that DEFENDANTS will most likely do to prevent PLAINTIFF from obtaining justice if you deny their 12B6 motions they are most definitely going to rely on and allow the case to go forward. Actually, in order to increase judicial efficiency and spare years, upon years of litigation, if not decades of litigation because of the issues and costs involved in the case, the shotgun approach is necessary now to put all the legal arguments on the table and resolve this case quickly.

Simply, sacrifice spending two or three days reading the complaint now and prevent a decade of litigation in the future. The only conceivable way that PLAINTIFF would be able to obtain enough resources to sustain years upon years of litigation is if PLAINTIFF went to potentially hostile governments like China, Russia, anyone with a grudge against the United States Government essentially, to help finance the cost of litigation. PLAINTIFF got falsely accused of that once in his life, PLAINTIFF would like to avoid that again. PLAINTIFF'S intent is not to harm the United States and resort to that measure because PLAINTIFF never belonged in the criminal underworld.

**4:** "PLAINTIFF'S nickname is Miki Kotevski. PLAINTIFF requests the case to be called "Miki v. Hillary Clinton, Bill Clinton, FBI, CIA, et. al."

**5:** PLAINTIFF is a citizen of both the United States and the Republic of Serbia."

**6:** PLAINTIFF comes with clean hands regarding RICO Enterprise 1. At the absolute minimum, beyond any reasonable doubt, PLAINTIFF'S hands are completely clean regarding the Chapters of the complaint entitled: *Miki's Tea Party* and *An Anchor and a Pitchfork.* PLAINTIFF will describe why throughout the complaint of when he comes with clean hands regarding equity (money) when it is applicable and when it is not applicable. PLAINTIFF will discuss when there is an even a remote appearance of when he may not have clean hands regarding RICO Enterprise 2. The Supreme Court in *Keystone Driller Co. v. General Excavator Co.*, 290 U.S. 240 (1933) discussed when one can come with clean hands into the Court: "It is one of the fundamental principles upon which equity jurisprudence is founded that, before a complainant can have a standing in court, he must first show that not only has he a good and meritorious cause of action, but he must come into court with clean hands. He must be frank and fair with the court, nothing about the case under consideration should be guarded, but everything that tends to a full and fair determination of the matters in controversy should be placed before the court." Story's Equity Jurisprudence, 14th ed., § 98. The governing principle is "that whenever a party who, as actor, seeks to set the judicial machinery in motion and obtain some remedy has violated conscience or good faith or other equitable principle in his prior conduct, then the doors of the court will be shut against him in limine; the court will refuse to interfere on his behalf, to acknowledge his right, or to award him any remedy." Pomeroy, Equity Jurisprudence, 4th ed., § 397. This Court has declared: "It is a principle in chancery that he who asks relief must have acted in good faith. The equitable powers of this Court can never be exerted in behalf of one who has acted fraudulently, or who by deceit or any unfair means has gained an advantage. To aid a party in such a case would make this Court the abetter of iniquity." *Bein v. Heath,* 6 How. 228, 47 U. S. 247. And again: "A court of equity acts only when and as conscience commands, and, if the conduct of the plaintiff be offensive to the dictates of natural justice, then, whatever may be the rights he possesses and whatever use he may make of them in a court of law, he will be held remediless in a court of equity." Deweese v. Reinhard, 165 U. S. 386."

**Section I(G):**

**(1): PLAINTIFF doesn't make this allegation lightly and understands the exact nature of the allegation.** PLAINTIFF has over 100+ pages proving a conspiracy against PLAINTIFF by DOJ and SCOTUS in SCOTUS cases in 2011 and 2015 respectively that concern two major incidents concerning RICO Enterprise 1 in which 4 cases are completely constitutionally

compromised that cannot be redeemed--*City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015), *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011), *Luna Torres v. Lynch*, 578 U.S. 452 (2016), and *Wilkie v. Robbins*, 551 U.S. 537 (2007). All cases that have relied upon the three cases are necessarily tainted and compromised as well. PLAINTIFF believes at minimum at least another 20 are compromised and/or are tainted that go back from as far as 2006. PLAINTIFF has called the Chapter proving such: ***Star Chambers***. PLAINTIFF is incorporating the arguments and facts made in ***Star Chambers [HERE]***. *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) was in fact the first targeted killing of an American citizen living on American soil at the time the decision was issued without DUE PROCESS of law.

**(2):** Because of the previous paragraph, PLAINTIFF'S constitutional and legal interests are permanently tainted because it was done in furtherance of RICO Enterprise 1 in which PLAINTIFF was denied access to the court because of RICO Enterprise 1. This is fully explained in *Star Chambers* and there is an occasional reference to some of the arguments made in *Star Chambers* that are applicable in different Chapters of this complaint. PLAINTIFF is making the change necessary to better represent *the People's* interest in preventing a police surveillance state from happening in America and how the police interact with disabled individuals and minorities. The cases in question necessarily involve issues of 1st Amendment, 4th Amendment, 5th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment Rights, Disability Rights, and qualified/absolute immunity of holding officials accountable for committing the constitutional violations that were done in furtherance of RICO Enterprise 1.

**(3):** Utilizing SCOTUS cases that were necessarily prejudicial against PLAINTIFF would be the same thing if an African American living in Texas in 2023 tried to enter Louisiana and was prohibited from doing so; and then that man brought a 42 U.S.C. 1985(3) claim based on the facts that he was completely obstructed on an interstate and in complete violation of 42 U.S.C. 1985(3) in which the Court would rule *against him* on the basis of a Louisiana law from 1814 called the Louisiana Migration Law that prohibited free blacks from entering the state. There is something that offends every sense of traditional justice and notions of due process and that is the claim PLAINTIFF is making.

**(4):** PLAINTIFF for all intents and purposes and is specifically alleging: PLAINTIFF had his ability to access courts denied because of RICO Enterprise 1 from 2006 to now. In light of this startling revelation, PLAINTIFF is requesting that the Court to stipulate that DEFENDANTS and PLAINTIFF are only allowed to use case precedent from SCOTUS that occurred prior to March 1st 2006 and are prohibited from relying upon any federal or state district court or appeal cases that rely on the tainted cases from 2006 in which PLAINTIFF stipulates which cases are tainted; the only cases that can be used from March 1st, 2006 and onwards if the case assists PLAINTIFF'S complaint in which the taint would be removed because it constitutionally helps PLAINTIFF. Yes, it is a little hypocritical; however, PLAINTIFF did this to the best he could and not to use those cases and rarely used any cases that fell in that time period). This request as to the applicability of the precedent and PLAINTIFF'S denial of access of courts is supported by *In re Murchison*, 349 U.S. 133 (1955), *United States v. Shotwell Mfg. Co.*, 355 U.S. 233 (1957), *Swekel v. City of River Rouge*, 119 F.3d 1259 (6th Cir. 1997), *Foster v. City of Lake Jackson*, 28 F.3d 425 (5th Cir. 1994); *Bell v. City of Milwaukee*, 746 F.2d 1205 (7th Cir. 1984); The

Convention On the Rights of Persons With Disabilities Article 13; *Marshall v. Columbia Lea Reg'l Hosp.*, 345 F.3d 1157 (10th Cir. 2003), *United States v. Glaub*, 910 F.3d 1334 (10th Cir. 2018), *United States v. Alcaraz-Arellano*, 441 F.3d 1252 (10th Cir. 2006), *United States v. Davis*, 339 F.3d 1223(10th Cir. 2003).

**(5):** PLAINTIFF is asking *for a permanent injunction* because PLAINTIFF has an extraordinary fear of future prejudice if this case goes up to SCOTUS and to Congress. DEFENDANTS are of course going to want to challenge this; but PLAINTIFF has substantial reason and has no hope in believing SCOTUS would be fair to PLAINTIFF because SCOTUS was not fair to PLAINTIFF in 2015.

# Section II: Bivens Purposes:

**(1)(a):** Some of the municipalities, townships, towns, cities, county, provinces, states, or country who authority DEFENDANT officers or officials acted is: SEWANEE, TENNESSEE; BATON ROUGE, LOUISIANA; WADSWORTH, ILLINOIS; ALICE SPRINGS/PINE GROVE/PINE GAP, AUSTRALIA; JAPAN; WASHINGTON D.C.; FAIRFAX, VIRGINIA; GEORGE MASON UNIVERSITY; State of Minnesota; INDIA; the HEAD QUARTERS or any OFFICES of DEFENDANTS; any DATA FUSION CENTERS located anywhere in the UNITED STATES, EUROPE, AUSTRALIA, INDIA; or other location that has a connection with the issues presented herein; or under the jurisdiction of any city, state, or country in which PLAINTIFF lived or visited or DEFENDANTS had in-personam jurisdiction over PLAINTIFF at any time in PLAINTIFF'S life.

**(1)(b)**. In addition, to PLAINTIFF'S federal constitutional claims, the municipality, township, county, state, country, or location where violations occurred/custom or policy violations occurred (in the next paragraph) were: SEWANEE, TENNESSEE; BATON ROUGE, LOUISIANA; WADSWORTH, ILLINOIS; ALICE SPRINGS/PINE GROVE/PINE GAP, AUSTRALIA; TOKYO, JAPAN; WASHINGTON D.C.; ATLANTA, GEORGIA; FAIRFAX, VIRGINIA; GEORGE MASON UNIVERSITY; State of Minnesota, ; the HEAD QUARTERS or any OFFICES of DEFENDANTS; any DATA FUSION CENTERS located anywhere in the UNITED STATES, JAPAN, EUROPE, AUSTRALIA, INDIA, UNITED KINGDOM; or other location that has a connection with the issues presented herein; or under the jurisdiction of any city, state, or country in which PLAINTIFF lived or visited or DEFENDANTS had in-personam jurisdiction over PLAINTIFF at any time in PLAINTIFF'S life."

**(2):** DEFENDANTS officers acted pursuant to a custom or policy, which custom or policy is the following: "prohibitions on torture; prohibitions on entrapment; prohibitions on fabricating evidence; prohibitions on outrageous government conduct; prohibitions on revealing information in the course of an on-going investigation; prohibitions on having private individuals having de-facto leadership over certain agencies and directing agencies' course of actions; prohibitions on planting evidence; prohibitions on obstructing justice; prohibitions on doing any RICO predicate acts in enforcing the law; prohibitions on using known perjured testimony; prohibitions on war crimes; prohibitions against using an individual's disability against a subject or witness to cause said individual to commit crimes against their legal and constitutional interests; prohibitions on inhumane treatment; prohibitions on aiding and abetting the enterprise without reporting it to the proper authorities or to PLAINTIFF; prohibitions on the creation, facilitation, and use of a Star

Chamber tribunal against custom and traditional notions of justice and fairness; prohibitions on Bills of Attainder/Ex-Post Facto laws and punishments; and other prohibited acts.

From at least August 01, 2007 (as well as from an indeterminable time after PLAINTIFF'S birth) to the present moment, PLAINTIFF, at any of the previously mentioned locations above, had some of the following CIVIL RIGHTS violations happen:

[X]: Two assassination attempts at Deerfield High School in Deerfield, Illinois in February or March 2017 and during the time of the *Chicago Cases* by PLAINTIFF'S father.

[X]: arrested or seized PLAINTIFF without probable cause to believe that PLAINTIFF had committed, was committing, or was about to commit a crime;

[X]: Searched PLAINTIFF or his property without a warrant and without reasonable cause;

[X]: Used excessive force upon PLAINTIFF;

[X]: Failed to intervene to protect PLAINTIFF from violation of PLAINTIFF'S civil rights by one or more of other DEFENDANTS.

[X]: Failed to provide PLAINTIFF with needed medical care;

[X]: conspired together to violate one or more of PLAINTIFF'S civil rights.

[X]: Other violations, including, but not limited to, a predicate act of RICO; 18 U.S.C. 242; 18 U.S.C. 249; 18 U.S.C. 250; 18 U.S.C. 2234; 18 U.S.C. 2235, having used, procured, or created perjured or materially false testimony;  providing false evidence or testimony when paid by one of CO-DEFENDANTS or CO-CONSPIRATORS; planning or implementing a mechanism to entrap PLAINTIFF; 18 U.S.C. §2236; 18 U.S.C. § 2261A; 18 U.S.C. §2340; 18 U.S.C. §2441; 18 U.S.C. §2, 18 U.S.C. 2331 1(B)(iii) and 5(B)(iii), *See also*: DOJ'S CRIMINAL RICO Handbook: *Section 2332b(g)(5)(B) (iii) - 49 U.S.C. § 46502 (relating to aircraft piracy);* 18 U.S.C. § 1956 (Financing Terrorism); DEFENDANTS shared the information amongst each other. *See: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* within the meaning of RICO where defendant provided information he knew would enable inquirer to *commit murder or other RICO violations);* committing or contributing to or aiding/abetting an act that violated one of PLAINTIFF'S 1st, 2nd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, or 14th Amendment rights; TITLE VI of the Civil Rights Act 42 U.S.C. §1983; 42 U.S.C. §1985; 42 U.S.C. §1986; or other crimes & violations not herein listed within or outside of PLAINTIFF's or DEFENDANT'S knowledge.

[X] PLAINTIFF has filed over 10 complaints/requests to DEFENDANTS, more than 15 FOIA requests with DEFENDANTS (from 2017 onwards in which PLAINTIFF started becoming aware of RICO acts done against PLAINTIFF regardless of who was POTUS at the time & has not received anything of merit or of substantial or significant value) & PLAINTIFF had even visited some of DEFENDANTS in WASHINGTON D.C. in 2020 to resolve the issues and was spurned by DEFENDANTS: FBI, CIA, DOJ, and FISA Court. Furthermore, PLAINTIFF has excessively/obsessively tweeted at DEPARTMENT OF JUSTICE and other DEFENDANTS with no legitimate response to issues presented. These botched responses to a FOIA request or civil Rights complaints made to and filed with DEFENDANTS constitutes an act of one of the following: 18 USC §1961 section 1503 (relating to obstruction of justice), 18 USC §1961 section 1510 (relating to obstruction of criminal investigations), or 18 USC §1961 section 1513 (relating to retaliating against a witness, victim, or an informant) in which PLAINTIFF was not given the

opportunity to peacefully pursue a resolution without having to resort to litigation and discovery to resolve the issues. Furthermore, with the-- at least--more than 500 tweets directed at DEFENDANTS since 2017, the contents of the tweets contained exculpatory evidence. LAWYERS have an obligation to remedy issues when they have the requisite knowledge of material errors made. Even when provided mountains of tweets of exculpatory evidence, no actions were taken by DEFENDANTS when they had the knowledge of it from 2017 onwards.

[X] "PLAINTIFF _can also_ describe in meticulous detail the factual allegations that would pass the legal factual threshold required under Iqbal & F.R.C.P. 9(B) for RICO claims; but is not doing so in the interests of Justice. PLAINTIFF can provide the Court some evidence of his allegations upon request; however, DEFENDANTS most definitely can provide more evidence proving PLAINTIFF correct in discovery; if DEFENDANTS fail to do so; they are doing so in bad faith with the Court and is a continuation of the contempt that some DEFENDANTS have for the proper administration of justice in America and a continuation of the pattern of obstructive acts by DEFENDANTS.

[X] "PLAINTIFF claims violations by DEFENDANTS of the Laws of Louisiana (Louisiana Civil Code (that include some of the following): §1756; §1757; §1760; §1761; §1948; §1949; §1950-1956; §1959), International Treaties, the Geneva Convention, and other US Federal Laws, Regulations, and Procedures, as well as the laws of Louisiana that are applicable and relevant to anything stipulated below"

"Plaintiff was not charged with a crime to the best of his current knowledge; however, he served as legal fodder against his constitutional interests without being given the chance or opportunity to defend himself in violation of the prohibition on Bills of Attainder and a denial of access to courts in which such cases like _City and County of San Francisco v. Sheehan,_ 575 U.S. 600 (2015) were decided. FISA Court issued rulings which were adverse to PLAINTIFF'S constitutional interests that were made upon and decided upon by fabricated evidence and allegations despite PLAINTIFF going to FISA Court in June 2020 to refute any possible allegations because certain DEFENDANTS went too far with their power and PLAINTIFF went there specifically to obtain evidence that would have either shown my true innocence or proven the existence of the enterprise. In violation of _Tennessee v. Lane_, 541 U.S. 509 (2004), PLAINTIFF was denied access to the FISA Court in June 2020. PLAINTIFF was denied an opportunity to obtain or view the evidence a court utilized against PLAINTIFF against his 4th, 5th, 6th, 8th, 9th, 10th, 13th, 14th Amendment rights, was denied access to counsel in the proceedings in violation of **Powell v. Alabama,** 287 U. S. 45. (1932), was not made aware of proceedings, was not served, and other horrendous constitutional violations in which FISA court exceeded their statutory authority in which they unconstitutionally expanded the scope of their power and purview.

If Civil Asset Forfeiture was utilized against PLAINTIFF and his Intellectual Property, then it was done without PLAINTIFF's knowledge in which fabricated evidence and perjured testimony was used to create allegations of crime in order to deprive PLAINTIFF of numerous constitutional and property interests because of the money & power interests that DEFENDANTS either did, or would have, exponentially obtained through their RICO enterprise. Destroying me as a person for being a legal liability once made aware of their actions and other

actions. The utilization of Civil Asset Forfeiture was only possible because of some of DEFENDANTS acts of: 18 USC §1961 section 1503 (relating to obstruction of justice), 18 USC §1961 section 1510 (relating to obstruction of criminal investigations), 18 USC §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 USC §1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 USC §1961 section 1513 (relating to retaliating against a witness, victim, or an informant), 18 USC §1961 sections 891–894 (relating to extortionate credit transactions); 18 USC §2 by providing DEFENDANTS PLAINTIFF'S information in which DEFENDANTS obtained information either in Bad Faith or knowingly doing so with the intent to further their RICO enterprise.

**Part 1:** Plaintiff was found guilty of one or more charges because DEFENDANT deprived PLAINTIFF of a fair trial as follows: Based on fabricated evidence given to SCOTUS by DOJ in which PLAINTIFF did not have the opportunity to refute or stand up for himself when the Court decided *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015). DEFENDANTS, knowing the far-stricter Japanese legal system that: has a 99.9% conviction rate,[2] has "a sentencing policy that is heavily geared toward retribution, isolation, and punishment, rather than deterrence and rehabilitation,"[3] a heavily critiqued criminal justice system that has been described as "hostage justice,"[4] knowing PLAINTIFF'S extreme legal vulnerability and personal vulnerability to such attacks in JAPAN via conversations had in the course of PLAINTIFF'S second 1L year, emails sent in May 2015, and DEFENDANTS' prior knowledge, violated PLAINTIFF'S Due Process rights per *Frank v. Mangum*, 237 U. S. 309, (1915), obstructed justice under 18 USC §1961 section 1503 (relating to obstruction of justice) and tried to ensure a criminal conviction of PLAINTIFF in a Japanese court when DEFENDANTS knowingly committed different predicate RICO acts involving ANGIE ORTIZ by violating *Brown v. Mississippi*, 297 U.S. 278 (1936). PLAINTIFF believes that he is possibly under a legal guardianship that he was not been made aware of; PLAINTIFF may have been forced to legally marry someone against his religious beliefs (i.e. Sunny); PLAINTIFF may have been forced to and coerced into adopting a "child" (ANGIE ORTIZ) if she was a child that was DEFENDANTS blackmail and extortion when PLAINTIFF was led to believe ANGIE ORTIZ was at least 18 years old when PLAINTIFF was drugged against his will, made to lack capacity through mechanisms or procedures, or lacked capacity to understand what happened to him in Japan in late June 2015, July 2015, and afterwards based on his disabilities."

# SECTION III: PLAIN & SHORT STATEMENT OF THE CASE:

1. PLAINTIFF is a Straight, Sarcastic, Loving, Kind, Autistic, Orthodox Christian, that tends to be more libertarian in nature politically, is a resident and citizen of Utah, and is a citizen of the United States and the Republic of Serbia.

---

[2] https://www.nippon.com/en/japan-topics/c05401/order-in-the-court-explaining-japan%E2%80%99s-99-9-conviction-rate.html
[3] https://www.ojp.gov/ncjrs/virtual-library/abstracts/crime-and-delinquency-control-strategy-japan-comparative-note
[4] https://www.hrw.org/report/2023/05/25/japans-hostage-justice-system/denial-bail-coerced-confessions-and-lack-access

2. PLAINTIFF does not have the money or funds or resources to serve all DEFENDANTS properly as the costs for doing so would easily exceed $150,000.

3. **PLAINTIFF is filing this case in the United States District Court for the Middle District of Louisiana because a substantial amount of the case took place when PLAINTIFF attended law school at LSU Paul M. Hebert Law Center between August 2013 and August 2017.**

4. There is no statute of limitations issues as under *Agency Holding Corp. v. Malley-Duff & Associates, Inc.*, 483 U.S. 143, (U.S. 1987), the Statute of Limitations for Civil RICO is 4 years according to the injury accrual rule when PLAINTIFF found out about the 2010/2011 conspiracy in June 2023 and was not able to adequately ascertain certain information due to DEFENDANTS preventing PLAINTIFF from intentionally learning about the connections between DEFENDANTS Rothschilds and Clintons and their conspiracy against PLAINTIFF that took place in 2015 in Tokyo Japan when PLAINTIFF acquired vital pieces of proof within the last six months or so that firmly and circumstantially established their conspiracy when BILL CLINTON and LYNN DE FORESTER ROTHSCHILD were at a function on 06/26/2015 on the same day HILLARY CLINTON ordered her hit against PLAINTIFF and the Clintons and Rothschild trip to Africa in 2015, which was prior to PLAINTIFF meeting A.O in JAPAN for the first time.

5. Unknown DEFENDANTS corruptly sent the East Baton Rouge Sheriff's office to serve PLAINTIFF at 773 John Henry in Baton Rouge, LA in 2019 when the last time PLAINTIFF lived at the location was in May 2015 and serves a fundamental nexus to the RICO acts.

6. PLAINTIFF has always wanted to come back to Louisiana in some way in which it is clear from DEFENDANTS conduct in Paragraph #5 they understood that to be true because they would have no other reason to serve PLAINTIFF at 773 John Henry if they are not going to admit it was done for corrupt purposes.

7. PLAINTIFF wishes to establish an airline in which PLAINTIFF will base some aircraft in Louisiana in Baton Rouge and New Orleans and open a resort and retreat in Saint Francisville, Louisiana for LSU students.

8. DEFENDANTS DEPARTMENT OF JUSTICE and DEPARTMENT OF EDUCATION agreed by contract to utilize the Louisiana Civil Code to resolve any and all conflicts.

9. DEPARTMENT OF JUSTICE breached their contract in *the Chicago Cases* by failing to utilize the Louisiana Civil Code to resolve the issues between the Department of Justice and PLAINTIFF.

10. Therefore, based on paragraphs 5-9, even if there may have been intermittent contact with Louisiana, *there was still contact with Louisiana* providing a proper venue to resolve and litigate the case in as well as 18 U.S.C. §1965 supporting PLAINTIFF'S venue.

11. The 7th Circuit Court of Appeals frowned down upon the Louisiana Civil Code and cast it aside and completely disregarded the importance of such.

12. If it was not the Rothschild and Clintons, then it was the government of India that facilitated the hit against PLAINTIFF in Tokyo and PLAINTIFF only learned about that via two Supreme Court cases in Fall/Winter 2023.

13. PLAINTIFF sent more than 20 FOIA requests and visited DEFENDANTS in person in Washington DC in 2020 to resolve the issues and figure out what was going on in which PLAINTIFF was intentionally deprived of information.

14. PLAINTIFF will tell the Court what the issues are in another way: you tell a Cajun family that their autistic son has been exploited and abused for years by the government, committed acts of terrorism and war crimes against him, that made billions off of him in which that government sexually trafficked a minor to blackmail their autistic son to prevent him from being paid or holding anyone accountable for their actions and you tellin' me that there wouldn't be a whole Cajun Navy amassing to find the sum bitches that did it?

15. You tellin' PLAINTIFF under the circumstances succinctly described in Paragraph #14 that most Cajuns and folks from Louisiana think there wouldn't be something in the Louisiana Civil Code that should prevent that from happening? That there isn't a form a self-defense allowed in the Louisiana Revised Statutes?

16. PLAINTIFF incorporates all of *the Chicago Cases* material herein. The case record in the *Chicago Cases* is voluminous and PLAINTIFF doesn't have the resources to go to PACER and download a certified copy of the record. PLAINTIFF pleads and begs the Court as a destitute man to access the record The *Chicago Cases* that consists of the cases: *Kotevski v. Clinton, et al.* 23CV17137 N.D. IL (2023), *In Re: Milan Michael Kotevski*, 24-1085 7th Circuit Court of Appeals (2024), and *Kotevski v. Jenkins*, 24-1085 7th Circuit Court of Appeals (2024) on PACER in which Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made their decisions.

17. DEFENDANTS in *the Chicago Cases* were properly served whether it was DEFENDANTS who had hacked into PLAINTIFF'S laptop and cellphone and watched and monitored PLAINTIFF has he made his motions and wrote reports on such, PLAINTIFF personally sending DEFENDANTS emails informing them of the nature of the claims, serving the Department of Justice in Chicago on 10/20/2023 who then informed numerous interested parties of the allegations and proceedings, members of the White House who learned about it through intelligence and through the Department of

Justice and FBI in Chicago; pretty much the most important DEFENDANTS at issue all know the nature and basis of PLAINTIFF'S claims and they know and have been conspiring against PLAINTIFF since that time and before. PLAINTIFF had to include numerous DEFENDANTS as a intelligence dart guessing board to figure out who knew what when because DEFENDANTS intentionally deprived PLAINTIFF of that information.

18. Every single decision, rulings, and explanations, individually and jointly, Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in *the Chicago Cases* were so outrageously constitutionally deficient that individually and jointly in sum constitute Outrageous Government Conduct in which Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals intentionally denied PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights to further the RICO Enterprise against DEFENDANT.

19. Any reasonable American and/or legal scholar viewing the entire record would all come to the unanimous decision that PLAINTIFF has been deprived justice, Due Process, and that there is an extremely rotten stench of corruption that lingers in every single decision, rulings, and explanations, individually and jointly, Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in *the Chicago Cases.*

20. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient and corrupt that every single decision, rulings, and explanations constitute intentional obstructions of justice in furtherance of RICO Enterprise

21. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient and corrupt that every single decision, rulings, and explanations constitute RICO Enterprise's 1 purpose of making PLAINTIFF an indentured servant in furtherance of RICO Enterprise in violation of PLAINTIFF"S 13th Amendment Rights, 18 U.S.C § 1961, and LA Rev Stat § 15:1352.

22. Every single decision, ruling, and explanation--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal

errors, and corrupt that every single decision, ruling, and explanation was an additional act of furthering one of the purposes of RICO Enterprise 1 by making PLAINTIFF their slave in violation of PLAINTIFF"S 13th Amendment Rights, 18 U.S.C § 1961, and LA Rev Stat § 15:1352

23. Every single decision, ruling, and explanation--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation constitutes separately and jointly intentional obstructions of justice in furtherance of RICO Enterprise in violation of 18 U.S.C § 1961, and LA Rev Stat § 15:1352

24. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation constitute intentional obstructions of justice in furtherance of RICO Enterprise in violation of 18 U.S.C § 1961, and LA Rev Stat § 15:1352.

25. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done in retaliation against PLAINTIFF'S First Amendment Rights and to deprive PLAINTIFF of his First Amendment Rights.

26. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done in retaliation against PLAINTIFF'S Second Amendment Rights and to deprive PLAINTIFF of his 2nd Amendment Rights.

27. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done in retaliation against PLAINTIFF'S Third Amendment Rights and to deprive PLAINTIFF of his Third Amendment Rights.

28. Every single decision, rulings, and explanations--individually and jointly--Judge
JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR,
WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit
Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased,
filled with legal errors, and corrupt that every single decision, ruling, and explanation
were done in retaliation against PLAINTIFF'S Fourth Amendment Rights and to deprive
PLAINTIFF of his Fourth Amendment Rights.

29. Every single decision, rulings, and explanations--individually and jointly--Judge
JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR,
WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit
Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased,
filled with legal errors, and corrupt that every single decision, ruling, and explanation
were done in retaliation against PLAINTIFF'S Fifth Amendment Rights and to deprive
PLAINTIFF of his Fifth Amendment Rights.

30. Every single decision, rulings, and explanations--individually and jointly--Judge
JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR,
WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit
Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased,
filled with legal errors, and corrupt that every single decision, ruling, and explanation
were done in retaliation against PLAINTIFF'S Sixth Amendment Rights and to deprive
PLAINTIFF of his Sixth Amendment Rights.

31. Every single decision, rulings, and explanations--individually and jointly--Judge
JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR,
WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit
Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased,
filled with legal errors, and corrupt that every single decision, ruling, and explanation
were done in retaliation against PLAINTIFF'S Seventh Amendment Rights and to
deprive PLAINTIFF of his Seventh Amendment Rights.

32. Every single decision, rulings, and explanations--individually and jointly--Judge
JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR,
WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit
Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased,
filled with legal errors, and corrupt that every single decision, ruling, and explanation
were done in retaliation against PLAINTIFF'S Eighth Amendment Rights and to deprive
PLAINTIFF of his Eighth Amendment Rights.

33. Every single decision, rulings, and explanations--individually and jointly--Judge
JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR,
WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit
Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased,
filled with legal errors, and corrupt that every single decision, ruling, and explanation

were done in retaliation against PLAINTIFF'S Ninth Amendment Rights and to deprive PLAINTIFF of his Ninth Amendment Rights.

34. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done in retaliation against PLAINTIFF'S Tenth Amendment Rights and to deprive PLAINTIFF of his Tenth Amendment Rights.

35. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done in retaliation against PLAINTIFF'S Thirteenth Amendment Rights and to deprive PLAINTIFF of his Thirteenth Amendment Rights.

36. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done in retaliation against PLAINTIFF'S Fourteenth Amendment Rights and to deprive PLAINTIFF of his Fourteenth Amendment Rights.

37. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to prevent PLAINTIFF from utilizing the Geneva Convention to stop the on-going torture against an American without Due Process of Law on American soil having never been convicted of a crime or knowing the charges against him.

38. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to prevent PLAINTIFF from utilizing the Treaty on the Rights of Individuals with Disabilities to stop the torture against an American without Due Process of Law on American soil having never been convicted of a crime or knowing the charges against him.

39. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to prevent PLAINTIFF from escaping the harm he faces every single day by being a man who can sustain himself in the world in violation of PLAINTIFF"S 13th Amendment Rights, 18 U.S.C § 1961-1964, and LA Rev Stat § 15:1352.

40. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to further the RICO Enterprise's goal of implementing a totalitarian state in the United States through RICO and major abuses of Constitutional Rights.

41. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to prevent PLAINTIFF from utilizing the Geneva Convention to stop the torture against an American without Due Process of Law on American soil having never been convicted of a crime or knowing the charges against him.

42. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to prevent PLAINTIFF from defending himself properly and adequately in Court.

43. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation was done to create a two-tiered justice system in which poor Americans, middle-class Americans, and not politically connected Americans access to the Courts and ability to hold the most powerful individuals and corporations accountable for their actions against Americans.

44. JUDGE JENKINS, PRYOR, WOOD, JACKSON-AKIWUMI, unknown 8 7th Circuit Court of Appeals judges, and unknown officials in the Department of Justice and White

House and State Department, had meetings, talked on the telephone through the wire, sent emails through the mail and wire, to conspire to further the means and purposes of RICO Enterprise of depriving PLAINTIFF his Constitutional Rights and to keep PLAINTIFF as a slave in violation of RICO 18 U.S.C § 1961-1964 and LA Rev Stat § 15:1352 between 10/20/2023 and 03/22/2024.

45. Unknown Government, Military, and Intelligence officials in Russia, India, Qatar, Britain, the United States, and Japan, PLAINTIFF'S parents, and/or a combination thereof had meetings, talked on the telephone through the wire, sent emails through the mail and wire, to conspire to further the means and purposes of RICO Enterprise of depriving PLAINTIFF his Constitutional Rights, perpetuate mail and wire fraud against PLAINTIFF, and to keep PLAINTIFF as a slave in violation of RICO 18 U.S.C § 1961-1964 and LA Rev Stat § 15:1352 between 10/20/2023 and 03/22/2024 and at unknown times before.

46. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to prevent PLAINTIFF from utilizing the Geneva Convention to stop the torture against an American without Due Process of Law on American soil having never been convicted of a crime or knowing the charges against him.

47. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to intentionally deny PLAINTIFF proper medical care to harm PLAINTIFF in violation of PLAINTIFF'S 8th Amendment Rights, the Geneva Convention, 18 U.S.C § 1961-1964, and LA Rev Stat § 15:1352.

48. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to prevent PLAINTIFF from receiving compensation from the harm that was done to him on purpose in furtherance of RICO Enterprise #1 and the amount owed to him for the services he provided to DEFENDANTS.

49. The previous paragraph must be necessarily true because PLAINTIFF doesn't have the funds to pay for legal counsel and court fees and filing fees.

50. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to prevent PLAINTIFF from having a family in violation of PLAINTIFF'S 5th, 9th, 10th, and 14th Amendment rights.

51. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to facilitate the Department of Justice from not having to utilize the Louisiana Civil Code to resolve the issues to further RICO Enterprise 1.

52. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to torture PLAINTIFF to prevent PLAINTIFF from adequately representing himself in Court in violation of PLAINTIFF'S 5th Amendment Rights, 8th Amendment Rights, the Geneva Convention, the Convention on the Rights of Individuals with Disabilities, 18 U.S.C § 1961-1964, and LA Rev Stat § 15:1352.

53. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to frustrate the fundamental purposes of justice and fairness in Court in which PLAINTIFF relentlessly tried over and over again to come to a reasonable agreement and settlement agreement in which DEFENDANTS were all acting in bad faith in furtherance of RICO Enterprise #1.

54. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to torture PLAINTIFF to prevent PLAINTIFF from being left the fuck alone in violations of his Ninth, Tenth, and Fourteenth Amendment rights.

55. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR,

WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to torture PLAINTIFF to prevent PLAINTIFF from adequately representing himself in Court in violation of PLAINTIFF'S 5th Amendment Rights, 8th Amendment Rights, the Geneva Convention, the Convention on the Rights of Individuals with Disabilities, 18 U.S.C § 1961-1964, and LA Rev Stat § 15:1352.

56. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to prevent the FBI and IRS from auditing the Rothschild family and Clinton family's holdings and assets to show whether or not a payment was made to torture PLAINTIFF on purpose in Japan 2015 and further RICO Enterprise #1 as they were co-conspirators in 2015 against PLAINTIFF.

57. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to further one of RICO Enterprise's purposes and that is psychotically obsessive and over controlling nature of PLAINTIFF'S parents, Russians, Indians, Clintons and Rothschilds, and/or Intelligence DEFENDANTS and/or a combination thereof over PLAINTIFF's life in which they intentionally allowed PLAINTIFF to be tortured and had war crimes committed against him when they knew of the danger to PLAINTIFF and the damage it would cause to PLAINTIFF in which for years under the strictest and highest forms of intelligence and surveillance imaginable allowed criminals to wreak havoc in PLAINTIFF'S life without accountability, forcing PLAINTIFF to do crimes against his interest to protect themselves from accountability, and punished and tortured PLAINTIFF relentlessly for things that were innocuous in nature, for things he couldn't control based on his disabilities, for simple misunderstandings, and coerce false confessions out of PLAINTIFF in violation of 18 U.S.C. 1961 and the United States Constitution.

58. Unknown DEFENDANTS continue to obstruct PLAINTIFF'S electronics (i.e. cell phone and laptop).

59. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to further one of RICO Enterprise's purposes and that is to prevent humor,

justice, devotion to God, and truth from having a basis in a world filled by corruption, evil, falsities for convenient political purposes, and materialism shocking the conscience of Americans.

60. Every single decision, rulings, and explanations--individually and jointly--Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made in the *Chicago Cases* were so constitutionally deficient, biased, filled with legal errors, and corrupt that every single decision, ruling, and explanation were done to further one of RICO Enterprise's purposes and that was to abuse civil asset forfeiture to enrich DEFENDANTS by abusing the highest forms of unconstitutional surveillance powers to find any true, false, or utilizing illegally obtained evidence to materially mislead the Courts into painting a completely different picture than the truth to falsely accuse PLAINTIFF of committing any crime as to steal his intellectual property (i.e. PLAINTIFF'S words and ideas) to intentionally deprive PLAINTIFF of payment and to have PLAINTIFF commit crimes by entrapping PLAINTIFF.

61. Continuing previous paragraph, PLAINTIFF alleges that PLAINTIFF'S ideas and words were worth billions of dollars more than anything PLAINTIFF ever stole, misappropriated, or damage caused by any criminal act and that is what makes Civil Asset Forfeiture unconstitutional.

62. PLAINTIFF sees this hugely declining morale in America in which *the People* are losing faith in America, and it bothers PLAINTIFF extremely. *The People* get poorer every single day and rich people get richer and more powerful at the cost of killing the rest of America. Families torn apart without good parents with no memorable memories besides over-worked parents or over-worked single parents that can't afford to live and wallowing in their own misery; Government officials doing the most horrendous crimes imaginable and getting away with it; PLAINTIFF views videos of people preventing speaker's from speaking not appreciating the importance of speech (PLAINTIFF knows having been deprived speech the importance of speech), this Gen Z obsession of Marxism not knowing the harm it does in reality; and just a degradation of a feeling that American's don't feel responsible for their country any more (well that's because it is in the hands of a rich few powerful elite so why should they claim responsibility for something that is not even theirs). PLAINTIFF imagines a day where he can be free in America where he can laugh again, not be accused of xenophobia, transphobia, or racism for walking in a creek that has clean water, has a nice t-bone steak, flies a plane, drives a car wherever he pleases, gives the People an affordable vacation to not have some misery in their lives, play the bongos on the boobs of a woman that loves him and smack her on the butt without being accused of sexual harassment and assault because that is just playful behavior amongst lovers (and friends), and to be left alone by the DEFENDANTS.

63. Because of the previous paragraph, PLAINTIFF is asking the Court to help PLAINTIFF create and shout through the land the most powerful message that an ordinary, not so intelligent former Special Education American, can hold the most powerful Americans and Corporations liable for their actions in Court, the system isn't as rigged as it is now,

and that even if the executive branch and Congress become too corrupt, the Court is the place to save them from themselves when their corruption kills America and ensures fairness and justice for all no matter how broke, uneducated, unconnected you may be in America, PLAINTIFF wants to make two towns in America that creates jobs and shows the expectation of how wonderfully corporations should be treating their workers; that Americans can make America beautiful and prosperous again if they take the responsibility to make it better; that money is being invested back into America; that America belongs to *the People* and not to the few rich powerful elite. PLAINTIFF knows that he can't change America fundamentally, but messages have power, and that message is for a better America today and tomorrow for all in which *the People* can decide for themselves that they deserve better than the rotten corrupted shit we have been forced fed and coerced into believing is acceptable for a while now.

64. Like PLAINTIFF believes, there are some crimes that are so horrendous that even when one is a victim of that crime (i.e. PLAINTIFF) being perpetuated by evil malicious psychopaths in power against the victim of the crime, the principle of it requires that one victim to spend some time in jail as well as the those implementing the evil malicious crimes. PLAINTIFF will spend 4 days in jail for it.

65. These paragraphs meet the threshold required under Fed. R. Civ. P Rule 9(b) demonstrating the financial fraud.

66. PLAINTIFF doesn't care about getting money value for Hollywood using his ideas; PLAINTIFF doesn't understand how Hollywood can proclaim to love PLAINTIFF in which they never invited PLAINTIFF to anything, wrote to PLAINTIFF, etc. because the love seems one sided in which PLAINTIFF never heard Hollywood talk to PLAINTIFF personally, letting PLAINTIFF who certain celebrities are underneath the façade; PLAINTIFF just wants the chance to love them for who they are and PLAINTIFF can't know and love them unless they talk to PLAINTIFF. PLAINTIFF loves and appreciate everything they did for him by making entertainment out of PLAINTIFF'S life and PLAINTIFF is thankful for that; PLAINTIFF just wishes he could return the favor is all. PLAINTIFF is just including Hollywood damages if the other damages don't pan out.

67. The previous paragraph can be similarly said about D.C as well. PLAINTIFF feels so damn stupid and guilty at times when he didn't know he was being taken seriously and his ideas were implemented that hurt people or had a negative consequence throughout the years; especially in his youth and wishes he was far more intelligent. Sometimes, experience teaches you things that intelligence cannot. It is not that PLAINTIFF doesn't think about it; PLAINTIFF does, obsessively.

68. In PLAINTIFF'S mind, the amount of damages he is seeking is not anywhere near legally mandated; PLAINTIFF's restitution is remarkably one whose nature is symbolic and needed to sustain a message of goodness in America that one can make a difference and that tyranny has no foothold in Court, Congress, or the Executive Branch. That Americans can sacrifice so much to make America better and it is an example for

Congress and Executive Branch to necessarily think about to make sure America remains free.

69. PLAINTIFF could not have been a Russian or Chinese spy unless he was a double agent for the CIA and FBI that they knew about—PLAINTIFF never had sex with any Russian women, never was paid directly by Russia to PLAINTIFF'S knowledge, never stepped foot into Russia; with PLAINTIFF'S love of large breasted blue eyed women, you'd think Russia would send one of their own large breasted blue eyed adult women to seduce PLAINTIFF and/or send a settlement offer to stop the situation from escalating, they have not. Either way, PLAINTIFF never worked on behalf the Russian Government ever.

70. PLAINTIFF repeatedly asks all DEFENDANT foreign governments not to go to physical war over PLAINTIFF. PLAINTIFF emphasizes he does not want war. PLAINTIFF begs not to be a proxy anymore and wants to be left alone.

71. PLAINTIFF emphasizes he wishes the 2024 Election to be between DEFENDANTS Joseph R. Biden and Donald Trump and fundamentally wants no part of the 2024 election cycle.

72. Because of the previous paragraph, an immediate decision must be reached as to prevent this from becoming an issue in the 2024 election cycle.

73. PLAINTIFF is just informing the Court it is PLAINTIFF'S opinion he should have been given a pardon by President Biden or President Trump by now in which both of them know the truth.

74. PLAINTIFF is not a terrorist.

75. PLAINTIFF is not a known associate of any drug cartel, mafia, gang, or criminal organization. PLAINTIFF has done his best to avoid that life completely.

76. DEFENDANTS keep engaging in Psyop operations against PLAINTIFF and have done so for more than 7 years intentionally harassing, confusing, bewildering, and isolating PLAINTIFF on purpose.

77. PLAINTIFF has been deprived information if he is under any legal guardianship or is married.

78. PLAINTIFF has been deprived information if he has been in litigation that does not include *the Chicago Cases.*

79. The Russian Government, intelligence, and military, Indian government, military, and intelligence, and the American Government, intelligence and military, and/or a combination thereof all knew what PLAINTIFF calls *JAPLAN* in Spring 2015 in which they had in their possession an email from the time PLAINTIFF interned at Dr. Xavier

Parreno that was used maliciously against PLAINTIFF and had the specific goal in mind to implement *JAPLAN* against PLAINTIFF knowing the damage it would cause PLAINTIFF based on PLAINTIFF'S autistic vulnerabilities and they are the ones responsible implementing it in which the JAPANESE government aided and abetted them in the process with help by the British and Australian Government.

80. PLAINTIFF had a right to self-defense under Louisiana Revised Statutes in writing his book in 2016 and therefore all activity that derived from that book was a form of self-defense to prevent legal abuse and malicious prosecution against PLAINTIFF for being a victim of RICO conspiracy and RICO.

81. Unknown DEFENDANTS intentionally tampered with PLAINTIFF'S internet connection and computer into making PLAINTIFF utilize false evidence and hide true evidence, utilize false cases, and more in order to intentionally deprive PLAINTIFF of Due Process, Access to the Courts, Obstruct Justice, Impede an investigation, and more in violation of PLAINTIFF'S Constitutional Rights under the 5th Amendment, Geneva Convention, Convention on the Rights of Individuals with Disabilities18 U.S.C § 1961-1964, and LA Rev Stat § 15:1352.

82. PLAINTIFF was prohibited and tampered with filing a case in the United Nations repeatedly throughout 2023 by either the Government of India, Russia, United States, and/or a combination thereof.

83. Unknown DEFENDANTS took PLAINTIFF'S labor without compensation in violation of PLAINTIFF'S Fifth Amendment Rights.

84. Aeroflot is an arm of the Russian Government under FSIA.

85. PLAINTIFF believes that the United States Government and the Government of Russia would make a good faith basis in allowing PLAINTIFF to get aircraft from Russia and have a Russian oil deal.

86. Any and all additional facts are on the record in the *Chicago Cases* proving violations of 18 U.S.C. §1961-1963.

87. DANA UNKNOWN LAST NAME in the Clerk's Office in the Middle District of Louisiana AIDED AND ABETTED THE RICO ENTERPRISE BY FAILING TO FILE THE CASE.

88. WALT DISNEY INC. either started to know or knew of PLAINTIFF from the time PLAINTIFF attended the University of the South between 2007-2011.

89. SAMANTHA POWER allowed PLAINTIFF to go to JAPAN knowing the harm that would befall upon PLAINTIFF.

90. RUSSIA & INDIA CONTINUES TO OBSTRUCT PLAINTIFF through his electronics by intentionally isolating PLAINTIFF on purpose.

91. JUSTICE SAMUEL ALITO knew of the harm that would befall upon PLAINTIFF in JAPAN and did nothing.

92. JUSTICE SAMUEL ALITO knew of *JAPLAN* (For definition see: *Chicago Cases*) from Spring 2015.

93. In the alternative, unknown agents and contractors and subcontractors of Russia, India, and/or the CIA or a combination thereof implemented *JAPLAN* against PLAINTIFF in the Summer of 2015.

94. SUSAN RICE and HILLARY CLINTON most definitely knew of PLAINTIFF for years--starting from around or about 2008 and/or sometime thereafter when PLAINTIFF attended the University of the South.

95. The CIA and/or Department of Defense or their contractors and subcontractors continue to torture, retaliate against PLAINTIFF, and tamper with PLAINTIFF knowing full well PLAINTIFF desperately needs proper medical care, preventing PLAINTIFF from filing the case, and more.

96. ALL DEFENDANTS, based on PLAINTIFF'S information and belief, have at one time or another come across PLAINTIFF or know of PLAINTIFF. There is a factual nexus connecting all DEFENDANTS to PLAINTIFF.

97. Multiple DEFENDANTS, such as, but not limited to, JOE BIDEN, BOEING, KISHIDA, MODI, PUTIN, XI JINPING, representatives of the United States Government, Russia, India, and multiple foreign governments, etc having conspired against PLAINTIFF, had multiple meetings in which went to intentionally deprive PLAINTIFF of his legal claims since 10/20/2023.

98. The Government of Russia intentionally deprived PLAINTIFF of numerous rights, privileges, and compensation for egregious abuses intentionally committed and directed at PLAINTIFF starting from 2005.

99. In the alternative, the Government of Ukraine deprived PLAINTIFF of numerous rights, privileges, and compensation for egregious abuses intentionally committed and directed at PLAINTIFF sometime between 2007-2024.

100.    In the alternative, the Government of India deprived PLAINTIFF of numerous rights, privileges, and compensation for egregious abuses intentionally committed and directed at PLAINTIFF.

101.    ANGIE ORTIZ, VERA POCHTAREV, or KRISTINA KHOMOVA and/or a combination thereof intentionally committed and directed at PLAINTIFF horrific crimes,

lies, deprivation of vital information, and smears to deprive PLAINTIFF of numerous rights, privileges, and compensation for egregious abuses against PLAINTIFF.

102.     JUDGE JENKINS, all Judges on the 7th Circuit, and officials in the Department of Justice, FBI, CIA, all witnessed and knew of PLAINTIFF'S father's attempt to murder PLAINTIFF on film and did nothing about it.

103.     PLAINTIFF'S EMAIL, CELLPHONE, & LAPTOP ARE ALL COMPROMISED BY CIA, NSA, FBI, GRU, or other military and intelligence service.

# SECTION IV: LEGAL HOUSE KEEPING

Section IV Legal House Keeping serves two functions for the Court: 1): it provides a list of most of the issues to be ruled upon and 2): refutes possible defenses for DEFENDANTS as to quickly and effectively rule in PLAINTIFF'S favor on DEFENDANTS' Defenses.

#1: PLAINTIFF is asking the Court to rule on the following issues in addition to other issues that the Court may come across in the complaint:

- An Obstruction of Justice violation occurs under 18 U.S.C. §1961 Section 1503 when a Constitutional Right violation or deprivation is made by an official or officer of the United States Government or is directed to be undertaken by a official or officer in the United States Government that a Court can reasonably rule a Constitutional Violation occurred regardless of whether or not it was a clearly established statutory right or constitutional right.

- There is a Constitutional Right to be left alone under the 5th, 9th and 10th and 14th Amendments and violation of such constitutes a taking.

- Sarcastic humor is a trait of Serbians and that violating one's sense of humor or utilizing sarcasm maliciously can be a basis of a Title VI claim against the United States Government and any of its agencies or officers or officials.

- Title VI applies to Slavic and/or Balkan people as they are a distinct group that Congress necessarily included in 1866.

- That one making jokes or engaging in sarcastic humor is a 1st Amendment protected activity. America needs to learn to laugh again.  That violating one's sense of humor or utilizing sarcasm maliciously or fraudulently in the Court by an official, officer, or agency of the United States Government is a 1st Amendment violation.

- Words are not physically violent acts under the 1st Amendment. Put in another way, words are not violence under the 1st Amendment.

- There is a federally protected right underneath the 9th and 10th Amendment in the sanctity of marriage and preventing the United States Government from defiling the sanctity of the marriage.

- To rule on the principle that the United States Government can violate or defile's one soul and for it to be a legally cognizable and addressable harm that one has standing to sue over against the United States Government under the United States Constitution as one of the following rights under the Constitution--1st, 4th, 5th, 8th, 9th, 10th, 13th, and 14th Amendments, under the following laws: Title VI of the Civil Rights Act, Section 504, RICO, 18 U.S.C. 241, 18 U.S.C. 249, 42 U.S.C. 1983, 42 U.S.C. 1985, 42 U.S.C. 1986, 18 U.S.C. 2340, and 18 U.S.C. 2441.

- Under the 8th Amendment, it shall constitute cruel and unusual punishment for a United States Agency, judge, or officer to knowingly utilize an individual's disability adversely against their own Constitutional Interests through entrapment or other malicious scheme.

- There is neither Qualified Immunity nor Absolute Immunity for ANY state or federal government official, employee, or subcontractor.

- There is neither qualified immunity nor absolute immunity for committing war crimes, torture, and/or terrorism against an American by ANY state or federal government official, employee, or subcontractor.

- DEFENDANTS get no absolute or qualified immunity for engaging in RICO predicate acts.

- In Article II Section 4 of the Constitution, the word bribery in the following sentence--"The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, **Bribery**, or other high Crimes and Misdemeanors" necessarily includes and means RICO as well.

- Racketeering is not diplomacy. It may be in corrupt countries, but it is not in America. Look, PLAINTIFF understands the realities of the world in which we live in where non-corrupt counties want to make their own country prosperous and better, which in turn, requires them to do business in places in the world where corruption is a normal occurrence in which that situation becomes really gray. This lawsuit is not about that really gray area in life; and the facts of this case don't need to address that really gray area of existence.

- A United States officer or official engaging in a RICO predicate act falls outside their defined scope of duties and powers.

- *The Court in Southway v. Central Bank of Nigeria*, 198 F.3d 1210 (10th Cir. 1999) said that when Congress passed RICO, "Congress expressly instructed *courts to liberally construe its provisions "to effectuate its remedial purpose*." Pub.L. No. 91-452, § 904(a), 84 Stat. 947 (1970). RICO's "`remedial purposes'

are nowhere more evident than in the provision of a private action for those injured by racketeering activity," *Sedima, S.P.R.L. v. Imrex Co., Inc.*, 473 U.S. 479, 498 (1985)." Whether or not the current Congress from 2008-2023 would want the Court to liberally construe RICO'S provisions to effectuate its remedial purposes, is immaterial. The Congress back in 1970 instructed the Court to construe RICO's provisions liberally. PLAINTIFF is asking the Court to rule on PLAINTIFF'S following liberal construction of RICO:

o   That because of the wanton, intentional, malicious, & completely unaccountable and unpunished actions of the DOJ and employees of the DOJ, American Intel, and the remaining DEFENDANTS in regard to RICO Enterprise 1, the Court shall grant PLAINTIFF'S liberal construction and request that PLAINTIFF in a Civil RICO lawsuit be allowed to use all of the powers of 18 U.S.C.§1963, the 18 U.S.C.§1963 caselaw PLAINTIFF cited, and 18 U.S.C. §1964 as remedial measures in the interest of justice. Congress in 1970 inherently presumed and understood that in granting DOJ those powers under 18 U.S.C.§1963 to combat corruption means that Congress in 1970 would have never thought possible that the very leadership of the DOJ and SCOTUS would be the ones perpetuating massive amounts of corruption and legal fraud against their own citizens, committing international and domestic terrorism against American citizens, and committing war crimes against their American citizens the way DEFENDANTS outrageously did against PLAINTIFF between 2008-2022 thereby granting DOJ that amazing power in 1970. Precisely because of the legal fraud and corrupt acts, enabling of war-crimes and torture of certain Solicitor Generals and Attorney Generals of the DOJ that were undertaken over the last 15 years that was directed against an American citizen without Due Process of law, DOJ lost that privilege of them having that power just for themselves because they were entrusted not to be corrupt; and because they lost that privilege through their actions, PLAINTIFF and future Americans have an affirmative obligation and duty to America to stop the evils of war crimes, corruption, torture, and legal fraud at the hands of DOJ by using the same powers against them when the DOJ acted the way they did. Justice demands and requires the Court to grant that in order to punish the corruption that knowingly happened under their own leadership—there is no better deterrent to prevent corruption than using their own powers against them when they lost their actions. How can one root out corruption if one doesn't have the tools to root out corruption? By the Court granting this, this will ensure DOJ will be less corrupt in the future because the DOJ would necessarily know their own powers can be used against them, which provides DOJ a major incentive not to be corrupt. Here is the thing. DOJ should have absolutely no problem with the proposition PLAINTIFF just proposed and should welcome it completely. Why? If corruption is not going to be a problem in the future in DOJ, then there are going to be no cases that are going to use this precedent against

DOJ in the future. DOJ should not cower in fear of the opportunity to redeem themselves by not being corrupt in the future. If they fight against this proposition, then that ruins the image of the DOJ leading to distrust and degradation of the very institutions Americans hold sacred. Sure, there can be stipulations to exactly how far and much the power under 18 U.S.C.§1963 could be used against DOJ, which PLAINTIFF discusses below.

o   In light of the previous point, PLAINTIFF is asking the Court to rule that when a civil RICO lawsuit includes a current or former DOJ attorney or employee as a defendant, a PLAINTIFF is allowed to utilize 18 U.S.C.§1963 against the current or former DOJ employee in which PLAINTIFF can fully subsequently use 18 U.S.C.§1963 against any additional party or company in the lawsuit that was part of the racketeering within appropriate limits. In regards to utilizing 18 U.S.C.§1963 against the former or current employee of the DOJ, it can be utilized against the DOJ to the extent of the amount of resources that the current or former employee of the DOJ used to perpetuate the RICO Enterprise against the PLAINTIFF, wages and benefits of the current or former employee of the DOJ obtained through the course of employment, and any and all agreements or payments to any third party that was used to perpetuate the RICO Enterprise against a PLAINTIFF by the current and former employee, but 18 U.S.C.§1963 does not apply to the entirety of the organization. So this is holding corrupt DOJ attorneys accountable for their actions but not at the complete financial detriment of the DOJ as an organization. Which is considerate and fair and that balances the interests of all parties when the corruption committed by Attorney Generals, Solicitor Generals, and DOJ Attorneys is the biggest detriment to the DOJ as an institution. After the case, it can't apply retroactively as to eviscerate court resources in the future.

o   PLAINTIFF heard through the grapevine there is no legal precedent for this. Well, there kind of is. When an emergency is created by the executive branch of such extreme and profound legal importance to save the republic, the following: 1) George Washington. 2)Louisiana law is technically a part of American law; and the Louisiana civil code is based in part on the French civil code, which was based in part of the roman civil code. Therefore, there is a precedent in which one man is given extreme power only to relinquish the power back to the government and go back to his farm (or airport, train yard, or home in Plaintiff's case): Cincinnatus; although Cincinnatus and PLAINTIFF are on extreme polar ends when it comes to the rights of indentured servants and the plebians the way PLAINTIFF loves the plebians and indentured servants, there is a principle that when the machinations of the government are so outrageously antithetical to the *People*, some remedial steps must be undertaken to preserve the foundations of the country and to continue for

the plebians and the People to trust the government. It is a necessary infusion of restoration of principles in America. There is talk amongst some elitists as to completely disband the constitution in which stupid people are going along with those elitists conspiracies and scheme to make America worse off and to rewrite a new constitution to deprive the *People* of their freedoms and PLAINTIFF says fuck that. PLAINTIFF is just reinvigorating the constitution back to life. Yes, we are at a critical junction in determining how free America should be in the future.

o   For 20 years, PLAINTIFF has lived a life in that has been completely defined by the absolute lawlessness of a completely uncontrolled and absolute power by the United States Government and his parents—war crimes, torture, outrageous examples of abuse, exploitation, unequal treatment, intentional malice on characteristics PLAINTIFF had no control over since birth, constitutional violations of every single amendment in which the only things that mattered was absolute power, money, and the completely indeterminable and capricious whims of a select few, some of which are not even American. Out of anyone in America right now that has a conceptual grasp of understanding the miserable life that it entails that the Founding Fathers would never have wanted for any American and PLAINTIFF would never wish it on his worst enemies, PLAINTIFF KNOWS IT because PLAINTIFF LIVED IT. PLAINTIFF understands that there are always going to be private abuses and government abuses in the future in which PLAINTIFF knows he can't completely rid this earth of the evils listed above; however, it is about how to address it when it does happen again in the future and mitigate it from happening again in the future. America is a country about individualism and the ones that experienced the worst crimes should have their voices heard.

• USA PATRIOT ACT violates at least: *Ex Parte Jackson*, 96 U.S. 727 (1877) (Prohibition of obtaining, seizing, and opening and reading emails/mails "whilst" in the transport or transmission of data that must necessarily "have a warrant, issued upon similar oath or affirmation particularly describing the thing to be seized, as is required when papers are subjected to search in one's own household.")

• That based on the entirety of this complaint, the USA PATRIOT ACT as well as the FISA Court Act are completely unconstitutional in which all of these provisions of the USA PATRIOT ACT are necessarily included as being unconstitutional: §115, §120, §121, §212, §213, §214, §215, §321, §322 §428, §501, §508, and §702. FISA Court

• In regards to the previous point, PLAINTIFF is making the following factual allegations and presumptions involving American Intel (FBI, CIA, et. al) DEFENDANTS: At least one or more semesters starting around Fall 2007 to Spring 2011 when PLAINTIFF attended SEWANEE, they used a TITLE II or a different

Title search under the USA PATRIOT ACT against PLAINTIFF. This was necessarily unconstitutionally done in which legal fraud was committed on the court and by the court. DEFENDANTS utilized the FISA Court unconstitutionally against PLAINTIFF since either Fall 2007 or Spring 2008 in which legal fraud was committed against the FISA court by DEFENDANTS. American Intel DEFENDANTS from Fall 2007 to Spring 2011 utilized national security letters against companies that had information on PLAINTIFF—these were all necessarily unconstitutionally done in which legal fraud was perpetuated based on these unconstitutional national security letters (in which some of them were utilized against Co-DEFENDANTS like Apple, Meta, Cox Communications, etc.). American Intel DEFENDANTS unconstitutionally used USA PATRIOT ACT provisions: §115, §120, §121, §212, §213, §214, §215, §321, §322 §428, §501, §508, §702, and §896 against PLAINTIFF starting from around Fall Semester 2007 or Spring Semester 2008 and has not stopped utilizing it against PLAINTIFF since that initial time they started using the USA PATRIOT ACT unconstitutionally against PLAINTIFF. Furthermore, American Intel DEFENDANTS used any other relevant and applicable Presidential Directive or Executive Order against PLAINTIFF between Fall 2007 to Present in regard to having seized, searched, detained, tortured, taken, PLAINTIFF'S person and property and in addition, violated PLAINTIFF'S constitutional rights by American Intel DEFENDANTS.

- That whenever justice so demands it in which officials in the United States government engaged in such horrific constitutional abuses that violated every single sense of traditional notions of justice and fairness in which the conscience is shocked, a PLAINTIFF can request the Court either exclude certain case law in which prejudice and fraud upon the Court occurred or that the Court can only utilize a certain era of caselaw to ensure fairness and Due Process to the PLAINTIFF to prevent the abuses from occurring in the future.

- That Civil Asset Forfeiture is unconstitutional in which the United States Government fails to provide notice of the proceeding to the owner of the property and that a criminal conviction and finding of guilty is needed to utilize Civil Asset Forfeiture against property.

- That the IRS requirement of reporting of transactions in which $10,000 or more in US Dollars from overseas that is brought to America is unconstitutional; and if Congress has a problem with that, it can create exceptions to that law's applicability. That reporting any online transactions in which $600 or more is spent is also unconstitutional.

- That all of PLAINTIFF'S demands in the PRAYER for Relief Section are completely reasonable.

- That this litigation is not vexatious and not biased or prejudicial against the DEFENDANTS.

- That it is a material 4th and 5th Amendment violation for any American intelligence agency to use a foreign intelligence agency anywhere in the world against an American subject when ANY American intelligence agency has a reason to know they are doing so when any agency has committed a constitutional violation against the American subject in the process of investigating the subject; are constitutionally compromised by their own actions; are retaliating against an American subject; that the taint of American Intelligence agencies is not removed once they utilized an independent foreign source; and other conditions to be determined. That there is a de-facto presumption prohibiting the United States government in using any foreign intelligence against an American subject; that there is a de-facto presumption against the United States government from obtaining any evidence against an American subject by a foreign intelligence agency; for Constitutional purposes, a foreign intelligence agency will never be viewed as an independent source outside of the United States Government and the United States government can never argue that a foreign intelligence agency being utilized against an American is an independent source from the foreign intelligence agency they utilized.

- That it is completely unconstitutional to utilize Title II of the USA Patriot Act against a 20 year old who had an open can of Coors Light.

- That any American subject to a FISA ruling must have been necessarily told and made aware of the proceedings used against him in which the Court must afford an American an opportunity to defend himself, engage in cross-examination, bring witnesses, and more; and that a failure to do these things are completely unconstitutional.

- Law Enforcement utilizing an independent source under *United States v. Leon*, 468 U.S. 897 (1984) is unconstitutional as applied in this case.

- National Security Letters are Unconstitutional.

- That precisely because of the extraordinary events that occurred in this Complaint under *Star Chambers* in which there will never be a similar situation in United States history, that the Court issue a mandamus to Congress to necessarily declare the following cases as unconstitutional as they are necessarily and irrevocably constitutionally compromised, tainted, and corrupted; and that any cases and issues that come in the future cannot be ruled in the same exact
- manner:


Some of the legal issues:

#2: Due, in part, to PLAINTIFF's parents' questionable behavior prior to 2003 & afterwards in which they routinely forced PLAINTIFF to become a criminal against his will and created such conditions as to cause an autistic man to disregard his self-interests for their love and approval

because they wreaked havoc in his life, PLAINTIFF's standardized testing scores, PLAINTIFF'S disabilities and psychological and physiological features of Autism, Learning Disability, Developmental Delays, ADD, fine & gross motor skills delays, sleep walking/doing things while asleep, and other disabilities and physical attributes, Pre-Crime Analysis, DEFENDANTS' over zealousness on pursuing alleged domestic "terrorists", FBI'S PLANS under DEFENDANT ROBERT MUELLER between 2001-2008, DEFENDANTS complete desire to make America a surveillance state that had no jurisdictional limit, and other causes to be explained, the following by defendants (which is not an exclusive list of all known crimes):

- 20+ COUNTS of RICO violations in which all DEFENDANTS committed or aided and abetted one of the following under 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. 1962(f) (such as, but not a complete list, which factually include): 18 U.S.C §1961: section 933 (relating to trafficking in firearms), 18 U.S.C §1961 section 1028 (relating to fraud and related activity in connection with identification documents), 18 U.S.C §1961sections 891–894 (relating to extortionate credit transactions), 18 U.S.C §1961 section 1503 (relating to obstruction of justice), 18 U.S.C §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C §1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 U.S.C §1961 section 1513 (relating to retaliating against a witness, victim, or an informant), 18 U.S.C §1961 section 1542 (relating to false statement in application and use of passport), 18 USC §1961section 1543 (relating to forgery or false use of passport), 18 U.S.C §1961 section 1544 (relating to misuse of passport), 18 U.S.C §1961 section 1546 (relating to fraud and misuse of visas, permits, and other documents, 18 U.S.C §1961sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).

- Primarily and arguably, this started in PLAINTIFF'S Freshman year at the University of the South in Fall 2007 and Spring 2008 though there are exceptions.

- Numerous Free Speech and Retaliations for having engaged in Free Speech violations starting around 2007 to present.

