**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MILAN MICHAEL KOTEVSKI** | **CIVIL CASE NO.** |
| **VERSUS** | |
| **HILLARY RODHAM CLINTON, ET AL.** | **24-310-BAJ-EWD** |

### ORDER

I hereby recuse myself from this matter, No. 24-310-BAJ-EWD, *Milan Michael Kotevski v. Hillary Rodham Clinton, et al.,* (M.D. La. April 15, 2024).

Signed in Baton Rouge, Louisiana, April 18, 2024.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**