**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

MILAN MICHAEL KOTEVSKI,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
HILLARY RODHAM CLINTON, WILLIAM  )
JEFFERSON CLINTON, ET AL.　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　)

RECEIVED

JUL 16 2024

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

Case Number: 24-cv-000310-BAJ-RLB

Judge JACKSON

Magistrate Judge BOURGEOIS JR.

　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

**PLAINTIFF'S F.R.C.P *RULE 65(a) MOTION* SEEKING PERMANENT INJUNCTION.**

**CASE SUMMARY:**

This case is massive in its scope and is truly a once in a lifetime case that would be in the top 10 most important cases of this century. PLAINTIFF has over 20 different legal basis for federal court jurisdiction.[1] There are no easy answers with PLAINTIFF'S case. What happens when PLAINTIFF has clean hands for major crimes and claims against DEFENDANTS but has dirty hands when it comes to little trivial things that DEFENDANTS seek to exploit to prevent PLAINTIFF from having clean hands on two major events in PLAINTIFF'S life and DEFENDANTS themselves having dirty hands on major issues and clean hands on trivial things --in which there are faults with everyone-- have the right to deprive a destitute autistic American of his life, liberty, and property without notice, a hearing, or an opportunity to defend himself

---

[1] *42U.S.C.§1983; 42U.S.C.§1985; 42U.S.C.§1986; 18U,S,C.§1961 et al; 18U.S.C.§2340;18U.S.C.§2441; 20 U.S.C.§701; 42U.S.C.§2000aa; 42U.S.C.§2000a; 42U.S.C.§2000dd; TERRORISM RISK INSURANCE ACT of 2002; FSIA 28U.S.C.§1605B; 28U.S.C.§1330; 18U.S.C.§2520(a); 50U.S.C.1810; 28U.S.C.§1343; 28 U.S.C. §1367 (and Louisiana Revised Statutes); 42U.S.C.2000a-6 18 U.S.C.§1964; RFRA/42U.S.C.§2000bb 18U,S,C§2333; 28U.S.C.§1605(a)(7);  28U.S.C.§1330;  50U.S.C.§1810; 29 U.S.C. §790 (Section 504)*

because DEFENDANTS enabled a massive RICO Enterprise to be undertaken against an American for their own malicious purposes that at times have helped people and even PLAINTIFF? PLAINTIFF throughout the record has shown remarkably good faith trying to balance the competing interests and needs of more than 100 DEFENDANTS and sued more than 100 DEFENDANTS to spread the cost lower amongst DEFENDANTS or put the payment on an entity in which paying PLAINTIFF would cost them less than 1% of their total assets and funds. It strikes at every part of life and quintessentially asks the Court what is the relationship between the US Government and foreign governments concerning an American, what are the limits of power of the US Government and how do you hold US Government and Foreign Government officials accountable for their actions against an American; what is the role of the Judicial branch in combatting tyranny and corruption in the US, world, and amongst themselves, what are the standards of conduct that a judge must hold themselves to on the bench and the modern applicability of *In re Murchison, 349 U.S. 133 (1955), United States v. Shotwell Mfg. Co., 355 U.S. 233 (1957), Swekel v. City of River Rouge, 119 F.3d 1259 (6th Cir. 1997), Foster v. City of Lake Jackson, 28 F.3d 425 (5th Cir. 1994); Bell v. City of Milwaukee, 746 F.2d 1205 (7th Cir. 1984);* how free is an American in modern society; what are the values the United States holds dear to their heart today; is the justice system in the United States two-tiered, what does fairness look like in the modern age; the pain and suffering PLAINTIFF experienced is mortifying; and so much more.

Simply to say, PLAINTIFF is fucking fed up with everyone's bullshit. This Motion is PLAINTIFF metaphorically throwing a grenade to destroy the corruption that he has been subject to once and for all after being subject to some of the worst crimes known to man for more than 15 years. PLAINTIFF comes to the 5th CIRCUIT COURT OF APPEALS in which PLAINTIFF has 10 Counts of judges from the MIDDLE DISTRICT OF LOUISIANA COURT, NORTHERN DISTRICT OF ILLINOIS, and 7TH CIRCUIT COURT OF APPEALS violating 18 USC 1962(A), 18 USC 1962(B), 18 USC 1962(C), and 18 USC 1962 (D), 5 Counts of the Supreme Court via CHIEF JUSTICE JOHN ROBERTS violating 18 USC 1962(A), 18 USC 1962(B), 18 USC 1962(C), and 18 USC 1962 (D), the FISA court under CHIEF JUSTICE JOHN ROBERTS' supervision violating 18 USC 1962(A), 18 USC 1962(B), 18 USC 1962(C), and 18 USC 1962 (D) on three separate occasions, and over 10,000 Counts of DEFENDANTS violating 18 USC 1962(A), 18 USC 1962(B), 18 USC 1962(C), and 18 USC 1962(D). Judges cannot ignore *United States v. Grubb, 1 1 F.3d 426, 438-39 (4th Cir. 1993).*

PLAINTIFF, being the victim of a RICO Conspiracy, was sexually abused by the CIA, PRIME MINISTER MODI & THE INDIAN GOVERNMENT, BILL and HILLARY CLINTON, LYNN DE FORESTER ROTHSCHILD and SIR EVELYN ROTHSCHILD or a combination of the aforementioned DEFENDANTS in TOKYO in 2015 because either JAMES COMEY and the FBI or JEH JOHNSON and DHS or the Department of Defense leaked information in the course of an ongoing investigation to HILLARY CLINTON informing her how to politically assassinate PLAINTIFF (i.e. *JAPLAN*) that CHIEF JUSTICE JOHN ROBERTS approved of and personally witnessed and saw PLAINTIFF in Japan in July 2015 or it was the RUSSIANS via GRU and the KGB and possibly PLAINTIFF'S former lover were listening in and implemented the plan with the help of the Indian Government, which was a defacto political assassination against PLAINTIFF. The reason why DEFENDANTS did this against PLAINTIFF was because PLAINTIFF was a victim of international and domestic terrorism that occurred in 2011 and was

a liability to certain DEFENDANTS by ROBERT MUELLER'S FBI, HILLARY CLINTON'S STATE DEPARTMENT, INDIAN GOVERNMENT UNDER PRIME MINISTER SINGH, and BRITISH Intelligence in which PLAINTIFF was never paid a minimum of $10,000,000,000 USD that he was forced to labor under the direction of the United States Government, Qatari Government, British Government, and Indian Government who created a specific job for him to do on March 11th, 2011 in London Heathrow Airport, London, and Dulles International Airport. On top of the political assassination by DEFENDANTS, there were two assassination attempts on PLAINTIFF'S life in which PLAINTIFF was poisoned with cyanide in July 2015 by DEFENDANTS and another assassination attempt at DEERFIELD HIGH SCHOOL in DEERFIELD, IL on or about February or March 2017 that PLAINTIFF miraculously survived both times. PLAINTIFF was a perfect person for DEFENDANTS to maliciously exploit because he is autistic, gets easily prodded into having 1st Amendment protected speech be utilized maliciously by DEFENDANTS, tolerates the worst treatment known to man because he is that loving and protective, forgives easily, is offensively entertaining at times and is super sarcastic, tells the truth to a fault, is a mild idiot savant, and has no family support structure or wife or girlfriend support from his family and former lovers, who very well could be Russian or Chinese spies. Friends of PLAINTIFF routinely snitched behind PLAINTIFF'S back to their respective governments to harm PLAINTIFF, the vast majority of Americans who PLAINTIFF at one time or another would have given his life for. DEFENDANTS through PLAINTIFF'S college years and law school years falsely branded PLAINTIFF as being an arsonist, rapist, pedophile, terrorist, cartel member, and more and utilized those false brands for their own malicious purposes. PLAINTIFF had so much love to give and DEFENDANTS destroyed that and PLAINTIFF'S dreams through the years routinely beating, abusing, breaking PLAINTIFF'S soul and spirit based on characteristics that PLAINTIFF had no control over. PLAINTIFF wrote a constitutionally and statutorily protected book in defense of disabled students and saving disabled students lives, making schools safer to properly address bullying and harassment, and defending free speech and the free exchange of ideas in which the FBI falsely labeled PLAINTIFF a Russian spy for a joke he made in the book in which ROBERT MUELLER was rehired in 2017 to try to prosecute PLAINTIFF after he was one of the ringleaders of the acts of terrorism against PLAINTIFF and deprived PLAINTIFF of his payment for the services PLAINTIFF rendered on behalf of him and other DEFENDANTS. So PLAINTIFF started his cool down period around August 2017 and became severely depressed. PLAINTIFF underwent massive weight gain and suffered horrendously psychologically and physically having numerous ailments and living for a second time in squalid conditions. It was really only until PLAINTIFF managed to get some cognitive capacity back after receiving Ketamine treatment that autistic PLAINTIFF was able to start describing his pain and become somewhat able to litigate. So PLAINTIFF started questioning everything. He understood the importance of what happened in London in July 2023 in which years of fraud was materially omitted and intentionally hidden from him. During this time and from like 2004 to 2024, DEFENDANTS waged one of the worst corrupt campaigns against PLAINTIFF intentionally depriving him of access to the Courts, creating Star Chambers in the Supreme Court and elsewhere, stealing his ideas and intellectual property, and hacking into his computer to prevent PLAINTIFF from obtaining and gathering evidence and ignoring more than 30 FOIA requests, phone-calls, emails, complaints, and in-person visits to prove the corruption being undertaken against him by DEFENDANTS and for once and all to have the corruption end. SCOTUS intentionally created the following precedent to prevent PLAINTIFF from winning in Court on certain claims: *City & County of S.F. v.*

*Sheehan, 575 U.S. 600 (2015), Ashcraft v. Al-Kidd, 563 U.S. 731 (2011), and Holder v. Humanitarian Law Project, 561 U.S. 1 (2010).* Everytime PLAINTIFF did try to attempt to resolve the issues he was only met with lies, deception, more fraud, and more RICO violations by DEFENDANTS. DEFENDANTS routinely fabricated evidence against PLAINTIFF to intentionally vilify PLAINTIFF and maliciously prosecute PLAINTIFF. Then PLAINTIFF gave DEFENDANTS an opportunity to resolve the issues amicably in which DEFENDANTS did the exact opposite and conspired further against PLAINTIFF from October 20th, 2023. Then when PLAINTIFF sought redress in Court on December 27th, 2023 for the RICO violations and having nearly every single constitutional right violated by DEFENDANTS, it began the *Chicago Cases* and *Louisiana Cases* in which at least 7 different judges violated 18 USC 1962(A), 18 USC 1962(B), 18 USC 1962(C), and 18 USC 1962(D). Throughout the litigation, PLAINTIFF offered settlements to DEFENDANTS that were remarkably lower than what PLAINTIFF expected and DEFENDANTS disrespected PLAINTIFF even further knowing what PLAINTIFF wanted by acting corruptly and ignoring PLAINTIFF. PLAINTIFF gave multiple Courts more than 150 cases supporting his position that at least three different courts and more than 15 judges intentionally ignored on purpose. Everything PLAINTIFF has experienced is textbook Outrageous Government Conduct that SCOTUS warned about *Rochin v California, 342 U.S. 165 (1952)* and Entrapment cases to such unbelievably outrageous degrees on multiple occasions. That through everything in life, PLAINTIFF chose the hard way and has been PLAINTIFF has been extremely truthful even when it harmed him the most.

PLAINTIFF argues this case is the key to revitalizing trust in institutions and being freer in America and we are a nation of law and rules and not corruption and politics. That to be an American means to understand and believe that there are certain inalienable rights and that laughter, forgiveness, love, and making America better are admirable traits that the Court should reward, support, and kindle and that holding government accountable for their actions is necessary. That there are certain vile acts and behavior from the Government, Intelligence Agencies, Military, and Judiciary that are never to be allowed or tolerated.

# FACTUAL & PROCEDURAL HISTORY

1. PLAINTIFF is doing everything he can to tell the truth and inform the Court about the issues that PLAINTIFF understands it to be based on the very limited pieces of information he has been given and was able to ascertain.

2. PLAINTIFF comes now to the DISTRICT COURT (in addition to the 5th CIRCUIT COURT OF APPEALS receiving essentially the same motion) after what can only be described as corrupt proceedings by JUDGE BRAIN JACKSON AND JUDGE

RICHARD BOURGEOIS JR in Case Number: 24-cv-000310-BAJ-RLB (hereon: *The Louisiana Cases[2]*).

3. The *Louisiana Cases*, quite simply, are PLAINTIFF'S attempt to remedy the Constitutional and RICO harms that occurred in numerous cases that occurred in the NORTHERN DISTRICT OF ILLINOIS COURT and the 7th CIRCUIT COURT OF APPEALS from December 27th, 2023 when PLAINTIFF filed his initial complaint in the Northern District of Illinois and to end the RICO Conspiracy and Enterprise that occurred over 15 years against PLAINTIFF in which PLAINTIFF was denied Due Process and subject to RICO acts even before he filed his complaint in the Northern District of Illinois on December 27th, 2023.

4. The *following cases constitute the Chicago Cases: Kotevski v. Clinton, 23-17137 N.D. Illinois; Kotevski v. Jenkins, 24-1085 7th Circuit Court of Appeals, In Re: Milan Michael Kotevski, 24-1085 7th Circuit Court of Appeals, and most importantly, In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois*

5. *The Text of In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois that was filed on Jan 23rd, 2024 is the following with PLAINTIFF'S emphasis:*

   a. "**Filing 1** EXECUTIVE COMMITTEE ORDER: On December 6, 2023, Milan Kotevski entered the Dirksen U.S. Courthouse. **While present, he made several inappropriate and threatening statements. These remarks caused concern for the safety of individuals.** ***Representatives of the United States Marshals Service*** were called to ***provide assistance*** and investigated the matter. ***The Court's Executive Committee finds that there is sufficient cause for concern regarding Mr. Kotevski's conduct*** if he is not escorted during his time in the Dirksen U.S. Courthouse in Chicago, Illinois or the Roszkowski U.S. Courthouse in Rockford, Illinois. IT IS, THEREFORE, HEREBY ORDERED THAT to maintain judicial security, Mr. Kotevski is ordered to sign in upon arrival at the Dirksen U.S. Courthouse at 219 S. Dearborn Street, Chicago, Illinois, 60604 or in the Stanley J.

