UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MILAN MICHAEL KOTEVSKI | CIVIL ACTION |
| VERSUS | |
| HILLARY RODHAM CLINTON, ET AL. | NO. 24-00310-BAJ-RLB |

## RULING AND ORDER

In this difficult-to-decipher *pro se* action, Plaintiff seeks damages from Defendants ranging from Former Secretary of State Hillary Rodham Clinton to George Soros, and alleges numerous claims in his 137-page complaint. (Doc. 1). Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 29, the "Report")**, recommending that this case be dismissed with prejudice given that Plaintiff's Complaint fails to state a claim and is otherwise frivolous. Plaintiff's deadline to object to the Report has passed, without any objection from Plaintiff.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that this cause of action be and is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and for failure to state a claim.

Judgment will issue separately.

Baton Rouge, Louisiana, this 30th day of October, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

2