- RFRA/Freedom of Religion violations that occurred from 2006, 2008-2011, 2015-2017, & 2023

- Utilizing DEFENDANT foreign intelligence and foreign government, private security firms, and/or data brokers to circumvent PLAINTIFF'S 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment constitutional rights, stealing PLAINTIFF'S intellectual property to profit of PLAINTIFF, and using illegally obtained information in creating situations to deny rights, limit rights, and obstruct justice in furtherance of DEFENDANTS RICO Enterprise;

- Numerous unreasonable search & seizures against PLAINTIFF'S 4th Amendment rights from at least 2006 to present—and all of the unconstitutional actions involving the following sections within USA PATRIOT ACT: §115, §120, §121, §212, §213, §214,

§215, §321, §322 §428, §501, §508, §702, and §896. FISA Court. Foreign intelligence. USA PATRIOT ACT: "makes it far easier for the authorities to gain access to records of citizens' activities being held by a third party. At a time when computerization is leading to the creation of more and more such records, Section 215 of the Patriot Act allows the FBI to force anyone at all – <u>including doctors, libraries, bookstores, universities, and Internet service providers</u> – to turn over records on their clients or customers."[5] "The reach of an already overbroad definition of terrorism would be expanded – individuals engaged in civil disobedience could risk losing their citizenship (§ 501); their organization could be subject to wiretapping (§120, §121) and asset seizure (secs §428). Americans could be extradited, searched and wiretapped at the behest of foreign nations, whether or not treaties allow it (§321, §322)."[6]

o   For all intents and purposes, sometimes the way the DC bubble and intelligence bubble/circle talk about National Security/Intelligence matters is actually through talking about the ADAAA and Section 504 in disability issues as a lot of the terms, numerical phrasing, and intelligence authorities are the same. Title II, Section 504, etc, etc.

o   USA PATRIOT ACT violates at least: *Ex Parte Jackson*, 96 U.S. 727 (1877) (Prohibition of obtaining, seizing, and opening and reading emails/mails "whilst" in the transport or transmission of data that must necessarily "have a warrant, issued upon similar oath or affirmation particularly describing the thing to be seized, as is required when papers are subjected to search in one's own household.")

o   DEFENDANTS could have at any time utilized §212 of the USA PATRIOT ACT to inform PLAINTIFF that DEFENDANTS were furthering their RICO Enterprise in JAPAN in the Summer of 2015, but they didn't; also violated Article 15 and Article 16 of the "The Convention On the Rights of Persons With Disabilities" in which all DEFENDANT governments were signatories at the time of at least 90% of the factual issues took place.

o   PLAINTIFF has standing to show the horrific constitutional abuses that occur under the FISA COURT and USA PATRIOT ACT §115, §120, §121, §212, §213, §214, §215, §321, §322 §428, §501, §508, §702, and §896. PLAINTIFF is alleging that all of these Sections within the USA PATRIOT ACT were utilized against PLAINTIFF in furtherance of the RICO Enterprise between 2008 to Present.

- Numerous 5th Amendment violations, such as compelling PLAINTIFF to confess against his legal interests even when PLAINTIFF had a law school education and wanted to become a criminal defense attorney, coercing PLAINTIFF into signing a blank confession or be kicked out of school, and other violations that occurred from at least 2006 onwards.

---

[5] https://www.aclu.org/documents/surveillance-under-usapatriot-act. Last Checked. 07/31/2023. 8:40am.
[6] https://www.aclu.org/documents/aclu-fact-sheet-patriot-act-ii. Last Checked. 07/31/2023. 8:43am.

- Invasion of privacy and violation of home as castle doctrine to create crimes and exploit PLAINTIFF. Primarily everything that happened at 773 John Henry, Baton Rouge, LA in 2014/2015.

- For American INTEL DEFENDANTS in any time in the complaint, PLAINTIFF is alleging violated: USSID 18.

- Using PLAINTIFF's disabilities against his constitutional and legal interests to obstruct justice for the United States Government's ideological goals and purposes to limit the rights of all Americans thereby making United States Government officials domestic terrorists. DEFENDANTS knew of PLAINTIFF'S autism and disability issues from a minimum at 2007; physical limitations either caused by Cerebral Palsy or Autism in which PLAINTIFF is unable to unhook a bra quickly or would need extensive physical therapy in repeating the same task of unhooking a bra over and over again (and autistic people don't get laid often) to plausibly do so, having to perform cunnilingus to satisfy a woman and using that against PLAINTIFF.

- Numerous judicial decisions in which PLAINTIFF was denied access to the court, evidence, access to counsel, and access to the proceedings; FISA court exceeding their authority in rulings without PLAINTIFF'S ability to appeal or be part of the rulings or process.

- Numerous Due Process violations from at least 2006 onwards.

- Numerous acts making PLAINTIFF an indentured servant from at least 2007 onwards in violation of *Kozminski v. United States*, 487 U.S. 931 (1987) and 18 U.S.C §1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).

- Numerous acts constituting torture, terrorism, and war crimes from at least 2011 onwards;

- Numerous 4th, 5th, 8th Amendment, Geneva Convention violations, even Terrorism by DEFENDANTS. Around April or May 2017 after an assassination attempt by DEFENDANTS, PLAINTIFF went looking for help to correctly diagnose PLAINTIFF with Autism and for PLAINTIFF to get help with his Autism. DEFENDANTS violating 18 USC §1961 section 1029 (relating to fraud and related activity in connection with access devices) since they had complete access to my laptop and cellphone from at least Spring 2015 directed PLAINTIFF to DEFENDANTS in a sting operation (instead of a real professional that could diagnose and help me with Autism) to falsely label PLAINTIFF has having a certain mental disorder to conform to prior SCOTUS precedent. DEFENDANTS interrogated me and psychologically profiled PLAINTIFF when PLAINTIFF needed psychological help and treatment. Why would ANDREW MCCABE deny me an opportunity to receive the proper help PLAINTIFF needed when PLAINTIFF went to a doctor only to discover it was a false sting operation to falsely psychologically profile me? They corruptly used the MMPI in order for me to falsely factually conform to *City & County of S.F. v. Sheehan*, 575 U.S. 600 (2015)'s decision

and DOJ's brief submitted in that case for their obstruction efforts. Doing so, they denied me getting the help PLAINTIFF needed as an autistic man having been tortured under their watch against my 8th Amendment interests and other constitutional interests. The stupid thing about the whole entire episode is PLAINTIFF's mother got involved and went to one of the interrogation sessions and met ANDREW MCCABE; so not only did DEFENDANTS FBI and ANDREW MCCABE mess this up, but my mom lied and all of them hid information from me).

- Unjust taking in violation of 4th, 5th, 13th, and 14th Amendment rights by stealing Plaintiff's Intellectual Property, by either purchasing it from data brokers or obtaining it illegally through unconstitutional and illegal warrants or hacking, using materially false and misleading information to utilize asset seizure under USA PATRIOT ACT §428, and utilizing PLAINTIFF'S Intellectual Property without credit or permission in the WHITE HOSUE, DISNEY, NETFLIX, (Hollywood), etc. in violations of: 18 U.S.C §1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons); 18 U.S.C §1961 section 2319 (relating to criminal infringement of a copyright), (either DEFENDANTS intentionally did that or they were aware of it being done by China in violation of 18 U.S.C. §2 and did absolutely nothing to notify PLAINTIFF or help PLAINTIFF in anyway and continue the exploitation of PLAINTIFF for their profits in furtherance of the RICO ENTEPRISE).

- GOOGLE/ALPHABET, COX COMMUNICATIONS, XFINITY, AMAZON WEB SERVICES, AT&T, VERIZON, META, APPLE, etc. being arms of the United States Government and bound to each other by PINKERTON liability and other ways by having provided information to aid & abet the Enterprise in which at least at one time materially false evidence was used on warrants to those companies. PLAINTIFF has sent requests to those companies such as APPLE and AT&T giving them some awareness of some of the issues and they have not provided PLAINTIFF with the requested information nor undertaken any steps in light of PLAINTIFF'S requests and information to them. Furthermore, by providing DEFENDANTS PLAINTIFF'S information that was obtained via the RICO Enterprise, DEFENDANTS violated: 18 U.S.C. § 2339A (providing material information obtained in the course of DEFENDANT'S Enterprise to provide material support to terrorists in furtherance of RICO ENTERPRISE. Violating: 18 USC §1961 sections 891–894 (relating to extortionate credit transactions); 18 USC §2 by providing DEFENDANTS PLAINTIFF'S information in which DEFENDANTS obtained information either in Bad Faith or knowingly doing so with the intent to further their RICO enterprise. *See United States v. Miller, 116 F.3d 641 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* within the meaning of RICO where ***defendant provided information*** he knew would enable inquirer to *commit murder or other rico predicate act).*

- DEFENDANTS continue to harbor DEFENDANTS Terrorists that violates *18 U.S.C. § 2339 (relating to harboring terrorists) after their terrorist activities committed in March 11th, 2011 in LONDON/WASHINGTON D.C. and their terrorist activities in TOKYO,*

JAPAN in SUMMER 2015. Specifically, and more shockingly, DEFENDANTS committed Air Piracy 49 U.S.C.§46502 thereby violating: 18 USC 2331 1(B)(iii) and 5(B)(iii) in which they did so in order "to affect the conduct of a government by kidnapping."

- DEFENDANTS completely knowing about PLAINTIFF'S Autism and knowingly and intentionally utilizing it against PLAINTIFF to harm PLAINTIFF and knowingly, intentionally, and conveniently ignoring PLAINTIFF'S psychological issues as not protect him because he was a liability; DEFENDANTS knew my susceptibility or was of interest to foreign powers (that could be included in this complaint, but it is outside my knowledge) and knew of the likelihood they would compromise me in the future, DEFENDANTS absolutely failed in their job; and other constitutional violations and abuses in violation of: "The Convention On the Rights of Persons With Disabilities"

- Because of the torture, coercion to do things against my will (like having been routinely forced and coerced into signing contracts because either the United States Government or maybe even PLAINTIFF's parents too), been routinely taken advantage of. Never being made aware of what was happening in my life, maltreatment throughout the years. Overall environment of complete unjustified suspicion & mischaracterization of PLAINTIFF'S actions.

#2. PLAINTIFF even gave DEFENDANTS FBI a diagram of the assassination attempt on PLAINTIFF in Feb/March 2017 within the last couple of years in a tweet in which PLAINTIFF even explained to them how to identify who did it, and even this *was completely ignored by* DEFENDANTS. See: *United States v. Pimentel*, 346 F.3d 285 (2d Cir. 2003) (attempted murder); "…conspiracies or attempts to commit subdivision A[7] and D[8] crimes as proper RICO predicates because these crimes "involve" the specified types of conduct"[9] More importantly, the tweets deriving from PLAINTIFF'S twitter accounts of mikikotevski or miki_kotevski all contain information in support of the claims stated here or were part of factual pattern/nexus of the issues today and PLAINTIFF requests they be admitted as evidence into the case. PLAINTIFF filed a specific request seeking all data transmitted about PLAINTIFF when PLAINTIFF was in JAPAN in 2015 from DEFENDANTS via a FOIA request (the importance of which is documented in one of the points below). This request has gone ignored for more than 2 years.

#3. In Article II Section 4 of the Constitution: "The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction

---

[7] *United States v. Pimentel*, 346 F.3d 285, 303-04 (2d Cir. 2003); United States v. Ruggiero, 726 F.2d 913, 919 (2d Cir. 1984) (conspiracy to murder in violation of state law is an "act or threat involving murder" under 18 U.S.C. § 1961(1)(A)); United States v. Licavoli, 725 F.2d 1040, 1045 (6th Cir. 1984) (same); United States v. Welch, 656 F.2d 1039, 1063 n.32 (5th Cir. 1981) (same) (dictum); United States v. Dellacroce, 625 F. Supp. 1387, 1392 (E.D.N.Y. 1986)
[8] United States v. Brooklier, 685 F.2d 1208, 1216 (9th Cir. 1982) (conspiracy to extort money under 18 U.S.C. § 1951);" https://www.justice.gov/archives/usam/file/870856/download:
[9] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:

of, Treason, Bribery, or other high Crimes and Misdemeanors." The second most egregious crime the Founding Fathers thought the Executive Branch would partake in was BRIBERY, which would be prosecuted under RICO, which is only below Treason. There is no way that any Executive Branch official or DEFENDANTS did not know BRIBERY/RICO was one of the only crimes they could be held liable for and be punished for in engaging and directing. DEFENDANTS ALL KNEW bribery was a RICO predicate act; and if they knew that, they knew about RICO. Arguably, the Founding Fathers knew that Treason and RICO (yes, PLAINTIFF is using Bribery and RICO interchangeably here because there is really no significantly important legal distinction between Bribery from RICO since Bribery falls under RICO) where the only two that truly mattered to the Founding Fathers and are truly the only two that matter to--and tremendously impacts-- the stability and national security of the country (outside of foreign powers and foes); and engaging in those two acts imperils the country hence the need for removal and punishment. The phrase of: "and conviction of" necessarily entails including any reasonable claims or allegations that pass an Iqbal standard of pleading that the officers of the United States engaged in Bribery/RICO acts. Period. You cannot have "a conviction" of RICO without it necessarily including the process of including an allegation and complaint of RICO against a United States officer.

#4. In conjunction with the previous paragraph (Paragraph #3) the actions in the complaint concern the Court with whether or not officials in both the judicial and executive branch had acted within their scope and limits of their constitutional and statutory duties. PLAINTIFF alleges DEFENDANTS did not. There is no qualified or absolute immunity for any executive branch or judicial branch officials and judges that involve RICO. Period. The Founding Fathers specifically and reasonably enumerated that the two crimes that warranted dismissal were treason and RICO (PLAINTIFF is just limiting argument to RICO in this complaint and not including treason here though it is possible after *Miki's Tea Party*). *Kendall v. United States*, 12 Pet. 524 (1838) held that: "The executive power is vested in a President; and as far as his powers are derived from the constitution, he is beyond the reach of any other department, ___*except in the mode prescribed by the constitution* through *the impeaching power*___"). This means that any conduct committed by judicial or executive branch that constitutes RICO predicate acts (that is a mode prohibited by Article II, Section IV) falls outside the scope their defined statutory and constitutional limits. Put in another way, engaging in RICO falls outside the scope of duties for any executive branch and judicial branch officials. Absolute or qualified immunity only applies to acts that fall within the scope of executive authority. Allegations of those officials engaging in behavior that exceeded the scope and limits of their authority must necessarily be included. Therefore, Qualified or Absolute Immunity does not apply for RICO predicate acts committed by any Executive or Judicial Branch official. Justice BURGER in the concurring opinion said in *Nixon v. Fitzgerald*, 457 U.S. 731 (1982) agrees with PLAINTIFF'S interpretation: "I fully agree that the constitutional concept of separation of independent coequal powers dictates that a President be immune from civil damages actions based on acts *within the scope* of Executive authority while in office." Further support for PLAINTIFF'S contention can be found with *United States v. Brewster*, 408 U. S. 501 (1972), in which the Court held that the Speech and Debate Clause did not prohibit prosecution of a Senator for accepting a bribe (i.e. a RICO Predicate act) designed to influence his legislative acts (while he was in office) within the scope of his Congressional authority in office. Furthermore, another court backed up PLAINTIFF'S propositions when they said in *United States v. Kelly*, 707 F.2d 1460 (D.C. Cir. 1983) "dishonest

public officials, responsive more to money than to their obligations to the nation, *may cause grave harm to our society*."

Even more and further support can be found when The Court in *State of Mississippi v. Johnson, President, The*, 71 U.S. (4 Wall.) 475 (1867) ruled on the extremely important *principle*: "If the chief executive officer of a State is liable to be controlled by the courts of the State in the discharge of ministerial duties, for much stronger reasons is the chief executive officer of the United States liable to be controlled by this court under the provisions of the Federal Constitution. In Greene v. .Mumford, the Supreme Court of Rhode Island said, in regard to officers: "If they are departing from the power which the law has vested in them, *if they are assuming to themselves a power over property which the law does not give them, this court no longer considers them as acting under their commission*, but treats them as individuals." **By the same principle, *the President, when acting in opposition to the Federal Constitution, may be treated as an individual*.**" By being part of a RICO Enterprise in which the Constitution is explicit that by engaging in RICO requires removal, an executive or judicial branch official acts in opposition to the Constitution and to asserting a power over property that the Constitution does not give them, and therefore, they do not have any immunity for their actions.

#5. No Executive Privilege, No Absolute Immunity, and No Qualified Immunity to RICO conduct or anything done in furtherance of RICO Enterprise 1 made in this complaint. If DEFENDANTS are going to go there and say that provisions like the USA PATRIOT ACT absolve them of liability that is not true. USA PATRIOT ACT was created *to prevent* terrorism and not have DEFENDANTS *engage in TERRORISM* or *aid and abet TERRORISM* and be absolved of any liability in the process.

#6. Treaties are the Supreme Law of the land (but not above the United States Constitution). In 2006, the following treaty was implemented and executed: "The Convention On the Rights of Persons With Disabilities." All countries named as DEFENDANTS: (United States, India, United Kingdom, Japan, Australia, etc.) are all signatories. Therefore, all of the following applies to DEFENDANTS:

- Recognizing also that discrimination against any person on the basis of disability is a violation of the inherent dignity and worth of the human person;

- Recognizing the need to promote and protect the human rights of all persons with disabilities, including those who require more intensive support;

- Recognizing the importance of international cooperation for improving the living conditions of persons with disabilities in every country, particularly in developing countries;

- Recognizing the valued existing and potential contributions made by persons with disabilities to the overall well-being and diversity of their communities, and that the promotion of the full enjoyment by persons with disabilities of their human rights and fundamental freedoms and of full participation by persons with disabilities will result in

their enhanced sense of belonging and in significant advances in the human, social and economic development of society and the eradication of poverty;

- Considering that persons with disabilities should have the opportunity to be actively involved in decision-making processes about policies and programmes, including those directly concerning them;

- Concerned about the difficult conditions faced by persons with disabilities who are subject to multiple or aggravated forms of discrimination on the basis of race, colour, sex, language, religion, political or other opinion, national, ethnic, indigenous or social origin, property, birth, age or other status;

- Highlighting the fact that the majority of persons with disabilities live in conditions of poverty, and in this regard recognizing the critical need to address the negative impact of poverty on persons with disabilities;

- Recognizing the importance of accessibility to the physical, social, economic and cultural environment, to health and education and to information and communication, in enabling persons with disabilities to fully enjoy all human rights and fundamental freedoms;

- Convinced that a comprehensive and integral international convention to promote and protect the rights and dignity of persons with disabilities will make a significant contribution to redressing the profound social disadvantage of persons with disabilities and promote their participation in the civil, political, economic, social and cultural spheres with equal opportunities, in both developing and developed countries,

#7. Throughout the entirety of this Complaint, Treaties being part of the Supreme Law of the land of the United States (but not above the United States Constitution), In 2006, "The Convention On the Rights of Persons With Disabilities" became law. All countries named as DEFENDANTS: (United States, India, United Kingdom, Japan, Australia, etc.) are all signatories. PLAINTIFF has provided most of the relevant sections of the complaint to the applicable sections (some may be missing). Therefore, all of the following applies to DEFENDANTS in this complaint:

- Article 13: Access to justice
  - States Parties shall ensure effective access to justice for persons with disabilities on an equal basis with others, including through the provision of procedural accommodations--Entire complaint; *Incident IV: Star Chamber*
  - In order to help to ensure effective access to justice for persons with disabilities, States Parties shall promote appropriate training for those working in the field of administration of justice, including police and prison staff—Entire Complaint; *MID-YEAR, Trespass Incident #3, Peachy Miami, This Side of the Street, Incident IV: Star Chamber*

- Article 14: Liberty and security of person

- o   States Parties shall ensure that persons with disabilities, on an equal basis with others: (a) Enjoy the right to liberty and security of person—Entire complaint.
- o   Are not deprived of their liberty unlawfully or arbitrarily…and that the existence of a disability shall in no case justify a deprivation of liberty—Entire complaint.

- Article 15: Freedom from torture or cruel, inhuman or degrading treatment or punishment
  - o   1. No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment. In particular, no one shall be subjected without his or her free consent to medical or scientific experimentation. *Miki's Tea Party, Incident IV: Star Chamber, & Incident V: An Anchor and A Pitchfork.*

  - o   2. States Parties shall take all effective legislative, administrative, judicial or other measures to prevent persons with disabilities, on an equal basis with others, from being subjected to torture or cruel, inhuman or degrading treatment or punishment. *Miki's Tea Party & Incident V: An Anchor and A Pitchfork*

- Article 16: Freedom from exploitation, violence and abuse
  - o   States Parties shall take all appropriate legislative, administrative, social, educational and other measures to protect persons with disabilities, both within and outside the home, from all forms of exploitation, violence and abuse—Entire complaint; *Miki's Tea Party, TAR, Incident IV: Star Chamber, Incident V: An Anchor and A Pitchfork*

  - o   States Parties shall also take all appropriate measures to prevent all forms of exploitation, violence and abuse by ensuring, inter alia, appropriate forms of gender- and age-sensitive assistance and support for persons with disabilities—Entire complaint; *Miki's Tea Party, TAR, Incident IV: Star Chamber, Incident V: An Anchor and A Pitchfork*

  - o   States Parties shall take all appropriate measures to promote the physical, cognitive and psychological recovery, rehabilitation and social réintégration of persons with disabilities who become victims of any form of exploitation, violence or abuse, including through the provision of protection services. Such recovery and reintergration shall take place in an environment that fosters the health, welfare, self-respect, dignity and autonomy of the person and takes into account gender- and age-specific needs—Entire Complaint. Entire complaint; *Miki's Tea Party, TAR, Incident IV: Star Chamber, Incident V: An Anchor and A Pitchfork; Incident VIII,*

- Article 17: Protecting the integrity of the person.
  - o   Every person with disabilities has a right to respect for his or her physical and mental integrity on an equal basis with others—Entire Complaint; *Incident V: An Anchor and A Pitchfork.*

- Article 18:Liberty of movement.

- States Parties shall recognize the rights of persons with disabilities to liberty of movement…Are free to leave any country, including their own…Are not deprived, arbitrarily or on the basis of disability, of the right to enter their own country—*Meth, Miki's Tea Party, The Devil Reincarnate, An Anchor and a Pitchfork*

- Article 21 Freedom of expression and opinion, and access to information
  - States Parties shall take all appropriate measures to ensure that persons with disabilities can exercise the right to freedom of expression and opinion, including the freedom to seek, receive and impart information and ideas on an equal basis with others and through all forms of communication of their choice—Entire Complaint.  Core issue—pervades everything in this Complaint.

- Article 22 Respect for privacy
  - 1. No person with disabilities, regardless of place of residence or living arrangements, shall be subjected to arbitrary or unlawful interference with his or her privacy, family, home or correspondence or other types of communication or to unlawful attacks on his or her honor and reputation. Persons with disabilities have the right to the protection of the law against such interference or attacks—*Sewanee: An Era of Drugs, Star Chamber, An Anchor and a Pitchfork,*

  - 2. States Parties shall protect the privacy of personal, health and rehabilitation information of persons with disabilities on an equal basis with others—Miki's Tea Party, *Incident V: An Anchor and A Pitchfork*

- Article 24 Education
  - States Parties recognize the right Of persons with disabilities to education. With a view to realizing this right without discrimination and on the basis of equal opportunity, States Parties shall ensure an inclusive education system at all levels and lifelong learning directed to: (a) The full development of human potential and sense of dignity and self-worth, and the strengthening of respect for human rights, fundamental freedoms and human diversity. Entire complaint; *Financial Terrorism.*

  - The development by persons with disabilities of their personality, talents and creativity, as well as their mental and physical abilities, to their fullest potential—*TAR, Financial Terrorism,*

  - Enabling persons with disabilities to participate effectively in a free society.

  - In realizing this right, States Parties shall ensure that:

    - Reasonable accommodation of the individual's requirements is provided;

- Effective individualized support measures are provided in environments that maximize academic and social development, consistent with the goal of full inclusion.

o States Parties shall enable persons with disabilities to learn life and social development skills to facilitate their full and equal participation in education and as members of the community.

o States Parties shall ensure that persons with disabilities are able to access general tertiary education, vocational training, adult education and lifelong learning without discrimination and on an equal basis with others. To this end, States Parties shall ensure that reasonable accommodation is provided to persons with disabilities.

- Article 25 Health States Parties recognize that persons with disabilities have the right to the enjoyment of the highest attainable standard of health without discrimination on the basis of disability.
  o States Parties shall Provide those health services needed by persons with disabilities specifically because of their disabilities, including early identification and intervention as appropriate, and services designed to minimize and prevent further disabilities, including among children and older persons;

  o Provide these health services as close as possible to people's own communities.

  o Prevent discriminatory denial of health care or health services or food and fluids on the basis of disability.

*#8.* The COURT would agree that a telecom company using a satellite that transmits data engages in interstate and foreign commerce. With that in mind, DEFENDANTS, having utilized "PROJECT RAINFALL" necessarily engaged in interstate and foreign commerce in the creation, positioning, continual and ongoing maintenance, utilization, and transmission of data via ORION 3, ORION 5, and ORION 7 satellites that transmitted PLAINTIFF'S data, that included emails and communications, between the years of 2007 through 2023 between and amongst DEFENDANTS and/or was received by DEFENDANTS to perpetuate and further their War Crimes, Torture, PLAINTIFF'S Legal and Constitutional Violations, and RICO Enterprise 1 in furtherance of some of the following crimes: 18 USC §1961 1028 (relating to fraud and related activity in connection with identification documents), 18 USC §1961 section 1029 (relating to fraud and related activity in connection with access devices), 18 USC §1961 section 1503 (relating to obstruction of justice), 18 USC §1961 section 1510 (relating to obstruction of criminal investigations), 18 USC §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 USC §1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 USC §1961 section 1513 (relating to retaliating against a witness, victim, or an informant), 18 USC §1961 section 1542 (relating to false statement in application and use of passport), 18 USC §1961 section 1543 (relating to forgery or false use of passport), 18 USC §1961 section 1544 (relating to misuse of passport), 18 USC §1961 section 1546 (relating to fraud and misuse of visas, permits, and other documents), 18 USC §1961 sections 1581–1592

(relating to peonage, slavery, and trafficking in persons), 18 USC §1961 section 1951 (relating to interference with commerce, robbery, or extortion), 18 USC §1961 section 2319 (relating to criminal infringement of a copyright), 18 USC §1961 sections 891–894 (relating to extortionate credit transactions). The Court said *LAMONT, DBA BASIC PAMPHLETS v. POSTMASTER GENERAL,* 381 U.S. 301 (1965) that concerned interstate and foreign commerce, the POST OFFICE sending and receiving foreign mail (which is analogous to emails) in the case that concerned the transmission of ideas and speech in which the Government violated the First Amendment rights of the PLAINTIFF (which DEFENDANTS did do here because there is a nexus to CIA, HILLARY CLINTON, and PLAINTIFF'S protected speech) through utilizing ORION 3, ORION 5, and ORION 7 when the Court ruled: "We conclude that the Act as construed and applied is unconstitutional because it requires an official act as a limitation on the unfettered exercise of the addressee's First Amendment rights. As stated by Mr. Justice Holmes in *Milwaukee Pub. Co.* v. *Burleson,* 255 U. S. 407, 437 (dissenting): "The United States may give up the Post Office when it sees fit, but while it carries it on the use of the mails is almost as much a part of free speech as the right to use our tongues . . . ." Right to use our tongues will be discussed later.

#9. DEFENDANTS who are in "5 Eyes" are an association for RICO purposes since they themselves define 5 Eyes as: "The Council members exchange views on subjects of mutual interest and concern; compare best practices in review and oversight methodology; explore areas where cooperation on reviews and the sharing of results is permitted where appropriate; encourage transparency to the largest extent possible to enhance public trust; and maintain contact with political offices, oversight and review committees, and countries as appropriate." DEFENDANTS in 5 eyes had a financial monetary interest in furtherance of this RICO Enterprise typically when the United State Intelligence Community gave monetary funds to different DEFENDANTS. Furthermore, there were multiple conferences, such as in June 2016[10] that further enabled the Enterprise and Conspiracy against PLAINTIFF to continue, in multiple countries in which 5 EYES DEFENDANTS had spent money on in support of the scheme in which money was spent in hotels, lodging, transportation, etc[11] thereby affecting interstate and foreign commerce. *See:* 18 USC §2 by providing DEFENDANTS PLAINTIFF'S information in which DEFENDANTS obtained information either in Bad Faith or knowingly doing so with the intent to further their RICO enterprise. For example, PLAINTIFF submitted a FOIA request to FBI seeking the following on 08/11/2023: "Any and all documents, records, memos, that would show a dollar amount the FBI gave or contributed to any and all BRITISH intelligence agencies in the following fiscal years: 2009; 2010; 2015; 2017; 2018; 2019" in which the FBI did not provide the information requested on that FOIA request because the FBI knows the amount they spent would be shocking and would necessarily be a part of this litigation.

#10. Foreign DEFENDANTS, primarily in the sections of *Financial Terrorism, Miki's Tea Party, and An Anchor and a Pitchfork,* can be held to account for their actions that took place abroad but was directed by Americans in America: *See: Southway v. Central Bank of Nigeria,* 198 F.3d 1210, 1216 (10th Cir. 1999). (The Tenth Circuit has ruled that the Foreign Sovereign Immunities Act ("FSIA") confers subject-matter jurisdiction over civil RICO claims against

---

[10] https://vault.fbi.gov/five-eyes-law-enforcement-group-meeting/five-eyes-law-enforcement-group-meeting-part-01-of-02/view Last checked. 07/31/2023. 7:39am

[11] https://www.gov.uk/government/news/home-secretary-hosts-five-eyes-security-summit. Last checked. 07/31/2023.

foreign states, their agencies, and their instrumentalities when the commercial activity exception, or another exception contained in the FSIA, applies); *United States v. Noriega*, 746 F. Supp. 1506 (S.D. Fla. 1990) ("Given the Act's broad construction and equally broad goal of eliminating the harmful consequences of organized crime, it is apparent that Congress was concerned with the effects and not the locus of racketeering activities."), aff'd, 117 F.3d 1206 (11th Cir. 1997); *Liquidation Comm'n of Banco Intercontinental, S.A. v. Renta*, 530 F.3d 1339 (11th Cir. 2008) (holding that RICO applied extraterritorially where conduct in furtherance of the RICO conspiracy occurred in the United States but the effects of the conspiracy were felt elsewhere); *Alfadda v. Fenn*, 935 F.2d 475 (2d Cir. 1991) (holding that the defendants' commission of some predicate acts within the United States provided a basis for subject matter jurisdiction for the RICO claims, and noting that there is "no indication that Congress intended to limit [RICO] to infiltration of domestic enterprises. The mere fact that the corporate defendants are foreign entities does not immunize them from the reach of RICO").

#11. Under 28 U.S.C. 1605A(1) there is no immunity for DEFENDANTS: "A foreign state shall not be immune from the jurisdiction of courts of the United States or of the States in any case not otherwise covered by this chapter in which money damages are sought against a foreign state for personal injury or death that was caused by an act of torture, extrajudicial killing, aircraft sabotage, hostage taking, or the provision of material support or resources for such an act if such act or provision of material support or resources is engaged in by an official, employee, or agent of such foreign state while acting within the scope of his or her office, employment, or agency." This applies to DEFENDANTS: MI6, BUNDESNACHRICHTENDIENST, 公安調査庁, kōanchōsa-chō, FOREIGN INTELLIGENCE OF UKRAINE (SZRU), AUSTRALIAN SECRET INTELLIGENCE SERVICE, ALGEMENE INLICHTINGEN-EN VEILIGHEIDSDIESNT, DIRECTORATE OF MILITARY INTELLIGENCE (IRELAND), UNITED KINGDOM'S SECRET INTELLIGENCE SERVICE, THE SECURITY SERVICE (MI5), THE GOVERNMENT COMMUNICATIONS HEADQUARTERS (GCHQ), DEFENCE INTELLIGENCE (UNITED KINGDOM), MINISTRY of STATE SECURITY OF CHINA, THE GOVERNMENT OF JAPAN; THE GOVERNMENT OF THE UNITED KINGDOM; THE GOVERNMENT OF AUSTRALIA, The RUSSIAN GOVERNMENT VIA GRU AND SVB; and other DEFENDANTS.

#12. Under FSIA 28 U.S.C. §1605B, "A foreign state shall **not** be immune from the jurisdiction of the courts of the United States in any case in which money damages are sought against a foreign state for physical injury to person or property or death occurring in the United States and caused by— (1) an act of international terrorism in the United States; and (2): a tortious act or acts of the foreign state, or of any official, employee, or agent of that foreign state while acting within the scope of his or her office, employment, or agency, regardless where the tortious act or acts of the foreign state occurred." See also: *Southway v. Central Bank of Nigeria*, 198 F.3d 1210 (10th Cir. 1999); *Rux v. Republic of Sudan*, 495 F. Supp. 2d 541 (E.D. Va. 2007). "Individuals can also qualify as an "agency or instrumentality" when acting in an official capacity." *Chalabi v. Hashemite Kingdom of Jordan*, 503 F. Supp. 2d 267 (D.D.C. 2007)

28 U.S.C. 1604 defines foreign state as: a) a foreign state includes a political subdivision of a foreign state or an agency or instrumentality of a foreign state as defined in subsection (b). (b): an agency or instrumentality of a foreign state means any entity

1)Which is a separate legal person, corporate, or otherwise, and
2) which is an organ of a foreign state or political subdivision thereof....

**For the Government of Qatar:**

Qatar Investment Authority (hereon: QIA) (QIA; Arabic: جهاز قطر للإستثمار) is a separate legal entity from the government of manages the Government of Qatar's wealth thereby making it an organ of the state.

Because QIA is an organ of the state of Qatar, QIA owns 100% of Qatar Holding LLC. Therefore, Qatar Holding LLC is an organ of the state of Qatar. Because either QIA or Qatar Holding LLC is an organ of the state in which either QIA or Qatar Holding LLC owns and manages Qatar Airways Company Q.C.S.C, Qatar Airways Company Q.C.S.C. therefore is an organ of the state of Qatar. PLAINTIFF is just arguing and alleging just in case he needs to that Qatar National Bank, Qatar Islamic Bank (Q.P.S.C.), and QIB-UK are conceivably organs of the State of Qatar.