---

[2] PLAINTIFF understands that there has only been one case in Louisiana and *Louisiana Cases* should be in the singular form of *Louisiana Case*; however, for mental simpleness and cohesiveness, PLAINTIFF is just making *Louisiana Cases* plural to match the plurality of the *Chicago Cases*.

Roszkowski U.S. Courthouse at 327 S. Church Street, Rockford, Illinois 61101, and IT IS FURTHER ORDERED THAT a representative of the U.S. Marshals Service shall accompany Mr. Kotevski at all times while he is present in the Dirksen U.S. Courthouse or in the Stanley J. Roszkowski U.S. Courthouse, and IT IS FURTHER ORDERED THAT a miscellaneous file with the title "In the Matter of: Milan Kotevski" and case number 24 CV 00556 shall serve as the repository of this order, and any order or minute order entered pursuant to this order. The Clerk will also maintain a miscellaneous docket associated with the file. All orders retained in the file will be entered on that docket following standard docketing procedures.IT IS ALSO ORDERED that the Clerk shall cause a copy of this order to be left at the security desk in the lobby to hand to Mr. Kotevski the next time he enters one of the courthouses of the Northern District of Illinois. Signed by the Executive Committee on 1/23/2024. **Mailed notice. (lw, ).**"

6. **PLAINTIFF incorporates the entirety of the record, legal claims, facts, and the legal arguments from the *Chicago Cases* herein.**

7. PLAINTIFF would have attached and printed the record in the *Chicago Cases* and given them to this Court; however, PLAINTIFF has no money and cannot afford to print over two thousand pages of legal documents and send it via USPS or FEDEX or UPS. PLAINTIFF asks for the Court's mercy.

8. **PLAINTIFF incorporates the entirety of the record, legal claims, facts, and the legal arguments from the *Louisiana Cases* herein.**

9. PLAINTIFF believes that the entire record from the *Chicago Cases* and the *Louisiana Cases* are enough to warrant a permanent injunction and a permanent restraining order. Similarly, if the record is not enough, that is because DEFENDANTS CIA, FBI, GRU, and other American and Foreign Government agencies have intentionally deprived PLAINTIFF of the information necessary in order to prevent PLAINTIFF from being able to litigate in violation of RICO and PLAINTIFF'S Due Process rights.

10. As an initial matter, PLAINTIFF, after having been tortured for so long, came to realize that a promise may be construed maliciously in the *Louisiana Cases*; therefore, PLAINTIFF rescinds any promises he may have made or implied or any actions for the

benefit of Louisiana or LSU (outside of not finding LSU financially liable) in the *Louisiana Cases* in the interest of justice because PLAINTIFF just wanted to give a gift back and feel good after having been tortured for so long.

11. DEFENDANTS routinely took advantage of PLAINTIFF'S kindness, ignorance, and mercy to further the RICO Enterprise against PLAINTIFF throughout the years to continue to materially benefit from the RICO Enterprise against PLAINTIFF; furthermore, DEFENDANTS routinely exploited PLAINTIFF'S need and desire for love by having created situations to deprive him of the truly quintessential need of PLAINTIFF'S life throughout college and law school—love and respect.

12. Let PLAINTIFF explain and give some examples of Paragraph #11 in the next few paragraphs. PLAINTIFF firmly discovered RICO Enterprise #2 in or about Spring 2017 in which DEFENDANTS attempted to assassinate PLAINTIFF at DEERFIELD HIGH SCHOOL in DEERFIELD, IL around the same time. PLAINTIFF, through the course of his investigation, became aware of the Pandora's Box that RICO Enterprise #2 is to America because of how political it had become, that it could be connected to at least two different Supreme Court justices that PLAINTIFF is not mentioning on purpose as a sign of respect to them even to this day, the financial implications that arose from RICO Enterprise #2, the number of people it would impact, and the damage it would cause to America *if fully prosecuted* to the full extent that RICO demands—thousands of jobs lost, industries damaged, institutions degraded, and more. In PLAINTIFF'S mind at the time, PLAINTIFF'S mind could not accept that what justice required would be the full prosecution of RICO Enterprise #2 because the damage done to America as a whole was not worth getting MARCIA GREENBERGER, NATIONAL WOMEN'S LAW CENTER,

MS. DUFFY at NWLC, JOCELYN SAMUELS, GEORGE SOROS, CATHERINE

LHAMON, RUSSLYNN ALI, TOM PEREZ, and more in which DOJ would probably

agree with PLAINTIFF about PLAINTIFF'S assessment to a certain extent and the FBI

and JAMES COMEY knew about it via PLAINTIFF'S pursuit of apprehending

CATHERINE LHAMON for a 18 USC 1001 violation and NWLC, CATHERINE

LHAMON, RUSSLYNN ALI, and JOCELYN SAMUELS violating numerous

Constitutional Rights of students all across the country, especially disabled students.

13. Continuing Paragraph #11. PLAINTIFF never sold the lawsuit concerning RICO

Enterprise #2 to anyone because PLAINTIFF fundamentally and on principle cannot do so

because doing so would extremely violate PLAINTIFF'S sense of justice as that was

PLAINTIFF'S purpose and intention. RICO Enterprise #2 is far more detrimental to

Democrats than it is to Republicans; and if PLAINTIFF was a full Republican playing for

the Republican Party, he would have pursued that litigation and sold RICO Enterprise #2

to the Republicans. PLAINTIFF at the time recognized that if PLAINTIFF would have

pursued the litigation with RICO Enterprise #2, he could have enriched himself to the tune

of $44 Billion or more. PLAINTIFF was far more interested about pursuing justice and

defending Constitutional Rights than making money from RICO Enterprise #2. All

PLAINTIFF was fundamentally and at the forefront concerned about in 2017 and 2018

was RICO Enterprise #2 in which PLAINTIFF had a coping mechanism of helping people

to alleviate PLAINTIFF'S pain in which PLAINTIFF was deep down inside pushing his

feelings of what happened in RICO Enterprise #1 so that PLAINTIFF could help with

RICO Enterprise #2.

14. Continuing Paragraph #11, in a Tragic Comedy of Errors, DEFENDANTS believed that in 2016, PLAINTIFF was pursuing justice for what was done to him via RICO Enterprise #1 in pursuing RICO Enterprise #2 in which they were one and of the same and that is not the truth; There is a clear compartmentalized distinction between RICO Enterprise #1 and RICO Enterprise #2 in PLAINTIFF'S mind that can be seen from January 2016 in which the ball started rolling in regards to RICO Enterprise #2. True, there is some legal applicability of what PLAINTIFF learned on how to defend himself in regards to what happened in RICO Enterprise #1 in some particular instances, but that was done as PLAINTIFF was a law school student learning the law anyway (administrative law); furthermore and in PLAINTIFF'S mind and understanding at the time, it was only at DEFENDANTS direction to commit a RICO act against PLAINTIFF and retaliate against PLAINTIFF for *only RICO Enterprise #2* in May 2016 –as was PLAINTIFF'S understanding because RICO Enterprise #2 was the focal and interested point in PLAINTIFF'S autistic and add mind-- because he had started to discover RICO Enterprise #2 only in March and April 2016 in which PLAINTIFF was completely oblivious to RICO Enterprise #1 and everything else going on at the time. PLAINTIFF found it very odd that TRACY BLANCHARD questioned PLAINTIFF in May 2016 and misconstrued two different incidents when PLAINTIFF was in HIGH SCHOOL between 2004-2006 that she had PLAINTIFF'S texts about an incident that occurred in 2006 in which PLAINTIFF was being questioned about it in 2016. As PLAINTIFF reaffirmed his oral contract with TRACY BLANCHARD in an email sent in May 2016, PLAINTIFF said that whatever he said to TRACY BLANCHARD at that time could not be used in a civil or criminal proceeding against PLAINTIFF. This goes to show that DEFENDANTS were only

interested in a malicious prosecution against PLAINTIFF routinely keeping questionable texts but yet completely disregarding all exculpatory evidence and texts anyway.

15. PLAINTIFF, in his mind and understanding, stopped pursuing RICO Enterprise #2 after PLAINTIFF was coerced by a US Navy drill instructor in August 2017 in which the only reason why PLAINTIFF went along with it was because PLAINTIFF almost came to a full understanding of the Pandora's Box of RICO Enterprise #2; PLAINTIFF didn't stop just for the Republicans; PLAINTIFF stopped for the Democrats too; PLAINTIFF stopped for everyone in America. PLAINTIFF was deeply pissed what the US Navy Drill Instructor did to PLAINTIFF in August 2017 as it reeked of weakness; but PLAINTIFF wanted a stronger America despite being routinely being tortured by America (as well as Russia).

16. PLAINTIFF was always on the US Military's side; sure PLAINTIFF may have gone through a stupid liberal phrase as a teenager and said stupid shit when he was 18; but PLAINTIFF didn't seriously disapprove of some of the US Military and their actions, in which quite shockingly, on PLAINTIFF'S totem pole of institutions he respects, DoD is in the Top 5, until: they or the CIA sent a drone to intentionally intimidate PLAINTIFF on November 8th, 2018, if DoD knew of everything that happened prior to June 26th, 2015, had some role regarding ANGIE ORTIZ and PLAINTIFF, and if DoD intentionally deprived PLAINTIFF of information to perpetuate the RICO Enterprise against PLAINTIFF. To this day, stupid PLAINTIFF still holds the highest respect for DoD (out of all militaries and intel agencies in the world, DoD is the top of the totem pole in which the FBI has made strides as of late so PLAINTIFF gotta give some credit for that) even though some actions say he shouldn't.

17. PLAINTIFF has been routinely forced to sign contracts by DEFENDANTS through the years whether it was PLAINTIFF'S parents not knowing the legal interests of PLAINTIFF because DEFENDANTS took advantage of PLAINTIFF and his autism, the rooftop meeting with some BIDENS in 2015, quite possibly ANGIE ORTIZ in JULY 2015 in which she never informed PLAINTIFF of the contents of the contract, and THAO BUI in which PLAINTIFF told THAO BUI before, to the best of PLAINTIFF'S recollection, that PLAINTIFF'S parents routinely made PLAINTIFF sign contracts without reading them and after having war crimes committed against PLAINTIFF in which PLAINTIFF was an extremely vulnerable state in May 2016, made PLAINTIFF sign something that PLAINTIFF does not know.

18. PLAINTIFF trusted THAO BUI with his life at one time; if it was an employment contract PLAINTIFF signed, PLAINTIFF has not been paid a dime; PLAINTIFF believes THAO BUI suggested that PLAINTIFF hang for having war crimes committed against him in TOKYO that PLAINTIFF included a screenshot of a facebook post implying such (if it wasn't created by the FBI, CIA, or Russian Intel or Indian Intel to deceive PLAINTIFF); PLAINTIFF told the details of what happened with ANGIE ORTIZ hoping that the torture against PLAINTIFF would stop and having been confined in isolation for so long without proper health care or payment multiple times and against PLAINTIFF'S Constitutional Interests so the pain could stop.

19. PLAINTIFF wants to address an elephant in the room in regard to *the book* he wrote (i.e. *Democrat(ic) Truth*) and when he gave it to DOJ. PLAINTIFF at the time understood the difference between filing a case in Court and resolving a case without having to resort to litigation hence the use of PLAINTIFF'S example of "walking in the park" that he wrote

to DOJ because walks in park are nice and easy and creates stronger bonds with the people walking together in the park. PLAINTIFF didn't demand money when he sent his book that served as a petition to DOJ though he did make a joke about betting and was a point of emphasis of pointing to a culprit and not a real life expected wager; more importantly, there was an expectation that if the FBI did decide to talk to PLAINTIFF about the wager joke, then PLAINTIFF wanted to point to the rest of the book and ask them what was more important: prosecuting PLAINTIFF for a joke or the rest of the contents of the book that would have allowed them to criminally prosecute some people (not PLAINTIFF)?

20. If there are any times that PLAINTIFF referenced that he was associated with RUSSIA between 2017 and now, it was, as PLAINTIFF explained, only after PLAINTIFF started to learn doublespeak and then made a plausible connection between a joke made in *the book* and how Congress and DOJ was talking about *the book in doublespeak.* Autistic PLAINTIFF truly thought and comprehended that he wasn't anything important in society or part of anything big in society that made the news even when he was writing his book that did have extreme importance to PLAINTIFF. Autistic PLAINTIFF understands that there is something alluring about being accepted by being part of something so it was to gain acceptance with more people that PLAINTIFF may have made jokes or suggest he was associated with something that happened in 2016 because PLAINTIFF was an isolated man that was tortured against him and PLAINTIFF cannot emphasize enough how his heart has been intentionally fucked with and manipulated with for more than 30 years intentionally being deprived of the small moments couples have with one another that they fondly remember; and PLAINTIFF just has this extreme need to be accepted for who he is as a man despite his autism and not the false terrorist or false pedophile or

dangerous individual DEFENDANTS want PLAINTIFF to be for their own malicious purposes.