*Southway v. Cent. Bank of Nigeria* , 198 F.3d 1210  (10th Cir. 1999) (holding that "the FSIA confers subject-matter jurisdiction upon the district court over civil RICO claims against foreign states, their agencies, and instrumentalities, *provided that* the commercial activity exception, or another exception contained in §§ 1605–07 of the FSIA applies") (emphasis added).

**For the Government of the United Kingdom.**

BOEING would eventually make a sale of BOEING aircraft to British Airways, the government operation against PLAINTIFF under British Jurisdiction in the aviation industry necessarily implicates British Airways Boeing orders that occurred after the trade is in the offing because British government were part of it when the plan was approved against PLAINTIFF under their watch. The merger occurred during tacit approval of the British Government/British Airways in which RICO Enterprise 1 was done.  The Boeing orders were finalized in at BOEING in CHICAGO, IL. The Boeing planes at issue were part of trade is in the offing deal in 2011 and 2012.

*Southway v. Cent. Bank of Nigeria* , 198 F.3d 1210  (10th Cir. 1999) (holding that "the FSIA confers subject-matter jurisdiction upon the district court over civil RICO claims against foreign states, their agencies, and instrumentalities, *provided that* the commercial activity exception, or another exception contained in §§ 1605–07 of the FSIA applies") (emphasis added).

Defendant Air France, a French corporation which is 98 percent owned by the Republic of France, is a foreign state under § 1603 and, therefore, is entitled to the protection afforded by the FSIA.

Under RICO, the Government of Qatar, Qatar Airways, the government of the United Kingdom, are all considered persons since the definition of persons under RICO "drafted by Congress does not exempt instrumentalities of a foreign sovereign or limit "persons" to those connected with "organized crime." *Lode v. Leonardo,* 557 F. Supp. 675, (N.D.Ill. 1982). Similarly, the

legislative history of RICO fails to support any such exemption or limitation. With RICO, "Congress chose to attack the problem of organized crime in terms of patterns of behavior characteristic of racketeers rather than attempt definition of the amorphous concept `organized' crime and to make membership therein unlawful." *Hunt International Resources Corp. v. Binstein,* 559 F. Supp. 601, 602 (N.D.Tex.1982). Thus, RICO must be given the broad effect mandated by its plain language. *Morgan v. Bank of Waukegan,* 804 F.2d 970, 974 (7th Cir.1986)....defendants are still "persons" amenable to suit...Moreover, none of the post-**Goldfarb** cases on which defendants rely that expand the **Parker v. Brown** doctrine to include foreign sovereigns exempts foreign sovereigns from liability under antitrust laws for activity which is not cognizable as an act of state... defendants claim that interests of comity dictate that a foreign sovereign should not be considered a person under RICO. As previously discussed, a foreign sovereign or an agency thereof is not afforded immunity from suit under the Foreign Sovereign Immunities Act when the suit is based on its commercial activity conducted in the United States...The instant action is not predicated on any act of State but, rather, is based on the commercial acts of a foreign corporation." *American Bonded Warehouse Corp. v. Compagnie Nationale Air France,* 653 F. Supp. 861 (N.D. Ill. 1987). In one hand, PLAINTIFF is arguing the trade is in the offing is necessarily a commercial act in which the BOEING orders were finalized in America at BOEING in Chicago; and in the other, if it is not, it is a state directed action that was done in furtherance of an act of international and domestic terrorism that provided material support in furtherance of RICO Enterprise 1.

PLAINTIFF makes two arguments. Either the State of Qatar directed their representative in London to "off" PLAINTIFF off their plane and direct him to go to the Embassy of India or the State of Qatar allowed British Intel or American Intel to pose as one of their employees (with the assistance of Heathrow Holding Company) to "off" PLAINTIFF off the plane and direct him to go to the Indian Embassy. This would be a state action in furthering an international and domestic act of terrorism by providing material support to the act of international and domestic terrorism. Boeing was part of it in which Qatar airways got benefits from BOEING and American Intel in doing so therefore subjecting Qatar Airways The boeing planes at issue were part of trade is in the offing deal in 2010 and 2011.

In, *Compania Mex. De Aviacion v. U.S. Dist. Court,* 859 F.2d 1354 (9th Cir. 1988), Mexicana Airlines alleged they were immune from lawsuits under FSIA. Mexicana Airlines, owned by the Mexican government, was immune unless: "(1) it has waived its immunity; (2) the action is based upon a commercial activity carried on in the United States; upon an act performed in the United States in connection with a commercial activity of the foreign state elsewhere; or upon an act outside the territory of the United States in connection with a commercial activity of the foreign state elsewhere and that act causes a direct effect in the United States; or (3) the action is based upon a treaty conferring jurisdiction and that treaty pre-dates enactment of the FSIA. *See*28 U.S.C. § 1604, 1605." *Id.*

The Court discussed what were things that concerned the tickets on whether Mexicana Airlines waived their FSIA protection when they said that "A recent amendment to the waiver language makes clear that the intent behind the waiver is to give United States courts jurisdiction over cases "that have substantial contact with the United States." ... The decedents in the present case were *all flying on tickets purchased within Mexico* for passage between points of origin and

destination within Mexico. The tickets, which are the governing contracts of carriage, demonstrate no contact with the United States. Mexicana's operations that are the subject of this action did not occur "under [the] permit" issued by the U.S. Department of Transportation." *Id.*

So PLAINTIFF purchased a ticket in America that means those tickets that PLAINTIFF purchased had contact with the United States because the Qatar Airways ticket processing and purchasing system in America was done on the permit issued by the U.S. Department of Transportation. So Qatar Airways did not waive FSIA based on selling PLAINTIFF'S tickets in America.

Furthermore, the Court said: "Under The same result obtains under the governing international treaty, the Warsaw Convention, 49 U.S.C. App. §1502 Note. The Convention defines international transport according to the contract made by the parties. All the tickets involved in this case were for domestic Mexican flights, not for international air transport. Warsaw Convention, Article 1(2). Moreover, Article 28 of the Convention establishes exclusive jurisdiction before either the court of the domicile of the carrier or its principal place of business, **or the place of business where the contract was made**, or the place of destination. The place of destination is the final destination according to the contract of carriage." *Compania Mex. De Aviacion v. U.S. Dist. Court*, 859 F.2d 1354, 1359 (9th Cir. 1988)

The place of business where the contract was made was in America in the State of Illinois. Therefore, Qatar Airways waived their FSIA immunity based on at least the ticket purchase on top of the fact that Qatar Airways regularly had flights from Chicago to Doha in 2011. This is enough to establish general in-personam-jurisdiction and a waiver of FSIA immunity in the State of Illinois.

"In Trajano v. Marco, we held that the FSIA applies to a foreign official acting in an official capacity, but does not apply to an official acting beyond the scope of the actor's authority. 978 F.2d 493, 497 (9th Cir. 1992) (citing Chuidian v. Philippine Nat'l Bank, 912 F.2d 1095, 1103-06 (9th Cir. 1990) (holding that government officials fall within the definition of an "agency or instrumentality of a foreign state")), cert. denied, 508 U.S. 972 (1993). In Trajano, we defined "beyond the scope of the official's authority" to include anything the sovereign has not empowered the official to do." *Phaneuf v. Republic of Indonesia*, 106 F.3d 302 (9th Cir. 1997) upon an act outside the territory of the United States in connection with a commercial activity of the foreign state elsewhere and that act causes a direct effect in the United States.

#13. Under FSIA 28 U.S.C. §1606: "As to any claim for relief with respect to which a foreign state is not entitled to immunity under section 1605 or 1607 of this chapter, the foreign state shall be liable *in the same manner and to the same extent as a private individual* under like circumstances." Foreign DEFENDANTS shall be liable in the same manner and to the same extent as a private individual under 18 U.S.C. 1961 et. al. RICO. See also: *Southway v. Central Bank of Nigeria*, 198 F.3d 1210 (10th Cir. 1999); *Rux v. Republic of Sudan*, 495 F. Supp. 2d 541 (E.D. Va. 2007). If RICO falls outside the scope of duties for any American employee, it must necessarily be true in any foreign country listed as a DEFENDANT because they all have laws concerning prohibitions on racketeering and terrorism. So any foreign government employees that perpetuated the harm against PLAINTIFF in furtherance of RICO Enterprise 1 in the

sections of *Financial Terrorism*, *Miki's Tea Party*, and *An Anchor and a Pitchfork* had their acts fall outside the scope their employment duties in which "An individual employed by a foreign state enjoys no FSIA immunity for acts that are "beyond the scope" of her official responsibilities. *Cabiri v. Assasie-Gyimah*, 921 F. Supp. 1189 (S.D.N.Y. 1996)

#14. Racketeering is not diplomacy. It may be in corrupt countries, but not in America. The Act of State Doctrine does *not* apply in this case. *Kirkpatrick & Co. v. Evtl. Tectonics*, 493 U.S. 400 (1990) is established precedent that concerned bribery (i.e. RICO) by a foreign government involving an American that ruled judicial inquiry is appropriate [partly based on prior Department of State arguments in which the Department of State has argued] that "judicial inquiry *into the purpose behind* the act of a foreign sovereign would not produce the unique embarrassment, and the particular interference with the conduct of foreign affairs, that may result from the judicial determination that a foreign sovereign's acts are invalid." Furthermore and especially in regards to *Miki's Tea Party* and *An Anchor and a Pitchfork*, some "exceptions to application of the [act of state] doctrine, where one or both of the foregoing policies would seemingly not be served: an exception, for example, *for acts of state that consist of commercial transactions, since neither modern international comity nor the current position of our Executive Branch accorded sovereign immunity to such acts*, see **Alfred Dunhill of London, Inc. v. Republic of Cuba**, 425 U. S. 682 (1976)." *Id.* No sovereign immunity for *Miki's Tea Party*. As BARACK OBAMA admitted at the time of *Miki's Tea Party* on November 8th, 2010 with the specific Indian audience in mind: "Today, the United States is once again playing a leadership role in Asia (and INDIA and QATAR)." HILLARY CLINTON and AMERICAN DEFENDANTS/CIA/FBI/DHS directed their actions against PLAINTIFF in AMERICA to be undertaken by America, Britain, Qatar, and India. America is necessarily always a party in which it was America's leadership and direction that directed INDIAN, QATAR, and BRITISH leadership to do something on behalf of the United States that involved commerce. Payments were paid by the Foreign Government in addition to Private Companies to American companies in which their money was deposited into American Bank Accounts. An Act of State doctrine automatically presumes the foreign government did an act independent of American decision-making, but QATAR, INDIA, and BRITAIN were directed to do their actions against an American in which their acts were necessarily created by and started from an American decision. What the Court's decisions come down to in regarding act of state is whether or not the foreign actor or foreign government were acting within the scope of their authority as agents of the foreign government. The scope of authority that is applicable in the Act of State doctrine is necessarily understood by the Court to mean that the actions at issue were done *completely independent* of any American direction to direct the actions because it no longer becomes just the foreign government's actions. RICO is outside the scope of authority of American decision-making and furthering a RICO Enterprise is outside the scope of authority of a foreign government, especially when "a state chooses to go into the business of buying and selling commodities, its right to do so may be conceded so far as the Federal Constitution is concerned; but the exercise of the right is not the performance of a governmental function. . . . When a state enters the market place seeking customers it divests itself of its **quasi** sovereignty **pro tanto,** and takes on the character of a trader. . . ." *Ohio v. Helvering*, 292 U. S. 360, (1934). It is thus a familiar concept that "there is a constitutional line between the State as government and the State as trader. . . ."**New York v. United States,** 326 U. S. 572 (1946).

#15. Part of this case revolves around this quote The Court in *Brown v. Mississippi*, 297 U.S. 278 (1936) said: "Coercing the supposed state's criminals into confessions and using such confessions so coerced from them against them in trials has been the curse of *all countries*. In **Fisher v. State,** 145 Miss. 116, 134, 110 So. 361, 365, the court said: "Coercing the supposed state's criminals into confessions and using such confessions so coerced from them against them in trials has been the curse of all countries. It was the chief inequity, the crowning infamy, of the Star Chamber and the Inquisition, and other similar institutions. The constitution recognized the evils that lay behind these practices, and prohibited them in this country. . . . The duty of maintaining constitutional rights of a person on trial for his life rises above mere rules of procedure, and wherever the court is clearly satisfied that such violations exist, it will refuse to sanction such violations and will apply the corrective."

#16. In *Frank v. Mangum*, 237 U. S. 309, (1915) "it was recognized, of course, that if, in fact, a trial is dominated by a mob so that there is an actual interference with the course of justice, there is a departure from due process of law, and that, "if the State, supplying no corrective process, carries into execution a judgment of death or imprisonment based upon a verdict thus produced by mob domination, the State deprives the accused of his life or liberty without due process of law." DEFENDANTS are the mob. **DEFENDANTS are the mob** because: they have unfettered discretion to amass more than 50,000 employees of FBI, CIA, NSA, DEPARTMENT of DEFENSE, MI6, et al. from every inch of the skies above to a tiniest part of a leaf outside your very front door and yard to completely surround your yard and home at will with those 50,000+ employees (how does curtilage even apply anymore when DEFENDANTS can see a part of a leaf from space) to every single detail inside your home anytime they want to via cell phones cameras and wifi routers that can be used as sonars that reveal everything[12] in a second in which DEFENDANTS are everywhere in the world with a prodigious amount of guns in their arsenal and different weapons at their disposal that the public doesn't have access to in which they never have to leave the office or headquarters in doing so. Now with all this power, you telling me DEFENDANTS were so incompetent as to allow what happened in TOKYO, JAPAN in the Summer of 2015 to happen without their knowledge? Friends and countrymen that give a damn about you would never allow something like that to happen to you. No one gave a damn about PLAINTIFF.

#17. To restore trust in the government requires some form of accountability and that requires ruling Qualified Immunity and Absolute Immunity are unconstitutional doctrines based on the facts of this case. PLAINTIFF is requesting that the Court completely overrule Absolute or Qualified Immunity in this case and when it involves a Constitutional violation. PLAINTIFF is seeking to invalidate portions of the USA PATRIOT ACT & CIVIL ASSET FORFEITURE LAWS, and tax placed on someone if they carry more than $10,000 on their person from overseas, all of which: facilitated, enabled, and caused the RICO Enterprise and constitutional violations and deprivations to occur.

---

[12] https://www.techradar.com/news/your-wi-fi-router-could-spot-exactly-where-you-are-in-a-room

#18. If the Court does not do #17 and rules and grants qualified immunity for war crimes, acts of terrorism, and torture that DEFENDANTS participated in against an American citizen domestically and internationally, America will no longer be a beacon of freedom in the world and will be on par with America's enemies. America from this ruling on will have become a dictatorship.

#19. PLAINTIFF was routinely forced to sign contracts by DEFENDANTS (HUNTER BIDEN, JIM BIDEN (July 2015), and THAO BUI (May 2016)) to which PLAINTIFF did not understand/know the contents thereof/were completely unconscionable. This was a routine part of PLAINTIFF'S history as DEFENDANTS knew PLAINTIFF'S parents had regularly made PLAINTIFF sign contracts without being told what it contained. See: 18 USC §1961: sections 891–894 (relating to extortionate credit transactions). 18 USC §1961 section 1951 (relating to interference with commerce, robbery, or extortion). Violation of Louisiana Civil Code: §1948. Consent may be vitiated by error, fraud, or duress; §1949. Error vitiates consent only when it concerns a cause without which the obligation would not have been incurred and that cause was known or should have been known to the other party (PLAINTIFF would not have incurred anything from 2008 and PLAINTIFF only truly figured it all out this year); §1953. Fraud is a misrepresentation or a suppression of the truth made with the intention either to obtain an unjust advantage for one party or to cause a loss or inconvenience to the other. Fraud may also result from silence or inaction. (this applies from 2008 onwards); Art. 1954. Fraud does not vitiate consent when the party against whom the fraud was directed could have ascertained the truth without difficulty, inconvenience, or special skill (PLAINTIFF could not have determined the fraud because it was extremely difficult, extremely inconvenient, and required a special skill that PLAINTIFF only started learning and acquiring from 2017.

#20: PLAINTIFF is requesting the Court to rule on this issue and principle of law: a constitutional violation or deprivation necessarily entails a violation of 18 U.S.C. §1961 §1503 (relating to obstruction of justice) as well. *This has to be legally true.* An Obstruction of Justice violation occurs under 18 U.S.C. §1961 §1503 when a Constitutional Right violation or deprivation is made by an American DEFENDANTS. Period. It may also be true that a Obstruction of Justice violation occurs under 18 U.S.C. §1961 §1503 when a Constitutional Right violation or deprivation is made by Foreign DEFENDANTS against an American. However, what PLAINTIFF is asking the Court to rule is this principle that Obstruction of Justice violation occurs under 18 U.S.C. §1961 §1503 when a Constitutional Right violation or deprivation is made by an American DEFENDANT. This has to be legally true since the 8th and 14th Amendment prohibits cruel or unusual punishment and torture. Torturing and Committing War Crimes and Terrorism Against PLAINTIFF violates RICO'S statute of including 18 U.S.C. 2340 and 18 U.S.C. 2441 respectively; which is also the same as Tampering with or Retaliating against PLAINTIFF (thereby violating 18 USC §1961 §1512 (relating to tampering with a witness, victim, or an informant) or 18 USC §1961 §1513 (relating to retaliating against a witness, victim, or an informant) because torturing a witness, victim, informant, etc is the same as tampering with or retaliating against a witness, victim, informant, etc. Furthermore, a violation of 18 U.S.C. §1961 §1503 would occur because of a violation of at least: *Napue v. Illinois,* 360 U.S. 264 (1959) in which materially false evidence would obstruct justice and using testimony in which "certain individual's testimony, taken as a whole, gives a false impression that became seriously prejudicial to PLAINTIFF in which facts that refute DEFENDANTS claim are either

ignored or are materially misleading" under *Alcorta v. Texas,* 355 U.S. 28 (1957) would obstruct justice. So any Constitutional Right violation or deprivation that occurred by DEFENDANTS against PLAINTIFF's Constitutional RIGHTS necessarily entails a violation of obstructing justice under 18 U.S.C. §1961 §1503. Furthermore, if these Constitutional violations were not made known in warrants, FISA applications and rulings, and to PLAINTIFF, etc. this was also obstruction of justice 18 U.S.C. §1961 §1503.

With that said and proven, PLAINTIFF'S assumption is that 18 U.S.C. §1961 section 1503 (relating to obstruction of justice), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1512 (relating to tampering with a witness, victim, or an informant), or 18 U.S.C. §1961 section 1513 (relating to retaliating against a witness, victim, or an informant), or any other relatable and conceivable RICO violations occur when DEFENDANTS violated or did one of the following constitutionally repugnant acts as made known in the course of this complaint:[13]

- Violating *Napue v. Illinois,* 360 U.S. 264 (1959) in using materially false evidence.

- Violating *Mooney v. Holohan,* 294 U.S. 103 (1935) in "using perjured testimony known by DEFENDANTS to be perjured and knowingly used by DEFENDANTS in order to procure the conviction " since a State may not, "through the action of its officers, contrive a conviction through the pretense of a trial which, in truth, is "but used as a means of depriving a defendant of liberty through a deliberate deception of court and jury by the presentation of testimony known to be perjured;"

- Violating the principle that "the dignity of the United States Government will not permit the conviction of any person on tainted testimony per *Mesarosh v. United States*, 352 U.S. 1 (1956);

- Using testimony in which "certain individual's testimony, taken as a whole, gives a false impression that became seriously prejudicial to PLAINTIFF in which facts that refute DEFENDANTS claim are either ignored or are materially misleading" *Alcorta v. Texas,* 355 U.S. 28 (1957);

- Violating *Brown v. Mississippi,* 297 U.S. 278 (1936) by using "confessions shown to have been extorted by [DEFENDANTS] by torture of the PLAINTIFF";

- Denying to the accused the aid of counsel in violation of: **Powell v. Alabama,** 287 U. S. 45. (1932).

- The due process clause requiring "that state action, whether through one agency or another, shall be consistent with the fundamental principles of liberty and justice which

---

[13] Whenever PLAINTIFF alleges any RICO violation--in addition to that—PLAINTIFF is also necessarily alleging a violation of at least one of the cases listed here or any case concerning a liberty interest and/or conceivably a disability right violation under The Convention On the Rights of Persons With Disabilities of throughout the Complaint.

lie at the base of all our civil and political institutions" in which DEFENDANTS violated **Hebert v. Louisiana,** 272 U. S. 312, (1926);

- The State/Government "allowing an accused to be hurried to conviction under mob domination -- where the whole proceeding is but a mask -- without supplying corrective process" in violation of: **Moore v. Dempsey,** 261 U. S. 86, (1923);

- Violating: *Brady v. Maryland,* 373 U.S. 83 (1963) in which DEFENDANTS failed to turn over all evidence that might exonerate PLAINTIFF;

- Violating: *In re Murchison,* 349 U.S. 133 (1955) in which judges have created a situation that results in such a denial of due process, especially when done in secretive chambers.

- Violating: *Hampton v. United States,* 425 U.S. 484 (1976) (discussing the Outrageous Government Conduct defense and the applicability to such concerning 1st, 4th, 5th, 13th, 14th Amendment Rights);

- Violating: *Haynes v. Washington,* 373 U.S. 503 (1963) holding: "that petitioner's written confession was obtained in, and was the result of, an atmosphere of substantial coercion and inducement created by statements and actions of state authorities, which made its admission in evidence violative of due process" in which the written confession was induced by police threats and promises."

- Violating: *Wong Sun v. United States,* 371 U.S. 471 (1963) (In order to make effective the fundamental constitutional guarantees of sanctity of the home and inviolability of the person, **Boyd v. United States,** 116 U. S. 616, this Court held nearly half a century ago that evidence seized during an unlawful search could not constitute proof against the victim of the search. **Weeks v. United States,** 232 U. S. 383. The exclusionary prohibition extends as well to the indirect as the direct products of such invasions. Silverthorne Lumber Co. v. United States, 251);

- Violating: *Ex Parte Jackson,* 96 U.S. 727 (1877) (Prohibition of obtaining, seizing, and opening and reading emails/mails "whilst" in the transport or transmission of data that must necessarily "have a warrant, issued upon similar oath or affirmation particularly describing the thing to be seized, as is required when papers are subjected to search in one's own household.");

- Violating: *United States v. Lard,* 734 F.2d 1290 (8th Cir. 1984) citing Sherman that "The function of law enforcement is the prevention of crime and the apprehension of criminal. Manifestly, that function does not include the manufacturing of crime;"

- Violating: *Simmons v. United States,* 348 U.S. 397 (1955) in which a failure to provide a report by DOJ/FBI when requested violates Due Process and/or when PLAINTIFF is not given the opportunity to refute the contents of a report that the DEFENDANTS DOJ/FBI used in a hearing violates Due Process.

- Violating: *Ferguson v. Charleston*, 532 U.S. 67 (2001) (holding: **a state sanctioned agency or facility's use** of a diagnostic test to obtain evidence of a patient's criminal conduct for law enforcement purposes is an unreasonable search if the patient has not consented to the procedure. A key factor was the fact that The invasion of privacy in the case here was extremely substantial in which there could be a complete misunderstanding about the purpose of the test or the potential use of the test results (especially if they are erroneous). Some factors in determining reasonableness was whether there were protections against the dissemination of the results to third parties and whether the immediate objective of the searches was to generate evidence for law enforcement purposes).

- Violating: *Stanford v. Texas*, 379 U.S. 476 (1965) (prohibitions on generalized warrants relating to search and seizure of PLAINTIFF relating to PLAINTIFF'S First Amendment activities)

- Violating: *Lee Art Theatre, Inc. v. Virginia*, 392 U.S. 636 (1968) (having a warrant issued solely upon the conclusory assertion of the police officer without any inquiry by a judge into the factual basis for the officer's conclusions was not a procedure designed to focus searchingly on the question of [illegal activity] as it related to PLAINTIFF'S First Amendment protected activity, and therefore fell short of constitutional requirements demanding necessary sensitivity in regards to PLAINTIFF'S First Amendment protected conduct.)

- Violating: *Fahy v. Connecticut*, 375 U.S. 85 (1963) (Holding that based on the record in a case, the erroneous admission of this illegally obtained evidence was so fundamentally prejudicial to the petitioner that it could not be called harmless error in which the conviction was overturned."

- Violating *Hamilton et al. v. Regents of the University of California et al.*, 293 U.S. 245 (1934) (establishing an affirmative American constitutional duty to the Country that men who enlisted with the Selective Service are required to learn about some military tactics).

- *Violating: United States v. Gardner*, 658 F. Supp. 1573 (W.D. Pa. 1987) in which Due Process was violated when: "by virtue of the fact that he was badgered, implored, inveigled and purposely set up by an agent of the Government in order to allow the government to prosecute and convict him… the government here through its informant created crime rather than uncovered crime and as such engineered and directed the criminal enterprise from start to finish….the government initiated and was actively involved in the criminal enterprise itself. Although the government did not supply the drugs in the case, it supplied the other necessary ingredients, the money to ferment criminal activity…that the crime alleged by the Government in the indictment in the above-captioned case would not have occurred but for the Government's assistance in manufacturing the crime; and further, this Court finds that up to the time of the inception of the alleged crime now before this Court, the Defendant was **not** involved in any prior ongoing criminal activity of any kind…the Government Agent persisted over a period of time in inducing and persuading the Defendant to commit the crime in question with sole

motive and intention of overcoming the obvious reluctance of the Defendant to commit the alleged crime in question." *Id. But for* causation is applicable when any 18 U.S.C. 2 *violations* are alleged.

- Violating: *Fikes v. Alabama*, 352 U.S. 191 (1957), **Held:** the circumstances of pressure applied against the power of resistance of this petitioner, who was weak of will or mind, deprived him of due process of law contrary to the Fourteenth Amendment.

- Violating: *Wilson v. Seiter,* 501 U.S 294 (1994) (holding for purposes of 8th Amendment and 14th Amendment violations: one claiming that the conditions of his confinement violate the Eighth Amendment must show a culpable state of mind on the part of officials; the "wantonness" of conduct depends not on its effect on the individual, but on the constraints facing the official; there must be **"deliberate indifference" to one's "serious" medical needs"**).

- Violating: *Rochin v California,* 342 U.S. 165 (1952): "Due Process Clause of the Fourteenth Amendment (as well as the 5th Amendment) proscribes State Government conduct and "empowers the Court to nullify any state law if its application 'shocks the conscience,' offends 'a sense of justice' or runs counter to the 'decencies of civilized conduct.'"

- Violating: *Rochin v. California,* 342 U.S. 165 (1952): "we may ***SOME DAY*** be presented with a situation in which the conduct of law enforcement agents <u>is so outrageous</u> that due process principles would absolutely bar the government from invoking judicial processes to obtain a conviction, *"*



***TODAY IS THE DAY!***

Like PLAINTIFF mentioned in Footnote 18: Simply when PLAINTIFF alleges a RICO violation when PLAINTIFF will state—"*See*: some of Defendants crimes: (or a variation thereof)"-- PLAINTIFF is necessarily incorporating and alleging a violation of one of the previously listed SCOTUS cases and respective constitutional violation in conjunction with the RICO violation as well.

#21. Like PLAINTIFF made the argument earlier in #20. Torturing PLAINTIFF, Committing War Crimes, and committing domestic and international acts of terrorism against PLAINTIFF (thereby violating 18 U.S.C. 2340 and 18 U.S.C. 2441 respectively) is the same as Tampering with or Retaliating against PLAINTIFF (thereby violating 18 USC §1961 section 1512 (relating to tampering with a witness, victim, or an informant) or 18 USC §1961 section 1513 (relating to retaliating against a witness, victim, or an informant)).

#22. When discussing Outrageous Government Conduct, the closest and relevant applicable standard the court analysis should be based on--when it comes to the allegations in *An Anchor and a Pitchfork*--is through OGC cases on prostitution. Therefore, the following standard is applicable because prostitution and trafficking of people for sexual purposes are nearly indistinguishable and can be construed as one and of the same: "Because, in this prostitution investigation, the government engaged in outrageous conduct in violation of the guarantees of due process in the United States and Minnesota constitutions when the investigating officer initiated and permitted the escalation of sexual contact that was unnecessary to any reasonable investigation, appellant's conviction is reversed." *State v. Burkland*, 775 N.W.2d 372, (Minn. Ct. App. 2009).

#23. Under the 10th Circuit: "Outrageous government conduct can violate a defendant's constitutional right to due process and require dismissal of the charges against him. *United States v. Leal*, 32 F.4th 888 (10th Cir. 2022). United States v. Dyke, 718 F.3d 1282 (10th Cir. 2013) (noting that even though the Tenth Circuit still recognizes the outrageous government conduct defense, it has not found "a single case where the defense applies")…"The defendant bears the burden of proving the government's conduct was outrageous. The defendant must show that the conduct was "'shocking' and 'clearly intolerable' in light of the totality of the circumstances." *United States v. Leal*, 32 F.4th 888 (10th Cir. 2022) (quoting United States v. Mosley, 965 F.2d 906, 910 (10th Cir. 1992)). To meet that high threshold, the government must have either been excessively involved in creating the crime or significantly coerced the defendant to commit the crime. Id. at 896…Although the Tenth Circuit has not formulated a specific rule to determine what level of government involvement is outrageous, it has provided "some general guidelines." Mosley, 965 F.2d at 911. The government must have "essentially generate[d] new crime for the purpose of prosecuting it or induce[d] a defendant to become involved for the first time in certain criminal activity . . . ." Leal, 32 F.4th at 896 (quoting Mosley, 965 F.2d at 911). That said, as long as the government does not "engineer and direct the criminal enterprise from start to finish," it may suggest illegal activity, "induce a defendant to repeat or continue a crime," or "induce [a defendant] to expand or extend previous criminal activity." Id. (quoting Mosley, 965 F.2d at 911) (quotations omitted).

"Selective prosecution by the United States violates the defendant's due process right guaranteed by the Fifth Amendment. United States v. Deberry, 430 F.3d 1294, 1299 (10th Cir. 2005) (citing Wayte v. United States, 470 U.S. 598, 608 n. 9 (1985)). The government selectively prosecutes a defendant when its choice to prosecute was "invidious or in bad faith and was based on impermissible considerations such as . . . the desire to prevent the exercise of constitutional rights." United States v. Davis, 339 F.3d 1223, 1228 n.3 (10th Cir. 2003) (quoting United States v. Salazar, 720 F.2d 1482, 1487 (10th Cir. 1983)). The defendant bears the burden

of showing selective prosecution. United States v. Griffith, 928 F.3d 855, 866 (10th Cir. 2019). The standard is "a demanding one" and requires the claimant to "demonstrate that the federal prosecutorial policy had a discriminatory effect and that it was motivated by a discriminatory purpose." United States v. Glaub, 910 F.3d 1334, 1340 (10th Cir. 2018) (quoting United States v. Armstrong, 517 U.S. 456, 463, 465 (1996)). To show the prosecution had a discriminatory effect, the defendant must demonstrate that similarly situated individuals were not prosecuted. United States v. Alcaraz-Arellano, 441 F.3d 1252, 1265 (10th Cir. 2006). Individuals are similarly situated when no legitimate factors distinguish them enough to justify the difference in prosecution. Deberry, 430 F.3d at 1301. The defendant must do more than identify similarities he shares with other individuals, United States v. DeChristopher, 695 F.3d 1082, 1096–97 (10th Cir. 2012), or simply assert that other similar individuals were not prosecuted, Griffith, 928 F.3d at 867. Instead, a defendant must show that the only distinguishing features between them would be unconstitutional bases for differential treatment. DeChristopher, 695 F.3d at 1097. The defendant must also demonstrate that "discriminatory intent was a 'motivating factor in the decision' to enforce the criminal law against the defendant." Alcaraz-Arellano, 441 F.3d at 1264 (quoting Marshall v. Columbia Lea Reg'l Hosp., 345 F.3d 1157, 1168 (10th Cir. 2003)). The government must have chosen to prosecute "at least in part 'because of,' not merely 'in spite of,' [that decision's] adverse effects upon an identifiable group." Wayte v. United States, 470 U.S. 598, 608 (1985) (quoting Pers. Adm'r Of Mass. v. Feeney, 422 U.S. 256, 279 (1979)). The defendant may show this by either direct or circumstantial evidence. Alcaraz-Arellano, 441 F.3d at 1264."

#24. PLAINTIFF believes the way this all really started was prior to PLAINTIFF'S birth. SCOTUS through *Smith v. Maryland*, 442 U.S. 735 (1979) and SCOTUS' terrible 4th and 5th Amendment rulings throughout the 1980s that intentionally enabled the United States to create a system that allowed the UNITED STATES Government to create a "Pre-Crime" Data Base and "Pre-Crime" Analysis Data Centers (which they are probably known today as DATA FUSION Centers) in which the Government has absolved themselves of all responsibility and liability for when it goes wrong. PLAINTIFF, through characteristics he was born with and could not fix from birth, would eventually get swept into a dragnet and algorithms utilized and would thereby be selected against PLAINTIFF'S will, interests and Constitutional Rights. For the sake of brevity, PLAINTIFF must have done something as a child during BILL CLINTON'S presidency that trigged the algorithm to be used against PLAINTIFF. This will be talked about in the *Upbringing* Section.