21. PLAINTIFF recalls, that JAMES COMEY himself even noted, that PLAINTIFF talked about the important roles of prosecutors in 2010 and how they must zealously guard the reservoir of trust and integrity of the legal system with *the People*. PLAINTIFF wants point out how these things get intentionally twisted for malicious purposes by DEFENDANTS in which PLAINTIFF is supporting the importance of prosecutors in which PLAINTIFF was subject to horrendous treatment event to that time and was expecting them to be fair and impartial in which PLAINTIFF got abused by law enforcement at least twice at that time; but it got twisted by the FBI or different DEFENDANTS as though PLAINTIFF wanted to see prosecutors poison the reservoir of integrity or for PLAINTIFF to do so, which is the exact opposite point of what PLAINTIFF was making. Another example of such is with LEXI VANCE and PLAINTIFF—LEXI VANCE and PLAINTIFF were SARCASTIC with one another in karate class and PLAINTIFF made a joke about her beating up PLAINTIFF because she was in karate class with PLAINTIFF. That quote got misinterpreted as PLAINTIFF condoning such behavior, which PLAINTIFF does not. Another example is a friendly slap on the butt amongst friends in which minor autistic PLAINTIFF had a friendly act amongst friends completely misconstrued in which you can go on INSTAGRAM or FACEBOOK or TWITTER (X) now and there are thousands of videos showing people slapping someone in the butt on a friendly manner that an autistic person would understand that a butt slap constitutes a friendly gesture amongst friends. PLAINTIFF firmly believes that if PLAINTIFF wasn't autistic and fit in more with the group of friends

PLAINTIFF was talking to, a friendly butt slap PLAINTIFF did as a minor trying to fit in amongst friends that regularly slapped each other on the butt wouldn't have been maliciously misconstrued. But autistic individuals routinely and falsely get labeled as creepy or are treated as an outsider that no matter what an autistic person does, he or she will never belong. There is a repeated and perpetual pattern of similar incidents of DEFENDANTS maliciously doing these things to PLAINTIFF.

22. The way PLAINTIFF understands and sees it, there could have been no legitimate conspiracy on the part of PLAINTIFF in 2016 because the Washington DC bubble (FBI, DoD, CIA, CONGRESS, the WHITE HOUSE), was already that well aware of PLAINTIFF in 2015 and 2016 completely unbeknownst to PLAINTIFF; if PLAINTIFF does something and puts his mind to something, he wants to be successful; to PLAINTIFF in 2015 and 2016, if you weren't rich or well-connected in DC, you didn't matter and were not important; so if PLAINTIFF was allegedly going to be successful with a conspiracy, he would have had to understand PLAINTIFF mattered in DC in 2015 and 2016 when he made those statements and PLAINTIFF did not;  PLAINTIFF had to have the mind that he mattered in the Washington DC bubble in 2015 and 2016 in which PLAINTIFF never had the knowledge of the full extent of RICO Enterprise #1 because PLAINTIFF could never have pointed to anything in 2015 or 2016 that shows PLAINTIFF had any actual or direct knowledge of Washington DC bubble doublespeak or a direct connection to the Washington DC bubble such as having routinely interacted with anyone in the Washington DC bubble that PLAINTIFF knew of—a news article describing a candidate for the US House of Representatives in a local college paper amounts to nothing meaningful because PLAINTIFF did not care what that candidate did

in Congress after he wrote the article about him. PLAINTIFF was an isolated loaner that

couldn't see beyond the blindfold DEFENDANTS intentionally placed on PLAINTIFF in

which PLAINTIFF barely had any friends, family routinely betrayed PLAINTIFF and

coerced PLAINTIFF, and the "friends" and "family" that did like PLAINTIFF were

snitches anyway pursuing ulterior motives and intentionally placing PLAINTIFF in harms

way.

23. PLAINTIFF believed he talked to childhood friend CORY STAFFORD in 2017 though he

believes it was FBI or CIA. PLAINTIFF made the point with an example he did himself in

mind that PLAINTIFF planted a tree outside Woods Building in SEWANEE in which the

tree PLAINTIFF planted was for liberty, helping disabled students, and reining in on

abusive bureaucrats in DC. It was not a reference to THOMAS JEFFERSON'S quote.

PLAINTIFF believes that THOMAS JEFFERSON quote to be valid in some respects

more as a metaphor and not an actual call to physical violence because PLAINTIFF'S

personal belief is that tyranny is terrible no matter the form whether it is through an

oligarchy or through communism or socialism or through a dictatorship or through overly

controlling bureaucrats and has no place in America. PLAINTIFF firmly believes that a

non-violent peaceful resistance to tyranny is the only way of acting against tyranny

because violence against the enforcers of tyranny only gives them a justification to harm

more people and *the People* in the process and PLAINTIFF is all about not harming

people. PLAINTIFF understands that if The UNITED STATES Government is so

offended by having looked at themselves based on their actions and that THOMAS

JEFFERSON quote in which millions of soldiers died so that things like Star Chambers

and Generalized Warrants they allowed to happen on their own watch that violated the soul of America, well that is on them and not PLAINTIFF.

24. The point being: PLAINTIFF never sold out on RICO Enterprise #2 and is fighting to his last breath to remedy the horrors that happened because of RICO Enterprise #1 because the American People deserve better than the bullshit they've been given by the Washington DC bubble and the elite for the last twenty years.

25. PLAINTIFF reiterates the last time he really believed he meaningfully talked to VERA POCHTAREV was around late July or August 2011.

26. PLAINTIFF can tell the Court the way DEFENDANTS treated PLAINTIFF routinely was a recipe for disaster and DEFENDANTS should really thank GOD PLAINTIFF still has the heart he does. DEFENDANTS thought destroying the very limited and small amount of bonds of trust autistic PLAINTIFF had between people, routinely punishing autistic PLAINTIFF for pro-social behavior and putting autistic PLAINTIFF through legal troubles for having a kind heart, falsely and maliciously making PLAINTIFF out to be something he was not for their own enrichment and power and control, ignoring PLAINTIFF'S legitimate deep concern and warnings through the years,  depriving a creative individual of billions of dollars that would award creativity in which PLAINTIFF has touched the hearts of millions of people in the process, committing terrorist acts against PLAINTIFF in the United Kingdom and Japan, continuously lying about the nature of PLAINTIFF, violating PLAINTIFF'S soul and spirit, agencies, intelligence, and bureaucracies doing everything that they can to harm PLAINTIFF and prevent PLAINTIFF from learning just how abusive they have been in order to deprive PLAINTIFF of being rewarded for the good that he has brought into the world and for

moments of love he desperately craves and needs, all of that is how DEFENDANTS

falsely believe is an acceptable way to treat someone and it is not. That is a recipe for

creating a monster and PLAINTIFF has done everything he could to forgive and try to

understand and still after all the horrendous shit DEFENDANTS have done to

PLAINTIFF, PLAINTIFF never had any serious thought to physically harm someone in

the process.

27. The following Paragraphs #28-#31 are PLAINTIFF'S best and most reasonable and

plausible explanation of who did *JAPLAN* against PLAINTIFF in Japan in Summer 2015.

28. PLAINTIFF believes that the Indian Government and PRIME MINISTER MODI, along

with the CLINTONS and ROTHSCHILDS (LYNN DE FORESTER DE ROTHSCHILD

and SIR EVELYN ROTHSCHILD) entered into a conspiracy to further the RICO

Enterprise against PLAINTIFF and utilized-- and used funds contained in--

ROTHSCHILD Holdings Banks and their respective accounts contained in at least the

United States, United Kingdom, Qatar, and India to further the RICO Enterprise against

PLAINTIFF by implementing *JAPLAN* against PLAINTIFF when PLAINTIFF was in

JAPAN in the Summer of 2015 through different meetings that occurred in London on

June 26th, 2015 and in or around April 28th, 2015 in a trip to Africa which LYNN

FORESTER DE ROTHSCHILD and HILLARY CLINTON spent time together

conspiring against PLAINTIFF; BILL CLINTON conspired with SIR EVELYN

ROTHSCHILD and LYNN FORESTER DE ROTHSCHILD in LONDON on June 26th,

2015, the same day that HILLARY CLINTON ordered the hit against PLAINTIFF in a

speech she gave at a political fundraising dinner at a university;  INDIA needed

ROTHSCHILD funds to develop their economy further (in which PLAINTIFF was

maliciously used in 2010/2011 to do so that shows continuance of the RICO Enterprise) in which HILLARY CLINTON needed LYNN FORESTER de ROTHSCHILD and SIR EVELYN ROTHSCHILD and ROTHSCHILD banking money for her run as President in 2016 in which the hit against PLAINTIFF would be a benefit to PRIME MINISTER MODI, the Indian Government, the ROTHSCHILDS, and the CLINTONS that PLAINTIFF no longer be a liability to them via *JAPLAN* in which the ROTHCHILDS and ROTHSCHILD Banking through their investment and corruption in India did materially benefit from *JAPLAN*. The conspiracy was further supplemented by a White House Dinner with President OBAMA and BIDEN on PLAINTIFF'S birthday on April 28th, 2015 in which key material participants and actors were made aware of the actions that were going to be undertaken against PLAINTIFF in Japan. The FBI, CIA, DEA, or DHS, having complete unconstitutional access to the sarcastic musings of PLAINTIFF in the privacy of his own home that discussed how the ROTHSCHILD had been racketeering for years and actual jokes PLAINTIFF made about HILLARY CLINTON, provably leaked that information to HILLARY CLINTON because she specifically referenced a joke PLAINTIFF made when she ordered her hit against PLAINTIFF on June 26th, 2015.  The CIA and JOHN BRENNAN and GINA HASPEL, NSA and JAMES CLAPPER, DHS and JEH JOHNSON, and FBI and PETER STRZOK, JAMES COMEY, and ANDREW MCCABE, and the Governments of Japan and Australia knew of *JAPLAN* and assisted in making *JAPLAN* a reality—they will not be excused for allowing war crimes to happen to an autistic American.

29. In the alternative to Paragraph #28, PLAINTIFF believes that RUSSIA and VLADIMIR PUTIN and GRU/FSB (and China and their intel service) and if one of their spies may be

one of the following individuals: CHRISTOPHER ALEXA, VERICA KOTEVSKI, DAVID KOTEVSKI, VERA POCHTAREV, or KRISTINA KHOMOVA, having maliciously used PLAINTIFF against his will for years, intentionally making PLAINTIFF a criminal through forcing PLAINTIFF to do things against his will, quite possibly being a liability to one of them, and seeing some asset potential in PLAINTIFF and his creativity, needed to control PLAINTIFF to continue to enrich themselves by forcing PLAINTIFF to be one of their slaves for years implemented *JAPLAN* against one of their own family member(s), lover(s), or friend(s) knowing that PLAINTIFF by exposing them exposes himself for something he fundamentally is not and opens himself to criminal liability. While PLAINTIFF was having war crimes committed against him by the Russians and Indians and in complete dereliction of their duties where they are directed to stop Americans from being compromised by foreign intel forces abroad, The CIA and JOHN BRENNAN and GINA HASPEL, NSA and JAMES CLAPPER, DHS and JEH JOHNSON, and FBI and PETER STRZOK, JAMES COMEY, and ANDREW MCCABE, and the Governments of Japan and Australia knew of *JAPLAN* as it was happening on a day to day basis and assisted in making *JAPLAN* a reality through their complete wanton indifference—they will not be excused for allowing war crimes to happen to an autistic American.

30. In the alternative to Paragraph #28 and Paragraph #29, some combination and motives of India from Paragraph #28 and motives and reasoning with Russia and China in Paragraph #29 in which because of PLAINTIFF in some ways, Russia lost arms sales to the U.S. in India in 2010/2011.

31. Unknown members of the Illuminati and/or a secret society, who being frequent users of doublespeak and being elite members in the DC elite that can be found in the halls of Congress, K-Street, Pentagon?, FBI?, CIA?, and the White House, having met in the woods outside of San Francisco at Bohemian Grove in either 2014 or 2015, conspired to implement *JAPLAN* against PLAINTIFF in which SCOTUS approved of *JAPLAN* against PLAINTIFF via the *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) that shows SCOTUS approved of the Illuminati/Secret Society's plan at Bohemian Grove against PLAINTIFF in 2015. In the alternative, something involving the Cartel that PLAINTIFF has no idea how and why he would be associated with any, especially within the last ten years.

32. Based on PLAINTIFF'S beliefs, Paragraph #28 is the most likely explanation; however, there is enough evidence based on the preponderance of the evidence level standard that both Paragraph #28 and Paragraph #29 are true. PLAINTIFF watched HILLARY CLINTON'S speech from June 26th, 2015 in absolute horror and there are no words to describe the pain and humiliation of having a crowd cheer on the CLINTONS executing yet another disabled American for political purposes by having war crimes committed against that American. PLAINTIFF will not lie to further the interest of any country; even his own America. The reason why we find ourselves here is because of the amount of lies that surrounded PLAINTIFF and for the RICO Enterprise to end against PLAINTIFF, PLAINTIFF must tell truth so PLAINTIFF can pursue his happiness, life, and liberty and restore freedom in America.

33. If Paragraph #28 is true, then the United States Government continues to pay the ROTHSCHILDS in which they continue to receive material benefits from their

racketeering via United States Government payment to them. All debt the UNITED STATES owes to the ROTHSCHILDS must be declared null and void lest it continue to enrich a RICO Enterprise against RICO.

34. DEFENDANT JAMES COMEY gave PLAINTIFF an iota of respect when he suggested who some problematic people were in PLAINTIFF'S life; however, that doesn't absolve him of what he did to PLAINTIFF. JAMES COMEY knowingly used evidence that was unconstitutionally obtained in May 2016 and told PRESIDENT TRUMP the contents of illegally obtained evidence in January 2017 which shows he has a big fucking mouth and leaks like crazy; ANDREW MCCABE said in his book that the FBI were listening in on the conversations of PLAINTIFF and WARWICK ALLEN in Spring 2015; HILLARY CLINTON referenced a specific joke PLAINTIFF made about her in Spring 2015; PLAINTIFF has extremely strong suspicions to believe that JAMES COMEY leaked to at least HILLARY CLINTON and/or BILL CLINTON the details of *JAPLAN*. If it wasn't JAMES COMEY, then it was the INDIANS and respective INDIAN INTELLIGENCE DEFENDANTS that leaked that information to the CLINTONS.