#25. Overrule: *Wilkie v. Robbins*, 551 U.S. 537 (2007) as SCOTUS were completely wrong in opinion when they said that caselaw "is completely barren of an example of extortion under color of official right undertaken for the sole benefit of the Government." This lawsuit is the exception to the case. Or in the alternative, *Wilkie v. Robbins*, 551 U.S. 537 (2007*)* is completely distinguishable on the facts of this case are completely filled with examples of RICO acts under color of official right undertaken for the benefit of the Government and is therefore not applicable here.

#26. *Pandick, Inc. v. Rooney*, 632 F. Suppa 1430 (N.D. Ill. 1986) states a conspiracy charge involving a corporation and its employees is available in a civil RICO action. DEFENDANTS meet the definition of an unincorporated association, which is generally defined as "a body of persons acting together and using certain methods for prosecuting a special purpose or common

enterprise." Motta v. Samuel Weiser, Inc., 768 F.2d 481, 485 (1st eir.), cert. denied, 106 S. ct. 596 (1985).

#27. PLAINTIFF understands this appears to be "political" and some DEFENDANTS may allege PLAINTIFF is going after Democrats. This is so far from the truth. What PLAINTIFF is doing is using a case against the Democrats in which *Kay v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985), held "that the New Hampshire Democratic Party was an unincorporated association. The court found that the common understanding of most citizens of New Hampshire was that there was in existence a New Hampshire Democratic Party, commonly referred to and contributed to as such, which met regularly at *convention*. Under these definitions and holdings, it appears that a group such as an organized crime "family" would be recognized by a court as an unincorporated association."[14] to make this argument that DEFENDANTS are an unincorporated association: whether it is DEFENDANTS who are in intelligence putting themselves in DEFENDANTS social media companies,[15] whether it is DEFENDANTS in intelligence that commonly become members of CONGRESS,[16] whether it is MICROSOFT, AWS, and other companies that does work for the United States Government that exceeds billions of dollars in which probably every single United States Government has Microsoft Word on it,[17] DEFENDANT INTELLIGENCE AGENCIES regularly meet at conventions as do other branches of the United States Government via 5 Eyes, WASHINGTON DC having an elite insider social scene in which people in WASHINGTON DC are still tied together by money and memberships/participation in one of the following in which they have conventions and speeches and lunch-ins: freemasons/illuminati, Bohemian Grove, CFR, Bilderberg, Trilateral Commission, etc. and, finally, this homogenous unincorporated association is completely out of touch and out of prosecutable reach[18] with the rest of America and regularly act like it. It is for all intents and purposes, an unincorporated associate on that meaningfully engages in intrastate commerce, interstate commerce, and foreign commerce at every local city, town, state, and country.

---

[14] https://www.ojp.gov/pdffiles1/Digitization/131338NCJRS.pdf
[15] https://nypost.com/2022/12/22/facebook-twitter-stocked-with-ex-fbi-cia-officials/
[16] https://www.cnn.com/2021/03/14/politics/congress-security-intelligence-background-lawmakers/index.html
[17] https://www.nytimes.com/2022/12/07/business/pentagon-cloud-contracts-jwcc.html,
[18] https://www.politico.com/story/2010/07/poll-dc-elites-a-world-apart-039809

#28. How PLAINTIFF learned of unincorporated association in RICO ENTERPRISE 1 is the following story. KEN STARR (now deceased) was at a Federalist Society lunch-in that PLAINTIFF attended in Spring 2017 in CHICAGO, IL. PLAINTIFF met KEN STARR; and before PLAINTIFF even had the chance or opportunity to say anything about himself, including PLAINTIFF'S own name, KEN STARR knew who PLAINTIFF was; KEN STARR knew at least some of PLAINTIFF'S issues and tribulations that happened in 2015 & 2016 all without saying a word—that man knew. PLAINTIFF, for all intents and purposes, was a source of pleasure of DEFENDANTS' sadistic treatment or was a 'retarded' source of entertainment for DEFENDANTS or a thing to be manipulated & abused for DEFENDANTS' agendas. PLAINTIFF from that moment on, knew he had been blacklisted by the elite in DC, blacklisted within the legal profession, and there was, and probably is, nothing PLAINTIFF could do about it because it has already been decided no matter what PLAINTIFF does. But PLAINTIFF is still trying something.

#29. At all times between 2008-Present Moment, DEFENDANTS utilized numerous warrants against PLAINTIFF'S Constitutional Rights and Interests in which DEFENDANTS' warrants contained numerous constitutional deficiencies, were legally fraudulent, were constitutionally deficient within the four corners of the application; had denied PLAINTIFF a Franks Hearing via *Franks v Delaware*, 438 U.S. 154 (1978) (*PLAINTIFF is demanding a Franks hearing to every single warrant made against PLAINTIFF*); violated *Stanford v. Texas*, 379 U.S. 476 (1965) as the warrants, national security letters, purchase of data, request of data, etc. were so generalized as to make them generalized warrants; and having utilized 5 Eyes against PLAINTIFF, DEFENDANTS were in fact utilizing 5 eyes as a means of a general writs of assistance against PLAINTIFF in which the following reasoning in *Stanford v. Texas*, 379 U.S. 476 (1965) applies to PLAINTIFF'S case because DEFENDANTS warrants were necessarily tied to and related to PLAINTIFF'S First Amendment Protected Conduct and Speech, some of which was dependent on the basis of his disability, that occurred from at least 2008 and this is what the Court ruled on in *Stanford v. Texas*, 379 U.S. 476 (1965):

"For we think it is clear that this warrant was of a kind which it was the purpose of the Fourth Amendment to forbid a general warrant...It is now settled that the fundamental protections of the Fourth Amendment are guaranteed by the Fourteenth Amendment against invasion by the States. *Wolf* v. *Colorado*, 338 U. S. 25, 27; *Mapp* v. *Ohio*, 367 U. S. 643; *Ker* v. *California*, 374 U. S. 30. The Fourth Amendment provides that "no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and *particularly describing* the place to be searched, and the persons or *things to be seized*." (Emphasis supplied.)" *Id.*

"These words are precise and clear. They reflect the determination of those who wrote the Bill of Rights that the people of this new Nation should forever "be secure in their persons, houses, papers, and effects" from intrusion and seizure by officers acting under the unbridled authority of a general warrant. Vivid in the memory of the newly independent Americans were those general warrants known **as writs of assistance** under which officers of the Crown had so bedeviled the colonists. The hated writs of assistance had given customs officials blanket authority to search where they pleased for goods imported in violation of the British tax laws. They were denounced by James Otis as "the worst instrument of arbitrary power, the most destructive of English liberty, and the fundamental

principles of law, that ever was found in an English law book," because they placed "the liberty of every man in the hands of every petty officer." The historic occasion of that denunciation, in 1761 at Boston, has been characterized as "perhaps the most prominent event which inaugurated the resistance of the colonies to the oppressions of the mother country. `Then and there,' said John Adams, `then and there was the first scene of the first act of opposition to the arbitrary \*482 claims of Great Britain. Then and there the child Independence was born.' " *Boyd* v. *United States,* 116 U. S. 616, 625. But while the Fourth Amendment was most immediately the product of contemporary revulsion against a regime of writs of assistance, its roots go far deeper. Its adoption in the Constitution of this new Nation reflected the culmination in England a few years earlier of a struggle against oppression which had endured for centuries. The story of that struggle has been fully chronicled in the pages of this Court's reports,[5] and it would be a needless exercise in pedantry to review again **the detailed history of the use of general warrants as instruments of oppression** from the time of the Tudors, through the **Star Chamber,**[19] the Long Parliament, the Restoration, and beyond." *Id.*

"What is significant to note is that this history is largely a history of conflict between the Crown and the press. It was in enforcing the laws licensing the publication of literature and, later, in prosecutions for seditious libel that general warrants were systematically used in the sixteenth, seventeenth, and eighteenth centuries. In Tudor **England officers of the Crown were given roving commissions to search**[20] where they pleased in order to suppress and destroy the literature of dissent, both Catholic and Puritan.[6] In later years warrants were sometimes more specific in content, but they typically authorized the arrest and search of the premises of all persons connected with the publication of a particular libel, or the arrest and seizure of all the papers of a named person thought to be connected with a libel." *Id.*

"It was in the context of the latter kinds of general warrants that the battle for individual liberty and privacy was finally won in the landmark cases of *Wilkes v. Wood* and *Entick v. Carrington.* The *Wilkes* case arose out of the Crown's attempt to stifle a publication called The North Briton, anonymously published by John Wilkes, then a member of Parliament particularly issue No. 45 of that journal. Lord Halifax, as Secretary of State, issued a warrant[21] ordering four of the King's messengers "to make strict and diligent search for the authors, printers, and publishers of a seditious and treasonable paper, entitled, The North Briton, No. 45, . . . and them, or any of them, having found, to apprehend and seize, together with their papers." "Armed with their roving commission, they set forth in quest of unknown offenders; and unable to take evidence, **listened to rumors,** idle tales, and curious guesses. They held in their hands the liberty of every man whom they were pleased to suspect." Holding that this was "a ridiculous warrant against the whole English nation," the Court of Common Pleas awarded Wilkes damages against the Secretary of State. John Entick was the author of a publication called Monitor or British Freeholder. A warrant was issued specifically naming him and that publication, and authorizing his arrest for seditious libel and the seizure of his "books and papers." The King's messengers executing the warrant ransacked Entick's home for four hours and carted \*484 away quantities of his books and papers. In an opinion which this Court has characterized as a wellspring of the rights now protected by the Fourth Amendment,[13] Lord Camden declared the warrant to be unlawful. "This power," he said, "so assumed by the secretary of state is an execution upon all the party's papers, in the first instance. His house is rifled; his most valuable secrets are taken

---

[19] See: *Star Chamber*
[20] See: 5 Eyes
[21] See: Miki's Tea Party and *An Anchor and a Pitchfork*

out of his possession, before the paper for which he is charged is found to be criminal by any competent jurisdiction, and before he is convicted either of writing, publishing, or being concerned in the paper." *Entick* v. *Carrington*. Thereafter, the House of Commons passed two resolutions condemning general warrants, the first limiting its condemnation to their use in cases of libel, and the second condemning their use generally." *Id.*

"This is the history which prompted the Court less than four years ago to remark that "[t]he use by government of the power of search and seizure as an adjunct to a system for the suppression of objectionable publications is not new." *Marcus* v. *Search Warrant*, 367 U. S. 717, at 724. "This history was, of course, part of the intellectual matrix within which our own constitutional fabric was shaped. **The Bill of Rights was fashioned against the background of knowledge that unrestricted power of search and seizure could also be an instrument for stifling liberty of expression."** [22]*Id.*, at 729. As MR. JUSTICE DOUGLAS has put it, "The commands of our First Amendment *485 (as well as the prohibitions of the Fourth and the Fifth) reflect the teachings of *Entick* v. *Carrington, supra*. These three amendments are indeed closely related, safeguarding not only privacy and protection against self-incrimination but `conscience and human dignity and freedom of expression as well.' *Frank* v. *Maryland*, 359 U. S. 360, 376 (dissenting opinion).
In short, what this history indispensably teaches is that the constitutional requirement that warrants must particularly describe the "things to be seized" is to be accorded the most scrupulous exactitude when the "things" are books, and the basis for their seizure is the ideas which they contain.[16] See *Marcus* v. *Search Warrant*, 367 U. S. 717; *A Quantity of Books* v. *Kansas*, 378 U. S. 205. No less a standard could be faithful to First Amendment freedoms. The constitutional impossibility of leaving the protection of those freedoms to the whim of the officers charged with executing the warrant is dramatically underscored by what the officers saw fit to seize under the warrant in this case.[23]" *Id.*

"The requirement that warrants shall particularly describe the things to be seized makes general searches under them impossible and prevents the seizure of one thing under a warrant describing another. As to what is to be taken, nothing is left to the discretion of the officer executing the warrant."... The indiscriminate sweep of that language is constitutionally intolerable. To hold otherwise would be false to the terms of the Fourth Amendment, false to its meaning, and false to its history." *Id*

---

[22] Everything in this complaint applies to this sentence.
[23] Everything in this complaint applies to this sentence.

#31. PLAINTIFF alleges that some SCOTUS cases from March 2008 and onwards are necessarily compromised and would violate Due Process if utilized against PLAINTIFF and there is no telling the extent of which SCOTUS cases are compromised. At least 3 are compromised: *City & County of S.F. v. Sheehan*, 575 U.S. 600 (2015), *Ashcroft v. Al-Kidd*, 563 U.S. 731 (2011), and *Holder v. Humanitarian Law Project*, 561 U.S. 1 (2010) PLAINTIFF requests Court not to use SCOTUS cases that occurred after 2008 as it would deny Due Process. This argument is made in mostly in *Star Chambers* and the discussion of *Ashcroft v. Al-Kidd*, 563 U.S. 731 (2011) in *Miki's Tea Party*.

#32. Rule 17 of the Federal Rules of Civil Procedure allows PLAINTIFF to argue that it provides that a partnership, or other unincorporated association "may sue or be sued in its common name for the purpose of enforcing for or against it substantive rights existing under the Constitution or laws of the United States" and PLAINTIFF is utilizing that rule.

#33. TO DEFENDANTS: VERIZON, AT&T, ROTHSCHILD, META, MICROSOFT, APPLE, COX COMMUNICATION, WALT DISNEY/DISNEY, NETFLIX-- *Temple University v. Salla Bros., Inc.*, 656 F. Supp. 97, 103 (E.D. Pa. 1986) (under Section 1962(a), "the liable person may be a corporation using the proceeds of a pattern of racketeering activity in its operations. This approach to subsection (a) thus makes the corporation-enterprise liable under RICO when the corporation is actually the direct or indirect beneficiary of the pattern of racketeering activity." In *United States v. McNary*, 620 F.2d 621, 628-29 (7th Cir. 1980), the court upheld a conviction under Section 1962(a), holding that "evidence of indirect investment of the proceeds of racketeering activity into an enterprise affecting interstate commerce is sufficient to establish a violation of Section 1962(a)." In McNary, it was sufficient to prove that the defendant's receipt of an amount of racketeering income permitted him to invest an equivalent amount of money in the enterprise." *See*: DOJ RICO Criminal Handbook (2016).

#34. DEFENDANTS "racketeering acts need not be similar or directly related to each other; rather, [in this case] the racketeering acts are related in some way to the affairs of the charged enterprise, including that the racketeering acts furthered the goals of or benefitted the enterprise, the enterprise or the defendant's role in the enterprise enabled the defendant to commit, or facilitated the commission of, the racketeering acts, the racketeering acts were committed at the behest of, or on behalf of, the enterprise, and the racketeering acts had the same or similar purposes, results, participants, victims, and methods of commission."[24]

#35. In this case, the threat of continuity exists as predicate acts or offenses are part of an ongoing entity's regular way of doing business in some respects, yes because there seems to be an average of one terrorist attack by DEFENDANTS every five years; these events having at least factually started from 2008 (if not before then). Thus, the threat of continuity exists in a certain way since these acts can be attributed to DEFENDANTS as part of an ongoing operation and association that exists for criminal purposes.

---

[24] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:

#36. PLAINTIFF is suing PLAINTIFF'S parents because there is no way the tragedy that happened without PLAINTIFF'S parents routinely deceiving PLAINTIFF or significantly contributing to the problems by lying and omitting things from PLAINTIFF. PLAINTIFF has had enough of shit treatment. For their failure to tell PLAINTIFF the truth, hiding things, and fucking PLAINTIFF up emotionally for life because PLAINTIFF'S love interests spent more time talking to his parents than actual PLAINTIFF, PLAINTIFF'S parents are listed as DEFENDANTS. Furthermore, PLAINTIFF is suing his parents as to end all association with parents so that DEFENDANTS can't say PLAINTIFF is furthering an Enterprise that PLAINITFF has no idea about with the restitution PLAINTIFF is owed. PLAINTIFF has the strongest suspicions imaginable that PLAINTIFF'S parents contributed to the war crimes in Tokyo, JAPAN against PLAINTIFF and to their hostility against the United States Government.

#37. For 18 U.S.C. 1962(B) crimes alleged herein: *United States v. Godwin, 765 F.3d 1306 (11th Cir. 2014) states* "(to establish a nexus, the predicate acts need not affect the everyday operations of the enterprise, as long as they are related by *distinguishing characteristics* and are not isolated events). The distinguishing characteristics that connect it here is PLAINTIFF, PLAINTIFF's facts (or deliberate inclusion of misconstrued facts thereof), PLAINTIFF'S Characteristics and the But For causation of numerous acts of retaliation and agenda driven motives against PLAINTIFF, utilization of foreign intelligence against PLAINTIFF by American Intelligence when they knew they had committed RICO conduct before, and these requisites are applicable in the Section: *Miki's Tea Party, an Anchor and a Pitchfork*, and other sections.

#38. For the ESTATE of ANTONIN SCALIA, JUSTICE SAMUEL ALITO, CHIEF JUSTICE JOHN ROBERTS, the ESTATE of JOHN PAUL STEVENS, and any FISA JUDGES, See: United States v. Grubb, 11 F.3d 426, 438-39 (4th Cir. 1993) (The court stated that "[w]e also have a defendant (a judge) who undeniably is employed by and operates or manages the enterprise within the meaning of Reves v. Ernst & Young." The applicable standard in a RICO conspiracy to violate 18 U.S.C. § 1962(c), see Section III(D)(3.) In describing its "operation or management" test, the Supreme Court stated: "Once we understand the word "conduct" to require some degree of direction and the word "participate" to require some part in that direction, the meaning of § 1962(c) comes into focus. In order to "participate, directly or indirectly, in the conduct of such enterprise's affairs," one must have some part in directing those affairs. Reves, 507 U.S. at 179."[25] The Supreme Court necessarily did this in Al Kidd and City and County of San Francisco v. Sheehan, 575 U.S. 600 (2015). A ruling provides some degree of direction in which JUDGES participated in the direction of the Star Chamber applicable to PLAINTIFF by deciding the case the way SCOTUS did by directing DOJ how to prosecute PLAINTIFF based on facts made known to them by the DOJ and the DOJ'S Solicitor General's office and the FISA Court. For example, DOJ's *Sheehan's Brief* clearly provided direction for a decision for SCOTUS in *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015)[26] and violated at least *In re Murchison*, 349 U.S. 133 (1955) and *United States v. Shotwell Mfg. Co.*, 355 U.S. 233 (1957); Deceased SCOTUS judges have no expectation of privacy to their work and their work will reveal crimes committed by them against PLAINTIFF and that is what discovery will prove.

---

[25] DOJ RICO Handbook.
[26] https://www.justice.gov/sites/default/files/crt/legacy/2015/01/21/sheehansctbrief.pdf

#39. In *Salinas v. United States, 522 U.S. 52, 61-66 (1997)*, the Supreme Court held that to establish a RICO conspiracy offense under Section 1962(d), there is no requirement that the defendant "himself committed or agreed to commit the two predicate acts requisite for a substantive RICO offense under § 1962(c)." Id. The Supreme Court explained: "A conspiracy may exist even if a conspirator does not agree to commit or facilitate each and every part of the substantive offense. The partners in the criminal plan must agree to pursue the same criminal objective and may divide up the work, yet each is responsible for the acts of each other. If conspirators have a plan which calls for some conspirators to perpetrate the crime and others to provide support, the supporters are as guilty as the perpetrators." Id. at 63-64." [27] This applies primarily in *Miki's Tea Party* and *An Anchor and a Pitchfork.*

DEFENDANTS, take heed in the following: "The Court in *Salinas v. United States, 522 U.S. 52, 61-66 (1997)*, added that: "A conspirator must intend to further an endeavor which, if completed, would satisfy all of the elements of a substantive criminal offense, but it suffices that he adopt the goal of furthering or facilitating the criminal endeavor. He may do so in any number of ways short of agreeing to undertake all of the acts necessary for the crime's completion. One can be a conspirator by agreeing to facilitate only some of the acts leading to the substantive offense. It is elementary that a conspiracy may exist and be punished whether or not the substantive crime ensues, for the conspiracy is a distinct evil, dangerous to the public, and so punishable in itself. It makes no difference that the substantive offense under § 1962(c) requires two or more predicate acts. The interplay between subsections (c) and (d) does not permit us to excuse from the reach of the conspiracy provision an actor who does not himself commit or agree to commit the two or more predicate acts requisite to the underlying offense." [28] *See also: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997)* (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder within the meaning of RICO **where defendant provided information he knew would enable** inquirer to *commit murder or other RICO predicate*). *Sharing information illegally obtained and amongst DEFENDANTS furthers the endeavor against PLAINTIFF*

#40. BILL and HILLARY CLINTON'S primary motivations and purposes against PLAINTIFF were some of the following: PLAINTIFF posed a legal liability on multiple fronts to the CLINTONS, PLAINTIFF would be a liability in HILLARY CLINTON'S presidency, and CLINTON GLOBAL INTIATIVE'S contributions would decrease after 2016 if HILLARY CLINTON did not win the presidency in 2016, which in fact did happen when CGI received $62.9 million in 2016 and then only received $16.3 million in 2020. [29] The same can be said about DONALD TRUMP'S presidency.

#41. The following prior precedent establishes RICO Predicate Acts that are applicable to every fact and allegation made in this complaint under 18 U.S.C. 1961 all using DOJ'S Handbook:

- 18 U.S.C. 1951. Extortion: *See:* United States v. Garcia, 754 F.3d 460 (7th Cir. 2014); United States v. Ivezaj, 568 F.3d 88 (2d Cir. 2009); United States v. Peter Gotti, et. al.,

---

[27] DOJ RICO Handbook.

[28] DOJ RICO Handbook. https://www.justice.gov/archives/usam/file/870856/download:

[29] https://www.axios.com/2021/12/01/clinton-foundation-donations-plummet last checked. 08/11/2023. 12:13pm

459 F.3d 296 (2d Cir. 2006); Robbins v. Wilkie, 433 F.3d 755 (10th Cir. 2006); United States v. Watchmaker, 761 F.2d 1459, 1468-69 (11th Cir. 1985); United States v. Delker, 757 F.2d 1390 (3d Cir. 1985); United States v. Brooklier, 685 F.2d 1208 (8th Cir. 1982);[30]

- 18 U.S.C. 2. Conspiracy: *See*: United States v. Biaggi, 672 F. Supp. 112, 122 (S.D.N.Y. 1987) (RICO conspiracy may be based on conspiracy predicates); United States v. Santoro, 647 F. Supp. 153, 177 (E.D.N.Y. 1986) (conspiracy to violate Hobbs Act proper RICO predicate), rev'd on other grounds, 845 F.2d 1151 (2d Cir. 1988); United States v. Dellacroce, 625 F. Supp. 1387, 1392 (E.D.N.Y. 1986) (conspiracy can be predicate act); United States v. Persico, 621 F. Supp. 842, 856 (S.D.N.Y. 1985) (conspiracy is proper RICO predicate and does not cause duplicity).[31]

- Aiding and Abetting. *See*: United States v. Shifman, 124 F.3d 31, 36 (1st Cir. 1997) ("aiding and abetting one of the activities listed in Section 1961(1) as racketeering activities makes one punishable as a principal and amounts to engaging in that racketeering activity"); United States v. Pungitore, 910 F.2d 1084, 1132-34 (3d Cir. 1990) (explaining principle of aiding and abetting and applying it to the facts of a RICO predicate offense).[32]

- 18 U.S.C. Section 1503 (relating to obstruction of justice). *See*: United States v. Abbell, 271 F.3d 1286, 1300-01 (11th Cir. 2001); United States v. Russotti, 717 F.2d 27 (2d Cir. 1983); United States v. Romano, 684 F.2d 1057 (2d Cir. 1982); United States v. Triumph Capital Group, 260 F. Supp. 2d 470 (D. Conn. 2003); United States v. Vitale, 635 F. Supp. 194 (S.D.N.Y. 1986), dismissed on other grounds, 795 F.2d 1006 (2d Cir. 1986).[33]

- 18 U.S.C. Section 1510 (relating to the obstruction of a federal criminal investigation). *See*: United States v. Peacock, 654 F.2d 339 (5th Cir. Aug. 1981), vacated in part on rehearing by United States v. Peacock, 686 F.2d 356 (5th Cir. Unit B 1982); United States v. Smith, 574 F.2d 308 (5th Cir. 1978).[34]

- 18 U.S.C. Section 1511 (relating to the obstruction of state or local law enforcement). See: United States v. Welch, 656 F.2d 1039 (5th Cir. Unit A Sept. 1981); United States v. Feliziani, 472 F. Supp. 1037 (E.D. Pa. 1979), aff'd, 633 F.2d 580 (3d Cir. 1980).[35]

- 18 U.S.C. Sections 1512-1513 (relating to witness/victim/informant tampering or retaliating against a witness, victim or informant). *See*: United States v. Gotti, 459 F.3d 296, 342-43 (2d Cir. 2006); Mruz v. Caring, Inc., 991 F. Supp. 701 (D.N.J. 1998).[36]

---

[30] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[31] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[32] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[33] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[34] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[35] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[36] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:

- 18 U.S.C. Section 1952 (relating to interstate or <u>foreign travel</u> or use of such facilities or the mail in aid of unlawful activity). *See*: United States v. Edwards, 303 F.3d 606 (5th Cir. 2002); United States v. Griffith, 85 F.3d 284 (7th Cir. 1996); United States v. Stern, 858 F.2d 1241 (7th Cir. 1988); United States v. Muskovsky, 863 F.2d 1319 (7th Cir. 1988); United States v. Hunt, 749 F.2d 1078 (4th Cir. 1984); United States v. Mazzei, 700 F.2d 85 (2d Cir. 1983).[37]

- 18 U.S.C. 1961 Sections 2318-2320 (relating to copyright infringement and counterfeiting in the performance and entertainment and audiovisual and computer industries).[38]

- 18 U.S.C. 1961 Sections 2421-2424 (relating to transportation for illegal sexual activity). See: United States v. Clemones, 577 F.2d 1247 (5th Cir. 1978), opinion modified by 582 F.2d 1373 (5th Cir. 1978).[39]

- See: 18 U.S.C. Section 1961(1)(F): section 278 (relating to importation of aliens for immoral purposes) if the act indictable under such section of such Act was committed for the purpose of financial gain; Clinton Global Initiative and increase of funds during DEFENDANT HILLARY CLINTON'S time as Secretary of State and decrease after losing the 2016 Election.

- Representative cases charging terrorism related offenses: United States v. Marzook, 426 F. Supp. 2d 820 (N.D. Ill. 2006); United States v. Al-Arian, 308 F. Supp. 2d 1322 (M.D. Fla. 2004), mot. to modify denied, 329 F. Supp. 2d 1294 (M.D. Fla. 2004); United States v. Arnaout, 236 F. Supp. 2d 916 (N.D. Ill. 2003).[40]

#42. "First off for the record, PLAINTIFF never murdered anyone, PLAINTIFF never ordered anyone to be murdered, PLAINTIFF was never an accomplice to murder; PLAINTIFF never drugged anyone against their will, PLAINTIFF never raped anyone, PLAINTIFF never robbed anyone of more than $20, PLAINTIFF never trafficked human beings nor actively sought prostitutes, PLAINTIFF never requested or ordered anyone to be trafficked to him; PLAINTIFF did not travel to JAPAN for women but was to study abroad and take in Japanese culture; PLAINTIFF is not in any cartels nor is he a spy for any foreign country; PLAINTIFF was never hostile to the United States; and PLAINTIFF was never in a gang or cartel.

#43. PLAINTIFF wants to let this go so badly & move on with his life. PLAINTIFF's AUTISM and PTSD primarily prevent him from taking the basic step of letting it go. PLAINTIFF's mind has been in a fight or flight mode from June 26th, 2015. It was already realistic to expect autistic individuals like myself not to have a lot of friends; but PLAINTIFF even lost the friends PLAINTIFF had because of DEFENDANTS actions. PLAINTIFF has alienated people and cannot relate to people anymore (when PLAINTIFF was able to do so despite his autism). because the basis of "relateability" has been broken. PLAINTIFF has lost career opportunities.

---

[37] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[38] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[39] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[40] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:

PLAINTIFF can barely do legal tasks despite graduating from law school (thanks to LSU LAW) after what DEFENDANTS did to PLAINTIFF in which PLAINTIFF was capable of earning the best score amongst his peers in a class. PLAINTIFF will never forget the email from one of the administrators from the Texas Bar that said PLAINTIFF received one of the lowest scores he has even seen in his extensive (if PLAINTIFF recalls correctly 20+ years) time as a Texas Bar administrator. PLAINTIFF has patiently waited for years to resolve issues & hoped for DEFENDANTS to have an iota of integrity to own up to what they did only to really find out within the last year (2023) what the most outrageous thing they were hiding & why they refused to meaningfully talk to PLAINTIFF and work with PLAINTIFF. PLAINTIFF has pleaded, begged, called, emailed, tweeted, submitted, wrote, visited, and other actions to find an amicable resolution to all of this. DEFENDANTS are absolutely capable of resolving the issues if they truly wanted to, but they are deliberately not doing so. PLAINTIFF can barely live with himself after what DEFENDANTS did to PLAINTIFF or allowed to happen to PLAINTIFF. PLAINTIFF, despite years of trying to fix his disabilities and autism that the DEFENDANTS knew about, cannot fix himself anymore and desperately needs ketamine treatment and will probably need it for the rest of his life in addition to ongoing medical treatment. PLAINTIFF completely lost his-- at times-- happy and charismatic self, his joking abilities and humorous side of himself, his loving nature, and his unconditional trust of others and to look for the best in people. PLAINTIFF now lives in a constant state of paranoia, fear, and dread; wondering when the United States Government is plotting to do something against him in the future like a lawless tyrannical monster unhinged from any notions of morality, ethics, constitutional and legal orders and mandates, and more importantly, any sense of shame.

#44. There were 2 RICO Enterprises PLAINTIFF has come across within the last 15 or so years. RICO Enterprise Part 1: Most of the Complaint (except for RICO Enterprise 2, which is being included because it started to be discovered in *What Saved Plaintiff's Life*. The thing about RICO Enterprise 2 and RICO Enterprise 1 is that even though they can involve some of the same people, they are so far apart from one another in nature and scope and so factually distinct and different from one another that PLAINTIFF could not have reasonably, let alone plausibly, connected RICO Enterprise 1 and RICO Enterprise 2. For this Complaint, RICO Enterprise 1 and RICO Enterprise 2 are two distinct and separate RICO Enterprises.

In regards to RICO Enterprise 2: The documentation that talks about RICO Enterprise #2 can be summarized and it is shown in **Exhibit B. *RICHARDS PAPER***. Members of RICO Enterprise 2 include DEFENDANTS: JOCELYN SAMUELS, TOM PEREZ, RUSSLYNN ALI, CATHERINE LHAMON, ANURIMA BHARAGAVA, NATIONAL WOMEN'S LAW CENTER, MARCIA GREENBERGER, GEORGE SOROS, OSI, DEPARTMENT of EDUCATION, DEPARTMENT of JUSTICE, etc. when it came to certain Department of Education and Department of Justice Guidances and University of Montana letter of findings in which there is precedent in PLAINTIFF'S favor even by the DEPARTMENT OF JUSTICE's standards: *United States v. International Boxing Federation (IBF)*, Civ. No. 99-5442 (JWB) (filed November 22, 1999, D.N.J.). PLAINTIFF is keeping his word about RICO Enterprise 2 as he and DOJ nearly 95% resolved said issues concerning that. At the Court's request, PLAINTIFF can provide documentation of RICO Enterprise 2.

PLAINTIFF tried to settle with DEFENDANT GEORGE SOROS but DEFENDANTS got in the way of that when PLAINTIFF sent GEORGE SOROS certified letter above that PLAINTIFF had sent via USPS, which was partially reasonable and partially humorous/trolling by PLAINTIFF. Like PLAINTIFF said earlier, PLAINTIFF can provide the Court immediate notes and documentation concerning RICO Enterprise 2 but it is not that RICO Enterprise PLAINTIFF is primarily concerned with and about in this litigation though it has contributed greatly to the issue. PLAINTIFF is just incorporating it and DEFENDANTS as part of the totality of circumstances involving PLAINTIFF and DEFENDANT as not to leave any viable claims deriving from RICO Enterprise 2 as inapplicable.   PLAINTIFFS really should have really just settled then, but did not. So RICO ENTERPRISE 2 is on the table.