35. Another example of being taken advantage of by DEFENDANTS is the following. In or about the middle of July 2023, PLAINTIFF started to gain traction on discovering what transpired between the United Kingdom, The State Department and HILLARY CLINTON, BARACK OBAMA, HBJ, INDIA, PRIME MINISTER SINGH, and QATAR & QIA/QATAR AIRWAYS. This is the time that PLAINTIFF started drafting *Miki's Tea Party*.

36. PLAINTIFF submitted a FOIA request to the FBI in JULY 2023 seeking records about the incident.

37. On August 9th 2023 or so, PRESIDENT BIDEN issued an Executive Order that sought to completely curtail a basis of PLAINTIFF'S legal claim after having been given information of what PLAINTIFF'S legal basis was and what PLAINTIFF was researching and writing.

38. In order to have beaten PRESIDENT BIDEN'S E.O in Court by August 9th, 2023, a destitute autistic PLAINTIFF with only a law school degree and no access to LexisNexis or Westlaw would have had to go over thousands of pages of documents and emails deciphering DC doublespeak and draft and edit and compile enough evidence for a RICO complaint that would pass Fed R. Civ P. Rule 9(B) that was physically and psychologically impossible for PLAINTIFF to have done on time. This is supplemented with the fact that the GOVERNMENT OF INDIA and/or the GOVERNMENT OF RUSSIA and/or the DEPARTMENT OF DEFENSE, FBI, and CIA all had access to PLAINTIFF'S cellphone and laptop between July 2023 and August 9th, 2023 which means they were monitoring the progress of PLAINTIFF and intentionally denying PLAINTIFF access to certain WikiLeaks documents that would have proved PLAINTIFF'S case in violation of RICO.

39. Simply summarizing the previous paragraph: what is an autistic destitute PLAINTIFF after having been tortured and having at least two attempts on his life with no one helping him to do against three governments with billions of dollars of resources, super computers, and thousands of employees?

40. DEFENDANTS, in their drug like addiction to prosecute PLAINTIFF for anything, will completely lie, fabricate evidence against, and omit the totality of the circumstances involving PLAINTIFF when it comes to MARICEL C., SARA RAMIREZ, RUSSIA and

CHINA and PLAINTIFF'S potential association and contacts, the night PLAINTIFF lost his virginity because PLAINTIFF asked and got BRI's permission and consent twice (PLAINTIFF recalled he asked BRI in the bedroom are you ready for this) and more because PLAINTIFF never raped, ordered the hit of, put anyone in harm's way, caused them to be in reasonable fear, killed, and more in order to further their RICO Enterprise against PLAINTIFF.

41. DEFENDANTS are hellbent on destroying PLAINTIFF'S life and soul and abuse vulnerable autistic individuals like PLAINTIFF to establish precedent to abuse autistic people without remorse and destroy people's souls in order to coverup for their own misdeeds and treat people like slaves and never give them an opportunity to remedy the harm being done to us on purpose.

42. PLAINTIFF sent to two different departments at BOEING a copy of *Miki's Tea Party*.

43. PLAINTIFF believes that DEFENDANTS (US Government, Russian Government, or Indian Government) intentionally prevented PLAINTIFF from contacting BOEING and tried to prevent BOEING from receiving a PDF of *Miki's Tea Party* in violation of RICO.

44. In violation of 18 USC 1961 Section 1029, DEFENDANTS routinely hacked into all of PLAINTIFF'S three Apple laptops and 2 iPhones he had since, at a minimum, Spring 2015, if not Spring 2008.

45. PLAINTIFF tried to contact Apple's legal department numerous times. One time, PLAINTIFF has the phone call recorded, PLAINTIFF talked to an alleged supervisor at Apple that had a heavy and thick Indian accent. PLAINTIFF informed Apple how they were subject to liability under RICO and case precedent based on their actions involving PLAINTIFF. PLAINTIFF recorded the call. PLAINTIFF has gone back in his phone to

find the video that PLAINTIFF never deleted only to find out that it has been in fact

deleted by DEFENDANTS, which is a RICO violation in and of itself.

46. In violation of 18 USC 1961 Section 1029, DEFENDANTS routinely hacked into all of

PLAINTIFF'S three Apple laptops and 2 iPhones he had since, at a minimum, Spring

2015, if not Spring 2008.

47. In the course of violating 18 USC 1961 Section 1029 from at least Spring 2015 (and

sooner), DEFENDANTS tyrannically placed PLAINTIFF into a figurative technological

isolation chamber and bubble in order to deliberately manipulate and control PLAINTIFF

that amounted to torture routinely torturing PLAINTIFF through unconstitutional and

unwarranted PSYOPS taken against him in violation of PLAINTIFF'S Constitutional

Rights, Geneva Convention, and RICO.

48. What DEFENDANTS have done technologically cruelly to PLAINTIFF is the following

via their violations of 18 USC 1961 Section 1029: either they routinely placed

undetectable cameras and microphones in the majority, if not every single one, of

PLAINTIFF'S residences or used PLAINTIFF'S laptop and cellphone as a camera and

microphone (or a combination of the aforementioned) from at a minimum of Fall 2013

and/or Spring 2008 in which PLAINTIFF had no privacy in which PLAINTIFF has come

across deep fakes of consensual encounters he had with past love interests; have taken

pictures of PLAINTIFF'S love interests in vulnerable or nude positions and posted them

on the internet without PLAINTIFF'S or PLAINTIFF'S love interests consent; have

installed malicious malware and undetected child pornography in PLAINTIFF'S laptop

and cell phone that PLAINTIFF never personally downloaded; have taken vulnerable

conversations PLAINTIFF had and utilized them to blackmail PLAINTIFF and inflict

cruel and unusual punishment and torture on purpose to PLAINTIFF; had intelligence

agencies leak the contents of multiple on-going investigations in order to retaliate against

PLAINTIFF and to profit off of PLAINTIFF; have used PLAINTIFF'S ideas/Intellectual

Property without PLAINTIFF'S consent and have profited billions upon billions of dollars

in the process without PLAINTIFF ever receiving a single dime for his ideas; PLAINTIFF

has routinely come across numerous GIFS of masturbatory videos PLAINTIFF recorded

between 2013-2014 and Spring 2015 of himself that ended up on 4Chan, typically in the

Big White Cock sections; compromised PLAINTIFF and put PLAINTIFF in the

intelligence sphere that PLAINTIFF never fully ever wanted to be a part of; intentionally

prevented PLAINTIFF from resolving the issues by hiding material information from

PLAINTIFF to perpetuate the fraud; one of the following or a combination: have

impersonated multiple agencies and companies in correspondences that PLAINTIFF tried

to get vital information to end the RICO Enterprise against PLAINTIFF or prevented

agencies and companies from resolving the issues with PLAINTIFF; have leaked

PLAINTIFF'S personal ideas about business and politics and leaked them to numerous

DEFENDANT corporations, politicians, and intelligence agencies all used and profited off

of PLAINTIFF'S ideas in which PLAINTIFF never received a thank you or a dime from

DEFENDANTS utilizing PLAINTIFF'S work; have intentionally prevented PLAINTIFF

from finding the proper case law that support PLAINTIFF'S positions thereby violating

RICO; all of this at least is tantamount to witness tampering, mail and wire fraud, and so

much more

49. PLAINTIFF was routinely and constitutionally prejudiced and retaliated against based on

his religion, nationality, disabilities, and political beliefs from at least 2002 onwards.

50. PLAINTIFF was manifestly in extreme good faith throughout the entirety of the *Chicago Cases* and the *Louisiana Cases*.

51. From October 20th, 2023, PLAINTIFF gave DEFENDANTS an opportunity to resolve the issues without resorting to a public trial. At no time did DEFENDANTS give PLAINTIFF any written settlement offer.

52. PLAINTIFF went to the DOJ on October 20th, 2023 and gave the DOJ a flash drive that contained *Attachment A* and an explanation of the 20 or so cases that PLAINTIFF believes and argues are necessarily constitutionally tainted via RICO by the Supreme Court of the United States.

53. In showing DOJ and the SUPREME COURT the utmost extreme regard and respect, PLAINTIFF gave DOJ the only copy of the document PLAINTIFF created that explains why 20 or so Supreme Court cases are necessarily constitutionally tainted against PLAINTIFF. It is precisely for this reason that PLAINTIFF has done everything in his power to avoid going to the Supreme Court because PLAINTIFF knows for sure that JUSTICE SAMUEL ALITO and CHIEF JUSTICE JOHN ROBERTS are necessarily constitutionally tainted against PLAINTIFF because of what transpired in 2015. Furthermore, PLAINTIFF believes SCOTUS would continue to violate RICO and PLAINTIFF'S constitutional guarantees of a fair trial and Due Process of law. PLAINTIFF has let it slip through the record at least four or five cases that PLAINTIFF argues are necessarily constitutionally tainted. PLAINTIFF doesn't recall which 15 other cases are tainted at this moment, but if pushed far enough and coerced enough, PLAINTIFF can probably recall which ones they are in fact tainted.

54. PLAINTIFF at no time had any legitimate reason to hate SCOTUS. PLAINTIFF fondly

recalls approving when JUSTICES SOTOMAYOR, GORSUCH, and BARRETT were

appointed to the Court. PLAINTIFF may have said JUSTICE ALITO looks like a parrot

PLAINTIFF'S freshman year at Sewanee in which a Supreme Court Justice shouldn't be

offended what a stupid and naïve 18 year old autistic man with developmental delays said

as to so prejudice numerous decisions from 2008 to lash out against PLAINTIFF to fuel

the fire of a RICO Enterprise against PLAINTIFF;  PLAINTIFF was indifferent to CHIEF

JUSTICE JOHN ROBERTS being nominated as CHIEF JUSTICE to the best of

PLAINTIFF'S recollection. PLAINTIFF doesn't remember what he thought of JUSTICE

KAGAN, who shares the same birthday as PLAINTIFF, thought of her nomination to

SCOTUS.

55. So back to the history: Instead of giving an expected answer of 21 days for

DEFENDANTS to respond when they had notice of Attachment A and the fundamental

basis of PLAINTIFF'S lawsuit, PLAINTIFF waited around 45 days or so—twice as long

as expected-- to hear anything meaningful back from DEFENDANTS. PLAINTIFF did

not hear anything meaningfully back based on the severity of the allegations PLAINTIFF

alleged.

56. In the 45 days or so, at least the State Department received notice of PLAINTIFF'S

lawsuit because they decided to go talk to the NORTH MACEDONIAN government

during that time. There are numerous examples that PLAINTIFF has put on the record in

the *Chicago Cases* that shows DEFENDANTS were talking about PLAINTIFF and were

conspiring to deprive PLAINTIFF of his property, rights, and liberty in violation of 18

USC 1962(D) and 18 USC 241 that during the course of litigation in which the *Chicago Cases* Courts did nothing to resolve such.

57. So after around 45 days or so after initially giving *Attachment A* in the *Chicago Cases*, PLAINTIFF visited the DOJ on December 6th, 2023.

58. In between the 45 days or so after giving Attachment A in the *Chicago Cases*, PLAINTIFF called DOJ multiple times to ask what they thought of what PLAINTIFF had documented. Each time, PLAINTIFF asked for the unknown CLERK/PARALEGAL at DOJ what she thought of PLAINTIFF'S document.

59. Unknown CLERK/PARALEGAL at DOJ refused to meaningfully interact and discuss the severity of the allegations in which all she had to really do was read about 100 pages that detailed the basic premise and outline of the case. PLAINTIFF may have gotten emotional during the calls, but never to the point of threatening or harassing or putting into reasonable fear any DOJ employees.

60. In the 45 days or so from October 20th, 2023 to December 6th, 2023 and during the course of litigation in the *Chicago Cases*, PLAINTIFF became aware of some of the happenings that DEFENDANTS were doing in regards to what PLAINTIFF alleged. For example, the CEO of BOEING resigned; the head administrator of the Atlanta Jackson Hartfield Airport resigned; ERIC HOLDER and TIM COOK of APPLE met with one another; the FBI and INDIAN Intelligence met with one another and talk and conspired against PLAINTIFF; DELTA AIRLINES, APPLE, and ATT all have not adequately responded to PLAINTIFF.

61. Speaking of FBI, CHRISTOPHER WRAY decided to visit PLAINTIFF in Wadsworth, IL sometime in Fall 2023 or Winter 2023 at the Dog Park. If it wasn't CHRISTOPHER

WRAY, someone made a prosthetic facemask that looked exactly like him. Depending on

what the FBI does is how PLAINTIFF will decide how to recall what happened;

PLAINTIFF knows the truth, PLAINTIFF is giving the FBI a little respect.

62. So on December 6th, 2023, PLAINTIFF visited the DOJ in person to talk about what he

wrote and detailed.

63. PLAINTIFF was not under suspicion of having done anything wrong in his interactions

prior to December 6th, 2023. PLAINTIFF cordially interacted with the US Marshals as

soon as he entered the building that day. Then PLAINTIFF started recorded the entirety of

the encounter he had with the DOJ and US Marshals on December 6th, 2023 from the

moment he was in the elevator going up to the DOJ.

64. The video of PLAINTIFF'S interaction with the DOJ and US Marshals on December 6th,

2023 can be found at this link: https://www.youtube.com/watch?v=ns4hu1ZQG3I

65. The video mentioned in the previous paragraph proves beyond a reasonable doubt that

REBECCA PALLMEYER'S description of PLAINTIFF's conduct and actions on

December 6th, 2023 was materially false and done in furtherance of RICO Enterprise #1.