#45. PLAINTIFF was routinely taken advantage of by PLAINTIFF's parents in which his parents violated Article 16 in which PLAINTIFF'S parents constantly withheld information from PLAINTIFF concerning legal issues, habitually manipulated and lied to PLAINTIFF, coerced PLAINTIFF into committing things against his will, and used PLAINTIFF for their own financial purposes. To PLAINTIFF'S intuition and understanding, the situation partly escalated the way it did because of PLAINTIFF'S parents' contributions to the entirety of the situation in a small respect and there is no way PLAINTIFF can avoid that issue. Considering PLAINTIFF'S demands in the Prayer of Relief section and how the figures were calculated and the complete generosity to DEFENDANTS, no amount should be taken away from the demands made in PLAINTIFF'S Prayers For Request section because of what PLAINTIFF was forced to endure and made to do over the years by PLAINTIFF'S parents because that would even shock the conscience and violate every single sense of traditional justice and fairness. So, whatever happened in regards to PLAINTIFF'S finances, the real culprit is PLAINTIFF'S parents. That is why PLAINTIFF is suing his parents (but not including monetary damages against them) to effectively end association with PLAINTIFF'S parents. PLAINTIFF'S father intentionally ignored what was important to PLAINTIFF in 2016 or 2017 even after PLAINTIFF informed him of such. True, there were times that PLAINTIFF committed questionable acts along the way to get PLAINTIFF to graduate from college and law school, but the odds of an autistic man making it on his own in the world today and the consequences of abuse that would occur and did occur (when PLAINTIFF failed out of LSU Law by 0.01 of a GPA in 2014) contributed in making PLAINTIFF take the risks even though PLAINTIFF personally disapproved of his own actions and wished there would have been better ways and solutions along the way to have avoided it. Yea, PLAINTIFF did some things and has some regrets along the way and PLAINTIFF even owned up to one of his mistakes in which he could have been necessarily denied a Juris Doctorate even considering the importance of *the story* to PLAINTIFF and what PLAINTIFF had to overcome and endure to that point of time; PLAINTIFF, for his part, constantly owned up to actual mistakes and transgressions he has done over the years that he had control over. DEFENDANTS are going to falsely label PLAINTIFF as a charlatan, lone wolf terrorist, predator, insert malicious branding here by DEFENDANTS, to try to absolve themselves of what they did; but facts are facts.

#46. Even if we attempt to grant DEFENDANTS' false and malicious arguments in which they know that PLAINTIFF is filing a RICO lawsuit against them and then they would countersue and accuse me of RICO as well, the absolute max amount that PLAINTIFF could have ever conceivably obtained through his actions would be $2,000,000 whether it was the homes on

Arbor Ct, Lynsee, etc. even though PLAINTIFF to his autistic understanding in which PLAINTIFF never had control over the money in which there were numerous things PLAINTIFF would have done like getting breast reduction surgery for his man-boobs and saving money for his graduate school education and training in which PLAINTIFF would not have had to utilize Federal Loans. Compared to the depth of the amount of legal fraud and fraud perpetuated against PLAINTIFF, the following case is dispositive in which the Court if they were to grant DEFENDANTS lies should be in proportion to what PLAINTIFF may or may not have committed:  *United States v. Carpenter, 317 F.3d 618 (6th Cir. 2003)* (court should compare the value of the property not to the street value of the drugs actually confiscated on the property, but to the scope and sophistication of the entire drug operation; court may also look to the maximum fine as one factor in determining the gravity of the offense; forfeiture that is within the range specified by the Sentencing Guidelines—when the fines that could have been imposed on each codefendant are added together—is not grossly disproportional to the offense), aff'd en banc, 360 F.3d 591 (6th Cir. 2004). *United States v. One Parcel 45 Claremont St., 395 F.3d 1 (1st Cir. 2004)* (forfeiture of family home where defendant's wife and children reside not grossly disproportional to drug offense measured by value of drugs sold and maximum statutory term of imprisonment and fine).

#47. "PLAINTIFF claims self-defense per Louisiana Revised Statutes (Louisiana Civil Code) RS:14 §22 for any acts done in 2013-2017 that may be applicable during PLAINTIFF'S residence in Louisiana or situations arising from the nexus of facts that started in Louisiana and occurred in Illinois such as the GoFundMe legal defense fees.

#48. It was so manifestly unfair and biased against PLAINTIFF in which the important people in DC knew about PLAINTIFF from 2008. SCOTUS and DOJ/FBI did from 2008; PLAINTIFF had reason to know Congress, DOJ/FBI, and SCOTUS knew about him from 2017 related to RICO Enterprise 2. FISA from 2020 in RICO Enterprise 1 & 2. Yet PLAINTIFF from 2008 is all but a giant ghost wondering the streets, halls, and secret chambers in DC in which DEFENDANTS are necessarily referring to PLAINTIFF, but refuse to acknowledge PLAINTIFF'S existence, and are undercutting PLAINTIFF at every single opportunity because they're covering up for their own abuses and legal fraud committed against PLAINTIFF. PLAINTIFF had hope in Spring 2017 that CONGRESS was really going to do better in the future. PLAINTIFF really did have that hope in Spring 2017. But CONGRESS and DC DEFENDANTS have been working against him every single day for at least the last 6 years. For instance, Congressional Research Services happens to come out with research about the State Security Doctrine and release it on PLAINTIFF'S birthday (04/28) in 2022[41] that are trying to prevent PLAINTIFF from seeking redress because of what DEFENDANTS did against PLAINTIFF in which SCOTUS on two separate times before spited PLAINTIFF on his birthday in things that were important to him in at least 2010 and 2022 that PLAINTIFF will conclusively prove later on *Star Chambers*. DEFENDANTS necessarily knew when PLAINTIFF'S birthday was from at least 2010, PLAINTIFF had the same phone number from at least 2008 onwards, but yet, not a single DEFENDANT (besides Thao Bui for a while) ever called or texted PLAINTIFF wishing him a Happy Birthday.

---

[41] https://crsreports.congress.gov/product/pdf/R/R47081

#49. Speaking of State Secrets Doctrine. It is completely inapplicable, and the Court must hear this complaint and case.

5 U.S.C. § 706 provides in pertinent part:
"Scope of review"
"To the extent necessary to decision and when presented, the reviewing court shall decide all relevant questions of law, interpret constitutional and statutory provisions, and determine the meaning or applicability of the terms of an agency action. The reviewing court shall -- "
"(1) compel agency action unlawfully withheld or unreasonably delayed; and"
"(2) hold unlawful and set aside agency action, findings, and conclusions found to be -- "
"(A) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;"
"(B) contrary to constitutional right, power, privilege, or immunity;"
"(C) in excess of statutory jurisdiction, authority, or limitations, or short of statutory right;"
"(D) without observance of procedure required by law."

PLAINTIFF is alleging that the fundamental basis on which this complaint rests and is applicable throughout the complaint, the Agency action was so intentionally withheld and completely unreasonably delayed from 2008 onwards. There were so many arbitrary, capricious, and an abuse of discretions that occurred that were not in accordance of the law. Everything, as PLAINTIFF will demonstrate, was contrary to constitutional right, power, privilege, and immunity. It was in excess of any limitation known to man. So much procedure was ignored in regards to PLAINTIFF in searches and seizures.

"The APA's comprehensive provisions, set forth in 5 U.S.C. §§ 701-706 (1982 ed. and Supp. IV), allow any person "adversely affected or aggrieved" by agency action to obtain judicial review thereof, so long as the decision challenged represents a "final agency action for which there is no other adequate remedy in a court." Typically, a litigant will contest an action (or failure to act) by an agency on the ground that the agency has neglected to follow the statutory directives of Congress. Section 701(a), however, limits application of the entire APA to situations in which judicial review is not precluded by statute, see § 701(a)(1), and the agency action is not committed to agency discretion by law, see § 701(a)(2)." *Webster v. Doe*, 486 U.S. 592 (1988). "Section 702 of the A.P.A. provides judicial review to any "person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute." There is no State Security Privilege. The court, in which review is an issue, will not "be had if the statute is drawn so that a court would have no meaningful standard against which to judge the agency's exercise of discretion." *Webster v. Doe*, 486 U.S. 592 (1988). There are meaningful standards against which to judge the agency's exercise of discretion can be based at an absolute minimum: RICO, Geneva Convetion, Convention on the Rights of Disabled XX, and more

There is no allowable discretion afforded to multiple directors in multiple agencies' actions in allowing DEFENDANTS to engage in two acts of international (1 international) and domestic terrorism  (2 domestic) (one incident constituted both international and domestic terrorism) against an American for political purposes because PLAINTIFF necessarily posed a liability to HILLARY CLINTON at the exact time the actions were undertaken by DEFENDANTS and DEFENDANTS obtained more than $14,900,000,000 in the process in

which legal fraud was maliciously perpetuated over the years that PLAINTIFF was routinely denied the opportunity to access court. Were there procedures that allowed an American to tell DEFENDANTS: "hey dipshits, don't commit acts of international and domestic terrorism against a special needs American internationally and on domestic soil and get paid more than $14,900,000,000 in the process. It's a very bad look for you." PLAINTIFF was not made of the agency action in allowing DEFENDANTS to commit acts of international and domestic terrorism against an American; and if given the opportunity, PLAINTIFF would have said the same exact thing to their faces prior to 03/11/2011 and Feb/March 2016.

50. In the Sections of *The Narcoterrorism Era* and *Pravus Pravda*, PLAINTIFF is alleging that the NSA utilized the PRISM and Cottonmouth programs against PLAINTIFF in furtherance of RICO Enterprise 1, utilized personnel and resources in Tailored Access operations that gained access to PLAINTIFF'S laptop, used Title I, Title II, Title IX against PLAINTIFF unconstitutionally. By having utilized PRISM against PLAINTIFF, it directly impacted PLAINTIFF in which NSA had complete unfettered access to PLAINTIFF'S Facebook, YouTube, Skype, AOL (AIM), and APPLE accounts in which NSA and certain coconspirators and DEFENDANTS necessarily obtained all of PLAINTIFF'S personal data that included emails, logins, videos, photos, VoIP chats, file transfers, location history, current location, access to PLAINTIFF'S camera and microphone on PLAINTIFF'S laptop. NSA used Boomerang Routing against PLAINTIFF to cause PLAINTIFF to believe certain lies perpetuated against PLAINTIFF in furtherance of RICO Enterprise 1 by visiting certain websites, reading certain articles, etc. in which an ordinary person surfing on the web could not have ascertained the falsities of particular websites PLAINTIFF visited. NSA'S Tailored Access Operations allowed NSA to gain access to PLAINTIFF'S laptop, gain access to SEWANEE & LSU Law's routers and servers, allowed NSA to install malicious network hardware or altered the hardware on PLAINTIFF'S laptop in furtherance of RICO Enterprise 1. PLAINTIFF is alleging by NSA and American INTEL necessarily having done all the above, it was done in furtherance of RICO Enterprise 1 in which NSA and American INTEL violated 18 U.S.C §1961 section 1029 (relating to fraud and related activity in connection with access devices). DEFENDANTS META, ALPHABET, MICROSOFT, AOL TIMEWARNER, and APPLE necessarily became coconspirators and aided and abetted RICO Enterprise 1.

NSA unconstitutionally utilized Metadata Analysis Center (MAC) and the Advanced Analysis Division (AAD) that analyzed all of PLAINTIFF'S Content, PLAINTIFF'S metadata and cellphone metadata as part of furthering RICO Enterprise 1 from September 2006 to Present. Part of the "offing" email in *Miki's Tea Party* referred to "sigint," which is signals intelligence by American Intel, British Intel, Indian Intel, and Qatari Intel that was utilized against PLAINTIFF in furtherance of RICO Enterprise 1.

DoD and NSA, as well as the rest of American INTEL DEFENDANTS, violated Signals Intelligence Directive 18, or USSID 18 that should have barred the overseas surveillance of PLAINTIFF in *Financial Terrorism, Miki's Tea Party,* and *An Anchor and a Pitchfork.*

51.  *United States v. Turkette*, 452 U.S. 576 (1981), the Court held: "The term "enterprise," as used in RICO, encompasses both legitimate and illegitimate enterprises." The Court discussed how RICO had the "section describes two separate categories of associations that come within the purview of an "enterprise" -- the first encompassing organizations such as corporations, partnerships, and other "legal entities," and the second covering "any union or group of individuals associated in fact although not a legal entity." The second category is not a more generalized description of the first, and hence the rule of *ejusdem generis* cannot be properly applied to hold that the second category should be limited by the specific examples enumerated in the first." The Court said "With respect to § 1962(c), an "enterprise" is not a "pattern of racketeering activity," but is an entity separate and apart from the pattern of activity in which it engages. In order to secure a conviction, the Government must prove both the existence of an "enterprise" and the connected "pattern of racketeering activity."

52. Political question doctrine does not apply: "Though a court will not undertake to construe a treaty in a manner inconsistent with a subsequent federal statute, no similar hesitancy obtains if the asserted clash is with state law." Well PLAINTIFF found the one exception—Louisiana Civil Code. Louisiana Civil Code in Louisiana is a civil law system that can incorporate French law (foreign law). It can relate to foreign relations and there have been decisions that have been decided by US Federal Districts Courts that have incorporated the Louisiana Civil Code. Then based on the very nature of the allegations of this complaint, there is no way that this case can be decided on the political question doctrine in which if the Court decides on that basis, it will allow the United States Government to commit war crimes, acts of terrorism, against their own citizens domestically and abroad so long as it implicates foreign relations. There has to be a line drawn on the executive's branches power and the court is absolutely required to decide that some areas like the United States government committing RICO, war crimes, and terrorism is not acceptable. "*Political Questions.* Bribetaking, theft, embezzlement, extortion, fraud, and conspiracy to do these things are all acts susceptible of concrete proofs that need not involve political questions... But questions of foreign law are not beyond the capacity of our courts." *Republic of the Philippines v. Marcos*, 862 F.2d 1355 (9th Cir. 1988).

The six factors in *Baker v. Carr* on political justiciability: 1: there is no constitutional commitments by either Congress or the Executive branch that would allow for the perpetuation of war-crimes and torture and RICO syndicalism that involves foreign countries: that falls outside the scope of acceptable limits of executive branch authority; 2: there are judicially discoverable and manageable standards for resolving it; 3: courts have ruled on similar issues in the case and it doesn't preclude this court from deciding the case on its merits; 4: do you know what respect is due to coordinate branches of government? One's that define limits of power. If the Court doesn't decide the case, there are going to be people that are going to undergo the worst treatments that can be conducted by the United States Government domestically and abroad. The proper respect owed is defining applicable limits of power; 5: the fact that unusual and unacceptable decisions were already made means that there is no unusual need for unquestioning adherence to those completely unacceptable and unusual decisions made (an unusual need would arise if the decisions were legal and not in furtherance of a RICO Enterprise); 6: there is not a potentially of embarrassment from multifarious pronouncements by various departments on one question—it is the fact that various departments came to a

unanimous agreement in multiple instances in which no one objected nor did anything that caused the embarrassment to themselves.

Therefore, political question doctrine does not apply.

#54. "As an alternative to vacating Matiz's conviction based on the Government's violation of her Due Process rights, Matiz requests that this court use its supervisory power to reverse her conviction. **Guided by considerations of justice, federal courts may exercise on a limited basis their supervisory power to "formulate procedural rules not specifically required by the Constitution or the Congress."** *United States v. Hasting*, 461 U.S. 499 (1983). **The Supreme Court has recognized only three legitimate purposes for the exercise of a court's supervisory power: "To implement a remedy for violation of recognized rights, to preserve judicial integrity, . . . and finally, as a remedy designed to deter future illegal conduct."** *Id.* (citations omitted)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994)

#55. "*See* U.S. Attorneys' Manual § 9-11.260 (1985) (the Justice Department "continues its longstanding internal practice to advise witnesses who are known `targets' of the investigation that their conduct is being investigated for possible violation of federal criminal law")." *U.S. v. Martino*, 825 F.2d 754, 758 n.3 (3d Cir. 1987). PLAINTIFF called TREY GOWDY because he started to learn about DC DOUBLE SPEAK and not being a member of Congress anymore, PLAINTIFF thought TREY GOWDY could relay to PLAINTIFF information about Russia investigation because PLAINTIFF was completely confused as to why he was being associated with the Russia investigation after acquiring DC Double-Speak. It wasn't because PLAINTIFF understood that he was a part of it nor did PLAINTIFF have any knowledge of what the Russians were doing, PLAINTIFF asked information to understand why it was he was being associated with the Russia investigation as to affirmatively and truthfully deny that PLAINTIFF had any part in it.

#56: For Tech DEFENDANTS like Apple, Intel, Visa, Amazon Web Services, AT&T, Verizon, etc: the basis of your liability is the following: *United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder <u>within the meaning of RICO where defendant provided information he knew would enable inquirer to</u> commit murder or other RICO violations. Furthermore, United States v. Perrin*, 580 F.2d 730  (5th Cir. 1978) highlighted the following: "Perrin was a consulting geologist who had to interpret and analyze data stolen from one of the co-defendants. The court said: "We simply need not determine if the gravity maps were an essential part of the scheme. Since it is undisputed by the appellants that the gravity maps would have been used to exploit the stolen data, the requirements for jurisdiction under the Travel Act are met. There is no requirement that the use of interstate facilities be essential to the scheme: it is enough that the interstate travel or the use of interstate facilities makes easier or facilitates the unlawful activity." Whenever any employee of APPLE, AT&T, VERIZON,XFINITY, etc. shared any information about PLAINTIFF when American INTEL DEFENDANTS requested it in furtherance of their Enterprise, Tech DEFENDANTS then became co-conspirators under 18 U.S.C. 1962(d), 18 U.S.C. 241, 42 U.S.C. 1985 (2), 42

U.S.C. 1985 (3) aided and abetted RICO Enterprise 1 and are therefore substantively liable for the co-conspirators actions under Pinkerton, etc.

#57: PLAINTIFF has absolutely no intention of making an email sent between Dr. Jerry Shepherd, Dr. Nikolay Dobrinov, and PLAINTIFF become a factual reality in 2024 and especially in 2016. As PLAINTIFF had repeatedly maintained, PLAINTIFF wrote the email in May 2016 in which it would have been impossible for PLAINTIFF to know or have any reason to believe PLAINTIFF mattered that much in Washington D.C at the time. PLAINTIFF did not have any direct contact with any Russian between 2011-May 2016 that PLAINTIFF directly or indirectly knew about at the exact time of composing that email. PLAINTIFF was venting and had no serious intent. PLAINTIFF was so far obsessed with RICO Enterprise 2 and after having been tortured by DEFENDANTS that he was upset with RICO Enterprise 2 because RICO Enterprise 2 had conspired to deprive PLAINTIFF from becoming an attorney on an exact issue of *Midyear*. That would have been the second time DEFENDANTS attacked PLAINTIFF on the basis of his writing disability (autism) in school. What PLAINTIFF'S serious intent was that day was getting justice for RICO Enterprise 2 in which PLAINTIFF awkwardly phrased the notion of petitioning his government seeking redress for the harms they did. PLAINTIFF firmly believes and knows deep down in his heart that every vote matters and not once did PLAINTIFF argue with anyone about why they should vote for a particular candidate. If PLAINTIFF never even took that step, that means he had no serious intent to do what he said in the email between Dr. Shepherd, Dr. Nikolay Dobrinov, and PLAINTIFF. In the process of learning D.C. Double-Speak, PLAINTIFF--through some completely unknown connection that PLAINTIFF had no direct part in-- tracked the words of PETER STRZOK to his email he sent to Dr. Nikolay Dobrinov and Dr. Jerry Shepherd to Russia somehow. This deeply shocked and upset PLAINTIFF to be associated with Russia. Furthermore, even after dropping off information to Senator James Lankford about RICO Enterprise 2, PLAINTIFF was aghast at the "leper-like" treatment he received at Senator Lankford's office in which he said something to the effect of PLAINTIFF doesn't understand why they're treating him like a Russian agent or something like that. Through PLAINTIFF'S obsession with RICO Enterprise 2, he lost the Mens Rea necessary to act in accordance with Dr. Shepherd/Nikolay Dobrinov email of May 2016. Then PLAINTIFF was trying to learn DC Double Speak and may have come across some FBI files and may have created a false connection associating PLAINTIFF with Russia in which PLAINTIFF was never in any Russian military nor intelligence foreign agency. PLAINTIFF made a joke in his petition about having Russia fuck America in which the context of the joke was a condemnation of having the government have complete control over bodily and sexual anatomy. This was completely known to DEFENDANTS when PLAINTIFF sent a copy of the petition he was working on to Asim Shrestha at the end of June 2016 in which DEFENDANTS read it and understood PLAINTIFF'S actions had nothing to do with the election but was to seek redress for RICO Enterprise 2. Then whatever PLAINTIFF told Kristina in 2018 was not on behalf of her *nor Russia* as PLAINTIFF was looking for any human connection after having been tortured and living in deplorable conditions.

#58: It is outrageously fucking offensive to PLAINTIFF to have been falsely labeled a threat, a terrorist, and/or a pedophile by the United States Government and any other foreign government listed as a DEFENDANT for the actions they committed against PLAINTIFF.

# Section V: INJURIES

- "DEFENDANTS defiled and permanently damaged PLAINTIFF's soul (18 U.S.C. §2340; 18 U.S.C. §2441)

- Loss of $14,900,000,000 in 2011 through fraudulent concealment.

- DEFENDANTS caused PLAINTIFF to gain over 150lbs from May 2016 to the time of filing this lawsuit in which PLAINTIFF weighs approximately 375lbs even after having been down to around 215 or 220 lbs. in March or April 2016 in which PLAINTIFF now has obesity health related problems (18 U.S.C. §2340; 18 U.S.C. §2441);

- DEFENDANTS' torture and RICO acts have caused severe scarring on PLAINTIFF'S mind & body (some of which was inflicted through PLAINTIFF'S autistic self-compulsion after having been tortured);

- PLAINTIFF'S loss of ability to trust & seek relationships (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Loss of family and interest in dating and love life despite wanting to do it again

- Destruction of reputation;

- Being placed on a Freemason/CFR/BILDERBURG/Bohemian Grove/Illuminati blacklist and other United States Government blacklists in the prevention of obtaining employment;

- Loss of employment & future economic opportunity;

- Loss of sense of self and purpose (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Numerous health issues starting from 2006 & medical bills (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Becoming an indentured servant after being a victim of domestic and international terrorism by DEFENDANTS;

- Killing the "specialness" of a former special education student becoming a lawyer despite the odds against PLAINTIFF;

- Loss of privacy around the world;

- Loss of friends;

- diminished intellectual capacity & intelligence (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Loss of recognition/credit of having PLAINTIFF's Intellectual Property used in Hollywood and in the White House;

- Diminished utilitarian value of self to improving and making society better (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Inability to further my dreams in helping others, especially autistic individuals (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Knowing that I was always going to be a pariah to people I respected & within the legal community no matter what I did to overcome & work against false presumptions and labels and other actions undertaken by DEFENDANTS (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Deep embarrassment;

- Social exclusion;

- Not knowing how to support myself and/or future family with a diminished brain capacity and intelligence in which it was already hard enough as it is for autistic individuals to be able to be independent of their parents or Social Security (let alone starting, maintaining, and having a family);

- Never being able to bring a woman as a girlfriend/wife to 3 grandparents when they were alive (& unfortunately seems like my last grandparent won't meet her either) after what DEFENDANTS did to me emotionally and spiritually;

- Contributing to PLAINTIFF'S autistic self-harm where he did not want any of his family (because they were hiding information from PLAINTIFF & did not support PLAINTIFF nor believe PLAINTIFF when PLAINTIFF needed them the most in Spring 2017) to go to his law school graduation nor did PLAINTIFF attend graduation when given an opportunity after all he had been through (compounding these issues was the fact that Louis Freeh, director of WILLIAM J. CLINTON'S FBI, was giving the speech and I wouldn't attend after what DEFENDANTS CLINTON DID TO ME);

- Knowing world leaders and U.S. Politicians routinely talk about you all the time & refuse to talk to you as a person or individual outside of their stupid fucking doublespeak in which they pursued their own interests at my expense without me ever having a real say in my life (dehumanizing);

- Being completely broken and destitute as an autistic man (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Never being privy to my own life;

- Violating PLAINTIFF'S religious beliefs numerous times.

- And other damages & harm not herein expressed, but within the knowledge of PLAINTIFF or DEFENDANTS

- DEFENDANTS took everything PLAINTIFF loved and valued in his life like his love for aircrafts, speech after having earn the ability to speak, and so much more for their own malicious and abusive purposes to enrich themselves and get more power corruptly.

# Section V: PRAYERS OF RELIEF:

**PLAINTIFF PRAYS FOR THE FOLLOWING RELIEF and DEMANDS THE FOLLOWING AS IT COMPORTS TO THE REQUIREMENTS UNDER 18 U.S.C. 1964**

# I) Payment of: $7,000,000,000 USD cash. non-taxable.

# II) All things related to MKT Airlines & MKT Companies (multiple different MKT Companies)

**(A):** If it is found beyond a reasonable doubt that If Russia and agents of the Russian Government blackmailed PLAINTIFF with ANGIE ORTIZ in JAPAN, then PLAINTIFF shall be awarded the following from Aeroflot's fleet that are currently parked (which is owned and controlled by the Russian Government based on information and belief): 5 Airbus A320s; 1 Airbus A321; 1 Airbus A350; 3 Airbus A330-200; 3 Airbus A330-300s; 3 Boeing 737-800NGs; and 2 Boeing 777-300ERs. In addition, there shall be an oil deal reached with PLAINTIFF that is enforceable in the United Nations. Furthermore, Russia is to inform PLAINTIFF of the defects of the aircraft and the parts needed in that time PLAINTIFF is to go to Russia to seize the aircraft and be accompanied by CIA and DoD special forces to repair the aircraft and get them to America.

**(B):** If it is found that beyond a reasonable doubt that the United States Government, the Japanese Government, Indian Government, Australian Government, British Government, Russian Government, Qatari Government, and German Government and/or a combination

95

thereof contributed to the incidents in both 2011 and 2015, they shall together, along with Corporations listed as DEFENDANTS such as JP Morgan Chase, pay for the following aircraft order.

# MKT Airline Order (at list prices) all new:

- 7—Boeing 737 Max 8
- 7—Boeing 737 Max 10
- 5—Boeing 787-10
- 3—Boeing 787-8
- 3—Boeing 787-9
- 4—Boeing 777-8F
- 2—Boeing 747-8i
- 4—Boeing AH-64 APACHE Helicopters. Fully armed and ready to go.
- Allow PLAINTIFF to open a factory that operates on behalf of Boeing and/or Airbus and/or a combination thereof to make 787 fuselages and 737 fuselages or Airbus fuselages.

--Qatar Airways, United Airlines, Delta Airlines, and British Airways (optional) shall donate an Airbus A330-900neo or Airbus A350-900 that is less than 4 years old and 2 Airbus A321neos that are less than 4 years old to Air Serbia. Optional.

**This aircraft order is non-taxable to the IRS so long as the aircraft are owned by PLAINTIFF and MKT Airlines and no liens shall ever be applied to them.**

335,471,000 Population of America
1,431,665,000 Population of India
67,000,000 Population of United Kingdom
3,000,000 Population of Qatar
123,160,000 Population of Japan
26,439,000 Population of Australia
83,285,000 Population of Germany.

Population between all countries. 2 billion or so. If it was just a Taxpayer paying it of all the countries at issue: 1 Nickel and 1 Penny.  $0.06.

America GDP: 25,460,000,000,000
British GDP: 3,070,670,000,000
Japan GDP: 4,230,000,000,000
German GDP: 3,867,500,000,000 Euros (same conversion rate 1:1)
Qatar GDP: 237,300,000,000
Australia GDP: 1,718,000,000,000

Total GDP: 38,583,470,000,000.  Percent of Total GDP: 0.03%.

Total Assets of JP Morgan Chase: $3,665,743,000,000. 9 billion out of 3+ Trillion=
Total Percent based on assets of JP Morgan Chase: 0.327%

Allianz Insurance. 1 Trillion in assets. 12 billion out of 1 Trillion= 1.2%

TRIA: P.L. 110-160 extended TRIA to the end of 2014, but no extension legislation was enacted in this timeframe. Thus, the program expired for 12 days until P.L. 114-1 was signed by the President in January 2015. This law extended the program nearly six years, until the end of 2020, while reducing the government's share of the losses compared with the program as it was in 2014. Specifically, P.L. 114-1 gradually (1) increased the program trigger from $100 million to $200 million, (2) reduced the government share of the losses from 85% to 80%, and (3) increased the insurer aggregate retention amount from $27.5 billion to $37.5 billion and indexed it to the sum of insurer deductibles in years thereafter. P.L. 116-94 extended TRIA to the end of 2027, leaving the rest of the law essentially unchanged.

Apple Total Assets: $335,038,000,000 in 2023.

United Airlines Total Assets: $73,341,000,000

British Airways Total Assets: about $25,000,000,000

Qatar Airways Total Assets: or so $40,000,000,000

AT&T Total Assets: $408,453,000,000

Verizon Total Assets: $379,955,000,000

Xfinity/Comcast Total Assets: $262,147,000,000

Amazon Total Assets: $477,607,000,000

Boeing Total Assets: $134,774,000,000.

Delta Airlines Total Assets: $73,497,000,000

Microsoft Total Assets: $411,976,000,000

TOTAL ASSETS of Apple, United, British Airways, Qatar Airways, Delta, Verizon, Xfinity, Amazon, Boeing, etc.: $2,621,788,000,000
Total Assets of JP Morgan Chase: $3,665,743,000,000.
In Sum: $6,287,531,000,000.

12,000,000,000 and future services and products (at cost plus 17.45% so long as it is cheaper than retail prices. If it is not cheaper, than at actual cost only) for MKT Companies existence For Life=0.19%

Based on that consideration:

MKT Airlines, aircraft, stipulations, and DEFENDANTS will do all they can to have MKT Airlines run for a minimum of 15+ years and be successful.

The following option: at exact cost to BOEING, MKT AIRLINES future BOEING purchase up to a limit of $3,379,500,000 in 2023 dollars at list prices and a combination of one of the following aircraft not to exceed the financial threshold above:

- o   BOEING 737 Max 7
- o   BOEING 737 Max 8
- o   BOEING 737 Max 10
- o   BOEING 787-8
- o   BOEING 787-9
- o   BOEING 787-10
- o   BOEING 777-8F

**C) The Stipulations:**

All Contracts between Qatar Airways, British Airways, SpiceJET United Airlines, Lufthansa, Delta Airlines, J.P Morgan Chase, Microsoft, Apple, Amazon, AT&T, Verizon, Boeing, Xfinity/Comcast, Cox Communications, Alphabet, all United States Government departments, agencies, and entities, and all foreign government entities, departments, and agencies are completely irrevocable.

DEFENDANT Airlines will be given exclusive access to PLAINTIFF'S future sites in the Bahamas, South Dakota, and Texas and other possible vacation locations in the future.

(1): BOEING and DEFENDANTS will provide PLAINTIFF—and will receive input from PLAINTIFF and will necessarily consider and incorporate PLAINTIFF'S input—a highly reputable design team to design MKT Airlines brand identity, livery, crew uniforms, interior of the plane, mascot 'kawaii' shiba inu, etc. to make MKT Airlines successful.

- o   The mascot will be a Shiba Inu

- o   MKT Airlines callsign will be: Shiba.

- o   DEFENDANTS will assist in creating MKT Airlines by filing all of the paperwork expected in the following stipulations.

- o   DEFENDANTS will provide PLAINTIFF a highly reputable design team with BOEING's assistance to design MKT Airlines brand identity, livery, crew uniforms, interior of the plane, mascot 'kawaii' shiba inu, etc. to make MKT Airlines successful

(as well as MKT Macedonian Airlines). PLAINTIFF will pay for this out of his restitution.

o   MKT Airlines will be an ACMI Operator as well as be given and properly certified the AOC under 14 CFR 121, 14 CFR 135, and 14 CFR 145. PLAINTIFF will pay for this out of his restitution.

o   DEFENDANTS will provide the training, resources, knowledge, acquire and maintain government certifications (AOC), registration, and private financial backers necessary to get the airline off the ground, maintain

(2) SpiceJET, Boeing, British Airways, Qatar Airways, United Airlines, Lufthansa, and Delta Airlines DEFENDANTS will do the following for MKT Airlines:

o   provide a team of their own employees in which they will all together formulate a plan, give the knowledge, and will provide PLAINTIFF the training, education, and knowledge necessary to start MKT Airlines

o   provide a team of their own employees in which they will all together formulate a plan, give the knowledge, and will provide PLAINTIFF how to manage, run and maintain MKT Airlines,

o   provide a team of their own employees to choose routes for the airline to get off on its feet (for 5 years and then MKT Airlines will go on their own afterwards).

o   Allow MKT Airlines business ticket passengers or premium paying members to utilize lounges at airports in which one of the aforementioned DEFENDANTS fly to and has a lounge at that respective airport; and once MKT builds lounges in the airports it will fly to in the future, the aforementioned DEFENDANTS can allow their customers (business and premium paying customers) to use MKT Airlines lounges so long as MKT Airlines exists in which it is completely irrevocable.

o   Management and leaders from United Airlines, Delta Airlines, Qatar Airways, and/or British Airways will always be available to talk to PLAINTIFF about growing pains learned in MKT Airlines as unofficial advisors for 15 years.

o   Delta Airlines, Qatar Airways, British Airways, and United Airlines will all form a technical partnership with MKT Airlines so long as MKT Airlines exists in which it is completely irrevocable.

- o Air Serbia:

  - a. If the day comes that Air Serbia shall no longer want nor desire to be supported by Etihad Airways, Qatar Airways will fill that role and have ownership in Air Serbia and support Air Serbia.
  - b. Air Serbia will be a partner to Qatar Airways, British Airways, United Airlines, and Delta Airlines
  - c. Boeing will provide all the resources and support necessary to have JAT Tehnika to completely service and maintain Boeing 737 Max and 787 Aircraft under FAA regulations.
  - d. MKT Airlines, MKT Macedonian Airlines, and Air Serbia will be technical partners.
  - e. Upon BOEING certification for JAT TEHNIKA to service BOEING 737 Max aircraft, MKT Macedonian Airlines will utilize their services.