PLAINTIFF made no threatening statements on December 6th, 2023. PLAINTIFF'S

statements that were a indeed major cause for concern; however, as it is written in the

order, they are a cause for concern based allegedly on PLAINTIFF'S threatening

statement where in reality PLAINTIFF'S statements are a major cause for concern as to

the integrity of the Justice Department and the United States Marshals and proves why in

the Chicago Cases the United States Marshals refused to serve DEFENDANTS despite

knowing PLAINTIFF perfectly met the qualificaitons for IFP by law--PLAINTIFF gave

warnings to the United States Marshals that they were perpetuating a RICO Enterprise,

inquired as the substantive nature of crimes inflicted upon PLAINTIFF that

DEFENDANTS continue to be willfully blind to, and more

66. JUDGE JENKINS was assigned as the Judge in PLAINTIFF'S case after the initial judge

that was assigned decided he no longer wanted to decide the case.

67. There existed a conspiracy amongst DEFENDANTS that JUDGE JENKINS would be the

one that would handle PLAINTIFF'S case knowing she would further the RICO

Enterprise against PLAINTIFF in violation of 18 USC 1962(D); this was probably done at

the direction of CHIEF JUDGES JUDGE REBECCA PALMEYER of the NORTHERN

DISTRICT OF ILLINOIS and the CHIEF JUDGE OF THE 7th CIRCUIT COURT OF

APPEALS JUDGE DIANA SYKES.

68. Sometime between October 20th, 2023 and December 27th, 2023 (the day PLAINTIFF

filed his complaint in the Chicago Cases), CHIEF JUDGE of the NORTHERN DISTRICT

OF ILLINOIS REBECCA PALLMEYER conspired with DEFENDANTS to deprive

PLAINTIFF of Due Process and perpetuate the RICO Enterprise against PLAINTIFF in

violation of PLAINTIFF'S Constitutional Rights of the 1st Amendment, 2nd Amendment,

3rd Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 7th Amendment, 8th

Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment

rights and RICO 18 USC 1962(D) and 18 USC 1961.

69. CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA

PALLMEYER and JUDGE JENKINS conspired together in violation of 18 USC 1962(D)

at least once between December 6th, 2023 and the conclusion of the *Chicago Cases* and at

multiple intervals during the same time period.

70. CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA

PALLMEYER knowingly and intentionally and in complete disgrace to the robe and

judicial branch filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois*[3] to

perpetuate and further the RICO Enterprise against PLAINTIFF.

71. Continuing the previous paragraph, part of the reason why CHIEF JUDGE OF THE

NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER knowingly and

intentionally filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois* was to create

fabricated evidence that the FBI and DOJ could use against PLAINTIFF to allegedly

demonstrate that PLAINTIFF made threatening comments when he has not in which the

FBI and DOJ routinely falsely alleged that PLAINTIFF made threatening statements or

falsely posed as threat or falsely was a terrorist when PLAINTIFF was never those things

in violation of RICO 18 USC 1961 section 1503 (relating to obstruction of justice), section

1510 (relating to obstruction of criminal investigations), section 1511 (relating to the

obstruction of State or local law enforcement), section 1512 (relating to tampering with a

witness, victim, or an informant), section 1513 (relating to retaliating against a witness,

victim, or an informant) that was a key feature in allowing the RICO Enterprise against

PLAINTIFF to continue unconstitutionally and illegally.

72. PLAINTIFF'S December 6th, 2023 video is demonstrative of ***ALL*** the interactions

PLAINTIFF had with law enforcement officers at any time in his life in which he never

threatened any officers or caused any officer or individual to be in reasonable fear for their

lives.

---

[3] Last Checked: July 2nd, 2024: https://dockets.justia.com/docket/illinois/ilndce/1:2024cv00556/454415

73. CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA

PALLMEYER by having filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois*

filed such an action through the wires or via the mail in which a copy of such was sent via

USPS.

74. CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA

PALLMEYER by having filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois*

constitutes, at a minimum, one or more of the following RICO violations under RICO:

section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344,

section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to

obstruction of justice), section 1510 (relating to obstruction of criminal investigations),

section 1511 (relating to the obstruction of State or local law enforcement), section 1512

(relating to tampering with a witness, victim, or an informant), section 1513 (relating to

retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to

peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to

economic espionage and theft of trade secrets), section 1951 (relating to interference with

commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957

(relating to engaging in monetary transactions in property derived from specified unlawful

activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities

in the commission of murder-for-hire), aiding and abetting the sexual exploitation and

trafficking of minors.

75. Every decision the Panel of JUDGES WOOD, JACKSON-AKIWUMI, and PRYOR made

in the *Chicago Cases* furthered the RICO Enterprise against PLAINTIFF in which

JUDGE WOOD, JUDGE JACKSON-AKIWUMI, and JUDGE PRYOR knew of the

corruption perpetuated by JUDGE PALLMEYER and intentionally failed to stop the

RICO Enterprise when JUDGE WOOD, JUDGE JACKSON-AKIWUMI, and JUDGE

PRYOR had knowledge of such RICO violations and reason to know of such RICO

violations and ruled against PLAINTIFF when they should not have ruled against

PLAINTIFF corruptly. Therefore, DEFENDANTS JUDGE WOOD, JUDGE JACKSON-

AKIWUMI, and JUDGE PRYOR became material actors and aided and abetted CHIEF

JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER'S

corruption when she filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois*

constitutes, at a minimum, one or more of the following RICO violations under RICO:

section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344,

section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to

obstruction of justice), section 1510 (relating to obstruction of criminal investigations),

section 1511 (relating to the obstruction of State or local law enforcement), section 1512

(relating to tampering with a witness, victim, or an informant), section 1513 (relating to

retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to

peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to

economic espionage and theft of trade secrets), section 1951 (relating to interference with

commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957

(relating to engaging in monetary transactions in property derived from specified unlawful

activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities

in the commission of murder-for-hire), aiding and abetting the sexual exploitation and

trafficking of minors.

76. PLAINTIFF appealed for an En Banc hearing to the 7th CIRCUIT COURT OF APPEALS
to remedy the corruption that took place based on the decisions made in the *Chicago
Cases* furthered the RICO Enterprise against PLAINTIFF in which unknown 8 judges in
the 7th CIRCUIT COURT OF APPEALS denied PLAINTIFF'S motion for an EN BANC
hearing in which those 8 unknown judges in the 7th CIRCUIT COURT OF APPEALS
knew of the corruption perpetuated by JUDGES WOOD, JACKSON-AKIWUMI, and
PRYOR, JUDGE PALLMEYER, and JUDGE JENKINS and intentionally failed to stop
the RICO Enterprise when unknown 8 7th CIRCUIT COURT OF APPEALS JUDGES had
knowledge of such corruption and reason to know of such corruption and ruled against
PLAINTIFF when they should not have ruled against PLAINTIFF corruptly. Therefore,
unknown 8 7th CIRCUIT COURT OF APPEALS judges became material actors and aided
and abetted JUDGES WOOD, JACKSON-AKIWUMI, and PRYOR, JUDGE
PALLMEYER, and JUDGE JENKINS corrupt decisions, which constitutes, at a
minimum, one or more of the following RICO violations under RICO: section 1341
(relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351
(relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction of
justice), section 1510 (relating to obstruction of criminal investigations), section 1511
(relating to the obstruction of State or local law enforcement), section 1512 (relating to
tampering with a witness, victim, or an informant), section 1513 (relating to retaliating
against a witness, victim, or an informant), sections 1581–1592 (relating to peonage,
slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic
espionage and theft of trade secrets), section 1951 (relating to interference with commerce,
robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to

engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

77. CHIEF JUDGE of the 7th CIRCUIT COURT OF APPEALS DIANE S. SYKES, who oversees the 7th CIRCUIT COURT OF APPEALS and the NORTHERN DISTRICT OF ILLINOIS, knew of the RICO violations that took place by unknown 8 judges in the 7th CIRCUIT COURT OF APPEALS who denied PLAINTIFF'S EN BANC hearing and the RICO violations undertaken by JUDGE WOOD, JUDGE JACKSON-AKIWUMI, JUDGE PRYOR, JUDGE PALLMEYER, and JUDGE JENKINS throughout the *Chicago Cases* in which CHIEF JUDGE of the 7th CIRCUIT COURT OF APPEALS DIANE S. SYKES intentionally failed to stop the RICO Enterprise against PLAINTIFF and had knowledge of such RICO violations and Constitutional Deprivations undertaken by judges under her direct control. Therefore, JUDGE DIANE S. SYKES became a material actor in the RICO Enterprise against PLAINTIFF and aided and abetted numerous RICO violations and Constitutional Deprivations without Due Process of law, which constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage,

slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic

espionage and theft of trade secrets), section 1951 (relating to interference with commerce,

robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to

engaging in monetary transactions in property derived from specified unlawful activity),

aiding and abetting section 1958 (relating to use of interstate commerce facilities in the

commission of murder-for-hire), aiding and abetting the sexual exploitation and

trafficking of minors.

78. Every decision JUDGE JACKSON and JUDGE BOURGEOIS made in the *Louisiana*

*Cases* furthered the RICO Enterprise against PLAINTIFF in which JUDGE JACKSON

and JUDGE BOURGEOIS failed to stop the RICO Enterprise against PLAINTIFF despite

numerous attempts of PLAINTIFF to draw attention to the corruption of the *Chicago*

*Cases* when JUDGE BRAIN JACKSON and JUDGE BOURGEOIS had actual

knowledge of such RICO violations since they had the full and complete record of the

RICO violations made in the *Chicago Cases*, therefore, DEFENDANTS JUDGE

JACKSON and JUDGE BOURGEOIS became material actors and aided and abetted the

RICO Enterprise against PLAINTIFF in which every single one of their decisions in the

*Louisiana Cases* constitutes, at a minimum, one or more of the following RICO violations

under RICO in furtherance of the RICO Enterprise against PLAINTIFF: section 1341

(relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351

(relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of

justice), section 1510 (relating to obstruction of criminal investigations), section 1511

(relating to the obstruction of State or local law enforcement), section 1512 (relating to

tampering with a witness, victim, or an informant), section 1513 (relating to retaliating

against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

79. From at least October 20th, 2023 through July 2, 2024, DEFENDANTS DIANE S. SYKES, unknown 8 7th CIRCUIT COURT OF APPEALS JUDGES, JUDGE WOOD, JUDGE JACKSON-IKIWUMI, JUDGE REBECCA PALLMEYER, and JUDGE JENKINS entered into a conspiracy against PLAINTIFF in violation of 18 USC 1962(D).

80. From at least the time PLAINTIFF filed his complaint in Louisiana in the *Louisiana Cases* (if not before and up to August 2013) through July 2, 2024, DEFENDANTS JUDGE JACKSON and JUDGE BOURGEOIS entered into a conspiracy against PLAINTIFF in violation of 18 USC 1962(D).

81. All of the decisions in the *Chicago Cases* and the *Louisiana Cases* were sent via USPS over state lines making it federal thereby making each decision an act of mail fraud under 18 USC 1961 section 1341 (relating to mail fraud). PLAINTIFF has at least 10 counts of mail fraud by DEFENDANTS.

82. Each and every single time the Indian Government, Russian Government, and the United States Government through one of their workers or proxies or 5 Eyes or the South Korean Government hacked into PLAINTIFF'S laptop and phone illegally to prevent PLAINTIFF

from learning about the fraud, impairing an investigation, tampering with PLAINTIFF, they did so over the wires to perpetuate the wire fraud committed against PLAINTIFF in which by PLAINTIFF'S count having done so at least once a day for the last nine or ten years means that is 3,650 counts of wire fraud under 18 USC 1961 Section 1343 and 18 USC 1961 Section 1029; and if the Indian Government, Russian Government, and the United States Government did so all in sum for more than 10 years on a daily basis, that is more than 10,000 counts of violating 18 USC 1961 Section 1343 and 18 USC 1961 Section 1029.

83. From the entire time between October 20th, 2023 and the filing of this motion, CHIEF JUSTICE JOHN ROBERTS and/or JUSTICE SAMUEL ALITO has been in contact with at least one of the following: DEFENDANTS DIANE S. SYKES, unknown 8 7th CIRCUIT COURT OF APPEALS JUDGES, JUDGE JACKSON, JUDGE BOURGEOIS, JUDGE WOOD, JUDGE JACKSON-IKIWUMI, JUDGE REBECCA PALLMEYER, and JUDGE JENKINS in order to perpetuate the RICO Enterprise against PLAINTIFF.

84. There exists in SCOTUS precedent a way to convey to other judges reading the case how to decide a case that is currently in litigation without actually deciding the case because it is a way to cover up their actions against PLAINTIFF and give SCOTUS plausible deniability for their actions against PLAINTIFF.