- o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Delta Airlines in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Delta Airlines & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

- o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at United Airlines in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between United Airlines & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

- o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at British Airways in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between British Airways & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o   Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies
    employees and representatives interacts with anyone at Delta Airlines in the future,
    aforementioned shall interact with us like we are your best friends. Talk all the crap
    and shit you want behind our backs, but not to us directly. Joking is welcomed.
    Furthermore, there shall be no conspiracies nor intentional actions nor unintentional
    actions to retaliate against nor make it an iota more difficult than usual with
    PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT
    Companies. An Honor Code shall govern such interactions between Qatar Airways &
    PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o   Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies
    employees and representatives interacts with anyone at Lufthansa in the future,
    aforementioned shall interact with us like we are your best friends. Talk all the crap
    and shit you want behind our backs, but not to us directly. Joking is welcomed.
    Furthermore, there shall be no conspiracies nor intentional actions nor unintentional
    actions to retaliate against nor make it an iota more difficult than usual with
    PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT
    Companies. An Honor Code shall govern such interactions between Lufthansa &
    PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o   Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies
    employees and representatives interacts with anyone at SpiceJET in the future,
    aforementioned shall interact with us like we are your best friends. Talk all the crap
    and shit you want behind our backs, but not to us directly. Joking is welcomed.
    Furthermore, there shall be no conspiracies nor intentional actions nor unintentional
    actions to retaliate against nor make it an iota more difficult than usual with
    PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT
    Companies. An Honor Code shall govern such interactions between SpiceJET &
    PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o   Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies
    employees and representatives interacts with anyone at Air Serbia in the future,
    aforementioned shall interact with us like we are your best friends. Talk all the crap
    and shit you want behind our backs, but not to us directly. Joking is welcomed.
    Furthermore, there shall be no conspiracies nor intentional actions nor unintentional
    actions to retaliate against nor make it an iota more difficult than usual with
    PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT
    Companies. An Honor Code shall govern such interactions between Air Serbia &
    PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

**(3):** Boeing will provide MKT Airlines the resources, training, and future support and spare parts necessary to ensure MKT Airlines' survival. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Boeing in the future, Boeing shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between BOEING, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

**(4):** There will be a government division of MKT Airlines under MKT Airlines Charter Division that will provide the United States Government the following so long as MKT Airlines exists in which it is completely irrevocable for PLAINTIFF'S natural life or the existence of MKT Airlines (whichever is longer). This is not false procurement of a government contract but as a restitution for DoD taking actions against PLAINTIFF or failing to assist PLAINTIFF.

> **(A):** MKT Airlines will be a part of the Civil Reserve Air Fleet & Patriot Express Operators on behalf of the United States Government in all of the following categories: International Segment (Long Range Section), International Segment (Short Range Section), and National Segment (domestic section).

> MKT Airlines, United States Transportation Command, Scott Air Force Base, and AMC will establish a division of Scott Air Force Base at O'Hare Airport in which MKT Airlines Government Division will be directly connected to DoD, United States Transportation Command, and Scott Air Force Base.

>> o  The United States Government needs to learn that PLAINTIFF was not a threat in which they are going to necessarily have to work with PLAINTIFF even in matters involving Defense and National Security and they're going to do so with MKT Airlines. They intentionally, maliciously, and falsely placed PLAINTIFF on the wrong side of things and the proper remedy is to put PLAINTIFF back on the right side of things where the United States Government can trust PLAINTIFF.

>> o  PLAINTIFF'S 2 Boeing 777-8F will be custom made to haul military equipment meeting the requirements of an aircraft of a similar type under the Air Mobility Command in addition to civilian cargo needs on behalf of DoD.

> o  AMC & MKT Airlines will establish an office/hub in Chicago O'Hare Airport in addition to the current one at BWI (Baltimore Airport).

>> o  Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in AMC in the future, AMC SHALL interact with us like we are your best friends. Talk all the crap

and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between AMC, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

o   Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in DoD in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between DoD, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

o   MKT Charter division: will consist of the subset of MKT Airlines' minimum fleet requirements.
   • 2 Boeing 737-8 Max (1 for special purposes*)
   • 2 Boeing 787-8s
   • 2 Boeing 737-10 Max
   • *Kawaii One* Boeing 787-8 (in emergencies)
   • 2 BOEING 777-8F (exclusively for DoD and U.S. Government use)

o   Under MKT Airline's charter division, The United States Government shall enter a contract for PLAINTIFF'S entire natural life and/or so long as MKT Airlines exists (whichever is longer) that is completely irrevocable under any condition.

o   PLAINTIFF will be allowed to paint his aircraft as to include a Shiba Inu mascot holding firearms and/or smoking on a few airplanes.

o   The 2 BOEING 737-8 Max, 2 Boeing 777-8F, two Boeing 787-8, and *Kawaii One* will be based in Chicago O'Hare as that is the closest major airport to Scott Air Force Base. The special purpose 737-8 MAX will go wherever it is needed. Special Purpose: MKT Airlines will have a subsection for the United States Government in which MKT Airlines would be a new additional COMCO, JANET AIRLINES, and Con Air/JPATS with the following aircraft: 1 BOEING 737-8 Max.

o   *Kawaii One* will be made available for PLAINTIFF'S family for personal use and travel anywhere in the world—in which PLAINTIFF, PLAINTFF'S Family, and

authorized individuals that obtained proper permission from only PLAINTIFF prior to departure—that can accommodate the aircraft with notice to the Government.  Two week notice will be given ahead of time for scheduling purposes for personal use if available; if any aircraft are available in the case of an emergency, that aircraft can be used by PLAINTIFF, PLAINTIFF'S family, or authorized individual with proper permission of PLAINTIFF.

o   The paint job will be the most 'Murica paintjob to have ever existed on a plane and it will include MKT 'kawaii' Shiba Inu mascot on the tail doing the most 'Murican thing: drinking beer and shooting an AR-15 in the air with the constitution and flag waving in the background and more.

(B): Charter Division. Details to be determined

**(5):** Profits, Disability Accessibility, and Outreach Programs.

- **45% of profit to maintain and expand the company. 5% of profit to savings in case of an emergency. 50% of profits to outreach programs.**

- The Outreach programs will be funded by the amount MKT Airlines saves on fuel and 50% profits thus negating any anti-trust allegations. Yea, MKT Airlines plans on being a little cheaper, but not enough to bring anti-trust litigation or undercut current competitors illegally.

- Outreach Programs will include:

  o   PLAINTIFF'S MKT Airlines will specifically reach out to the Autism community and provide numerous jobs for Autistic individuals.

  o   Part of MKT Airlines' profit will go to creating *Miki's* (Autism Centers) in rural areas and locations to where MKT Airlines fly to all across America in addition to: Belgrade, Skopje, Doha, and major cities across India because let's be honest, autistic people there need as much help as they can get.

  o   MKT Airlines will hire their own crew of aircraft cleaners at whatever destinations MKT Airlines flies to domestically in America in which the aircraft cleaners will be individuals with down syndrome, intellectual disability, developmental disability, and/or autism under the supervision of two supervisors and PLAINTIFF will pay them full hours and provide them with insurance and healthcare even though it would be on a part time

basis in which MKT Airlines will transport them from their home to the airport and back home if they need a ride via carpool.

o   MKT Airlines foodbanks.

o   MKT Airlines will start the "Hood to Good" program where MKT Airlines will pay for pilot training of disenfranchised African Americans and Latinos in the inner city and provide employment opportunities; there will be Balkan Hood to Good program providing the same services.

o   Orphanages to help children & to help victims of children sexual trafficking.

o   Hiring Veterans and Retaining Veterans and providing mental health services to veterans with PTSD (i.e. Ketamine). Specifically recruiting Air Force pilots to MKT Airlines. Furthermore, establishing veteran care centers near bases and towns in which MKT Airlines would fly to in order to help veterans retain thet same doctors and psychologists.

o   Call of Shiba: Shooting Clubs and civic duty organizations for adhering to SCOTUS case in XX for protection of the country teaching the importance of American values.

o   Shiba Rescue: adoption and rescue agency of Shiba Inus.

- DEFENDANTS will assist in making PLAINTIFF'S MKT Airlines website even more accessible and up to a higher standard that is required under the ADA and Section 504.

**(6):** PLAINTIFF wants to build a $25,000,000 factory near Baton Rouge, LA, Waukegan, IL, or Grundy County, TENNESSEE that will make things for MKT Airlines like free shiba plushies and model toy aircrafts for kids and autistic adults and disabled adults and some adults, MKT airlines merchandise for purchase like shirts, crew uniforms, plastic containers, etc. that the airline etc. pretty much a factory producing everything MKT airlines would need. If it is in Grundy County, TN, PLAINTIFF will have to build a railroad spur line from Grundy County (wherever the factory may be to connect with CSX around Tullahoma (i.e. the shortest possible distance from the factory to csx's mainline) (maybe like what 20 miles at $2,000,000 a mile so $40,000,000) and get the products out to Nashville airport and/or through csx's system.

**(7):** a) under no conditions will Kawaii One ever be subject to civil or criminal forfeiture or bankruptcy proceedings. 2) the rest of MKT Airlines initial Aircraft will not be subject to criminal or civil forfeiture by the United States Government nor any other government.

**(8):** no state nor federal taxes on MKT'S Airlines initial aircraft order; any aircraft afterwards, yes. For all intents and purposes, the initial aircraft order and aircraft doesn't exist for IRS purposes.

**(9):** for IRS purposes, to be determined after talking to some tax consultants.

**(10):** No Airport Fees for MKT Airlines for 10 years at any United States airport, Doha International Airport, and LONDON-HEATHROW Airport. No Taxes for 15 years by Britain and Qatar on MKT Airlines and MKT Macedonian Airlines.

**(11):** London Heathrow Holdings and British and Qatari Government:

Of course, PLAINTIFF wants some of his new 787s from MKT Airlines to make regularly scheduled flights to London-Heathrow Airport. PLAINTIFF understands there are some capacity issues, but that didn't stop DEFENDANTS from taking advantage of PLAINTIFF'S capacity. This shouldn't be a problem for Qatar Airways as they essentially own London-Heathrow. Allow PLAINTIFF to paint a MKT Airlines aircraft in the humorous and respectful style of the former British Airways livery.

- MKT Airlines and MKT Macedonian Airlines will have their own gate at London-Heathrow in one of the main terminals solely for MKT Airlines and MKT Macedonian Airlines' own use (if Air Serbia wants to join in, they can) and in case of an emergency or non-use, he will allow different airlines to use the gate so long as it does not interfere with MKT Airlines operations and MKT Macedonian Airlines operations; and MKT Airlines will have their own gate at DOHA (in which Air Serbia can join if they want to).
  - Whatever terminal PLAINTIFF was prevented from boarding his flight to Doha shall be where the gate is located.
  - The Custom MKT Gate at Doha will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

  - The Custom MKT Gate at London-Heathrow will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines & MKT Macedonian Airlines backdrop

- Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Heathrow Holdings, Qatar Government, and British Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Qatar Government, British Government, Heathrow Holdings, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees. **No bureaucratic or government bullshit or malfeasance by the British and Qatari Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies.**

- PLAINTIFF understands there are issues with landing slots at London-Heathrow. So as an initial basis, PLAINTIFF is demanding:
  - o 3 landing time-slots available for MKT Airlines (one of which has to be between 10am-5pm) (one between 6pm-12pm) (one between (6am-10am)
  - o 1 landing timeslot for MKT Macedonian Airlines at London-Heathrow (between 10am-8pm).

**(12):** Cox Communications and/or Xfinity will provide high speed internet in applicable locations at cost plus 17.45% (so long as it is cheaper than the listed retail price) for MKT companies and MKT Airliens and Railroad. If it is not cheaper than retail listed prices, than actual cost only. 2) MKT Airlines will be incorporated into Cox Communications and Xfinity/Comcast's employees' perks reward programs at Cox Communications and Xfinity; and if none exist, create one. MKT Airlines will be one of the preferred airlines for Cox Communications and Xfinity/Comcast corporate and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Cox and/or Xfinity in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Cox Communications and Xfinity/Comcast, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

**(13):** Apple will provide 1) Apple Computers, Tablets, Apple TV, Apple phones, Apple warranties, and other Apple Products for MKT Airlines, MKT's educational facilities, MKT Oil, and MKT Railroad at cost plus 17.45% (so long as it is cheaper than the listed retail price). If it is not cheaper than retail listed prices, than actual cost only. 2) MKT Airlines & MKT Macedonian Airlines will be incorporated into Apple's employees' perks reward programs at Amazon; and if none exist, create one. MKT Airlines will be one of the preferred airlines for Amazon corporate

and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Apple in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Apple, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

**(14):** Microsoft will provide 1) software and programs for MKT Airlines, MKT companies, MKT's educational facilities, and MKT Railroad at cost plus 17.45% (so long as it is cheaper than the listed retail price). If it is not cheaper than retail listed prices, than actual cost only. 2) MKT Airlines Airlines will be incorporated into Microsoft's employees' perks reward programs at Microsoft; and if none exist, create one. MKT Airlines will be one of the preferred airlines for Microsoft corporate and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Microsoft in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Microsoft, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

**(15):** Because of disgorgement, PLAINTIFF could ask for the values of the computer and data servers DoD, CIA, NSA, FBI, MI5, MI6, GCHQ, etc. stored data on PLAINTIFF that facilitated RICO Enterprise 1 as it was an essential part of the wire fraud; however, PLAINTIFF is reasonable, CIA, DoD, or NSA will develop and give computer and data server systems as well as Cloud Servers for MKT Airlines and MKT companies gratis for PLAINTIFF'S life that is on the same level of computing technology that CIA, NSA, or DoD possess at the time. They will be responsible for maintaining the servers. Same goes for Cloud Servers as well. This is not unreasonable by any stretch of the imagination. DNI's total appropriated budget from 2007-2011 was $368,280,000,000 and is PLAINTIFF to believe that some cuts here and there within DNI, CIA, NSA, or DoD are not possible to create, host, maintain, etc. MKT Airlines and MKT Railroad servers? PLAINTIFF will say that a third-party handles MKT Airlines, MKT Oil, and MKT Railroad servers.

**(15A):** 1) in the alternative in regards to cloud computing, Apple, Intel, Amazon/Amazon Web Services will provide MKT companies the cloud computing servers, servers, and technological products and services at cost plus 17.45% profit for PLAINTIFF'S life for MKT Airlines and MKT. The following are required: 2) MKT Airlines will be incorporated into Amazon's, Apple's, and Intel's employees' perks reward programs at Amazon, Apple, and Intel; and if none exist, create one. MKT Airlines will be one of the preferred airlines for Amazon, Intel, and Apple corporate and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Amazon in the future, you should interact with us like we are your best friends. Talk all the crap and shit you

want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Amazon, Apple, Intel, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees. 4) MKT Airlines will provide services to Amazon in delivering Amazon's cargo to some of the rural market airports that MKT Airlines combi 737 Max 7s will fly to.

**(16):** Qatar Energy/QIA and/or Russian Oil Company and MKT Airlines/MKT Railroad agree to the plans and purposes of MKT Oil with the possibility of it reaching in Serbia and North Macedonia.

**(17):** Optional: Because of the Title VI retaliation against PLAINTIFF and Balkan people in which HILLARY CLINTON intentionally forced PLAINTIFF to labor without compensation in "trade is in the offing" and in which she testified to Congress that "[she] cut economic assistance to Central and Eastern Europe, to the Caucasus, to Central Asia. We cut development assistance to over 20 countries by more than half,"[42] at least when it comes to Qatar and Serbia and Qatar and North Macedonia, the paltry amount of trade of just "In 2020, the total value of the realized exchange of goods was 5,945,000 euros, whereof Serbian exports accounted for 5,605,000 euros, and imports for 340,000 euros" is nowhere near good enough. It is great that Qatar and Serbia are doing things like things in the footnote.[43] Qatar/QIA, United Kingdom, Germany, Japan, Canada, India, Australia, and the United States will increase trade and diplomatic relations between themselves and Serbia and North Macedonia governments in which Qatar, QIA, United Kingdom, Germany, Japan, Canada, India, Australia, and the United States will invest in Serbia and North Macedonia an initial amount of $5,925,640,000 (the difference in the rate of inflation between the $14.9 Billion of 2011 and the actual value of it being $20+ billion in 2023 dollars) to be invested in infrastructure projects and humanitarian aid in Serbia and North Macedonia in which no cuts will be made to current levels of aid received by Serbia and North Macedonia by any DEFENDANTS in which the average rates of both imports and exports between Serbia and North Macedonia and United States, Qatar, Japan, India, Germany, Canada, and United Kingdom shall increase at a minimum rate of 17.45% yearly in which only in catastrophic conditions that can cause the rates go down. Like Tracy Lawrence said, you'll find out who your friends are, and your friends are in Serbia and North Macedonia as well as PLAINTIFF. Again: PLAINTIFF, Serbia, and North Macedonia want to work with you all. PLAINTIFF is not acting as an agent on behalf of Serbia and North Macedonia but is making a tangential connection to the harm PLAINTIFF personally experienced.

**(18):** The EPA shall grant immediate approval to any project PLAINTIFF that PLAINTIFF reasonably makes that complies with the law as not to be too burdensome; allow PLAINTIFF to import Kei trucks from Japan and Audi diesel vehicles from Germany; allow PLAINTIFF to

---

[42] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/03/158004.htm
[43] https://www.qna.org.qa/en/News-Area/News/2023-05/24/0056-the-state-of-qatar-signs-mou-with-serbia-on-communications-and-it

**(19):** Contact Avelo Airlines, Allegiant Air, Skywest, and/or Sun Country Airlines see if they are interested in making an IAG type organization where Avelo Airlines, Skywest, Sun Country Airlines, Allegiant Air, or MKT Airlines are separate but under the same banner. This is just a consideration and not actual demand. PLAINTIFF knows he can't just outright build an airline without some cooperation with smaller airlines to bring more competition to the marketplace. MKT Airlines would just be another failed airline in America like Air Florida, ATA, AirTran Airways, Braniff, Capital Airlines, Eastern Airlines, Independence Air, Legend Airlines, Miami Air International, North American Airlines, Tower Air, etc. without some cooperation with a smaller airline or other airlines, PLAINTIFF'S chances at succeeding are low and PLAINTIFF wants to be successful.

**(20):** Aussies, Canadians, and Germans:

- Lufthansa to sell two Boeing 747-8i's to PLAINTIFF that are in the mid pack for the age of the aircraft of Lufthansa's fleet.
- No airport fees for 10 years and no country tax fee for MKT Airlines[44] for a minimum of 15 years in the following airports in which regulators in the respective countries will grant MKT Airlines permission to land in and fly to, and build custom gate(s) like the stipulations made for London Heathrow and LONDON Heathrow Holdings, (except for Canadian and Aussie airports I include MKT Macedonian Airlines in the backdrop or ticket counter), the following:
  - Frankfurt International Airport,
    - The Custom MKT Gate at Frankfurt International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

  - Munich Franz Josef Strauss Airport (as well as MKT Macedonian Airlines)
    - The Custom MKT Gate at Munich Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

  - Berlin Brandenburg Airport (as well as MKT Macedonian Airlines)

---

[44] And MKT Macedonian Airlines in German Airports.

- The Custom MKT Gate at Berlin Airport will have the following:
  - New carpet (probably a black, white, and orange or red carpet).
  - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
  - Custom MKT Airlines backdrop
  - Custom MKT Airlines ticket counter will be installed at the gate.
- Option of Düsseldorf Airport (as well as MKT Macedonian Airlines)
  - The Custom MKT Gate at Dusseldorf Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.
- Sydney Airport
  - The Custom MKT Gate at Sydney International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

- Melbourne Airport
  - The Custom MKT Gate at Melbourne International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.
- Toronto Pearson International Airport
  - The Custom MKT Gate at Toronto Pearson International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).

- Custom MKT Airlines backdrop
- Custom MKT Airlines ticket counter will be installed at the gate.
  o Vancouver International Airport
    ▪ The Custom MKT Gate at Vancouver International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

  o Montreal-Trudeau International Airport
    ▪ The Custom MKT Gate at Montreal-Trudeau International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

  o Option: Calgary International Airport
    ▪ The Custom MKT Gate at Calgary International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

  o Option: Edmonton Airport
    ▪ The Custom MKT Gate at Edmonton International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop

- Custom MKT Airlines ticket counter will be installed at the gate.

- Whenever PLAINTIFF, PLAINTIFF'S family, and/or MKT Companies employees and representatives interacts with anyone in the German Government, Canadian Government, and Australian Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between the German Government, Canadian Government, and Australian Government & PLAINTIFF and MKT Companies representatives and employees. No bureaucratic or government bullshit or malfeasance by the German, Canadian, and Australian Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies.

**(21): India and Japan**
- No bureaucratic or government bullshit or malfeasance by the Indian and Japanese Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies. Japan to give 100 New Kei Trucks. 300 Cherry Trees. *With Plaintiff's input.*
- No Airport or Country Tax Fee for a minimum of 15 years in the following airports in which regulators in the respective countries will grant MKT Airlines permission to land in and fly to, and build custom gate(s) the following:
  - Tokyo Haneda Airport
    - The Custom MKT Gate at Tokyo Haneda Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

  - Tokyo Narita Airport
    - The Custom MKT Gate at Tokyo Narita Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

- New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
- Custom MKT Airlines backdrop
- Custom MKT Airlines ticket counter will be installed at the gate.

o Option: New Chitose Airport
  - The Custom MKT Gate at New Chitose International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

o Option: Fukuoka Airport
  - The Custom MKT Gate at Fukuoka International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

o Option: New Kansai International Airport
  - The Custom MKT Gate at New Kansai International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

o Indira Gandhi International Airport (Dehli)
  - The Custom MKT Gate at Dehli International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).

- Chhatrapati Shivaji Maharaj International Airport (Mumbai)
    - The Custom MKT Gate at Chhatrapati Shivaji Maharaj International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines backdrop
        - Custom MKT Airlines ticket counter will be installed at the gate.

- Option: Chennai International Airport
    - The Custom MKT Gate at Chennai International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines backdrop
        - Custom MKT Airlines ticket counter will be installed at the gate.

- Rajiv Ghandi International Airport—Hyderabad
    - The Custom MKT Gate at Rajiv Ghandi International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines backdrop
        - Custom MKT Airlines ticket counter will be installed at the gate.

- Option: Kempegowda International Airport—Bengaluru.
    - The Custom MKT Gate at Kempegowda International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines backdrop
        - Custom MKT Airlines ticket counter will be installed at the gate.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in the Japanese Government and Indian Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between the Japanese Government and Indian Government & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

**(22):** AT&T or Verizon shall provide 1) communication services for MKT Companies at cost plus 17.45%; if not is not cheaper than retail list prices, then at actual cost only. MKT Airlines will be incorporated into AT&T and VERIZON'S employees' perks reward programs at AT&T and VERIZON; and if none exist, create one.  MKT Airlines will be one of the preferred airlines for AT&T and VERIZON corporate and employee travel. 2) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at AT&T and VERIZON in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us dIrectly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between AT&T and VERIZON & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

**(23):** MKT Airlines will be incorporated into United States Government's employees' perks reward programs at any federal agency or department in the United States Government; and if none exist, create one.  MKT Airlines will be one of the preferred airlines for United States Government employee travel.

**(24):** MKT Airlines will be incorporated into the following Government's employees' perks reward programs at any agency or department of the following governments: Qatar, United Kingdom, Japan, Australia, Canada, and Germany; and if none exist, create one.

**(25):** Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in the United States Government or contractors with the United States Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between anyone in the United States Government & PLAINTIFF, PLAINTIFF'S family, and MKT Companies. No bureaucratic or government bullshit or malfeasance by the United States Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies.

**(26):** 1) J.P. Morgan Chase, along with Visa, will be co-partners with MKT Airlines Credit Union (MKT CU) and with MKT CU in creating a MKT Airlines Credit Card. 2) J.P. Morgan Chase will work with MKT Airlines to create an Airline Rewards Program that is in the top 5 of the United States. 3)Whenever PLAINTIFF, PLAINTIFF'S family, and/or MKT Companies employees and representatives interacts with anyone at J.P Morgan Chase in the future, you shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between J.P Morgan Chase & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

(27): Alphabet Inc. will provide MKT Companies: 1) optimal SEO search results, ROI, and Google Ad Sense. 2) MKT Airlines & MKT Macedonian Airlines will be incorporated into Alphabet's employees' perks reward programs at Alphabet Inc.; and if none exist, create one. MKT Airlines will be one of the preferred airlines for Alphabet Inc.'s corporate and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Alphabet Inc. in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Alphabet Inc., PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

# (IV): MKT Railroad

- o The United States Government will provide a team to help establish and create new MKT Railroad.

- o MKT Railroad seeks to ultimately develop a line in South Dakota that goes from Wasta, SD to what PLAINTIFF calls Doge, SD, to Eagle Butte, SD to help the economic development of the Lakota Tribe and tourism in South Dakota if Lakota Tribe so wants it; if not; just a spur route from Wasta, SD to Doge, SD.

- o The United States Government will assist in the negotiations and ask BNSF if they are interested in bringing back to life *the impossible railroad* and to connect Mexicali to San Diego depending on feasibility studies.

- o MKT Railroad will purchase old rolling stock like boxcars and turn it into homes for homeless veterans and homes for homeless people. Essentially the way trailer homes and shipping container homes are created and made.

o Each day PLAINTIFF was in Tokyo, JAPAN from May 26th, 2015 to August 2nd, 2015 (or so), which is 68 days, India, GE, and USA had a 1000 GE locomotive deal for trade is in the offing and an Anchor and a Pitchfork, India and the United States shall pay for MKT Railroad's:

> o 24 new GE ET44AC/ET44C4 locomotives (ask Serbia Cargo Railway if they want 3 and convert it to European coupling standards)
> o 24 new EMD SD70Ace-T4P4 or EMD SD70Ace-T4.
> o 20 new Wabtec SD23T4 (ask Serbia Cargo Railway if they want 3 and convert it to European coupling standards)
> o 68 New Trinity Rail Hourglass Auto Racks,
> o The United States Government will help get trackage rights on existing railroads to get the oil from the boat to MKT Oil and wherever MKT railroad may go in the country.

**V) Ownership of the following: PLAINTIFF demands:**
- **50% ownership of Dulles International Airport**
- **50% ownership of Atlanta Jackson-Hartfield Airport**
- **5% ownership of United Airlines Inc.;**
- **5% ownership of Delta Airlines Inc.;**
- **10% ownership of Boeing, Inc;**
- **5% ownership of JP Morgan Chase Inc.;**

**VI)** Attorney's fees under 42 U.S.C. 1988(b) and 18 U.S.C. 1964 and any other applicable statute.

**VII)** PLAINTIFF incorporates other possible requests made in the record in *the Chicago Cases* that PLAINTIFF may have forgotten to include here.

**VIII)** PLAINTIFF moves for a permanent injunction and restraining order on DEFENDANTS from furthering their RICO Enterprise based on the record.

**IX)** The Court is to void any and all marriages PLAINTIFF may have entered into between 2015 through 2024 and any legal guardianship PLAINTIFF is under or has been under since PLAINTIFF turned 18 years old in 2007. **The Court is specifically prohibited from contacting one that went by the name of Angie Ortiz in regards to any of PLAINTIFF'S legal interests.**

**X)** Some LEGAL RULINGS, legal issues of law PLAINTIFF brought forth in *the Chicago Cases*, and any other rulings the Court deems proper and derives from the facts of the case)

**(A):** PLAINTIFF asks the Court to rule on
anything PLAINTIFF requested in *the Chicago Cases* that the
Court can rule on in PLAINTIFF'S favor.

**(B):** PLAINTIFF asks Court to affirm the right to say and receive          [X] YES
offensive information is a constitutionally protected right.

**(C):** PLAINTIFF asks the Court to affirm that saying something          [   ] Granted
offensive in the workplace is not a terminable offense under          [   ] Denied
the First Amendment

**(D):** PLAINTIFF asks the Court to 1) affirm the First Amendment          [   ] Granted
protected right to say any joke or offensive joke anywhere is protected          [   ] Denied
under the First Amendment and one can be retaliated against on the
basis of a joke for 1st Amendment purposes, and
2) saying any joke or any offensive joke in-and-of-itself is not an
actionable act that contributes to a hostile environment under
Title VI, Title VII, Title IX, and Section 504/ADA.

**(E):** PLAINTIFF asks the Court to affirm the principle that          [   ] Granted
words are not violence under the First Amendment.          [   ] Denied

**(F):** PLAINTIFF asks Court to have the following DEFENDANTS or          [   ] Granted
Individuals give a written, sincere, and meaningful apology          [   ] Denied
to PLAINTIFF by: CHIEF JUSTICE JOHN ROBERTS; JUSTICE
ALITO; POTUS 43-46; & DOJ/ATTORNEY GENERAL.

**(G):** Plaintiff asks the Court to have United States Government          [   ] Granted
and PLAINTIFF to work beneficially, amicably, and peacefully together          [   ] Denied
for solutions so that this never occurs again in United States history.

**(H):** PLAINTIFF asks the Court to prohibit any future retaliation by          [   ] Granted
any DEFENDANTS against PLAINTIFF'S family members and          [   ] Denied
any of PLAINTIFF'S remaining & future friends and property.

**(I):** PLAINTIFF prays for the following legal requirement out of American INTEL and all U.S. Federal Agencies in the future. PLAINTIFF calls it *Miki's Objection:* **1)** When there are any significant actions undertaken against an individual American that necessarily *implicates* an American's constitutional rights at issue by officers or employees US Administrative Agency, White House, or Intelligence agency, a written reasonable explanation must be provided as to why the federal actions directed at the individual would not violate any constitutional right of the individual at issue in which there is a defacto presumption of unconstitutionality; **2)** In any field operation that constitutes a sting or an operation that *implicates* any targeted American's constitutional rights by Federal law enforcement, IRS, or US Federal intelligence agency, a written explanation as to why the federal law enforcement, IRS, or US federal intelligence agency's operation or sting would not violate the rights of the targeted American individual must be given in which there is a presumption of defacto unconstitutionality.

[  ] Granted
[  ] Denied

**(J):** PLAINTIFF asks the Court to have DEFENDANTS implement *Miki's Step* in future investigations in DEFENDANTS' agencies. 1): It will require an affirmative legal obligation for DEFENDANTS to assist and help individuals known to have mental disabilities like autism whether that is providing information; preventing the abuse thereof; not engaging in set up operations because suspects are autistic/disabled; 2): also includes a step that exculpatory evidence must be affirmatively documented and utilized in the course of an ongoing investigation. DEFENDANTS AND PLAINTIFF will come to an agreement what *Miki's Step* looks like in reality and practice on a later date.

[  ] Granted
[  ] Denied

**(K):** PLAINTIFF asks the Court to rule that whenever property is seized by any DEFENDANTS, the owners of the property must be informed of said seizure and that seizure can only happen after a judgment is issued against the property in a court in which the owner's of the property must be in the courtroom during the ruling.

[  ] Granted
[  ] Denied

**(L):** This is *Miki's anti-corruption action* (akin to a Biven action in Court) to be found under 18 U.S.C. 1961 and 42 U.S.C. 1983.  That when any local, state, or federal judge

[  ] Granted
[  ] Denied

121

or any US federal official or any US Federal employee has a reasonable suspicion to know that a state or federal government employee, official, or subcontractor (the party) during anytime in litigation, during the course of an investigation of a targeted American, during the course of decision-making concerning that implicates the targeted American's constitutional rights, or at any time files anything in court in which the party used perjured testimony that painted a sharply different picture of the entire affair against the targeted American, materially omitted certain facts that painted a sharply different picture of an affair of the targeted American, utilized a known fabricated narrative or materially misleading narrative that painted a sharply different picture of an affair of the targeted American, fails to include exculpatory evidence that casts a reasonable shadow upon the truthfulness of the affair of the targeted American, or fails to directly notify the targeted American of the party's actions undertaken against the targeted American, that is fraud upon the Court or a violation of Due Process of the targeted American at issue. Every local, state, or federal judge has a legal, ethical, and professional duty to remedy the situation at once; a judge's failure in remedying the issue constitutes a RICO predicate act against the targeted American, and when taken in sum, constitutes a pattern of racketeering under RICO and a Due Process violation. Any US federal official or any US Federal employee's failure in remedying the situation involving the targeted American constitutes a Due Process violation and constitutes a pattern of racketeering under RICO.

**(M):** PLAINTIFF asks the Court to rule that there exists an affirmative legal duty to be properly informed of the situation if one is under legal guardianship that substantially effects the liberty and financial interests of said individuals.

[  ] Granted
[  ] Denied

**(N):** PLAINTIFF asks the Court to rule in his favor on all the legal arguments PLAINTIFF made in Section IV: Legal House Keeping:

[  ] Granted
[  ] Granted in part.
[  ] Denied in part.
[  ] Denied

1) An Obstruction of Justice violation occurs under 18 U.S.C. §1961 Section 1503 when a Constitutional Right violation or deprivation is made by an official or officer of the United States Government or is directed to be undertaken by a official or officer in the United States Government that a Court can reasonably rule a Constitutional Violation occurred regardless of whether or not it was a clearly established statutory right or constitutional right.