85. For the record, these are PLAINTIFF'S thoughts about RUSSIA. For a long time, PLAINTIFF was extremely fond of RUSSIA due to PLAINTIFF'S parents being YUGOSLAVIAN and the common cultural and at times mental relatability between RUSSIANS and YUGOSLAVIANS; the only two women PLAINTIFF truly loved were RUSSIAN (though there is an exception in way with BRIANA DRESCHER);

PLAINTIFF had the hopes of having the chance to love ASHLEY MACON one day too that is why he asked her to marry him. Since PLAINTIFF saw YUGOSLAVIA struggle economically throughout his childhood, he would have loved to see any foreign country prosper, especially ones in Eastern Europe, and that includes Russia and other countries like Qatar and India. If you asked PLAINTIFF to give a percentage of how much he loved America, it would have been 75% as the 25% missing is the tyrannicalization of the Government that continues to strangle the life out of America. 49% love for both RUSSIA and any former YUGOSLAVIAN country based on being a 1st generation American with Slavic heritage but never beyond 49% because PLAINTIFF cannot love something more than America, his future wife and kids, his dogs and cats, and the Constitution and Freedom. The betrayal that would arise if RUSSIA or CHINA, with the help of India, betrayed PLAINTIFF'S trust, soul, spirit, mind, body, and heart to intentionally implement the worst punishment to PLAINTIFF could conceive of to himself based on PLAINTIFF'S weaknesses of trying to rescue someone in distress, having his heart broken recently, his lack of social skills because of his autism, having prayed to God that he would find the love of his life who actually loved him for who he was as a man, and his innate trust in people after having experienced another betrayal of DEFENDANTS having murdered his beloved cat and committing an act of terrorism against him to falsely claim he was an arsonist terrorist pedophile after two real actual attempts on his life in order to harm and control and manipulate PLAINTIFF after having made billions of dollars off of him and deprive PLAINTIFF of the few moments of happiness and joy and love in his life by not having a family so that PLAINTIFF can be treated as a slave and destroy his soul and show just how much of an expendable thing he was to his supposed loved ones and

family in which the Court seems hellbent on protecting and enabling; there are no words and no amount of therapy that can ever fix it and the vast majority of people having experienced what PLAINTIFF experienced would have committed suicide by now. Luckily for PLAINTIFF, the brain damage DEFENDANTS caused made PLAINTIFF a little too stupid and believes that love and justice will happen for PLAINTIFF because PLAINTIFF got nothing else besides the idea of love and justice, God, and Kawaii. PLAINTIFF despised how his parents treated PLAINTIFF like a controllable thing for them through the years through years of intentional manipulation, abuse, and lies in which PLAINTIFF believes that his parents loved a State more than their own son and they knew what happened in Tokyo 2015 even when PLAINTIFF never told them; if they perpetuated it, they committed one of the worst thing parents could ever do to their own child. The FBI and CIA know what they put PLAINTIFF through the years and know if PLAINTIFF'S parents are actual Russian or Chinese spies. PLAINTIFF will tell you one thing though: it wouldn't be hard for a former soviet spy to abuse their child and force their child to work for a state without ever having to pay anything meaningful and substantial to their child for the betterment of Soviet Russia because they would love the State more than their own child.

86. In the alternative, RUSSIA and CHINA via the FSB and GRU (which may include certain PLAINTIFF'S family members, VERA POCHTAREV, or KRISTINA KHOMOVA) and Chinese Military and Intelligence and their proxies violated the Geneva Convention, the Convention on the Rights of Individuals with Disabilities, PLAINTIFF'S Constitutional Rights, and violated the following acts of RICO against PLAINTIFF: 18 USC 1962(D) and section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section

1344, section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating

to obstruction of justice), section 1510 (relating to obstruction of criminal investigations),

section 1511 (relating to the obstruction of State or local law enforcement), section 1512

(relating to tampering with a witness, victim, or an informant), section 1513 (relating to

retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to

peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to

economic espionage and theft of trade secrets), section 1951 (relating to interference with

commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957

(relating to engaging in monetary transactions in property derived from specified unlawful

activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities

in the commission of murder-for-hire), aiding and abetting the sexual exploitation and

trafficking of minors; 18 USC 2340/2341, at numerous times between 2005 and 2024.

87. The Courts in the *Chicago Cases* and the *Louisiana Cases* continue to ignore substantial

and materially important liberty issues of whether or not PLAINTIFF is married; if

PLAINTIFF is married, it is fraudulent, and every single decision PLAINTIFF'S wife

made on behalf of PLAINTIFF is fraudulent; whether PLAINTIFF is under a legal

guardianship that was induced by the CLINTONS, BIDENS, PRIME MINISTER MODI,

SHINZO ABE, and the former ambassador of JAPAN to coverup the war crimes

committed against PLAINTIFF and to continue to allow the ROTHSCHILDS to

materially benefit from having war crimes done to PLAINTIFF in which PLAINTIFF'S

legal guardian has not informed PLAINTIFF of any of their decisions involving

PLAINTIFF; how an entire EN BANC 7th CIRCUIT COURT OF APPEALS JUDGES

cannot bring up the issue of PLAINTIFF'S marital status and legal guardianship issues in

which PLAINTIFF couldn't have been litigating in the first place and how they could understand the slavery PLAINTIFF was subject to and allow PLAINTIFF to continue to be a slave; and more.

88. There are at least 10 Counts of Violations of 18 USC 1962 (A),(B),(C), and (D) via the *Chicago Cases* and *Louisiana Cases.*

89. PLAINTIFF intentionally brought numerous motions to decide both the *Chicago Cases* and *Louisiana Cases* immediately as not to be a factor in the 2024 Presidential Election in which it seems to PLAINTIFF that either the Democrat party or the Republican party want to blame PLAINTIFF and falsely make him out to be a scapegoat by having this litigation be so close to the election when PLAINTIFF did not and does not to be part of the 2024 Presidential Election. PLAINTIFF, to the best of his recollection, said that to the Court in the *Chicago Cases* and/or the *Louisiana Cases* the Court there and here ignored PLAINTIFF. Politics was a serious reason why DEFENDANTS intentionally treated like PLAINTIFF as a slave for years and being worse than a piece of shit expendable thing for them and PLAINTIFF wants nothing to do with them and politics until he can feel in his heart love and respect again.

90. ANGIE ORTIZ, on the last day PLAINTIFF saw her in JAPAN, told PLAINTIFF that "We Are SOON TO BE Married." Not that ANGIE ORTIZ and PLAINTIFF are married; but soon to be married. SUNNY, from PLAINTIFF'S understanding, is married to someone else and has kids with someone else and PLAINTIFF would never be a cuck in a relationship or marriage. SUNNY AND ANGIE ORTIZ ARE NOT PLAINTIFF'S FAMILY. PLAINTIFF REALLY TRIED TO LEGALLY RESCUE ANGIE ORTIZ.

ANGIE ORTIZ can prove she is PLAINTIFF'S family by talking to PLAINTIFF and telling PLAINTIFF everything.

91. PLAINTIFF knows the odd phenomenon he saw and witnessed since 2017; PLAINTIFF does not apologize for such and will not recant what he witnessed and experienced.

92. PLAINTIFF does not apologize for including the phrase "Nigga Please." It was outrageous; however, outrageous things were done to PLAINTIFF and wishes that the level of depravity and corruption in PLAINTIFF'S life forcing PLAINTIFF to be a slave that warranted PLAINTIFF in saying that never occurred and it doesn't give anyone the automatic privilege of saying "Nigga Please" just because PLAINTIFF did.

93. Since PLAINTIFF began this litigation in the *Louisiana Cases*, JUDGE BRAIN JACKSON has done nothing to end the RICO Enterprise against PLAINTIFF and has entered into a conspiracy with DEFENDANTS to continue to make PLAINTIFF a slave in violation of 18 USC 1962(D) and therefore continues to aid and abet a RICO Enterprise unlawfully and has become a material member in continuing the RICO Enterprise against PLAINTIFF

94. Furthermore, JUDGE BRAIN JACKSON may have allowed the RICO Enterprise to flourish in Spring 2015 leading up to the war crimes and RICO violations undertaken against PLAINTIFF in Spring 2015 based on allowing corrupted DHS, FBI, and CIA to continue the RICO Enterprise against PLAINTIFF.

95. The CIA, Department of Defense, FBI, Russian Intelligence/Military, and/or Indian Intelligence and the Indian Government and/or other countries like the UN or others continue to hold PLAINTIFF in some type of technological isolation against

PLAINTIFF'S Constitutional Rights and have done so unrelentingly for more than 5

years.

96. PLAINTIFF has never directly: received any counteroffer for settlement from

DEFENDANTS; any payment for services rendered on behalf of DEFENDANTS through

the years; any meaningful answer to PLAINTIFF'S allegations; if PLAINTIFF was a

member of the Department of Defense, he has not received a single dollar from them

thereby making DOD liable for slavery and has not received care from the VA; any

communication from DEFENDANTS adequately responding to PLAINTIFF'S allegations

in any form; any notice of any criminal or civil proceedings against him since 2015; any

Court order allowing DEFENDANT(S) to unlawfully hold into indentured servitude and

slavery and technological isolation; any Court order allowing any DEFENDANTS to

isolate PLAINTIFF technologically; any Court order allowing DEFENDANTS to go

through PLAINTIFF'S email accounts and have control over such; any justification for

having deleted material evidence from unlawfully having accessed PLAINTIFF'S phone

and computer at any time that was in favor of PLAINTIFF'S allegation in violation of 18

USC 1962 et al; no communication from PLAINTIFF'S wife if PLAINTIFF is married

informing him of his marriage, any decisions she made on behalf of PLAINTIFF since

August 2015, and anything meaningful since August 2015; if PLAINTIFF is under a legal

guardianship, PLAINTIFF has not received notice of such legal guardianship and any

information regarding any decisions made on behalf of PLAINTIFF at anytime; if any

governments listed as DEFENDANTS are representing PLAINTIFF in some way or

capacity, they have not adequately informed PLAINTIFF of anything since August 2015.

97. PLAINTIFF is resorting to a Habeas Corpus petition to get DEFENDANTS out of PLAINTIFF'S laptop and cellphone for they effectively and illegally control PLAINTIFF'S life and hold him into slavery. PLAINTIFF has to resort to a Habeas Corpus petition if the US Marines are unlawfully holding and/or detaining PLAINTIFF in some way or manner. Furthermore, PLAINTIFF has to resort to a Habeas Corpus petition to get any militaries listed as DEFENDANTS to pay PLAINTIFF because PLAINTIFF has not received any money from any military listed as DEFENDANTS for any and all services rendered without or without PLAINTIFF'S consent and knowledge. Simply, PLAINTIFF understands that he is being that technologically tampered with and impaired and it can only be the result of DEFENDANT Intelligence or Military service doing so without proper court order, notification, consent, and in violation of 18 USC 1962 et al.

## THE IRREPARABLE HARM, PUBLIC INTEREST, AND EQUITABLENESS RELATED TO PLAINTIFF & DEFENDANTS AS PER WEINBERGER v. ROMERO-BARCELO, 456 U.S. 305 (1982):

98. Simply, the irreparable harm PLAINTIFF has experienced is the intentionally corrupt denial of Due Process in violation of PLAINTIFF'S Constitutional Rights and RICO in which DEFENDANTS intentionally tried to deprive PLAINTIFF of his life.

99. The irreparable harm is that for more than 15 years, PLAINTIFF has been denied information and told not to pursue legal claims for gross miscarriages of abuse by DEFENDANTS in which PLAINTIFF has had to play catchup with numerous records having been destroyed by a fire in May 2010 and the US Government, Russian Government, British Government, and Indian Government intentionally hiding records

from PLAINTIFF to perpetuate the RICO Enterprise against PLAINTIFF to deprive

PLAINTIFF of an opportunity to fairly litigate.

100. The fact that PLAINTIFF did everything in his power to resolve the issues peacefully and

quickly when he discovered the egregious sources of abuse with DEFENDANTS having

intentionally deprived PLAINTIFF of information for years to conceal the true extent of

their crimes without a trial for the benefit of DEFENDANTS was taken advantage of by

DEFENDANTS and they will only continue to take advantage of the time and the

prolonged nature of these cases as to deprive PLAINTIFF of an opportunity in Court to

further the RICO Enterprise.

101. The irreparable harm PLAINTIFF experienced is that the vast majority of

DEFENDANTS were properly served and had monitored PLAINTIFF when edited drafts

of his motions and were literally given 8 times as long to respond to dig up more

blackmailing and character destroying evidence then what DEFENDANTS would have

normally been required but for the corruption in the *Louisiana Cases* and *Chicago Cases*.

By allowing that to go unpunished and allowing it to occur, this is giving DEFENDANTS

such an unfair advantage in Court.

102. The irreparable harm if not remedied is that the Court explicitly approves a two-tiered

justice system in which judges are allowed to be corrupt without punishment making the

*People* lose faith in the Judicial Branch of the Government.

103. Furthermore in addition to Paragraph #88, DEFENDANTS had 8 months to utilize super

computers and billions of dollars in resources and hundreds of employees to fight a

destitute autistic disabled man that is losing cognitive capacity because of the war crimes

committed against him, lack of money to get proper health care, and more.

104. There are no adequate remedies in Court besides a permanent injunction and permanent restraining order when DEFENDANTS are routinely conspiring against PLAINTIFF in violation of 18 USC 1962(D) and 18 USC 1961, 18 USC 2340, to deprive PLAINTIFF of his Constitutional Rights, prevent PLAINTIFF from having access to the Courts, and forcing PLAINTIFF to be their slave because money cannot erase the memories of living in squalid conditions twice in which cat feces and racoon feces and urine were so abundant and clear, of having to use dog shampoo to clean yourself knowing that DEFENDANTS made billions of you for years, having the worst punishment and war crimes committed against you in which no one and no intelligence agency did anything to stop them and ANGIE ORTIZ from doing what they did to PLAINTIFF for a month, having your soul and spirit violated because of the on-going corruption that remains unpunished and for not punishing a single person that commit war crimes even after having met a preponderance of the evidence standard, and more.

105. PLAINTIFF deliberately and intentionally is asking nowhere near as much as he should because PLAINTIFF in the Chicago Cases and the Louisiana Cases gave a partial analysis of the amount of money and assets that DEFENDANTS have; however, PLAINTIFF was unable to determine how much the ROTHCHILDS and ROTHCHILDS BANKS have in assets and funds in which the total percentage of what PLAINTIFF is asking from the Court amounts to less than 3% of their total assets and funds available to them.

106. That for every single second of every single minute of every single day for every year within the last twenty years, PLAINTIFF has been a slave and has been maliciously abused to deprive Americans' of their freedoms (such as with 4th Amendment jurisprudence since 2006) in which numerous judges in SCOTUS like SCALIA,

ROBERTS, ALITO, Congress, President CLINTON and HILLARY CLINTON, President BUSH, President OBAMA, sort of President TRUMP, and sort of President BIDEN, and so many more people in the Washington DC elite, work on making more tyrannical and depriving PLAINTIFF of the fruits of his labor and ideas through the years.

107. Put in another way, PLAINTIFF is trying to find the last refuge of integrity and honor in the American judicial system.

108. The irreparable harm PLAINTIFF is asking the Court to remedy now is PLAINTIFF'S ability to pursue happiness and have a life full of liberty and love.