2) There is a Constitutional Right to be left alone under the 9th and 10th and 14th Amendments. Finding the Constitutional Right to be left alone exists under the 9th or 10th Amendment per *Olmstead v. United States*, 277 U.S. 438 (1928) utilizing the reasoning in Justice Brandeis' nearly 100% correct dissent (except for the part JUSTICE BRANDIES justifies *Buck v. Bell*) that is applicable in this case. The PLAINTIFF asks the Court to use  this section from the dissent and make it valid law (especially the sections in bold emphasis below):

   a.  "Legislation, both statutory and constitutional, is enacted, it is true, from an experience of evils, but its general language should not, therefore, be necessarily confined to the form that evil had theretofore taken. Time works changes, brings into existence new conditions and purposes. Therefore, a principle, to be vital, must be capable of wider application than the mischief which gave it birth. This is peculiarly true of constitutions. They are not ephemeral enactments, designed to meet passing occasions. They are, to use the words of Chief Justice Marshall 'designed to approach immortality as nearly as human institutions can approach it.' The future is their care, and provision for events of good and bad tendencies of which no prophecy can be made. In the application of a constitution, therefore, our contemplation cannot be only of what has been, but of what may be. Under any other rule, a constitution would indeed be as easy of application as it would be deficient in efficacy and power. Its general principles would have little value, and be converted by precedent into impotent and lifeless formulas. Rights declared in words might be lost in reality.

   b.  When the Fourth and Fifth Amendments were adopted, "the form that evil had theretofore taken" had been necessarily simple. **Force and violence were then the only means known to man by which a Government could directly effect self-incrimination. It could compel the individual to testify -- a compulsion effected, if need be, by torture. It could secure possession of his papers and other articles incident to his private life -- a seizure effected, if need be, by breaking and entry. Protection against such invasion of "the sanctities of a man's home and the privacies of life" was provided in the Fourth and Fifth Amendments by specific language. [omitted] But "time works changes, brings into existence new conditions and purposes." Subtler and more far-reaching means of invading privacy have become available to the Government. Discovery and invention have made it possible for the Government, by means far more effective than stretching upon the rack, to obtain disclosure in court of what is whispered in the closet.**

   c.  Moreover, "in the application of a constitution, our contemplation cannot be only of what has, been but of what may be." The progress of science in furnishing the Government with means of espionage is not likely to stop with wiretapping. **Ways may someday be developed by which the Government, without removing papers from secret drawers, can reproduce them in court, and by which it will be enabled to expose to a jury the most intimate occurrences of the home. Advances in the psychic and related sciences may bring means of**

**exploring unexpressed beliefs, thoughts and emotions.** "That places the liberty of every man in the hands of every petty officer" was said by James Otis of much lesser intrusions than these. To Lord Camden, a far slighter intrusion seemed "subversive of all the comforts of society." Can it be that the Constitution affords no protection against such invasions of individual security?

d.   A sufficient answer is found in **Boyd v. United States,** 116 U. S. 616, 116 U. S. 627-630, a case that will be remembered as long as civil liberty lives in the United States. This Court there reviewed the history that lay behind the Fourth and Fifth Amendments. We said with reference to Lord Camden's judgment in **Entick v. Carrington,** 19 Howell's State Trials 1030:"The principles laid down in this opinion affect the very essence of constitutional liberty and security. They reach farther than the concrete form of the case there before the court, with its adventitious circumstances; **they apply to all invasions on the part of the Government and its employes of the sanctities of a man's home and the privacies of life**. It is not the breaking of his doors, and the rummaging of his drawers, that constitutes the essence of the offence; **but it is the invasion of his indefeasible right of personal security, personal liberty and private property, where that right has never been forfeited by his conviction of some public offence -- it is the invasion of this sacred right which underlies and constitutes the essence of Lord Camden's judgment. Breaking into a house and opening boxes and drawers are circumstances of aggravation; but any forcible and compulsory extortion of a man's own testimony or of his private papers to be used as evidence of a crime or to forfeit his goods is within the condemnation of that judgment. In this regard, the Fourth and Fifth Amendments run almost into each other."**

e.   In **Ex parte Jackson,** 96 U. S. 727, it was held that a sealed letter entrusted to the mail is protected by the Amendments. The mail is a public service furnished by the Government. The telephone is a public service furnished by its authority. There is, in essence, no difference between the sealed letter and the private telephone message. As Judge Rudkin said below: "True, the one is visible, the other invisible; the one is tangible, the other intangible; the one is sealed, and the other unsealed, but these are distinctions without a difference."

f.   The evil incident to invasion of the privacy of the telephone is far greater than that involved in tampering with the mails. Whenever a telephone line is tapped, the privacy of the persons at both ends of the line is invaded and all conversations between them upon any subject, and, although proper, confidential and privileged, may be overheard. Moreover, the tapping of one man's telephone line involves the tapping of the telephone of every other person whom he may call or who may call him. **As a means of espionage, writs of assistance and general warrants are but puny instruments of tyranny and oppression when compared with wiretapping. [omitted]**.

124

g. The narrow language of the Amendment has been **consistently construed in the light of its object, "to insure that a person should not be compelled, when acting as a witness in any investigation, to give testimony which might tend to show that he himself had committed a crime. The privilege is limited to criminal matters, but it is as broad as the mischief against which it seeks to guard." [Omitted]**

h. Decisions of this Court applying the principle of the **Boyd** case have settled these things. Unjustified search and seizure violates the Fourth Amendment, whatever the character of the paper; whether the paper when taken by the federal officers was in the home, in an office, or elsewhere; whether the taking was effected by force, by fraud, or in the orderly process of a court's procedure. **From these decisions, it follows necessarily that the Amendment is violated by the officer's reading the paper without a physical seizure, without his even touching it, and that use, in any criminal proceeding, of the contents of the paper so examined -- as where they are testified to by a federal officer who thus saw the document, or where, through knowledge so obtained, a copy has been procured elsewhere-- any such use constitutes a violation of the Fifth Amendment.**

i. **The protection guaranteed by the Amendments is much broader in scope. The makers of our Constitution undertook to secure conditions favorable to the pursuit of happiness. They recognized the significance of man's spiritual nature, of his feelings, and of his intellect. They knew that only a part of the pain, pleasure and satisfactions of life are to be found in material things. They sought to protect Americans in their beliefs, their thoughts, their emotions and their sensations. They conferred, as against the Government, the right to be let alone -- the most comprehensive of rights, and the right most valued by civilized men. To protect that right, every unjustifiable intrusion by the Government upon the privacy of the individual, whatever the means employed, must be deemed a violation of the Fourth Amendment. And the use, as evidence in a criminal proceeding, of facts ascertained by such intrusion must be deemed a violation of the Fifth.**

j. Applying to the Fourth and Fifth Amendments the established rule of construction, the defendants' objections to the evidence obtained by wiretapping must, in my opinion, be sustained. It is, of course, immaterial where the physical connection with the telephone wires leading into the defendants' premises was made. And it is also immaterial that the intrusion was in aid of law enforcement. **Experience should teach us to be most on our guard to protect liberty when the Government's purposes are beneficent. Men born to freedom are naturally alert to repel invasion of their liberty by evil-minded rulers. The greatest dangers to liberty lurk in insidious encroachment by men of zeal, well meaning but without understanding.**

k.  "Here we are concerned with neither eavesdroppers nor thieves. Nor are we concerned with the acts of private individuals. . . . **We are concerned only with the acts of federal agents whose powers are limited and controlled by the Constitution of the United States."The Eighteenth Amendment has not, in terms, empowered Congress to authorize anyone to violate the criminal laws of a State. And Congress has never purported to do so. Compare Maryland v. Soper,** 270 U. S. 9. **The terms of appointment of federal** prohibition agents **do not purport to confer upon them authority to violate any criminal law.** Their superior officer, the Secretary of the Treasury, has not instructed them to commit crime on behalf of the United States. It may be assumed that the Attorney General of the United States did not give any such instruction.

l.  **Decency, security and liberty alike demand that government officials shall be subjected to the same rules of conduct that are commands to the citizen. In a government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Our Government is the potent, the omnipresent teacher. For good or for ill, it teaches the whole people by its example. Crime is contagious. If the Government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy. To declare that, in the administration of the criminal law, the end justifies the means -- to declare that the Government may commit crimes in order to secure the conviction of a private criminal -- would bring terrible retribution. Against that pernicious doctrine this Court should resolutely set its face.**

3)  Sarcastic humor is a trait of Serbians and that violating one's sense of humor or utilizing sarcasm maliciously can be a basis of a Title VI claim against the United States Government and any of its agencies or officers or officials.

4)  Title VI applies to Slavic and/or Balkan people as they are a distinct group that Congress necessarily included in 1866.

5)  That one making jokes or engaging in sarcastic humor is a 1st Amendment protected activity. America needs to learn to laugh again.  That violating one's sense of humor or utilizing sarcasm maliciously or fraudulently in the Court by an official, officer, or agency of the United States Government is a 1st Amendment violation.

6)  Words are not physically violent acts under the 1st Amendment. Put in another way, words are not violence under the 1st Amendment.

7)  The principle is legally valid: the United States Government can violate or defile's one soul and for it to be a legally cognizable and addressable harm that one has standing to sue over against the United States Government under the United States Constitution as one of the following rights under the Constitution--1st, 4th, 5th, 8th, 9th, 10th, 13th, and 14th Amendments, under the following laws: Title VI of the Civil Rights Act, Section 504,

RICO, 18 U.S.C. 241, 18 U.S.C. 249, 42 U.S.C. 1983, 42 U.S.C. 1985, 42 U.S.C. 1986, 18 U.S.C. 2340, and 18 U.S.C. 2441.

8)  Under the 8th Amendment, it shall constitute cruel and unusual punishment for a United States Agency, judge, or officer to knowingly utilize an individual's disability adversely against their own Constitutional Interests through entrapment or other malicious scheme or operation.

9)  There is neither qualified immunity nor absolute immunity for committing war crimes, torture, and/or terrorism against an American by ANY state or federal government official, employee, or subcontractor abroad or domestically.

10) DEFENDANTS get no absolute or qualified immunity for engaging in RICO predicate acts.

11) In Article II Section 4 of the Constitution, the word bribery in the following sentence-- "The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, **Bribery**, or other high Crimes and Misdemeanors" necessarily includes and means RICO as well.

12) Racketeering is not diplomacy. It may be in corrupt countries, but it is not in America.

13) A United States officer or official engaging in a RICO predicate act falls outside their defined scope of duties and powers.

14) Under RICO:

    a.  That because of the wanton, intentional, malicious, & completely unaccountable and unpunished actions of the DOJ and employees of the DOJ, American Intel, and the remaining DEFENDANTS in regard to RICO Enterprise 1, the Court shall grant PLAINTIFF'S liberal construction and request that PLAINTIFF in a Civil RICO lawsuit be allowed to use all of the powers of 18 U.S.C.§1963, the 18 U.S.C.§1963 caselaw PLAINTIFF cited, and 18 U.S.C. §1964 as remedial measures in the interest of justice. Congress in 1970 inherently presumed and understood that in granting DOJ those powers under 18 U.S.C.§1963 to combat corruption means that Congress in 1970 would have never thought possible that the very leadership of the DOJ and SCOTUS would be the ones perpetuating massive amounts of corruption and legal fraud against their own citizens, committing international and domestic terrorism against American citizens, and committing war crimes against their American citizens the way DEFENDANTS outrageously did against PLAINTIFF between 2008-2022 thereby granting DOJ that amazing power in 1970. Precisely because of the legal fraud and corrupt acts, enabling of war-crimes and torture of certain Solicitor Generals and Attorney Generals of the DOJ that were undertaken over the last 15 years that was directed against an American citizen without Due Process of law, DOJ lost that privilege of them having that power just for themselves because they were entrusted not to

be corrupt; and because they lost that privilege through their actions, PLAINTIFF and future Americans have an affirmative obligation and duty to America to stop the evils of war crimes, corruption, torture, and legal fraud at the hands of DOJ by using the same powers against them when the DOJ acted the way they did. Justice demands and requires the Court to grant that in order to punish the corruption that knowingly happened under their own leadership—there is no better deterrent to prevent corruption than using their own powers against them when they lost their actions. How can one root out corruption if one doesn't have the tools to root out corruption? By the Court granting this, this will ensure DOJ will be less corrupt in the future because the DOJ would necessarily know their own powers can be used against them, which provides DOJ a major incentive not to be corrupt. Here is the thing. DOJ should have absolutely no problem with the proposition PLAINTIFF just proposed and should welcome it completely. Why? If corruption is not going to be a problem in the future in DOJ, then there are going to be no cases that are going to use this precedent against DOJ in the future. DOJ should not cower in fear of the opportunity to redeem themselves by not being corrupt in the future. If they fight against this proposition, then that ruins the image of the DOJ leading to distrust and degradation of the very institutions Americans hold sacred. Sure, there can be stipulations to exactly how far and much the power under 18 U.S.C.§1963 could be used against DOJ, which PLAINTIFF discusses below.

b.  In light of the previous point, PLAINTIFF is asking the Court to rule that when a civil RICO lawsuit includes a current or former DOJ attorney or employee as a defendant, a PLAINTIFF is allowed to utilize 18 U.S.C.§1963 against the current or former DOJ employee in which PLAINTIFF can fully subsequently use 18 U.S.C.§1963 against any additional party or company in the lawsuit that was part of the racketeering within appropriate limits. In regards to utilizing 18 U.S.C.§1963 against the former or current employee of the DOJ, it can be utilized against the DOJ to the extent of the amount of resources that the current or former employee of the DOJ used to perpetuate the RICO Enterprise against the PLAINTIFF, wages and benefits of the current or former employee of the DOJ obtained through the course of employment, and any and all agreements or payments to any third party that was used to perpetuate the RICO Enterprise against a PLAINTIFF by the current and former employee, but 18 U.S.C.§1963 does not apply to the entirety of the organization. So this is holding corrupt DOJ attorneys accountable for their actions but not at the complete financial detriment of the DOJ as an organization. Which is considerate and fair and that balances the interests of all parties when the corruption committed by Attorney Generals, Solicitor Generals, and DOJ Attorneys is the biggest detriment to the DOJ as an institution. After the case, it can't apply retroactively as to eviscerate court resources in the future.

15) USA PATRIOT ACT violates at least: *Ex Parte Jackson*, 96 U.S. 727 (1877) (Prohibition of obtaining, seizing, and opening and reading emails/mails "whilst" in the transport or transmission of data that must necessarily "have a warrant, issued upon similar oath or

affirmation particularly describing the thing to be seized, as is required when papers are subjected to search in one's own household.")

16) That based on the entirety of this complaint, the USA PATRIOT ACT as well as the FISA Court Act are completely unconstitutional in which all of these provisions of the USA PATRIOT ACT are necessarily included as being unconstitutional: §115, §120, §121, §212, §213, §214, §215, §321, §322 §428, §501, §508, and §702. FISA Court

17) In regards to the previous point, PLAINTIFF is making the following factual allegations and presumptions involving American Intel (FBI, CIA, et. al) DEFENDANTS: At least one or more semesters starting around Fall 2007 to Spring 2011 when PLAINTIFF attended SEWANEE, they used a TITLE II or a different Title search under the USA PATRIOT ACT against PLAINTIFF. This was necessarily unconstitutionally done in which legal fraud was committed on the court and by the court. DEFENDANTS utilized the FISA Court unconstitutionally against PLAINTIFF since either Fall 2007 or Spring 2008 in which legal fraud was committed against the FISA court by DEFENDANTS. American Intel DEFENDANTS from Fall 2007 to Spring 2011 utilized national security letters against companies that had information on PLAINTIFF—these were all necessarily unconstitutionally done in which legal fraud was perpetuated based on these unconstitutional national security letters (in which some of them were utilized against Co-DEFENDANTS like Apple, Meta, Cox Communications, etc.). American Intel DEFENDANTS unconstitutionally used USA PATRIOT ACT provisions: §115, §120, §121, §212, §213, §214, §215, §321, §322 §428, §501, §508, §702, and §896 against PLAINTIFF starting from around Fall Semester 2007 or Spring Semester 2008 and has not stopped utilizing it against PLAINTIFF since that initial time they started using the USA PATRIOT ACT unconstitutionally against PLAINTIFF. Furthermore, American Intel DEFENDANTS used any other relevant and applicable Presidential Directive or Executive Order against PLAINTIFF between Fall 2007 to Present in regard to having seized, searched, detained, tortured, taken, PLAINTIFF'S person and property and in addition, violated PLAINTIFF'S constitutional rights by American Intel DEFENDANTS.

18) That whenever justice so demands it in which officials in the United States government engaged in such horrific constitutional abuses that violated every single sense of traditional notions of justice and fairness in which the conscience is shocked, a PLAINTIFF can request the Court either exclude certain case law in which prejudice and fraud upon the Court occurred or that the Court can only utilize a certain era of caselaw to ensure fairness and Due Process to the PLAINTIFF to prevent these abuses from occurring in the future.

19) That Civil Asset Forfeiture is unconstitutional in which the United States Government fails to provide notice of the proceeding to the owner of the property and that a criminal conviction and finding of guilty is needed to utilize Civil Asset Forfeiture against property.

20) That the IRS requirement of reporting of transactions in which $10,000 or more in US Dollars from overseas that is brought to America is unconstitutional; and if Congress has

a problem with that, it can create exceptions to that law's applicability. That reporting any online transactions in which $600 or more is spent is also unconstitutional.

21) That this litigation is not vexatious and not biased or prejudicial against the DEFENDANTS.

22) That it is a material 4th and 5th Amendment violation for any American intelligence agency to use a foreign intelligence agency anywhere in the world against an American subject when ANY American intelligence agency has a reason to know they are doing so when any agency has committed a constitutional violation against the American subject in the process of investigating the subject; are constitutionally compromised by their own actions; are retaliating against an American subject; that the taint of American Intelligence agencies is not removed once they utilized an independent foreign source; and other conditions to be determined. That there is a de-facto presumption prohibiting the United States government in using any foreign intelligence against an American subject; that there is a de-facto presumption against the United States government from obtaining any evidence against an American subject by a foreign intelligence agency; for Constitutional purposes, a foreign intelligence agency will never be viewed as an independent source outside of the United States Government and the United States government can never argue that a foreign intelligence agency being utilized against an American is an independent source from the foreign intelligence agency they utilized.

23) That it is completely unconstitutional to utilize Title II of the USA Patriot Act against a 20 year old who had an open can of Coors Light.

24) That any American subject to a FISA ruling must have been necessarily told and made aware of the proceedings used against him in which the Court must afford an American an opportunity to defend himself, engage in cross-examination, bring witnesses, and more; and that a failure to do these things are completely unconstitutional.

25) Law Enforcement utilizing an independent source under *United States v. Leon*, 468 U.S. 897 (1984) is unconstitutional as applied in this case.

26) National Security Letters are Unconstitutional.

27) That precisely because of the extraordinary events that occurred in this Complaint under *Star Chambers* in which there will never be a similar situation in United States history, that the Court issue a mandamus to Congress to necessarily declare the following cases as unconstitutional as they are necessarily and irrevocably constitutionally compromised, tainted, and corrupted; and that any cases and issues that come in the future cannot be ruled in the same exact manner:

**(P):** PLAINTIFF asks the court to rule that modern iterations of      [  ] Granted
*Star Chambers* are unconstitutional as they adversely effect      [  ] Denied

~~every single notion of traditional justice and fairness in the law
and in court.~~

**(Q):** PLAINTIFF requests the Court to allow PLAINTIFF to own
and operate the following weaponry—handguns/pistols, shotguns,
rifles, rockets and rocket launchers, and Boeing Apache Helicopters.
Those are necessary to repel DEFENDANTS
from committing another terrorist act against PLAINTIFF again
on PLAINTIFF'S properties.

[  ] Granted
[  ] Denied

**(R):** If any financial request of (A) is denied, PLAINTIFF asks
~~the Court to grant PLAINTIFF'S request that~~
DEFENDANTS pay for PLAINTIFF'S Medical & Psychological
care for life at PLAINTIFF'S complete direction and discretion
because of everything in this complaint, particularly:
*Miki's Tea Party*
*An Anchor and a Pitchfork*

[  ] Granted
[  ] Denied

**(S):** PLAINTIFF has a right to travel anywhere in the world
In which private individuals like HILLARY CLINTON
or government actors cannot dictate where PLAINTIFF
and his family are allowed to travel to in the future.
Furthermore, no DEFENDANT countries will prohibit
PLAINTIFF from entering into the country and will ensure
PLAINTIFF'S safe travels and time in respective countries

[  ] Granted
[  ] Denied

**(T):** Social Credit Systems that function similarly to the
Social Credit System (社会信用体系) in China are unconstitutional
the in the United States of America.

[  ] Granted
[  ] Denied

**(U):** PLAINTIFF asks the Court to grant the request that PLAINTIFF
shall have no income & property tax for life (which also includes
all of PLAINTIFF's future heirs and their children and heirs) for
up to 3 generations that can't be transferred to anyone else.
In addition, PLAINTIFF asks the Court to grant the request that
there shall be no income & property tax for life for PLAINTIFF'S
extended family (up to 3 degrees of blood relatedness) for up to 3
future generations and their heirs that can't be transferred to anyone
else. PLAINTIFF and his heirs should not have to pay the
US Government for committing terrorism, war crimes, and torturing
PLAINTIFF against PLAINTIFF'S Constitutional and Legal Rights.

[  ] Granted
[  ] Denied

**(V):** PLAINTIFF asks court to 1) denounce eugenics in the opinion                    [  ] Granted
and expressly stating that eugenics is unconstitutional, and 2)                         [  ] Denied
sterilizing one or allowing one to undergo any sex change procedure
under the age of 18 on the basis of their disability is unconstitutional.
Plaintiff asks the Court to affirm there exists a substantive
liberty for disabled individuals to marry and procreate.

**(W):** Congress and the Court shall create a new part of the
legal definition of domestic terrorism in which it shall include:
any plot, artifice, operation, or scheme undertaken by two or more
united states federal employees or officials or at the behest of them that
crosses state or international lines for political or legislative purposes
in which conspirators willfully, intentionally, and knowingly target and deprive
an American of their constitutional rights and violate that
American's constitutional rights in the process of their operation,
scheme, plot, or artifice by force, coercion, abuse of legal process,
kidnapping, malicious prosecution, torture, sex trafficking of children,
entrapment, bribery, fabrication and utilization of materially misleading
narratives or evidence, or murder, in order to deprive any
additional American of their constitutional rights.

Any Executive Orders issued by the President, any orders
from high ranking members of the White House, or any orders
issued by any managers or leaders in any US Intelligence
agency or DoD or having any foreign intelligence agency or military
or private third parties conduct the scheme, plot, artifice,
or operation at the request of the American conspirators is covered
by the definition.

The penalty of this shall be a minimum of 25 years in jail without
parole or death

**(X):** Disability issues that impact substantive liberty issues will not       [  ] Granted
be decided on Rational Decision Basis but on a higher standard.                   [  ] Denied

**(Y):** PLAINTIFF asks the court to prohibit any future retaliation,            [  ] Granted
surveillance, and torture by any foreign intelligence service                    [  ] Denied
or military service and the United States Government.

**(Z):** PLAINTIFF asks the Court to have DEFENDANTS                             [  ] Granted
give PLAINTIFF credit for Intellectual Property used and stolen
without PLAINTIFF'S permission or consent, especially in the White House         [  ] Denied
permission or consent, especially in the White House.

**(A1):** PLAINTIFF asks the Court to rule that there is a substantiative      [  ] Granted
constitutional right in the sanctity of marriage via the                       [  ] Denied
9th or 10th Amendment that can't be infringed upon by the US Government.
This is direct response to the assault DEFENDANTS committed on
PLAINTIFF in regards to the sanctity of his marriage.

**(B1):** PLAINTIFF and the United States Government will create
a private public partnership in assisting special needs kids
at schools all across the country. Additionally help at risk youth.

**(C1):** PLAINTIFF asks the Court to allow PLAINTIFF to                        [  ] Granted
purchase requisite chemicals and have the ability to manufacture               [  ] Denied
his own Adderall and Ketamine and other generic medicaitons
in the confines of PLAINTIFF'S
home or properties—not for individual sale or use or distribution
outside of any of PLAINTIFF'S properties or self—because
DEFENDANTS routinely denied PLAINTIFF the proper help
and medication when he desperately needed under the 8th Amendment.
Therefore, PLAINTIFF should have emergency access to
lifesaving medication whenever PLAINTIFF needs it.

**(E1): All legal rulings and requests made in *the Chicago Cases such
as Title VI claims, retaliation against PLAINTIFF by judges for
Free Speech is prohibited, PLAINTIFF'S slavery claims,
Denial of Due Process claims, RICO Claims, and more.***

**(F1):** PLAINTIFF asks the Court that **a):** on the day that Air Serbia will    [  ] Granted
receive one of their BOEING 787 or A330neo, and/or A321neos,                   [  ] Denied
PLAINTIFF'S 'Kawaii One' will also be right behind the
"new" aircraft for Air Serbia in which HILLARY CLINTON,
BILL CLINTON, ANDREW MCCABE, JAMES COMEY,
JOHN O. BRENNAN, JEH JOHNSON, CHIEF JUSTICE
JOHN ROBERTS, MICHAEL HAYDEN, GEORGE W BUSH,
BARACK OBAMA, LEON PANETTA, and HAROLD KOH will be
on it and they all will have to make a funny and classy Serbian "*Itan*"
music video in Serbia to the song of: *Avionu Slomicu Ti Krila* by Riblja
Corba. DEFENDANTS will spend no more than 2 days max in Serbia
and fly back on 'Kawaii One' or Air Serbia to America.
Aforementioned (except muslims) all must necessarily

drink Domaca both days they are in Serbia.
**b):** In transfer party of the aircraft acquired in (A) to Air Serbia
following will be given to PLAINTIFF:
**three nicely furnished wooden framed sets of:**
**One set:** 1 $20 dollar bill (JACKSON) and 1 $2 bill (JEFFERSON)
with a meaningful letter of apology from HILLARY CLINTON &
BILL CLINTON.
**Second set:** 1 $20 dollar bill (JACKSON) and 1 $2 bill (JEFFERSON)
with a meaningful letter of apology from
ANDREW MCCABE, ROBERT MUELLER, JOHN BRENNAN,
& PETER STRZOK.
**Third set:** An official meaningful letter of apology by
CHIEF JUSTICE JOHN ROBERTS in which the Court officially
recognizes that the ruling of
*City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015)
was one of the most unconstitutional rulings ever made within the last
50 years in which it is declared null and void by SCOTUS
(also declare *Korematsu* as unconstitutional as well).


**(H1):** PLAINTIFF asks the Court to find the following laws,                    [] YES
principles, and cases unconstitutional:
USA PATRIOT ACT;
Qualified and Absolute Immunity;
Star Chambers;


**(J1):** PLAINTIFF asks the Court to discharge any disabled students' college    [  ] Granted
loans who took them out between 2008-2016                                         [  ] Denied
because of how adverse DEFENDANTS were against disabled
individuals between 2008-2016. In the alternative, allow PLAINTIFFS,
to discharge student loans in bankruptcy.

**(K1):** Plaintiff requests for the Courts to have DEFENDANTS assist in          [  ] Granted
creating a bigger & better version of the Miniatur Wunderland in                  [  ] Denied
Hamburg, Germany and have an American version of it in which
PLAINTIFF owns outright in which DEFENDANTS cannot take,
cannot take, seize, or tax in any way or capacity forever.
Assisting includes finding a suitable location in a big American city,
electronics, layout, etc. Details To Be Determined Later.
This primarily stems from DEFENDANTS stealing PLAINTIFF'S
Flash drive to continue their Enterprise from PLAINTIFF'S HO Scale
Intermodal Container in Summer and Fall 2016 that he hid in
the train club near Baton Rouge, Louisiana.

**(M1):** Any use future, new, or existing technology that

can pierce the walls, roof, and windows of one's own home, apartment, residence, place of business or employment that gives an ability to listen, view, monitor or to analyze the individuals inside the aforementioned locations shall be presumed to be unconstitutional.

**(N1):** the utilization of using any foreign intelligence service to watch, monitor, analyze, surveil, search, and seize, an American in the United States is unconstitutional.

**(O1):** Pre-Crime Analysis and Profiling is unconstitutional.

**(P1):** American Intelligence or Defense's use of super computers that created a predictive analysis and course of action and their subsequent usage of that analysis and course of action to impede an American's right to seek redress in any court, any federal administrative agency or department, the U.S. military, and any local or state government for any constitutional wrong is unconstitutional, prohibited, and is a tort in which a cause of action can be found under at least 18 U.S.C. 241, 42 U.S.C. 1983, 42 U.S.C. 1985, any Civil Rights law, and the 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment.

**(Q1):** Any reports, analysis, and research in which American Intelligence, law enforcement or Defense used any super computers about an American shall be disclosed to the American upon request via FOIA or in any Court. Failure to provide the report upon request is a 1st Amendment, 4th Amendment, 5th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment violation and a cause of action can be found under any one of those amendments as well any Civil Rights law, 42 U.S.C. 1983, and 42 U.S.C. 1985

**(R1):** Any reports, analysis, and research about an American that was created by a private third party or any foreign intelligence service in which the United States government received or utilized the report, analysis or research shall be unconstitutional. Such reports shall be disclosed to any American upon request.

**(S1):** An American Intelligence or Defense's use of super computers to create a pre-crime analysis and place any American on a potential domestic terrorist watch list is defacto unconstitutional. Any American placed on that list shall have the ability to be taken

off the list upon request or in court. Being placed on the list is a
defacto deprivation of life, liberty, and pursuit of happiness. The
United States government shall have the burden to prove
beyond a reasonable doubt why the person is on the list in which
the US Government cannot use any fabricated, materially
misleading, or government induced ploys in their justifications.

**(T1):** That during any investigation or operation
conducted by any local, state, or American law enforcement agency,
there shall be a moment in which they are forced to ask
themselves the question of: 1) are we the baddies?
2) *Miki's Cool Down Period:* that when any local, state, or
federal law enforcement or intelligence agency, and any foreign
intelligence agency at the behest of any American intelligence
agency or law enforcement or local or state law enforcement
does one the following constitutional wrongs in the course of
an investigation or operation against an American, they are
no longer allowed to continue the investigation or operation
against an American.
- o  Torture
- o  War Crimes
- o  2 RICO Predicate Acts
- o  Utilizing known perjured testimony in a warrant
- o  Utilizing fabricated materially misleading narratives
- o  Intentionally omitting facts that paint a different picture
- o  Being significantly mistaken on law & constitutional rights
- o  Being willfully blind to constitutionally protected rights and law
- o  Taking action against someone on the basis of their legally
    protected status under Title VI, Title IX, ADEA, and Section 504
    /ADA/IDEA.

(U1): Furthermore, it shall be a showing of malice and prejudice
by any local, state, or federal intelligence or law enforcement
agency that deprived an American of Due Process
under the 4th, 5th , and 14th Amendment in the previous instance
in which they cannot justify continuing an investigation
based on a misdemeanor or any violation of federal law in
which the punishment of such would not exceed five years.

(V1): There is federally protected Constitutional Right in having sanctity inside the home and
depriving one of such constitutes a taking of property under the 5th Amendment.


In Conclusion, PLAINTIFF pleads the Court grant relief to all of PLAINTIFF'S Prayers for
Reliefs in Section V of the Complaint.

(V1): There is federally protected Constitutional Right in having sanctity inside the home and depriving one of such constitutes a taking of property under the 5th Amendment.

There may be other explanations, but based on a preponderance of the evidence, the CIA, HILLARY CLINTON, INDIA, BARACK OBAMA, and the ROTHSCHILDS all had a fundamental part of implementing *JAPLAN* against PLAINTIFF in Summer 2015.

In Conclusion, PLAINTIFF pleads the Court grant relief to all of PLAINTIFF'S Prayers for Reliefs in Section V of the Complaint.

If the Court cannot get a hold of PLAINTIFF, then PLAINTIFF has been executed or DEFENDANTS continue to tamper with PLAINTIFF'S phone and laptop and email account.

Simply: GIVE AUTISTIC PLAINTIFF LIBERTY, PLANES, TRAINS and $7 Billion USD or Death. There is no other valid option in PLAINTIFF'S mind.


Respectfully Submitted,


Milan Michael Kotevski.


Counsel for Plaintiff-Pro-Se.
MKT
847-380-0400
Email: Miki.kotevski@gmail.com
Miki.kotevski@protonmail.me


If You Were appointed by Obama or Clinton, prove beyond a reasonable doubt you can be fair, impartial, Just, reasonable, & equitable — Justice so requires — Miki



UNITED STATES
POSTAL SERVICE®                                    Retail

P    US POSTAGE PAID                Origin: 60083
     $18.65                         04/12/24
                                    1681123083-07

PRIORITY MAIL®

                                   1 Lb 0.00 Oz
EXPECTED DELIVERY DAY: 04/15/24     RDC 03

                                    C046
SHIP
TO: 777 FLORIDA ST
    BATON ROUGE LA 70801-1717

USPS SIGNATURE® TRACKING #

9510 8128 8521 4103 4480 71

FROM: Miki Koterski
3102 N Maple Tree ln
Wadsworth IL 60083

TO: Middle District of LA
777 Florida St
Suite 139
Baton Rouge, LA. 70801