109. The record is ample with facts that the irreparable corruption and damage that took place in the *Chicago Cases* and *Louisiana Cases* to PLAINTIFF that will only continue  if the 5th CIRCUIT COURT OF APPEALS doesn't put an end to it because each second of every day DEFENDANTS are conspiring to deprive PLAINTIFF of his life, liberty, and property without Due Process of law and in violation of RICO and in violation of PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights.

110. From October 20th, 2023, DEFENDANTS have done everything in their power to deprive PLAINTIFF of his life, property, and pursuit of happiness through corruptly ruling and failing to reply to PLAINTIFF satisfactorily by delaying, prolonging, and drawing out PLAINTIFF'S cases and filings for as long as possible making incomprehensibly illogical, unreasonable, and corrupt decisions in which PLAINTIFF in both the *Chicago Cases* and *Louisiana Cases* moved for Permanent Injunctions, PLAINTIFF moved for a TEMPORARY RESTRAINING ORDER in the Louisiana cases, and PLAINTIFF informed the Northern District of Illinois Court, the 7th Circuit Court of Appeals, and the Middle District of Louisiana Court PLAINTIFF'S health and cognitive capacities were

deteriorating as to effectively deny counsel to prevent PLAINTIFF from fully litigating the case to the best of his capacity so that DEFENDANTS could have SCOTUS completely undermine PLAINTIFF'S cases through their rulings in which SCOTUS was well aware of all of PLAINTIFF'S litigation.

111. Continuing a theme from the previous paragraph, for almost 8 months from October 20th, 2023 to July 3rd, 2024, DEFENDANTS have been *that well versed* in PLAINTIFF'S pleadings and motions; so factually well versed and knowledgeable about PLAINTIFF'S motions in the *Chicago Cases* and the *Louisiana Cases* that DEFENDANTS corruptly answered by preventing PLAINTIFF from ever having a legitimate chance to have DEFENDANTS answer in Court through corruptly ruling against PLAINTIFF in the *Louisiana Cases* and *Chicago Cases* and through SCOTUS routinely monitoring and undermining PLAINTIFF'S case even before PLAINTIFF could have a chance in the District Court, let alone the Court of Appeals in the 7th Circuit Court of Appeals and now 5th Circuit Court of Appeals, and depending on the 5th Circuit Court of Appeal's ruling, the 10th Circuit Court of Appeals, which is ultimately PLAINTIFF'S last opportunity.

112. If the Court doesn't rule in PLAINTIFF'S favor here and now for a permanent injunction and permanent restraining order, there would be absolutely no accountability in the system in which Any Government and the United States Government can make one a slave, kidnap one and commit acts of domestic and international terrorism against the law and their Constitutional Rights, commit War Crimes and Torture Americans without remorse or punishment, allow the Courts to be forever corrupted and tainted.

113. PLAINTIFF understood in 2016 and believes that Louisiana Revised Statutes concerning self-defense allows PLAINTIFF to take any constitutionally, non-violent, appropriate

measures he deemed reasonable and necessary to protect the lives of innocent disabled students (One OF PLAINTIFF'S purposes in writing the book was to protect disabled students from being killed by a Department of Education Guidance) and to defend his liberty and Constitutional Rights from further infringement and malicious prosecution by a tyrannical government that allowed war crimes to be committed against an American. That in the concept of self-defense exists the right of the defense of others and the defense of liberty and constitutional rights for one free American ceases to exist in a America if it becomes a tyrannical dictatorship.

114. Another purpose of why PLAINTIFF wrote the book in 2016 and 2017 was that PLAINTIFF understood the horrors of being falsely accused of sexual harassment and being abused sexually by the DEFENDANTS; that in PLAINTIFF'S formative years of forcing and coercing himself to learn how to speak, the beauty and value of every single word, including every slang and offensive term that exists in the world, and that the Department of Education has an interest in allowing kids to psychologically develop healthy by allowing kids to occasionally hear an offensive phrase, term, or slang and doing so in a way is beautiful and is not harassment and that there are far worse things that can be done to someone that a simple insult. Jokes and joking must be allowed. The world is not going to end of a white man says "nigga please" (context needed!), someone says retarded, faggot, or more. Its okay to be offended; its okay to learn from being offended; its okay to embrace being offended; what matters far more in life is knowing someone's intent because assuming someone's intent without asking them makes you an asshole. Bullying and Harassment is about intention and direction. You can't outlaw words; but you can analyze the intention of someone and the direction of someone's statements.

115. PLAINTIFF understands that within the economic deals between 2010 and 2011 between the United States and India that PLAINTIFF is necessarily privy to, there was another purpose. FBI and CIA and NSA and DOD wanted to create and replicate signals intelligence systems and data collection gathering in India that mirrored American systems; and probably the Indians purchased the components of such systems from American companies between 2010 and 2011 at cheaper rates than normal. For example and based on PLAINTIFF'S current knowledge that he can recall, one of either Prime Minister Singh's or Modi's Son-in-laws is the head of an intelligence unit in India that collects data about every Indian citizen; that out of all the jobs he could have acquired through nepotism in a corrupt Indian system, he got the ones collecting data about every Indian citizen. This gives more plausibility and credibility that INDIAN and AMERICAN INTEL DEFENDANTS intentionally used PLAINTIFF for cross-sharing intelligence purposes allowing India to acquire the *JAPLAN* email, the contents of PLAINTIFF'S private conversations said in his home in Spring 2015, PLAINTIFF'S Sewanee Purple Articles, and more and implement *Japlan* to make sure PLAINTIFF wasn't a liability to India as a whole because at a minimum PLAINTIFF was a liability to at least SPICEJET.

116. PLAINTIFF alleges that ERIC HOLDER, LORETTA LYNCH, MERRICK GARLAND, and/or a combination of the former attorney generals conspired with Prime Minister Singh or Modi and other Indian and Japanese representatives through the years against PLAINTIFF in violation of 18 USC 1962(D) to further RICO Enterprise #1.

117. PLAINTIFF alleges that at least ERIC HOLDER, JEFF SESSIONS, and other DOJ ATTORNEY GENERALS AND ATTORNEYS conspired amongst each other and with individuals like JEH JOHNSON, JAMES COMEY, JAMES CLAPPER, GINA HASPEL,

JANET NAPOLITANO, MICHAEL MORELL, JOHN BRENNAN, SUSAN RICE, VALERIE JARRETT, ROBERT MUELLER III, and more in which they intentionally conspired to deprive PLAINTIFF of his life, liberty, payment for services rendered, and furthered the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(D) and PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights.

118. That there exists a notion and practice of hiring individuals in the DC elite/bubble that have intentionally committed RICO violations against American citizens and are hired to protect them from liability because they still have qualified immunity if they are current US Federal Government employees in which that is unconstitutional and denies the US Government from retaining the best qualified candidates for a position.

119. SCOTUS deciding *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) the way they did means that they sent the decision over the wires and through the mail which constitutes an act of mail fraud and wire fraud; the five cases SCOTUS decided the way they did also count as separate violations of 18 USC 1961 Sections 1341 and 1343; when CHIEF JUSTICE JOHN ROBERTS stared at PLAINTIFF in Tokyo and ran off like a coward on July 8th, 2015 or so and didn't tell PLAINTIFF that he knew the war crimes were being done against him and the decision in *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) when he had an opportunity, hiding that material information from PLAINTIFF constituted a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a

witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342. So that is 5 Counts of violating RICO here.

120. Quite frankly people's actions have told PLAINTIFF all he needs to know: how is it that PLAINTIFF can be of such importance and intentionally be that neglected? Why is it that people need PLAINTIFF now for their sides when everyone seemed hellbent on vilifying and falsely making PLAINTIFF into a terrorist, arsonist, or pedophile? Why is it that my loved ones never shared everything PLAINTIFF needed to know at the right time? Why is it that the ones that claim they love PLAINTIFF intentionally put PLAINTIFF through hell living in feces and using PLAINTIFF at every opportunity without remorse? Why is it that seemingly every single one of PLAINTIFF'S friends sold out or snitched on PLAINTIFF at some time when PLAINTIFF would have never done the same to them like ANDREW WHALL, THAO BUI, BRIANA DRESCHER, and more? Why was it that for decades people intentionally misconstrued PLAINTIFF'S statements for the worse and got rid of all the evidence of the good PLAINTIFF ever did in his life? Why is it that DEFENDANTS insist on making PLAINTIFF their slave? Why is it when PLAINTIFF tells the truth that no one believes PLAINTIFF? Why is it that it was in everyone's interest

to intentionally harm PLAINTIFF and when PLAINTIFF sought some form of justice and being merciful to everyone PLAINTIFF gets screwed over and over again? Why the fuck is it so intolerable to DEFENDANTS that PLAINTIFF deserves a life of happiness, being left the fuck alone, and having compensation for having the worst things done to PLAINTIFF? Why the fuck is it so intolerable for people to love PLAINTIFF and let PLAINTIFF know he is loved and valued because being in this isolation and echo chamber has been hell after having been tortured intentionally by DEFENDANTS? PLAINTIFF never went on a roadtrip and had a lover look in his eyes and meaningfully and truthfully say that she was so happy to be with PLAINTIFF at that moment? What exactly did PLAINTIFF DO to be caused this much harm? Why did DEFENDANTS intentionally place PLAINTIFF in harm's way and ignore and destroy the evidence that PLAINTIFF didn't want to be in certain positions? Why was it easier to treat PLAINTIFF as a villain than a person worthy of love and respect? Why is it that PLAINTIFF never got the proper soothing and hugs he desperately needed in time when his loved ones knew PLAINTIFF was hurting and still is hurting to this day? Why the fuck was it so hard to get a written offer when DEFENDANTS all knew what PLAINTIFF demanded and wanted and to be left ignored and have the court be that corrupted was so extremely disrespectful to PLAINTIFF. Why is it that PLAINTIFF was treated like a bad man when he was being extremely generous and accommodating to DEFENDANTS when PLAINTIFF gave much cheaper settlement offers to DEFENDANTS that they read and analyzed and intentionally ignored on purpose?

121. PLAINTIFF doesn't give a shit if it was RUSSIA, the UNITED STATES, UNITED KINGDOM, CHINA, INDIA, etc all PLAINTIFF wants to affirmatively know is who did it to PLAINTIFF?

122. Honestly, PLAINTIFF doesn't give a shit anymore because it seems based on actions that the vast majority of DEFENDANTS intentionally harmed PLAINTIFF through the years and could never own up to their mistakes. PLAINTIFF is so tired after providing years upon years of his life to them and opportunity after opportunity to make DEFENDANTS look good and trying to find ways to excuse DEFENDANTS atrocious behavior and come up with something to make them look good in the process. PLAINTIFF knows he was never loved or respected in his life.

123. Between at least 2008 and 2024, the FISA Court was surveilling PLAINTIFF unconstitutionally. Unknown Judges in the FISA Court were aware of the acts of domestic and international terrorism undertaken against PLAINTIFF in 2011, how PLAINTIFF was a slave to DEFENDANTS for more than 15 years, and how war crimes were being committed against PLAINTIFF in 2015. Not once did any FISA judge lift a finger to put end to the RICO Enterprise. PLAINTIFF even visited the FISA Court in on June 22nd, 2020 to gather evidence and have access to the Court that unconstitutionally ruled against him for years and enabled a RICO Enterprise to take place against PLAINTIFF. In violation of Tennessee v. Lane, autistic disabled American PLAINTIFF was denied access to a Court on American soil that ruled against him that PLAINTIFF that violated PLAINTIFF'S Constitutional Rights in which PLAINTIFF received no notice, was not aware of who was representing him in the FISA Court, denied the right to cross examine the accusers in Court, and so much more in any FISA proceedings in which the FISA

Court under CHIEF JUSTICE JOHN ROBERTS' supervision enabled the FBI and CIA and NSA and DOD to allow war crimes to be committed against PLAINTIFF in Tokyo in 2015 and terrorism in 2011 against an American. That is at least 3 counts that unknown judges in the FISA court violated 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962 (d).

124. Simply if this goes unpunished and the irreparable harm is: PERMANENTLY, CORRUPTLY, AND ILLEGALLY DENYING EVERYTHING IT MEANS TO BE AN AMERICAN IN COURT.

## PLAINTIFF'S GUIDANCE & THOUGHTS TO ASSIST:

125. If RUSSIA can be construed as a friend that committed no wrong against PLAINTIFF, then for the National Security Interest of America, the Courts should allow PLAINTIFF to make an OIL/LNG deal with RUSSIA to replenish the emergency oil reserves of the United States and for PLAINTIFF'S future airline, future transportation companies, any transportation that his future companies would use, and for the American populous. Cheaper oil in a decent amount, but not anywhere to cause significant environmental harm, is the proper remedy because it provides a way for PLAINTIFF to be made whole. The OIL/LNG deal will allow PLAINTIFF to receive and send OIL/LNG from Russia at a predetermined price as part of the deal to the following three countries in which PLAINTIFF is not acting on behalf of any country: the United States (and wherever PLAINTIFF may own property in the world), Serbia, and North Macedonia.

126. PLAINTIFF explained if it can be proved beyond a reasonable doubt that RUSSIA and/or INDIA implemented *JAPLAN* against PLAINTIFF, the proper and punitive measure that RUSSIA would understand is not an international outcry about the heinousness of their

actions against PLAINTIFF, but by making GAZPROM make an OIL/LNG Deal with PLAINTIFF in which the cost of the OIL/LNG is substantially cheaper than market price values because if RUSSIA didn't care about the price of PLAINTIFF'S life and value, the closeness and importance of what Russian women meant to PLAINTIFF at one time, how PLAINTIFF prayed to find a woman to marry based on Orthodox Christian belief and wanted his spirit and soul to develop more and deepen (as a fellow Orthodox Christian Country), and a little girl's life and value they decided to sexually traffic, they would care about the price to their most critical asset—raw materials. There could not have been a worse personal betrayal by implementing *JAPLAN* against PLAINTIFF if AMERICA OR RUSSIA did it.  If PLAINTIFF finds the Court was in bad faith and unnecessarily blamed RUSSIA when they were not to blame, then PLAINTIFF will rescind the OIL/LNG contract deal and would not allow anyone to take over PLAINTIFF'S interest. The OIL/LNG deal will allow PLAINTIFF to receive and send OIL/LNG from Russia at a predetermined price as part of the deal to the following three countries in which PLAINTIFF is not acting on behalf of any country: the United States (and wherever PLAINTIFF may own property in the world), Serbia, and North Macedonia.

127. Whether IRAN, RUSSIA, and CHINA team up one day to fight against AMERICA, PLAINTIFF does not hope and prays that they do not do so to cause WWIII. PLAINTIFF will not be the cause of WWIII.

128. PLAINTIFF asks the Court to make some aspects of their ruling non-precedent binding; specifically, in regards to prejudice based on SCOTUS cases, RUSSIA having to pay PLAINTIFF with OIL/LNG, some money, and some planes if they did *JAPLAN* against PLAINTIFF, the total amount owed as financial compensation, and other aspects to be

discussed, but there are some parts that fundamentally must be included. For the interests of the United States, PLAINTIFF argues that the ruling must be a one-time exception in regards to punitive measures against Russia and their natural resources because it can fuel tensions even deeper and hurt America in the long run and PLAINTIFF is trying to avoid that at all costs. If the Court makes the decision as precedent involving Russia, what that can amount to is a bunch of spies and foreign actors hostile to the US who easily walk into the country from the Mexican border using this case as precedent to drain the United States of resources when those spies and foreign actors get the CIA and FBI to intentionally hurt them. The reaches of the case can be far: for example, if the cartel makes a drug addict in the United States, would that mean that an American citizen can sue the Mexican government because of the cartel and what they did? To make the case binding as precedent in that respect will amount to nothing but causing foreign trade to break down to robbers and barons plundering each other's resources for the slightest infractions and foreign court's and countries not respecting any legal decisions in the world besides their own in a global marketplace, and all of this in sum doesn't promote good comity between the nations.

129. How the Court can draw distinctions and limiting factors is by the following: 1) that this case is so rare in the factual history that nothing can come close to repeating it ever again; 2) because of the previous point, PLAINTIFF just asks the Court to make certain principles as precedent that can be used; 3) acknowledging that it was directly the highest leaders of numerous US institutions and countries who made the decisions as opposed to underlings who made the vast majority of the decisions under the supervision of leaders; for example, CHIEF JUSTICE JOHN ROBERTS knew about *JAPLAN* from at least

March 2015 and so did JOHN BRENNAN, JEH JOHNSON, JAMES COMEY, ANDREW MCCABE, PETER STRZOK, and probably PRIME MINISTER MODI, PRIME MINISTER SHINZO ABE, and/or VLADIMIR PUTIN. PRESIDENT BARACK OBAMA and PRESIDENT JOESPH BIDEN knew about it and allowed it to happen. All the highest leaders and people in authority made the decisions; 4) PLAINTIFF acknowledges the economic reality that RUSSIA/GAZPROM cannot sell their LNG/OIL in many places in the world and therefore must lower their price for their products because the customer base is lower; so PLAINTIFF is just highlighting an economic principle; 5) PLAINTIFF'S Title VI claims and 13th Amendment claims are directly related for the actual work PLAINTIFF did and was forced to do and the factual reality directly surrounding PLAINTIFF'S living conditions and treatment through the years by DEFENDANTS; that there must be a direct factual connection for reparations done through slavery by an individual; put in another way, PLAINTIFF is not asking anything from the Turkish Government because the Turkish Government held PLAINTIFF'S family as slaves at one point; PLAINTIFF doesn't believe the TURKISH government had directly anything to do with the issues in this case unless they retaliated against PLAINTIFF when PLAINTIFF posted a meme of the former president of Turkey looking like Gollum.

130. Countries and Companies and Individuals that own US Debt need not worry about the US Court routinely canceling the debt of the US; it is just the fact the US paid into a RICO enterprise since at least 2015 to the ROTHSCHILDS.

131. PLAINTIFF, from every part of his brain and heart, wishes that the Indian and American alliance continues in which trade will only continue to blossom and flourish between India

and the United States. They need not worry about this type of thing occurring because it really is a once in a lifetime moment in which anything like this will never be repeated again.

132. DEFENDANTS don't understand the only way to heal is to cauterize the wound DEFENDANTS kept open and infected for years no matter how painful it has been; PLAINTIFF tried to make it as painless as possible but DEFENDANTS own actions made it so. ALL DEFENDANTS HAD TO DO ONCE WAS PROVIDE THE INFORMATION PLAINTIFF NEEDED TO KNOW AND TO RESPECT PLAINTIFF & THAT WAS TOO MUCH FOR THEM.

# PRAYERS OF RELIEF:

1. For the injuries done to PLAINTIFF through the 15+ years of torture, malice, abuse, negligence, and wanton behavior against PLAINTIFF for allowing DEFENDANTS' RICO Enterprise to exist and sustain itself for years against PLAINTIFF,
   a. $10,101,010,101.01 Non Taxable.
      i. To PLAINTIFF'S understanding, PLAINTIFF merely and humbly suggests that the ROTHSCHILDS are one of the biggest parties at fault for the RICO Enterprise that took place, at least for what happened in JAPAN in 2015; PLAINTIFF requests a detailed report of the total amount of money and assets the ROTHSCHILDS have in their holdings and bank accounts and for the FBI and IRS to give 50 of their best forensic accountants to go through the ROTHSCHILDS books during the time the RICO Enterprise existed from at least 2011 as PLAINTIFF established a connection to PLAINTIFF and the ROTHSCHILDS from 2011 onwards; the ROTHSCHILDS should be responsible in paying the $10.1 Billion USD owed to PLAINTIFF if $10.1 Billion USD is less than 1% of the total amount of money the ROTHCHILDS have in their banks and accounts. Furthermore, a list of ROTHSCHILD properties shall be listed in which PLAINTIFF would receive one or two of the properties that shall not exceed $500,000,000 USD.
      ii. PLAINTIFF was not acting on behalf of the Governments of SERBIA and NORTH MACEDONIA at anytime. PLAINTIFF does request that Serbia and North Macedonia receive the total amount of inflation calculated in *Miki's Tea Party* of around $5 or 6 Billion USD in which it is split evenly between the two countries.
   b. All the previous demands of restitution made in the Complaint.

c. Unless PLAINTIFF specifically files a case or one of his future companies does in the future in Court that ends up in SCOTUS, tell SCOTUS to leave PLAINTIFF alone and not rule on any cases with PLAINTIFF in mind.

d. All the previous demands of legal rulings in PLAINTIFF'S favor made in the Complaint.

e. Conditions e through w below if they are slightly different than what PLAINTIFF previously asked for before.

f. Urge JOE BIDEN TO PARDON PLAINTIFF now either in this term or the next one if he wins; and URGE DONALD TRUMP TO PARDON PLAINTIFF if he wins in November 2024.

g. 11 New BOEING or AIRBUS WIDEBODY Aircraft that PLAINTIFF chooses. 9 New BOEING or AIRBUS NARROWBODY Aircraft PLAINTIFF chooses. 5 new BOEING APACHE AH-64 Helicopters. Fully Armed. Ready To Go because of the Drone Incident in 2018 and what PLAINTIFF saw on July 18th, 2023 or so. All Non Taxable.

    i. If RUSSIA blackmailed PLAINTIFF, then 2 BOEING 777-300ERS, 2 Airbus A330s, 2 BOEING 737-800ngs, and 1 AIRBUS A350 from Aeroflot.

    ii. US Government charter contract as described in *Chicago Cases* and *Louisiana Cases.*

    iii. $500,000,000 to be taken out of awarded compensation to make MKT Airlines an official partner in Terminal 2 at Chicago O'Hare International Airport.

    iv. PLAINTIFF doesn't say this on behalf of SERBIA or NORTH MACEDONIA; but PLAINTIFF wouldn't mind purchasing 10 new Apache Helicopters for Serbia and 5 new Apache Helicopters for North Macedonia.

    v. If APACHES are out of question, then allow PLAINTIFF to purchase anti-aircraft systems and install them on PLAINTIFF'S property so that PLAINTIFF is never harassed with weapons of war on PLAINTIFF'S property ever again.

h. Allow PLAINTIFF to own and bear arms with some of the following weapons: Glock, .357 Magnum, Shotguns, and Rocket Launchers/Bazookas.

i. QATAR AIRWAYS, UNITED AIRLINES, DELTA AIRLINES, BRITISH AIRWAYS will teach PLAINTIFF how to run an airline and will get PLAINTIFF certified as a Pilot.

j. From SPICEJET: 4 BOEING 737-8 Max and either 2 BOEING 737-800NGs or 1 BOEING 737-800NG and 1 BOEING 737-700NG. Non Taxable.

k. 20-25 Locomotives from EMD or Wabtec at PLAINTIFF'S choosing.

l. JAPAN: Deals to be made to import Sakura Trees, Wagyu Beef, Kei Trucks from either Mitsubishi or Subaru, at better rates. Deep bow of apology. If PLAINTIFF purchases some islands and makes some towns that are centered around Shibas, let the population of JAPAN know PLAINTIFF and his Shiba Kawaii are your friends to come visit the Shiba Islands and Shiba towns.

m. MGM Grand & Resorts will help PLAINTIFF create his own resorts and teach him how to run a resort.

n. 50% Ownership of Dulles International Airport.
   i. Automatic approval for the creation of a new international terminal building that $2 billion USD will be spent on. Making every congressman fly into Dulles and go through and walk into a room that shows how much money PLAINTIFF saved the economy and the United States.
o. 50% Ownership of Atlanta Jackson Hartfield Airport based on the racketeering done in either February or March 2016 at Atlanta Jackson Hartfield Airport.
p. PLAINTIFF will not register as a sex offender; especially more so for having war crimes committed against him.
q. PLAINTIFF is never to be labeled or treated as a terrorist ever again by any DEFENDANTS.
r. Restraining order prohibiting the assassination of PLAINTIFF and PLAINTIFF'S future family members and current and future pets
s. GAZPROM OIL/LNG & QIA Holdings OIL/LNG deal with PLAINTIFF.
t. 5 landing slots for MKT Airlines at London-Heathrow (2 in the morning; 2 in the evening, 1 midday) and allow PLAINTIFF to make one new hospital in England outside of London that PLAINTIFF will spend $1 Billion on to create and build. No regulatory bullshit that would prevent the two hospitals from being built.
u. Miki's Autism Centers to help Autistic individuals in every foreign country listed as a DEFENDANT; especially in places like INDIA, SERBIA, NORTH MACEDONIA, QATAR.
v. Allow PLAINTIFF to negotiate with LUFTHANSA or KOREAN AIR to purchase 2 new 747-8i aircraft.
w. Certain Helicopters to be purchased from LOCKHEED MARTIN, SIKORSKY, at PLAINTIFF'S choosing.
x. PLAINTIFF will spend 30 days in jail for having war crimes committed against him in 2015 at a minimum security prison or local jail away from the general population.
y. PLAINTIFF'S creation of certain towns based on ranches in different states and/or purchases of the following property:
   i. Sitka Ranch. Paradise Valley, Montana. https://hallhall.com/property-for-sale/montana/sitka-ranch/a095d00002S2bWk/
   ii. Utah Ranch. https://www.land.com/property/17000-acres-in-Uintah-County-Utah/20429610/. Airport to be included. Could be renamed Shiba, Utah, but not sure of as of this moment.
   iii. If KANACEA, ADAVACI, and VATU VARA ISLANDS are still available in FIJI in which PLAINTIFF will build an airport on KANACEA island.
   iv. Lake Monticello Property near Mount Pleasant Texas https://www.land.com/property/5700-acres-in-Titus-County-Texas/19922868/ and https://www.land.com/property/FM-1896-Mount-Pleasant-Texas-75487/18864852/ to make either Shiba, TX or Doge, TX with a fully functioning airport
   v. Colorado River Ranch and Broken O Ranch near Nix, TX https://www.land.com/property/3304-acres-in-Lampasas-County-Texas/16313533/ and https://www.land.com/property/1500-acres-in-

Lampasas-County-Texas/16431474/ and
https://www.land.com/property/2592-acres-in-Lampasas-County-
Texas/16452948/ to form either Shiba, TX or Doge, TX. Airport optional.

vi. This in Florida. https://www.land.com/property/28.44-acres-in-Broward-
County-Florida/18531676/

vii. Some property in a remote part of the United States to make a mini oil
refinery for the crude oil from the Gazprom/QIA oil deal to be processed.

viii. Allow PLAINTIFF to join in on any LNG terminal that is facing financial
difficulty at the moment in the United States.

2. PERMANENT RESTRAINING ORDER PREVENTING DEFENDANTS FROM
TAMPERING WITH PLAINTIFF'S and PLAINTIFF'S FUTURE ELECTRONICS
EVER AGAIN.

3. PERMANENT RESTRAINING ORDER PREVENTING DEFENDANTS FROM
USING PLAINTIFF THEY HAVE BEEN MALICIOUSLY DOING SO FOR YEARS.

Therefore, the Court must rule in favor of everything PLAINTIFF has explained in this Petition,
the *Chicago Cases*, and the *Louisiana Cases*.

Respectfully Submitted,

07/04/2024.
Miki Kotevski.
PLAINTIFF'S INDEPENDENCE DAY & HAPPY INDEPENDENCE DAY TO AMERICA.

Plaintiff-Pro-Se.
MKT & MKT AIRLINES.
847-380-0400
miki.kotevski@gmail.com

# EXHIBIT A: REBECCA PALLMEYER'S ACT OF RICO. Screenshot. July 3rd, 2024.

